IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY MEDINA, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | H-09-CV-3223 |
| | § | |
| RICK THALER, | § | THIS IS A CAPITAL CASE. |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional Institutions | § | |
| Division, | § | |
| Respondent. | § | |

AMENDED PETITION FOR WRIT OF HABEAS CORPUS
EXHIBITS
VOLUME

Robert L. McGlasson
Texas Bar No. 13634050
Attorney at Law
1024 Clairmont Ave.
Decatur, GA 30030
TEL: 404-314-7664
FAX: 404-879-0005
Email: rlmcglasson@comcast.net

James William Marcus
Texas Bar No. 00787963
Capital Punishment Clinic
University of Texas School of Law
727 E. Dean Keeton Street
Austin, Texas 78705
TEL: 512-232-1475
FAX: 512-232-9171
Email: jmarcus@law.utexas.edu

*ANTHONY MEDINA V. THALER*, CASE NO. H-09-CV-3223
EXHIBITS TO AMENDED PETITION FOR WRIT OF HABEAS CORPUS

| **Exhibit No.** | **Title/Description** |
|---|---|
| 1 | Houston Police Department file excerpts |
| 2 | Magistrate's Warning to Dominic "Flaco" Holmes |
| 3 | Affidavit of Serine Consolino |
| 4 | Affidavit of Sarah L. Jack |
| 5 | Affidavit of Gold Medina |
| 6 | Affidavit of Anthony Luna Medina |
| 7 | First Affidavit of Jerry Guerinot |
| 8 | Docket in *State v. Alvarado*, No. 0696014 |
| 9 | Fee Statement of John Castillo |
| 10 | Voucher of Jerry Guerinot |
| 11 | Records of Harris County Auditor re: Jerry Guerinot |
| 12 | May 31, 1996, letter from Anthony Medina to John Castillo |
| 13 | Second Affidavit of Jerry Guerinot |
| 14 | State's Response to Pre-Trial Motion for Discovery |
| 15 | Rap sheet of Regina Juarez |
| 16 | Affidavit of Clive Stafford Smith |
| 17 | Notes of Jack Millin |
| 18 | Affidavit of Dallas James Nacoste |
| 19 | Affidavit of Naomi Terr |
| 20 | Affidavit of Carlo McNickles |
| 21 | Affidavit of Chasity Hamilton |
| 22 | Affidavit of Jason Wade Crawford |
| 23 | Affidavit of Ricardo Villanueva |
| 24 | Affidavit of Raymundo Becerra |
| 25 | Investigative notes of John Castillo |
| 26 | Maurice Argueta Convictions |
| 27 | Maurice Argueta Guilty Plea to Theft, August 1991 |
| 28 | Maurice Argueta Arrest for Cocaine, November 1995 |
| 29 | Maurice Argueta Guilty Plea for Tampering, March 1996 |
| 30 | Maurice Argueta Sexual Assault Charge, July 1996 |
| 31 | James Alfred Moore's TDCJ-ID Admission Summary |
| 32 | Affidavit of Andrew Egras |
| 33 | Affidavit of Dennis McGuire |
| 34 | Leon Guy Guilty Plea, March 1981 |
| 35 | Leon Guy Probation Violation |
| 36 | Leon Guy Indictment for Delivery of Cocaine, 1991 |
| 37 | State Bar of Texas 20th Annual Criminal Law Course, Capital Sentencing Strategy: A Defense Primer, July 1994 |

| | |
|---|---|
| 38 | David C. Stebbins & Scott P. Kenney, *Zen and the Art of Mitigation Presentation, or, The Use of Psycho-Social Experts in the Penalty Phase of a Capital Trial*, The Champion, Aug. 1986 |
| 39 | Jeff Blum, *Investigation in a Capital Case: Telling the Client's Story*, The Champion, Aug. 1985 |
| 40 | Affidavit of Eva Uribe |
| 41 | Affidavit of David Castro |
| 42 | Affidavit of Sherry Grein |
| 43 | Affidavit of Verlan Pegues |
| 44 | Affidavit of Kim de la Cruz |
| 45 | Affidavit of Samuel Gallegos |
| 46 | Affidavit of Lillian Crowson |
| 47 | Affidavit of Ruben Gallegos |
| 48 | Affidavit of Tiffany Kimberlin |
| 49 | Affidavit of Elaine Butler |
| 50 | Affidavit of Catherine Uribe |
| 51 | Affidavit of Tamara Crosby |
| 52 | Letter from Nina M. Campbell |
| 53 | Inmate Needs Assessment re: Anthony Medina, January 7, 1996 |
| 54 | Inmate Needs Assessment re: Anthony Medina, April 23, 1996 |
| 55 | Classification Division Administration Segregation Review Sheet, January 7, 1996 |
| 56 | Harris County Sheriff's Department Classification Division Transfer Sheet, February 28, 1996 |
| 57 | Affidavit of Dr. Paula Lundberg-Love |
| 58 | Houston Police Department Crime Statistics, Beat 16E20, 1984-96 |
| 59 | Affidavit of Charles Rotramel |
| 60 | Affidavit of Gregory Wiercioch |
| 61 | 1996 City of Humble MISC |
| 62 | Affidavit of Charmin Tanner |
| 63 | Gerard "Jerry" Guerinot Caseload Statistics |
| 64 | Military Records of Anthony Luna Medina |
| 65 | Certificate of Disposition re: Alma Volante |
| 66 | Stipulation of Evidence re: Alma Volante |
| 67 | Motion to Adjudicate Guilt re: Alma Volante |
| 68 | Terms of Probation Agreement re: Alma Volante |
| 69 | Psychiatric Report re: Alma Volante |
| 70 | Affidavit of Alma Volante |
| 71 | Juror Quetionnaire of Alma Volante |
| 72 | Bail Bond Forms re: Alma Volante |
| 73 | Identifying Documents re: Alma Volante |
| 74 | Letter from Texas Department of Health, October 11, 2001 |

| | |
|---|---|
| 75 | 1980 U.S. Census Data |
| 76 | 1990 U.S. Census Data |
| 77 | Texas State Data Center's Population Estimates for Harris County |
| 78 | U.S. Census Bureau Estimates for Population of Harris County |