CASE # 119296-O

# HOUSTON POLICE DEPARTMENT

C. O. Bradford
Chief of Police

## HOMICIDE DIVISION

R. W. Holland
Captain



| | |
|---|---|
| **COMPLAINANT:** | David Rodriquez<br>Diane Rodriquez<br>Rocio Pedraza |
| **DEFENDANT:** | None |
| **OFFENSE:** | Capital Murder |
| **LOCATION:** | 15431 Campden Hill |
| **OFFENSE DATE:** | January 1, 1996 |
| **INVESTIGATORS:** | Sgt. G.J. Novak/ H.F. Chisholm |

0066

07-19-96  08:48 AM   FROM DA INTAKE DIV.                                    P04

Interviews:
Jamie Moore- crying and scared
Dominic Holmes- gang member
Scharlene Pooran- gang member
Veronica Ponce- gang member
Johnny Valadez- gang member

*ALL STORIES TOLD SEPERATELY
*ALL CONSISTANT

Arrested and interviewed Alex Perez- written statement: no info
Arrested and interviewed Dallas Nacostte- written statement

Interviews Jamie Moore who begins sobbing, "I didn't know he was
going to shoot those kids"

GUNS FOUND (supp 39)
3/8/96
CI info:
DA Investigator Johnny Bonds
Search at Scarlene Pooran's house
Metal detector
Dug up
Wrapped in plastic → straght to firearms lab.

                              SX- photos
                              SX- murder weapon

Consistant with bullet shells found at the scene

Brought guns to HPD print lab to Jim Schraub.
Guns to firearms lab for ballistics test

ARREST OF CHINA AND INDIA FOR PERJURY
Inconsistant sworn statements under oath to Grand Jury

0067

07-19-96  08:48 AM   FROM DA INTAKE DIV.                                P02

(Suppls 1, 10, 11, 12, 13, 18, 23, 25)

<u>GJ NOVAK</u>
Intro and experience

Arrived at 4:10am  until 8am

15431 Campden Hill
HARRIS COUNTY, TEXAS                    SX-1   KEY MAP
Describe neighborhood
Gang graffiti?

Met with Lt Smith
Partner: Henry Chislom had car trouble and could'nt get there

In control of scene
Secured scene
Spoke to 1st on scene Officer Pena

<u>SCENE</u>
Scene reviewed with CSU officer Riddle

Describe the scene
-- street 26' wide (not enough for a parked car and traffic)
-- lighting (on pole and garage, other homes)
-- people out there
-- vehicles
-- blood on red car trunk

                    SX-2 DIAGRAM
                    SX-  scene photos

<u>DECEASED</u>
Wounds
Location from the street: (close to shooter)
David
Diana

<u>VEHICLES HIT</u>
Red Dodge with blood on trunk    *SENT TO HPD*
Blue/Silver Chevy Truck
Gray GMC
(At head/heart level)

<u>Strike marks on Burglar bars</u> - *no rust, no bullets found.*
5'6"   (car level and on angle up)
6'8"                    *yard slopes up.*
7'1/2"

                                        0068

*SAW Riddle pick up 6 casings*

EVIDENCE AT SCENE
8 FIRED SHELL CASINGS                    SX-
BEER CAN
RADIO
IRON GATE FRAGMENT                        SX-

                                         SX-   Scene video


Coordinate with
Medical Examiner
CSU
Interviews


Gang experience
Gang style "drive-by"
Prior recent "drive bys" at same home investigated by HPD
Gang secrecy/loyalty


Next day
Written statements at HPD
Spoke to family members
Interviewed "Blue" Marco Martinez (intended target)
Researched other HPD reports relating to home


LRZ suspected
Officer Mike Faulhaber contacted
Samuel Lopez interviewed


Crimestoppers tip
Crimestoppers tip----Def involvement.


ARREST
Pocket warrants
Took custody of def on 1/4/96 at 10:15pm and takes oral statement.


Investigation of fight on 5543 Ingomar Way
HPD called 12/31/95 at 11pm and 3:30am on 1/1/96


Written Interviews
Why written- Lock in/ memory
People sworn under oath
Juveniles taken to a judge
People seperated- why?


0069

F860L                                                                    P001
**************************************************************************

## COMMUNICATION RESULT REPORT

713 731 5856              HPD HOMICIDE ANALYST              03-14-96 09:27AM
**************************************************************************

| FILE | DATE & TIME | FILE TYPE | DELAYED | DESTINATION/TO:/FROM: | PAGE | REMARKS | SIZE |
|---|---|---|---|---|---|---|---|
| 46 | 03-14 09:24AM | MEMORY-S | | TO :918005787223 | 01 | | 0047 |

| NO. | PHONE / TTI NO. | COMM MODE | RESULT | NO. | PHONE / TTI NO. | COMM MODE | RESULT |
|---|---|---|---|---|---|---|---|
| 001 | 918005787223 | | GOOD | | | | |

### DEPARTMENT OF THE TREASURY
### BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
### REQUEST FOR TRACING FIREARMS
**PART I - GENERAL INFORMATION (See back for instructions)**

1. PRIORITY
[X] URGENT (Support request under remarks)
[ ] EXPEDITE     [ ] ROUTINE

2. ORGANIZATIONAL CODE (ATF USE ONLY)

3. ATF INVESTIGATION NUMBER (optional)

4. NAME  A. INITIATING ATF SPECIAL AGENT - ATF USE ONLY
5. FIELD OFFICE
6. FO TELEPHONE NO.

B. OTHER AGENCY INVOLVED IN OR REQUESTING TRACE

7. OFFICER'S NAME  Sgt. G. Novak or D. McMenemy

8. MAILING ADDRESS (Include State or Foreign Country and ZIP Code)
8300 Mykawa
Houston, Tx  77048-1300

9. DEPARTMENT/UNIT  Houston Police  Homicide

10. TELEPHONE NUMBER  Area Code (713) 731586.
11. PANAFAX NUMBER  Area Code (713) 31585(

12. AGENCY CASE NUMBER  119296

**PART II - DESCRIPTION OF FIREARM (Completed by Special Agent/Officer)**

1. MANUFACTURER  Norinco
2. IMPORTER  B West
3. TYPE  Rifle
4. MODEL  Sporter
5. CALIBER OR GAUGE  7.62
6. MAGAZINE OR CYLINDER CAPACITY
7. BARREL LENGTH
8. FINISH
9. SERIAL NUMBER  14220284
10. COUNTRY OF ORIGIN  China

CRIME IMPACT PROGRAM CODES
[ ] AC  Title 18, USC, 924(c)
[ ] AE  Title 18, USC, 924(e)
[ ] AS  Assault
[ ] E   Explosives (Arson)
[ ] BG  Burglary
[ ] KI  Kidnap/Abduction
[X] MU  Murder
[ ] FT  Firearm Trafficking
[ ] NA  Narcotics
[ ] RO  Robbery/Hijacking
[ ] SX  Sex Crimes
[ ] T1  Title I or Similar State Charge
[ ] T2  Title II or Similar State Charge
[ ] Other _____

**PART III - OTHER INFORMATION (Completed by Special Agent/Officer)**

1. NAME OF PERSON IN POSSESSION OF FIREARM  ATF  Not  Avella x 227
2. ADDRESS  Lyonshike & Arms 78350
3. DRIVERS LICENSE NUMBER/STATE

4. SEX   5. RACE   6. HEIGHT   7. WEIGHT   8. SSN   9. VEHICLE

# DEPARTMENT OF THE TREASURY
## BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
# REQUEST FOR TRACING FIREARMS

## PART I - GENERAL INFORMATION (See back for Instructions)

| 1. PRIORITY | 2. ORGANIZATIONAL CODE (ATF USE ONLY) |
|---|---|
| ☒ URGENT (Support request under remarks) | |
| ☐ EXPEDITE   ☐ ROUTINE | 3. ATF INVESTIGATION NUMBER (optional) |

### A. INITIATING ATF SPECIAL AGENT - ATF USE ONLY

| 4. NAME | 5. FIELD OFFICE | 6. FO TELEPHONE NO. |
|---|---|---|
| | | |

### B. OTHER AGENCY INVOLVED IN OR REQUESTING TRACE

| 7. OFFICER'S NAME | 9. MAILING ADDRESS (Include State or Foreign Country and ZIP Code) | 10. TELEPHONE NUMBER |
|---|---|---|
| Sgt. G. Novak or D. McMenemy | 8300 Mykawa | Area Code 713 7315862 |
| 8. DEPARTMENT/UNIT | Houston, Tx 77048-1300 | 11. PANAFAX NUMBER |
| Houston Police   Homicide | | Area Code 713 7315857 |
| | | 12. AGENCY CASE NUMBER 119296 |

## PART II - DESCRIPTION OF FIREARM (Completed by Special Agent/Officer)

| 1. MANUFACTURER | 2. IMPORTER | 3. TYPE | 4. MODEL |
|---|---|---|---|
| NORINCO | | RIFLE | SPORTER |

| 5. CALIBER OR GAUGE | 6. MAGAZINE OR CYLINDER CAPACITY | 7. BARREL LENGTH |
|---|---|---|
| 7.62 | | |

| 8. FINISH | 9. SERIAL NUMBER | 10. COUNTRY OF ORIGIN |
|---|---|---|
| | 14220284 | China |

### CRIME IMPACT PROGRAM CODES

| | | | | | |
|---|---|---|---|---|---|
| ☐ AC  Title 18, USC, 924(c) | ☐ BG  Burglary | ☐ FT  Firearms Trafficking | | ☐ T1  Title 1 or Similar State Charge |
| ☐ AE  Title 18, USC, 924(c) | ☐ KI  Kidnap/Abduction | ☐ NA  Narcotics | | ☐ T2  Title II or Similar State Charge |
| ☐ AS  Assault | ☒ MU  Murder | ☐ RO  Robbery/Hijacking | | ☐ Other _____ |
| ☐ E  Explosives (Arson) | | ☐ SX  Sex Crimes | | |

## PART III - OTHER INFORMATION (Completed by Special Agent/Officer)

| 1. NAME OF PERSON IN POSSESSION OF FIREARM | 2. ADDRESS | 3. DRIVER'S LICENSE NUMBER/STATE |
|---|---|---|
| | | |

| 4. SEX | 5. RACE | 6. HEIGHT | 7. WEIGHT | 8. SSN | 9. VEHICLE (Make, model, tag number) |
|---|---|---|---|---|---|
| | | | | | |

10. RECOVERY LOCATION (Apartment number, street, city, state and country)

11. REMARKS

Weapon used in a Capital Murder

0071

ATF F 7520.5 (9-92) PREVIOUS EDITIONS ARE OBSOLETE

ATF - Nat Avella - X 227

HOUSTON POLICE DEPARTMENT

HOMICIDE DIVISION

NEWS RELEASE

Type Offense:  CAPITAL MURDER (MULTIPLE MURDER)          Incident # 119296

Location:  15431 CAMPDEN HILL          Date:  JANUARY 1, 1996     0230 Hrs.

Complainant #1:    DAVID RODRIQUEZ        Address:  5407 DANFIELD
        Race:      WHITE
        Sex:       MALE
        Age:       9
        Wounds:    GSW TO THE HEAD (DEAD AT THE SCENE)

Complainant #2:    DIANE RODRIQUEZ        Address:  5407 DANFIELD
        Race:      WHITE
        Sex:       FEMALE
        Age:       15
        Wounds:    GSW TO LEFT SIDE OF NECK (DEAD AT THE SCENE)

Complainant #3:    ROCIO PEDRAZA        Address:  14915 NUWOOD
        Race:      WHITE
        Sex:       FEMALE
        Age:       18
        Wounds:    GSW TO THE ABDOMEN  (CRITICAL AT BEN TAUB HOSPITAL)

Suspect #1:    Race:      Sex:     Age:
       Charge:      Court:     Bond:

Wanted Vehicle:   UNKNOWN, 4DOOR, BROWN OR BURGUNDY OLDSMOBILE, UNKNOWN,
UNKNOWN.

Investgators:

SERGEANT G.J. NOVAK                          OFFICER H.F.CHISHOLM

--------------------------------- Details ---------------------------------

THE COMPLAIANNTS WERE STANDING IN THE DRIVEWAY OF THE RESIDENCE LISTENING TO
MUSIC ON THE RADIO.   A BROWN OR BURGUNDY COLORED VEHICLE, POSSIBLY A
OLDSMOBILE WAS SEEN DRIVING NORTH BOUND ON CAMPDEN HILL AT A SLOW RATE OF
SPEED.   THE VEHICLE WAS OCCUPIED BY AT LEAST TWO MALES. AS THE VEHICLE NEARED
THE RESIDENCE THE PASSENGER IN THE VEHICLE POINTED A LONG BARREL FIREARM OUT
THE WINDOW AS IT APPROACHED THE RESIDENCE.   SEVERAL SHOTS WERE THEN FIRED IN
THE DIRECTION OF THE COMPLAINANTS WHO WERE STANDING IN THE DRIVEWAY VERY NEAR
THE STREET.   THERE WERE AT LEAST SIX PERSONS STANDING IN THE DRIVE WAY AND
THREE WERE HIT BY THE GUNFIRE.   THE SHOOTING IS BELIEVED TO BE GANG RELATED
AND WAS IN RETALLIATION OF A INCIDENT THAT OCCURRED SEVERAL MONTHS AGO.

0073

```
""""""""/ / / / / / / / """"/ / / """"/ """"/ """/ """""""/ """/ / / """"/ """/""/ """/ / """/ """"/ """/ / / """/ """"
                    CURRENT INFORMATION REPORT NON-PUBLIC
""""""""/ / / / / / / / """"/ / / """"/ """"/ """/ """""""/ """/ / / """"/ """/""/ """/ / """/ """"/ """/ / """/ """"
                        HOUSTON POLICE DEPARTMENT                    PAGE 1.001
                        CURRENT INFORMATION REPORT   Incident no. 000119296 O
""""""""/ / / / / / / / """"/ / / """"/ """"/ """/ """""""/ """/ / / """"/ """/""/ """/ / """/ """"/ """/ / """/ """"
```

Offense- CAPITAL MURDER  (MULTIPLE HOMICIDES)
UCR Offense codes- 00021/00021/00000
Premises- DRIVEWAY OF RESIDENCE          Weather- FOGGY WARM

Location: Street no- 015431  Name- CAMPDEN HILL
     City-HOUSTON          County-HARRIS          Kmap-571Z Dist-16 Beat-16E20
Neighborhood code-00056 Desc-BRIARWICK

 Begin date- MO 01/01/96 Time- 0230  End date- MO 01/01/96 Time- 0230
Received/Employee: Name-G.J.NOVAK               No.-039034 Date-01/01/96 Time-0300
Gang crime related-Y                            Hate crime related-N
--------------------------------------------------------------------------------

                              COMPLAINANT(S)


No-01 Name: Last-RODRIQUEZ       First-DAVID       Middle-
      Race-W Sex-M Age- 9 Hispanic-H
      Address-5407 DANFIELD
      Phone: Home-(713) 434-0917 Business-(000) 000-0000 Ext-
      Force used against complainant- Y     DOB- 01/07/86
      Relation to susp-N
      Relation to #(01) Suspect-UNKNOWN
      Relation to #(02) Suspect-UNKNOWN
      Relation to #(03) Suspect-UNKNOWN
      Condition-DOA

No-02 Name: Last-RODRIQUEZ       First-DIANE       Middle-
      Race-W Sex-F Age-15 Hispanic-H
      Address-5407 DANFIELD
      Phone: Home-(713) 434-0917 Business-(000) 000-0000 Ext-
      Force used against complainant- Y     DOB- 07/17/80
      Relation to susp-NONE
      Relation to #(01) Suspect-UNKNOWN
      Relation to #(02) Suspect-UNKNOWN
      Relation to #(03) Suspect-UNKNOWN
      Injured: Taken to-HARRRIS COUNTY MORGUE     By-CRISTO REY FUNERAL HOME
      Condition-DOA MED-LEGAL 96-6

No-03 Name: Last-PEDRAZA         First-ROCIO       Middle-
      Race-W Sex-F Age-18 Hispanic-H
      Address-14915 NUWOOD
      Phone: Home-(713) 434-2645 Business-(000) 000-0000 Ext-
      Force used against complainant- Y     DOB- 12/04/77
      Relation to susp-NONE
      Injured: Taken to-BEN TAUB HOSPITAL          By-HFD
      Condition-CRITICAL GSW TO ABDOMEN

0074

```
||||||///////||||||///////||||||///////||||||///////||||||///////||||||///////||||||///////||||||///||||||
Incident no. 000119296 O   CURRENT INFORMATION REPORT              PAGE 1.002
||||||///////||||||///////||||||///////||||||///////||||||///////||||||///////||||||///////||||||///||||||
```
--------------------------------------------------------------------------------

WITNESS(S)

No-01 Name: Last-RODRIQUEZ       First-VERONICA   Middle-
       Race-W Sex-F Age-20 Hispanic-
       Address-15431 CAMPDEN HILL
       Phone: Home-(713) 433-2483 Business-(000) 000-0000 Ext-
       Driver license#-                   SOCIAL SECURITY-████████
       Force used against complainant- Y      DOB- 04/10/75
       Relation to susp-NONE

No-02 Name: Last-RODRIQUEZ       First-ESMERALDA  Middle-
       Race-W Sex-F Age-17 Hispanic-
       Address-15431 CAMPDEN HILL
       Phone: Home-(713) 433-5478 Business-(000) 000-0000 Ext-
       Force used against complainant- Y      DOB- 05/02/78
       Relation to susp-NONE

No-03 Name: Last-LOREDO          First-ARNOLDO    Middle-
       Race-W Sex-M Age-17 Hispanic-
       Address-14319 FLEETWELL
       Phone: Home-(713) 433-2483 Business-(000) 000-0000 Ext-
       Driver license#-                   SOCIAL SECURITY-████████
       Force used against complainant- Y      DOB- 12/12/78
       Relation to susp-NONE

No-04 Name: Last-GOMEZ           First-LAURA      Middle-ALICIA
       Race-W Sex-F Age-18 Hispanic-
       Address-15815 IRONFORK
       Phone: Home-(713) 835-6469 Business-(000) 000-0000 Ext-
       Driver license#-                   SOCIAL SECURITY-████████
       Force used against complainant- Y      DOB- 05/27/77
       Relation to susp-NONE

No-05 Name: Last-GUY             First-LEON       Middle-WILBUR
       Race-B Sex-M Age-31 Hispanic-
       Address-15411 CAMPDEN HILL
       Phone: Home-(713) 433-4251 Business-(713) 764-4157 Ext-
       Driver license#-                   SOCIAL SECURITY-████████
       Force used against complainant- Y      DOB- 01/08/64
       Relation to susp-NONE

No-06 Name: Last-RODRIQUEZ       First-FRANCISCO  Middle-JESUS
       Race-W Sex-M Age-44 Hispanic-
       Address-5407 DANFIELD
       Phone: Home-(713) 434-0917 Business-(000) 000-0000 Ext-
       Driver license#-████████          SOCIAL SECURITY-████████
       Force used against complainant- Y      DOB- 04/28/51
       Relation to susp-NONE

0075

```
""""""///////////////////////////////////////////////////////////////////
```

Incident no. 000119296 O   CURRENT INFORMATION REPORT            PAGE 1.003

```
""""""///////////////////////////////////////////////////////////////////
```

No-07 Name: Last-RODRIQUEZ        First-EVARISTO   Middle-
      Race-W Sex-M Age-51 Hispanic-
      Address-15431 CAMPDEN HILL
      Phone: Home-(713) 433-5478 Business-(000) 000-0000 Ext-
      Driver license#-██████████        SOCIAL SECURITY-██████████
      Force used against complainant- Y     DOB- 12/21/44
      Relation to susp-NONE

No-08 Name: Last-LOREDO            First-ARNOLDO    Middle-
      Race-W Sex-M Age-40 Hispanic-
      Address-14319 FLEETWELL
      Phone: Home-(713) 433-2483 Business-(000) 000-0000 Ext-
      Driver license#-██████████        SOCIAL SECURITY-██████████
      Force used against complainant- Y     DOB- 08/03/55
      Relation to susp-NONE

No-09 Name: Last-CATO              First-SEBASTIAN  Middle-
      Race-B Sex-M Age-33 Hispanic-
      Address-15427 CAMPDEN HILL
      Force used against complainant- Y     DOB- 02/09/62
      Relation to susp-NONE

No-10 Name: Last-FERGUSON         First-WANDA      Middle-LUNIA
      Race-B Sex-F Age-47 Hispanic-
      Address-15427 CAMDEN HILL
      Driver license#-██████████        SOCIAL SECURITY-██████████
      Force used against complainant- Y     DOB- 02/15/48
      Relation to susp-NONE

No-11 Name: Last-NACOSTE          First-DALLAS     Middle-JAMES
      Race-B Sex-M Age-16 Hispanic-
      Address-4000 WATONGA #205
      Phone: Home-(713) 686-8449 Business-(713) 862-3827 Ext-
      Driver license#-ID#-██████████     SOCIAL SECURITY-██████████
      Force used against complainant- Y     DOB- 02/02/79
      Relation to susp-SAME GANG "LRZ"

No-12 Name: Last-HOLMES           First-DOMINIC    Middle-ANTOINE
      Race-B Sex-M Age-16 Hispanic-
      Address-11811 LITTLE JOHN  MISSOURI CITY, TEXAS
      Phone: Home-(713) 728-3711 Business-(000) 000-0000 Ext-
      Force used against complainant- Y     DOB- 03/30/79
      Relation to susp-GANG MEMBER "LRZ"

No-13 Name: Last-MOORE            First-JAMES      Middle-ALFRED
      Race-B Sex-M Age-22 Hispanic-
      Address-6225 WEST AIRPORT
      Phone: Home-(713) 729-4934 Business-(713) 506-0735 Ext-
      Driver license#-██████████        SOCIAL SECURITY-██████████
      Force used against complainant- Y     DOB- 09/27/73
      Relation to susp-NONE

                                                       0076

```
n n n n n / / / / / / n n / / / n n n n / n / n / n n / / / n n / n n n n / / / / n n n / / n n / / n / / n n n n / n / / / n / n / n / n / n / n / n n n n
```

Incident no. 000119296 O   CURRENT INFORMATION REPORT                    PAGE 1.004

```
n n n n n / / / / / / n n / / / n n n n / n / n / n n / / / n n / n n n n / / / / n n n / / n n / / n / / n n n n / n / / / n / n / n / n / n / n / n n n n
```

No-14 Name: Last-PONCE           First-VERONICA    Middle-
      Race-W Sex-F Age-13 Hispanic-
      Address-9701 STELLA LINK # 64
      Phone: Home-(713) 667-7183 Business-(713) 433-8428 Ext-
      Force used against complainant- Y     DOB- 02/04/82
      Relation to susp-GANG MEMBER "LRZ"

No-15 Name: Last-POORAN          First-SCHARLENE  Middle-CHERYL
      Race-W Sex-F Age-16 Hispanic-
      Address-5847 LOMA LINDA
      Phone: Home-(713) 729-0114 Business-(000) 000-0000 Ext-
      Driver license#-                SOCIAL SECURITY-███████
      Force used against complainant- Y     DOB- 02/19/79
      Relation to susp-MEMBER GANG "LRZ"

No-16 Name: Last-VALADEZ         First-JOHNNY     Middle-
      Race-W Sex-M Age-14 Hispanic-
      Address-5525 GASMER #25
      Phone: Home-(713) 729-5960 Business-(000) 000-0000 Ext-
      Force used against complainant- Y     DOB- 01/04/82
      Relation to susp-GANG MEMBER "LRZ"

No-17 Name: Last-JUAREZ          First-REGINA     Middle-
      Race-W Sex-F Age-15 Hispanic-
      Address-3511 DALMATION
      Phone: Home-(713) 434-2595 Business-(713) 264-4066 Ext-
      Force used against complainant- Y     DOB- 03/09/80
      Relation to susp-MEMBER GANG "LRZ"

No-18 Name: Last-GUERRERO        First-CANDELARIO Middle-
      Race-W Sex-M Age-20 Hispanic-
      Address-4035 HIGH POINT
      Phone: Home-(713) 433-7229 Business-(000) 000-0000 Ext-
      Driver license#-                SOCIAL SECURITY-███████
      Force used against complainant- Y     DOB- 11/09/75
      Relation to susp-MEMBER GANG "LRZ"
```

------------------------------------------------------------------------

REPORTEE(S)

NONE

0077

Incident no. 000119296 O  CURRENT INFORMATION REPORT        PAGE 1.005

--------------------------------------------------------------------

                        VEHICLE(S)

No-   01 Type-GENERAL        Complainant no-   Disposition-CLEARED
      Yr-89-  Make-FORD        Model- TEMPO      Style-
      License: No- ████████    State-TX Year-96 Month-00 Type-
      VIN-███████████████      Colors: 1st-               2nd-
      Value-$   3000.00 Special features-
      Recovery:Location- 05455COURT               RD      Dist-16 Beat-16E40
             Date-01/05/96 Time-2140 Value-$   3000.00
      Released to-PRINT STALL
      Wrecker-CITY WRECKER           Unit no-
      Location stored-PRINT STALL                 Phone-(713) 000-0000

No-   02 Type-GENERAL        Complainant no-   Disposition-EVIDENCE
      Yr-83-  Make-GMC          Model-          Style-PICKUP
      License: No- ███████      State-TX Year-95 Month-00 Type-
      VIN-███████████████      Colors: 1st-GREY/BLUE  2nd-
      Recovery:Location- 15427CAMDEN HILL         Dist-16 Beat-16E40
      Wrecker-HPD                Unit no-3643
      Location stored-HPD PRINT STALL             Phone-(000) 000-0000

No-   03 Type-GENERAL        Complainant no-   Disposition-EVIDENCE
      Yr-89-  Make-CHEVROLET     Model-          Style-PICKUP
      License: No- ████████     State-TX Year-85 Month-00 Type-
      VIN-████████████████      Colors: 1st-GREY/BLUE  2nd-
      Recovery:Location- 15431CAMDEN HILL         Dist-16 Beat-16E40
      Released to-OWNER
      Wrecker-HPD                Unit no-3640
      Location stored-PRINT STALL                 Phone-(000) 000-0000

No-   04 Type-GENERAL        Complainant no-   Disposition-EVIDENCE
      Yr-94-  Make-DODGE         Model- SHADOW    Style-
      License: No- ████████     State-TX Year-95 Month-00 Type-
      VIN-████████████████      Colors: 1st-          2nd-
      Recovery:Location- 15431CAMDEN HILL         Dist-16 Beat-16E40
      Released to-OWNER
      Wrecker-HPD                Unit no-3643
      Location stored-HPD PRINT STALL             Phone-(000) 000-0000

No-   05 Type-GENERAL        Complainant no-   Disposition-EVIDENCE
      Yr-85-  Make-CADILLAC      Model-          Style-2DR
      License: No- ████████     State-TX Year-95 Month-00 Type-
      VIN-██████████████████    Colors: 1st-BROWN     2nd-
      Recovery:Location- 00000                    Dist-16 Beat-16E40
      Wrecker-HPD                Unit no-
      Location stored-HPD PRINT STALL             Phone-(000) 000-0000

No-   06 Type-GENERAL        Complainant no-   Disposition-EVIDENCE
      Yr-89-  Make-OLDSMOBILE    Model- 88        Style-4DOOR
      License: No- ████████     State-TX Year-95 Month-00 Type-
      VIN-██████████████████    Colors: 1st-BLACK     2nd-
      Recovery:Location- 08300MYKAWA              Dist-16 Beat-16E40
      Wrecker-HPD                Unit no-

                                                            0078

Location stored-HPD PRINT STALL                    Phone-(000) 000-0000

0079

```
"""""///////""//////""/""/""//""/""/""/""//""/""////""/////""//""/""/""/"/""/""/""/""//"""
Incident no. 000119296 O   CURRENT INFORMATION REPORT              PAGE 1.006
"""""///////""//////""/""/""//""/""/""/""//""/""////""/////""//""/""/""/"/""/""/""/""//"""
```
-------------------------------------------------------------------------------

## DETAILS OF OFFENSE

THE COMPLAINANTS WERE STANDING IN THE DRIVEWAY OF THE RESIDENCE LISTENING TO
MUSIC ON THE RADIO. A BROWN OR BURGUNDY COLORED VEHICLE, POSSIBLY A OLDSMOBILE
WAS SEEN DRIVING NORTHBOUND ON CAMPDEN HILL AT A SLOW RATE OF SPEED. THE VEHICLE
WAS OCCUPIED BY AT LEAST TWO MALES. AS THE VEHICLE NEARED THE RESIDENCE THE
PASSENGER IN THE VEHICLE POINTED A LONG BARREL FIREARM OUT TEH WINDOW AND
DISCHARGED SEVERAL SHOTS. TWO COMPLAINANTS WERE DEAD AT THE SCENE AND A THIRD
IS IN CRITICAL CONDITION AT BEN TAUB. THE SHOOTING IS GANG RELATED.

Officer1: Name-G.J.NOVAK          Employee no-039034 Shift-1
Officer2: Name-H.F.CHISHOLM       Employee no-054242 Shift-1

Division/Station #-HOMICIDE       Unit #-1422

Call received: Date-01/01/96 Time-0300 Report made: Date-01/01/96 Time-1710

0080

```
"""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""
```
ncident no. 000119296 O   CURRENT INFORMATION REPORT              PAGE 2.006
```
"""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""
```

## SUSPECT(S)

o-01 Disposition-ARRESTED  /CHARGED     HPD-no-000000
     Name: Last-MEDINA          First-ANTHONY    Middle-SHAWN
     Alias(Nickname)-CREEPER
     Address-5423 HEATHERCREST  HOUSTON, TX
     Race-W Sex-M Age-21-00 Hispanic-N Date of birth-11/05/74
     Weapon used-RIFLE
lisc-AGGRAVATED ASSAULT-DW/NO BOND/230TH DC/#712126
     SS# ▓▓▓▓▓▓▓▓▓; TDL ▓▓▓▓▓▓▓▓

lo-02 Disposition-ARRESTED  /CHARGED     HPD-no-000000
     Name: Last-PEREZ           First-ALEX        Middle-JOSEPH
     Address-5054 CASTLECREEK HOUSTON, TX
     Race-W Sex-M Age-18-00 Hispanic-N Date of birth-07/05/77
     Weapon used-RIFLE
lisc-AGGRAVATED ASSAULT-DW/NO BOND/230TH DC/#712125
     SS# ▓▓▓▓▓▓▓▓▓; TDL ▓▓▓▓▓▓▓▓

lo-03 Disposition-ARRESTED  /CHARGED     HPD-no-000000
     Name: Last-VALADEZ         First-JOHNNY      Middle-
     Race-W Sex-M Age-14-00 Hispanic-H Date of birth-01/04/82
     Weapon used-RIFE
lisc- SUPPLE# 16   CHARGED W/CAPITAL MURDER, TRANSPORTED & RELEASED H.C.J.P.

lo-04 Disposition-ARRESTED  /CHARGED     HPD-no-676852
     Name: Last-MEDINA          First-ANTHONY    Middle-SHAWN
     Alias(Nickname)-CREEPER
     Address-14007 CATINA
     Race-W Sex-M Age-21-00 Hispanic-N Date of birth-11/05/74
     Weapon used-SEMI-AUTOMATIC RIFLE
lisc-CAPITAL MURDER 228TH DISTRICT COURT CAUSE 712607 NO BOND

------------------------------------------------------------------------

M.O. SUMMARY


Report entered by-G.J.NOVAK          Employee number-039034

Status: Open-  Cleared-X Inactive-  Unfounded-
Report reviewed by-EG                Employee number-025810
Date cleared-01/22/96

                                                          0081

```
"""""////////""""/"""""/"/""/"///"""""""/"""""///"""""/"""/"/"""""/"""/"""/"//"/"""""
Incident no. 000119296 O  CURRENT INFORMATION REPORT                PAGE 2.007
"""""////////""""/"""""/"/""/"///"""""""/"""""///"""""/"""/"/"""""/"""/"""/"//"/"""""
```
--------------------------------------------------------------------------------

                                  NARRATIVE

THE DETAILS AND SCENE SUMMARY WILL BE COVERED IN SUPPLEMENT #1.

0032

```
nununn/////////nnun/nnun/n//n/.//nnununn/nnnn////nnn//nnn/n/nnn/////nnn//nnn/n/nnn/////nn/n//nnn/nn/nn/nnn/nnnn
```
ORIGINAL INFORMATION REPORT NON-PUBLIC
```
nununn/////////nnun/nnun/n//n.//nnununn/nnnn////nnn//nnn/n/nnn/////nnn//nnn/n/nnn/////nn/n//nnn/nn/nn/nnn/nnnn
```

HOUSTON POLICE DEPARTMENT                      PAGE 1.001
                    OFFENSE REPORT           Incident no. 000119296 O
```
nununn/////////nnun/nnun/n//n.//nnununn/nnnn////nnn//nnn/n/nnn/////nnn//nnn/n/nnn/////nn/n//nnn/nn/nn/nnn/nnnn
```

                              SUPPLEMENT(S)


No-0001


Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                  Street location information
Number-    15431 Name-CAMPDEN HILL            Type-        Suffix-
Apt no-    Name-GLENRIDGE              Type-LN    Suffix-
Date of offense-01/01/96          Date of supplement-01/22/96
Compl(s) Last-RODRIQUEZ      First-DAVID      Middle-
                  Recovered stolen vehicles information
  Recovery location-                      District-   Beat-   00
  Stored-                    by-
Officer1-G.J.NOVAK,SGT        Emp#-039034 Shift-1 Div/Station-HOMICIDE
Officer2-H.F.CHISHOLM         Emp#-054242 Shift-1
Caller'S name-                   Phone# (713) 000-0000 Ext-0000


                    SUPPLEMENT NARRATIVE


     *******************************************************************
     ***************************INTRODUCTION****************************
     *******************************************************************

SERGEANT NOVAK WHILE AT HIS RESIDENCE RECEIVED A PHONE CALL FROM HOMICIDE
LIEUTENANT M.J. SMITH, WHO INFORMED THIS SERGEANT TO MAKE THE SCENE OF THE
DRIVE-BY SHOOTING THAT OCCURRED AT 15431 CAMPDEN HILL. SERGEANT WAS FURTHER
ADVISED THAT THERE WERE TWO (2) COMPLAINANTS DEAD AT THE SCENE AND A THIRD
COMPLAINANT HAD BEEN TRANSPORTED TO BEN TAUB HOSPITAL AND WAS IN VERY
CRITICAL CONDITION.  IT WAS LEARNED FURTHER THAT BOTH DEAD COMPLAINANTS WERE
JUVENILES, ONE BEING A NINE (9) YEAR OLD HISPANIC MALE AND HIS FIFTEEN (15)
YEAR OLD SISTER.  THE ONLY OTHER KNOWN FACTS AT THIS TIME WERE THAT THE THREE
COMPLAINANTS HAD BEEN ATTENDING A NEW YEARS EVE PARTY AND HAD BEEN STANDING
IN THE FRONT YARD OF THE RESIDENCE WHEN THEY WERE SHOT.  THE ASSIGNMENT WAS
RECEIVED AT 0315 HOURS. SERGEANT LEFT HIS RESIDENCE AND DROVE DIRECTLY TO THE
SCENE ARRIVING AT THE ABOVE LOCATION AT 0410 HOURS.

UPON ARRIVAL AT THE SCENE SERGEANT FIRST MET WITH LIEUTENANT M.J. SMITH, WHO
ADVISED THAT HE HAS LEARNED THAT THE SHOOTING HAD BEEN COMMITTED BY A STREET
GANG CALLING THEMSELVES THE "LRZ".  SERGEANT OBSERVED TWO BODIES COVERED WITH
PAPER BODY SHEETS LAYING IN CLOSE PROXIMITY TO ONE ANOTHER. THE BODIES WERE
OBSERVED IN THE DRIVEWAY NEAR THE STREET OF THE RESIDENCE WHICH CARRIED AN
ADDRESS OF 15431 CAMDEN HILL.

SERGEANT THEN SPOKE WITH OFFICER C. PENA, UNIT 16E27,PR#105663, WHO ADVISED
THIS SERGEANT THAT HE HAD BEEN DISPATCHED TO THE SCENE OF THE DRIVE-BY
SHOOTING AND UPON HIS ARRIVING AT THE LOCATION OBSERVED THAT THREE PERSONS
HAD BEEN SHOT. TWO WERE DEAD IN THE STREET AN A THIRD WAS BEING ATTENDED TO
BY HFD #33 AMBULANCE PERSONNEL.  HE STATED FURTHER THAT HE IDENTIFIED THE
COMPLAINANTS IN THIS CASE THROUGH MEMBERS OF THE FAMILY WHO WERE PRESENT AT
THE TIME OF THE SHOOTING. HE IDENTIFIED THE DECEASED COMPLAINANTS AS BEING
DAVID RODRIQUEZ, H/M 9 AND HIS SISTER,DIANE RODRIQUEZ, H/F 15. THE
COMPLAINANT, WHO HAD BEEN TRANSPORTED TO THE HOSPITAL WAS IDENTIFIED AS ROCIO
ROLSALVA PEDRAZA H/F 18.  OFFICER PENA STATED THAT HE HAS LEARNED THROUGH

PERSONS WHO WERE ALSO OUTSIDE AT THE TIME OF THE SHOOTING THAT THE

0084

"""""""/////////""""""""""""""""/""""""""""""""""""""""/""""/""""/""""""""""""""/""""/""""/"""""""
Incident no. 000119296 O            OFFENSE REPORT                    PAGE 1.002
"""""""/////////""""""""""""""""/""""""""""""""""""""""/""""/""""/""""""""""""""/""""/""""/"""""""

COMPLAINANTS AND SEVERAL OTHER HISPANIC FEMALES HAD BEEN OUTSIDE IN THE
DRIVEWAY LISTENING TO MUSIC AND TALKING, WHEN A DARK COLORED VEHICLE DROVE BY
AND SHOT AT THE GROUP.  HE STATED THAT THE DRIVE-BY MAY BE GANG RELATED AND
A RETALIATION AT SOMEONE LIVING INSIDE THE RESIDENCE.  HE STATED THAT THE
REMAINING FAMILY MEMBERS AND OTHER WITNESSES TO THE OFFENSE WERE LOCATED
INSIDE THE RESIDENCE.  OFFICER PENA STATED THAT HE HAS LOCATED AN OUTSIDE
WITNESS WHO, WITH HIS FRIEND HAD BEEN WALKING IN THE STREET TO A RESIDENCE
LOCATED AT 15427 CAMPDEN HILL WHEN HE OBSERVED A DARK COLORED VEHICLE
TRAVELLING NORTH ON CAMPDEN HILL. THE VEHICLE SLOWED ACCORDING TO THE WITNESS
AND HE OBSERVED A LONG BARREL GUN STICKING OUT OF THE FRONT PASSENGER
WINDOW,AND THEN HEARD SEVERAL GUNSHOTS. OFFICER PENA STATED THAT THE WITNESS
WAS PRESENTLY SEATED IN THE REAR OF HIS POLICE VEHICLE. THIS WITNESS WAS
IDENTIFIED AS: LEON GUY B/M 31, DOB 1-8-64, 15411 CAMPDEN HILL, PHONE 433-
4251.

SERGEANT NOVAK AGAIN SPOKE WITH LT. SMITH AND HE ADVISED THAT OFFICER DAVID
VASQUEZ WOULD BE COMING TO THE SCENE TO INTERVIEW THE FAMILY MEMBERS AND THE
OTHER WITNESSES WHO WERE PRESENT WHEN THE SHOOTINGS TOOK PLACE.

SERGEANT NOVAK WENT TO THE RESIDENCE AND SPOKE TO THE OWNER OF THE HOUSE. HE
WAS IDENTIFIED AS EVARISTO RODRIQUEZ, H/M 51 DOB 12-21-44, 15431 CAMPDEN
HILL, PH.433-5478.  MR. RODRIQUEZ STATED THAT HE HAD BEEN HAVING A PARTY AT
HIS RESIDENCE THAT WAS BEING ATTENDED BY HIS IMMEDIATE FAMILY AND THEIR
CHILDREN AS WELL AS HIS OWN AND SOME OF THE CHILDREN'S FRIENDS.  HE STATED
THAT THEY WERE INSIDE THE RESIDENCE WHEN THEY HEARD SEVERAL LOUD SHOTS  THEY
RAN OUTSIDE AND OBSERVED THAT HIS BROTHERS CHILDREN WERE SHOT AND THAT A
FRIEND OF HIS DAUGHTER HAD ALSO BEEN SHOT,  HE STATED FURTHER THAT HE HAD NO
IDEA WHY THE SHOOTING OCCURRED BUT THAT HIS HOUSE HAS BEEN SHOT AT LEAST TWO
OTHER TIMES DURING THE YEAR AND AN ATTEMPT TO BURN HIS HOUSE HAD ALSO BEEN
MADE.  HE STATED THAT ON EACH OCCASION THE POLICE HAD BEEN CALLED AND A
REPORT FILED. HE STATED THAT NONE OF THE CHILDREN OUTSIDE WERE GANG MEMBERS
NOR OR THEY AFFILIATED WITH A GANG.  HE STATED THAT HIS OLDER DAUGHTER,
VERONICA, HAD AT ONE TIME ASSOCIATED WITH A GANG AND THAT HER PRESENT
BOYFRIEND IS A MEMBER OF THE STREET GANG CALLING THEMSELVES THE "HTC"  HE
FURTHER STATED THAT NEITHER HIS DAUGHTER NOR HER BOYFRIEND HAD BEEN AT THE
HOUSE AT THE TIME THE SHOOTING TOOK PLACE. HE STATED THAT HIS DAUGHTER HAS A
BABY BY MARCO MARTINEZ, BUT THAT MARCO IS NOT ALLOWED AT THE HOUSE.

SERGEANT NOVAK THEN SPOKE WITH JESUS FRANCISCO RODRIGUEZ, H/M 44 DOB 4-28-
51, 5407 DANFIELD,PH 434-0917. MR. RODRIGUEZ STATED THAT HE IS THE FATHER OF
DAVID AND DIANE RODRIGUEZ.  HE STATED THAT HE ARRIVED AT HIS BROTHERS HOUSE
AT AROUND 10:00PM FOR A NEW YEARS EVE PARTY. AFTER NEW YEARS THE ADULTS WENT
BACK INSIDE AND WERE PLAYING DOMINO'S. HE STATED THAT HE THOUGHT THAT THE
KIDS WERE ALL INSIDE AND DID NOT REALIZE THEY WERE OUTSIDE UNTIL AFTER
HEARING SEVERAL SHOTS. HE STATED THAT THEY ALL JUMPED UP AND RAN OUTSIDE,
WHERE HE FOUND THAT HIS SON AND DAUGHTER HAD BEEN SHOT AND THAT BOTH WERE
DEAD.  HE STATED THAT NEITHER OF HIS CHILDREN BELONG TO ANY GANG NOR DO THEY
KNOW ANY GANG MEMBERS.  MR. RODRIGUEZ GAVE THE FOLLOWING INFORMATION ON HIS
CHILDREN:

DAVID RODRIGUEZ H/M 9 DOB 1-7-86                          0085
5407 DANFIELD
434-0917

DIANE RODRIGUEZ H/F 15 DOB 7-17-80
5407 DANFIELD

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.003

434-0917

MR. RODRIGUEZ BECAME VERY EMOTIONAL AND THE INTERVIEW WITH HIM WAS
TERMINATED.

SERGEANT THEN SPOKE TO ESMERALDA RODRIGUEZ, H/F 17 DOB 5-2-78, 15431 CAMPDEN
HILL. ESMERALDA STATED THAT SHE IS NOT A MEMBER OF ANY GANG NOR DOES SHE
ASSOCIATE WITH ANY GANG MEMBERS.  SHE STATED THAT SHE WAS SITTING ON THE CURB
WITH HER BACK TO THE STREET, WHEN SHE HEARD A SHOT AND SAW A MUZZLE FLASH.
SHE STATED THAT ROCIO PEDRAZA THEN GRABBED HER AND COVERED HER UP AS THE
SHOTS CONTINUED.  SHE STATED THAT THE ONLY THING SHE REMEMBERS SEEING IS A
DARK COLORED CAR, 4DRS. WITH SILVER TRIM GOING PAST THE HOUSE.  SHE STATED
THAT SHE THEN RAN INTO THE HOUSE AND TOLD HER FATHER ABOUT WHAT HAPPENED.

SERGEANT THEN SPOKE TO VERONICA RODRIGUEZ H/F 20 DOB 7-9-75, 15431 CAMPDEN
HILL. VERONICA STATED THAT SHE IS DATING A BOY BY THE NAME OF MARCO MARTINEZ
AND THAT MARCO IS ASSOCIATED WITH A GANG CALLED THE "HTC". SHE STATED THAT A
RIVAL GANG CALLING THEMSELVES THE "LRZ" IS PROBABLY RESPONSIBLE FOR THE
SHOOTING TONIGHT AND THAT THEY WERE ALSO RESPONSIBLE FOR THE DRIVE-BY'S IN
THE PAST AND THE THROWING OF THE MOLATOV COCKTAIL AT HER HOUSE.  SHE STATED
THAT A WHILE BACK A FRIEND OF HER BOYFRIENDS HAD KILLED A "LRZ" MEMBER AT
MEYER PARK AND THAT SINCE THEN THE "LRZ" HAS TRIED DOING SOMETHING TO HER
BOYFRIEND.  SHE STATED THAT HER BOYFRIEND HAD BEEN AT THE HOUSE EARLIER
BEFORE THE SHOOTINGS HAPPENED AND THAT SHE AND HIM LEFT THE HOUSE AND WENT
RIDING AROUND THE NEIGHBORHOOD.  SHE STATED THAT WHILE RIDING AROUND THAT
THEY DID NOT HAVE ANY CONFRONTATIONS WITH ANYONE.  SHE STATED THAT THEY WERE
NOT AT THE RESIDENCE WHEN THE SHOOTINGS OCCURRED. SHE STATED THAT MARCO HAD
LET HER OFF AFTER THE SHOOTINGS AND GONE HOME.

SERGEANT WAS THEN JOINED AT THE SCENE BY OFFICER DAVID VASQUEZ.  OFFICER
VASQUEZ WAS GIVEN A BRIEF SYNOPSIS OF THE INVESTIGATION AND OF THE
INFORMATION THUS FAR LEARNED.  HE WAS ASKED TO CONTINUE INTERVIEWING FAMILY
AND FRIENDS THAT WERE INSIDE THE RESIDENCE AT THE TIME THE SHOOTINGS
OCCURRED.

SERGEANT NOVAK THEN RETURNED TO THE FRONT YARD AREA TO CONTINUE WITH THE
SCENE INVESTIGATION.  SERGEANT MET WITH OFFICER A.G. RIDDLE, CSU 13, WHO WAS
AT THE SCENE CONDUCTING HIS CRIME SCENE SEARCH. OFFICER RIDDLE POINTED OUT
SIX (6) FIRED CARTRIDGE CASES THAT WERE FOUND IN THE STREET IN FRONT OF THE
RESIDENCE AND ALSO A BULLET STRIKE TO THE RED DODGE SHADOW THAT WAS PARKED IN
THE DRIVEWAY. SERGEANT ALSO OBSERVED A BULLET STRIKE TO A PICK-UP THAT WAS
PARKED IN THE DRIVEWAY AS WELL AS BULLET STRIKES TO THE FRONT METAL SECURITY
GATE THAT IS LOCATED ON THE FRONT PORCH, THE BULLET STRIKES AND THEIR
LOCATIONS WILL BE DESCRIBED FULLY IN THE SCENE SUMMARY.

*********************************************************************
***************************SCENE SUMMARY****************************
*********************************************************************

                                                              0086

THE SCENE OF THIS OFFENSE OCCURRED IN FRONT OF THE RESIDENCE LOCATED AT 15431
CAMPDEN HILL. THE STREET CAN BE FOUND IN KEY MAP REFERENCE 571-Z AND IS IN
POLICE DISTRICT 16 AND IS IN 16E20 BEAT.  THIS AREA IS LOCATED IN FAR
SOUTHWEST HOUSTON.  CAMPDEN HILL IS A NORTH/SOUTH STREET THAT IS PAVED IN
CONCRETE WITH ACCESS TO THE NORTH OFF OF ANDERSON ROAD.  CAMPDEN HILL IS A
MAJOR THOROUGHFARE THAT RUNS THROUGH THE SUBDIVISION.  THE SUBDIVISION

CONSISTS OF MOSTLY SINGLE STORY DWELLINGS OF BRICK AND WOOD CONSTRUCTION.
THE RESIDENTS ARE BOTH BLACK AND HISPANIC FAMILIES OF MIDDLE CLASS INCOME.
THERE IS A HEAVY STREET GANG PRESENCE IN THE NEIGHBORHOOD BASED ON THE
GRAFFITI THAT IS OBSERVED PAINTED ON THE WOODEN FENCES, IN THE STREETS AND ON
VARIOUS BUILDINGS.  THE DOMINANT STREET GANG APPEARS TO BE THE "LRZ" OR
LARAZA 13. THE TWO ARE ONE IN THE SAME GANG.  AS MENTIONED EARLIER CAMPDEN
HILL IS A MAJOR THOROUGHFARE THROUGH THE SUBDIVISION. THERE ARE HOUSES
LOCATED ON THE EAST SIDE OF THE STREET AND ALL FRONT TO THE WEST. THE OTHER
STREETS THROUGH THE SUBDIVISION "T" INTO CAMPDEN HILL UNTIL IT DEAD ENDS INTO
THE NEW BELTWAY 8 THAT IS UNDER CONSTRUCTION TO THE SOUTH. AGAIN THE SHOOTING
TOOK PLACE IN FRONT OF THE RESIDENCE THAT CARRIES AN ADDRESS OF 15431 CAMDEN
HILL. CAMDEN HILL IS INTERSECTED TO THE NORTH BY THE 4800 BLOCK OF MARKWOOD
AND TO THE SOUTH BY THE 4800 BLOCK OF INGOMAR WAY.  THE HOUSE IS CONSTRUCTED
OF WHITE BRICK AND TRIMMED IN WOOD THAT IS PAINTED A FLAT PINK COLOR. THERE
ARE MULTI COLORED STRANDS OF CHRISTMAS LIGHTING ATTACHED TO THE EAVES OF THE
RESIDENCE.

THE RESIDENCE IS SITUATED ON THE EASTSIDE OF THE ROADWAY AN FACES TO THE
WEST. THE PROPERTY LINE IS MARKED BY A CHAIN LINK FENCE THAT ENCLOSES THE
BACK YARD OF THE RESIDENCE. THE LOT OF THE RESIDENCE MEASURES 60 FEET FROM
NORTH TO SOUTH. THE RESIDENCE MEASURES 45 FEET IN WIDTH AND THERE IS 10 FT
DISTANCE BETWEEN THE RESIDENCE ON THE NORTH SIDE AND A 5 FOOT WIDTH BETWEEN
THE RESIDENCE TO THE SOUTHSIDE. THE HOUSE IS SITUATED APPROXIMATELY 42 FEET
EAST OF THE EAST CURBLINE.  ON THE NORTH SIDE OF THE RESIDENCE THERE IS A
DOUBLE CAR ATTACHED GARAGE. ATTACHED TO THE BUILDING IN APPROXIMATELY THE
MIDDLE THERE IS A MERCURY VAPOR NIGHT WATCHMAN LIGHT. THE LIGHT IS BURNING
AND ILLUMINATES THE FRONT OF THE RESIDENCE AND DRIVEWAY. THE GARAGE DOORS ARE
MADE OF METAL AND ARE CLOSED. IN FRONT OF THE GARAGE THERE IS A DOUBLE WIDE
CONCRETE DRIVEWAY. THE DRIVEWAY MEASURES 17 FT. IN WIDTH AND IT IS 42 FEET
FROM THE DOORS TO THE CURBLINE.  PARKED IN THE DRIVEWAY IN FRONT OF THE
GARAGE ON THE NORTH SIDE IS A MAROON TOYOTA CAMRY, 4DR. 95 TEXAS ████████. THE
VEHICLES FRONT IS FACING TO THE EAST. SITUATED NEXT TO THIS VEHICLE AND
PARKED ON THE SOUTH SIDE OF THE DRIVEWAY ARE TWO VEHICLES. BOTH ARE FACING TO
THE EAST. THE FIRST IS A BLUE OVER GREY GMC SUBURBAN 95 TEXAS ████████. PARKED
DIRECTLY BEHIND THIS VEHICLE IS A GREY OVER BLUE CHEVROLET EXTENDED CAB
PICKUP WITH CAMPER SHELL, 95 TEXAS ██████. THE REAR GLASS OF THE CAMPER SHELL
IS BLOWN INWARD INTO THE BED OF THE TRUCK. THERE ARE GLASS FRAGMENTS OBSERVED
INSIDE THE BED. IT APPEARS THAT A PROJECTILE TRAVELLED THROUGH THE CAMPER AND
THEN STRUCK THE REAR GLASS WINDOW. BROKEN GLASS IS OBSERVED ON THE SEAT OF
THE TRUCK.  THERE IS A WHAT APPEARS TO BE A BULLET HOLE EXITING THE FRONT
WINDSHIELD GLASS ON THE PASSENGER SIDE JUST ABOVE THE DASHBOARD. PARKED IN
THE STREET ON THE SOUTH SIDE OF THE DRIVEWAY IS A RED 4DR DODGE SHADOW, 95
TEXAS ████████. THE FRONT OF THE VEHICLE IS FACING TO THE SOUTH. OBSERVED ON
THE REAR TRUNK DECK OF THIS VEHICLE IS A CLEAR PLASTIC DRINKING CUP. THE CUP
IS APPROXIMATELY TO THE MIDDLE OF THE TRUNK LID. ALSO OBSERVED ON THE TRUNK
LID ARE DROPS OF BLOOD. ON THE CONCRETE STREET BEHIND THE VEHICLE IS A POOL
OF BLOOD AND A EMPTY MILLER DRAFT BEER CAN.  LAYING IN THE DRIVEWAY BETWEEN
THE RED DODGE SHADOW AND THE CHEVROLET TRUCK IS THE BODY OF THE DIANE
RODRIGUEZ. AT THE TOP OF THE HEAD THERE IS A LARGE POOLING OF BLOOD AND WHAT
APPEARS TO BE HUMAN VOMIT.  JUST NORTH OF THE BODY OF DIANE RODRIGUEZ IS THE
BODY OF DAVID RODRIGUEZ. DAVID IS FOUND ON THE NORTH SIDE OF THE DRIVEWAY
NEAR THE STREET. BOTH BODIES ARE COVERED WITH  BLUE COLORED PAPER BODY
SHEETS.  THEIR POSITIONS WILL BE DESCRIBED LATER IN DETAIL.  THERE IS A
BULLET STRIKE TO THE RIGHT OUTER UPPER DOOR JAMB FACING REAR PASSENGER DOOR
OF THE RED DODGE SHADOW. IT APPEARS THAT THE BULLET TRAVELLED THROUGH THE
REAR PASSENGER COMPARTMENT AND THEN LODGED ON THE LEFT REAR PLASTIC MOLDING

NEAR THE REAR WINDOW GLASS. THE SEATS AND THE MOLDING IN THE VEHICLE ARE GREY
IN COLOR.  FOUND ON THE FRONT HOOD DRIVER SIDE NEAR THE WINDSHIELD AREA IS A
PORTABLE RADIO THAT IS PLUGGED INTO AN ORANGE EXTENSION CORD. THE RADIO IS A
SHARP BRAND SERIAL # 31203008. THE RADIO IS DOWNWARD ON THE HOOD AND IS
RESTING ON ITS FACE. THE EXTENSION CORD RUNS TO THE FRONT PORCH OF THE
RESIDENCE AND HAD BEEN PLUGGED INTO AN ELECTRICAL OUTLET THERE. PARKED IN
FRONT OF THE RED DODGE SHADOW IS A FULL SIZE FORD VAN THAT IS GREY AND BROWN
IN COLOR, 95 TEXAS ████████. THE VAN IS PARKED FACING TO THE NORTH. PARKED
BEHIND THE VAN AND FACING TO THE SOUTH IS A MID SIZE CHEVROLET PICKUP, BLACK
IN COLOR, 95 TEXAS ████████.


LOCATED IN THE APPROXIMATE MIDDLE OF THE RESIDENTIAL STRUCTURE THERE IS A
CONCRETE FRONT PORCH. THERE IS A SMALL CONCRETE WALKWAY THAT EXTENDS SOUTH
OFF THE DRIVEWAY THAT LEADS TO THE PORCH AREA.  THERE ARE PLASTIC CANDY CANE
ORNAMENTS OUTLINING THE SIDEWALK. THE FRONT PORCH IS ELEVATED APPROXIMATELY
4 INCHES ABOVE THE LEVEL SURFACE OF THE FRONT YARD.  THE FRONT PORCH MEASURES
12 FEET IN LENGTH AND IS APPROXIMATELY 6 FEET IN WIDTH. ENCLOSING THE PORCH
AREA IS AN IRON GATE WITH BURGLAR TYPE BARS ENCLOSING THE REMAINING PART OF
THE PORCH.  THE GATE AND BURGLAR BARS ARE PAINTED WHITE IN COLOR. ATTACHED TO
THE GATE IS AN ARTIFICIAL GREEN CHRISTMAS WREATH THAT IS HUNG IN THE CENTER
OF THE GATE.  THE GATE MEASURES 3 FEET 10 INCHES IN OVERALL WIDTH AND IS 8
FEET IN HEIGHT.  FOR PURPOSES OF THIS REPORT A MEASUREMENT WAS TAKEN FROM THE
SOUTHWALL TO THE CENTER OF THE GATE AND THE MEASUREMENT WAS 21 FEET TO THE
CENTER BAR OF THE GATE GOING SOUTH TO NORTH. THERE ARE NINE (9) VERTICAL BARS
THAT ARE APPROXIMATELY 6 INCHES APART.  THERE ARE THREE (3) HORIZONTAL BARS.
THE GATES LOCKING MECHANISM IS FOUND ON THE SOUTH SIDE OF THE GATE. THE GATE
IS HINGED ON THE NORTHSIDE AND SWINGS INWARD.  THERE ARE THREE (3) BULLET
STRIKES TO THE IRON GATE. THEY ARE AS FOLLOWS:

(1)  BULLET STRIKE 21 FEET NORTH OF THE SOUTHWALL OF THE RESIDENCE AND 5 1/2
     FEET FROM THE GROUND TO THE VERTICAL CENTER BAR. THE BULLET STRIKE IS
     JUST ABOVE THE CHRISTMAS WREATH.  THE WHITE PAINT IS CHIPPED FROM THE BAR
     EXPOSING BARE METAL.

(2)  BULLET STRIKE 21 FEET 3 INCHES NORTH OF THE SOUTHWALL OF THE RESIDENCE
     AND 6 FT. 8 INCHES FROM THE GROUND SURFACE.  THIS STRIKE WAS TO THE
     HORIZONTAL BAR OF THE GATE.

(3)  BULLET STRIKE 21 FEET NORTH OF THE SOUTHWALL OF THE RESIDENCE AND WAS 7
     1/2 FEET FROM THE GROUND SURFACE. THIS BULLET STRIKE BROKE THE ORNAMENTAL
     TIP FROM THE TOP OF THIS BAR. THE TIP WAS FOUND LAYING ON THE PORCH.


PARKED IN THE STREET IN FRONT OF THE RESIDENCE OF 15427 CAMPDEN HILL IS A
GREY/BLUE CHEVROLET TRUCK, 95 TEXAS ████████. THE VEHICLE IS PARKED ON THE
EASTSIDE OF THE STREET AND IS FACING NORTH. THE VEHICLE IS ON THE SOUTHSIDE
OF THE ABOVE RESIDENCE.  THERE IS A BULLET STRIKE ON THE DRIVERS SIDE REAR
QUARTER PANEL. THE REAR TIRE IS FLAT AND IT APPEARS THAT THE BULLET MAY HAVE
TRAVELLED THROUGH THE FENDER WELL AND THEN STRUCK THE TIRE.  THIS VEHICLE
BELONGED TO SEBASTIAN C. CATO WHO IS THE OWNER OF THE HOUSE LOCATED AT 15427
CAMPDEN HILL. IT SHOULD BE NOTED THAT SERGEANT SPOKE TO MR. CATO AND IT WAS
DETERMINED THAT THE VEHICLE IS NOT DRIVEABLE DUE TO A MECHANICAL FAILURE. IT
WAS FURTHER LEARNED THAT THE REAR TIRE WAS NOT FLAT PRIOR TO THE SHOOTING.

AS MENTIONED EARLIER IN THE REPORT SIX (6) FIRED CARTRIDGE CASES WERE FOUND IN THE STREET IN FRONT OF THE RESIDENCES OF 15431 AND 15427 CAMPDEN HILL. THE CASINGS APPEARED TO HAVE BEEN FIRED BY A RIFLE.  EACH CARTRIDGE CASE BORE THE MARKING "351" ON THE TOP AND "94" ON THE BOTTOM. CAMPDEN HILL MEASURES 26 FEET IN WIDTH. USING THE SOUTH CURBLINE OF MARKWOOD STREET AS THE REFERENCE POINT THE LOCATIONS OF THE CARTRIDGE CASINGS ARE AS FOLLOWS:

#1 HULL WAS 117 FEET SOUTH OF THE SOUTH CURBLINE OF MARKWOOD AND 5FT.6IN. WEST OF THE EAST CURBLINE OF CAMPDEN HILL.
#2 HULL WAS 114 FEET SOUTH OF THE SOUTH CURBLINE OF MARKWOOD AND 6 FEET WEST OF THE EAST CURBLINE OF CAMPDEN HILL.
#3 HULL WAS 108 FEET SOUTH OF THE SOUTH CURBLINE OF MARKWOOD AND 16 FEET WEST OF THE EAST CURBLINE OF CAMPDEN HILL.
#4 HULL WAS 70 FEET SOUTH OF THE SOUTH CURBLINE OF MARKWOOD AND 20 FEET WEST OF THE EAST CURBLINE OF CAMPDEN HILL.
#5 HULL WAS 71 FEET SOUTH OF THE SOUTH CURBLINE OF MARKWOOD AND 5 INCHES WEST OF THE EAST CURBLINE OF CAMPDEN HILL. THIS HULL WAS FOUND DIRECTLY IN FRONT OF THE DRIVEWAY OF 15427 CAMDEN HILL.
#6 HULL WAS 49 FEET SOUTH OF THE SOUTH CURBLINE OF MARKWOOD AND 5 FEET 9 INCHES WEST OF THE EAST CURBLINE OF CAMPDEN HILL.

IT SHOULD BE NOTED THAT AFTER SERGEANT HAD CLEARED THE SCENE AN ADDITIONAL TWO (2) FIRED CARTRIDGE CASINGS OF THE SAME TYPE WERE FOUND IN THE DRIVEWAY OF 15431 CAMDEN HILL. FOR THEIR LOCATIONS SEE SUPPLEMENT OF OFFICER A.G. RIDDLE. THE HULLS WERE ALSO RECOVERED BY OFFICER RIDDLE AND SUBMITTED TO THE LATENT PRINT LAB. FOR DETAILS SEE SUBMISSION FORMS.

POSITION OF THE COMPLAINANTS BODIES:

THE COMPLAINANT, DAVID RODRIGUEZ WILL BE REFERRED TO IN THIS REPORT AS THE #1 COMPLAINANT.  HIS SISTER, DIANE RODRIGUEZ, WILL BE REFERRED TO AS BEING THE #2 COMPLAINANT.

DAVID RODRIGUEZ WAS FOUND LAYING ON HIS BACK WITH HIS HEAD POINTING TO THE NORTHEAST AND THE FACE TURNED FACING WEST. THE RIGHT ARM WAS EXTENDED OUTWARD WITH THE PALM OF THE RIGHT HAND TURNED INWARD TOWARDS THE BODY. THE FINGERS WERE SLIGHTLY CURLED.  THE LEFT ARM WAS POINTING DOWNWARD FROM THE BODY WITH THE LEFT HAND DOWN AT THE HIP AND THE FINGERS SLIGHTLY CURLED. THE RIGHT LEG WAS POINTING TO THE SOUTH WITH THE TOES OF THE RIGHT FOOT POINTING TO THE WEST. THE LEFT LEG WAS BENT AT THE KNEE AND WAS POINTING TO THE SOUTH. THE HEEL OF THE LEFT FOOT WAS RESTING ON THE CONCRETE DRIVEWAY WITH THE TOES OF THE FOOT POINTING UPWARD. THE FEET WERE CROSSED LEFT OVER RIGHT. THE TOP OF THE HEAD WAS  APPROXIMATELY 5 FEET  10 INCHES EAST OF THE EAST CURBLINE AND 4 FEET 2 INCHES NORTH OF THE NORTH CURBLINE OF THE DRIVEWAY. THE FEET WERE APPROXIMATELY 4 FEET EAST OF THE EAST CURBLINE AND 1/2 INCH SOUTH OF THE NORTH EDGE OF THE DRIVEWAY.

THIS COMPLAINANT HAD WHAT APPEARED TO BE AN ENTRY TYPE GUNSHOT WOUND TO THE LEFT SIDE OF THE HEAD AT THE TEMPLE AREA WITH A LARGE EXIT WOUND ON THE RIGHT SIDE OF THE HEAD.  THIS COMPLAINANT ALSO HAD A LARGE ENTRY AND EXIT WOUND TO THE  LEFT BICEP AREA.  THIS COMPLAINANT WAS CLOTHED IN  BLACK SHORT SLEEVED T-SHIRT, FADED LIGHT BLUE, BLUE JEANS, BLACK AND WHITE TENNIS SHOES AND WHITE SOCKS. THE T-SHIRT WAS SLIGHTLY PULLED UP, EXPOSING THE ABDOMEN AREA.

THE COMPLAINANT, DIANE RODRIGUEZ, WAS FOUND LAYING ON HER BACK BETWEEN THE PARKED RED DODGE SHADOW AND THE PARKED CHEVROLET PICKUP THAT WAS PARKED IN

THE DRIVEWAY OF 15431 CAMPDEN HILL.  HER HEAD WAS POINTING TO THE SOUTH AND
THE FACE WAS UP. THE RIGHT ARM EXTENDED STRAIGHT FROM THE BODY POINTING TO
THE EAST. THE PALM OF THE HAND WAS TURNED IN TOWARDS THE BODY WITH THE
FINGERS CURLED. THE LEFT ARM WAS BENT SLIGHTLY AT THE ELBOW AND WAS POINTING
TO THE SOUTHWEST.  THE PALM WAS TURNED INWARD TOWARD THE BODY AND THE FINGERS
WERE ALSO CURLED. BOTH LEGS EXTENDED STRAIGHT AWAY FROM THE BODY AND WERE
POINTING TO THE NORTH. THERE WAS A SLIGHT SEPARATION BETWEEN BOTH LEGS.  THE
TOES OF THE RIGHT FOOT WERE POINTING UP.  THE LEFT FOOT AND TOES WERE TURNED
AND WERE POINTING WEST. THIS COMPLAINANTS HEAD WAS APPROXIMATELY 8 INCHES
WEST OF THE EAST CURBLINE.

DIANE WAS CLOTHED IS A BLACK T-SHIRT, BLACK JEANS, BLACK HIGH TOP TENNIS
SHOES, AND A BLACK AND BROWN WOOL SWEATER.

THIS COMPLAINANT HAD WHAT APPEARED TO BE A GUNSHOT WOUND TO THE LEFT
SHOULDER/NECK AREA. THERE WAS LARGE POOLING OF BLOOD ABOUT THE HEAD AREA.

BOTH COMPLAINANTS HAD BEEN IDENTIFIED AT THE SCENE BY THEIR FATHER JESUS
FRANCISCO RODRIGUEZ, WHO WAS PRESENT AT THE SCENE WHEN HIS CHILDREN WERE
SHOT.

THE WEATHER WAS COOL AND DRY WITH HEAVY FOG, LIGHTING WAS FROM A STREET LIGHT
THAT WAS IN CLOSE PROXIMITY TO THE SCENE AS WELL AS LIGHTING THAT WAS
ATTACHED TO THE RESIDENCE ALSO BY HAND HELD FLASHLIGHTS.

*********************************************************************
***************************CORONER**********************************
*********************************************************************

HARRIS COUNTY MEDICAL EXAMINER INVESTIGATOR JOHN BRITE ARRIVED AT THE SCENE
AND AFTER COMPLETING HIS INVESTIGATION, ORDERED THAT BOTH BODIES BE REMOVED
FROM THE SCENE AND TAKEN TO THE HARRIS COUNTY MORGUE FOR AUTOPSY.  AUTOPSY
REQUEST FORMS WERE COMPLETED BY SERGEANT NOVAK REQUESTING THE CLOTHING,
PROJECTILES OR MISSILES FROM THE BODIES ALONG WITH BLOOD SAMPLES FROM EACH
COMPLAINANT.

DAVID RODRIGUEZ WAS ASSIGNED MEDICAL LEGAL NUMBER 96-5 AND DIANE WAS ASSIGNED
MEDICAL LEGAL NUMBER 96-6.

CRISTO REY FUNERAL HOME BODY CAR ARRIVED AT THE SCENE TO TRANSPORT THE BODIES
OF THE COMPLAINANTS TO THE MORGUE. THE DRIVER WAS JAMES PAIGE AND HE WAS
ASSISTED BY TINO MARTINEZ.

PERSONAL EFFECTS FROM THE BODY OF DAVID RODRIGUEZ CONSISTED OF A YELLOW METAL
RING THAT WAS REMOVED FROM THE MIDDLE FINGER OF THE RIGHT HAND.

PERSONAL EFFECTS FROM DIANE RODRIGUEZ:

EAR RING FROM RIGHT EAR
EAR RING FROM LEFT  EAR
RING FROM RIGHT HAND MIDDLE FINGER "JOROS" WITH RED STONE
RING LEFT HAND MIDDLE FINGER "15" GOLD COLORED RING
RING FINGER LEFT HAND DIAMOND CLUSTER RING
GOLD COLORED ROPE TYPE CHAIN WITH GOLD MEDALLION "DIANE" FROM NECK
YELLOW GOLD METAL CHAIN BRACELET FROM LEFT WRIST

0090

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.008

RIGHT FRONT POCKET OF BLUE JEANS : BLUE COMPACT CASE, SET OF KEYS (5 KEYS)
LEFT  FRONT POCKET OF BLUE JEANS : TUBE OF LIPSTICK

ALL PROPERTY BELONGING TO THE COMPLAINANTS WERE GIVEN TO THE PARENTS OF THE
COMPLAINANTS WHILE AT THE SCENE.

THE BODIES WERE THEN TRANSPORTED TO THE MEDICAL EXAMINERS OFFICE FOR AUTOPSY.

WHILE AT THE SCENE SERGEANT NOVAK COMPLETED CONSENT TO SEARCH FORMS ON THE
FOLLOWING VEHICLES THAT HAD BEEN STRUCK BY GUNFIRE DURING THE DRIVE-BY
SHOOTING.

1983 GMC TRUCK 95 TEXAS ▓▓▓ VIN ▓▓▓▓▓▓▓▓▓▓▓▓ OWNER SEBASTIAN C. CATO
WITNESSED BY OFFICER D.S. VASQUEZ AND A.G. RIDDLE  SEE ATTACHED CONSENT FORM.

1989 CHEVROLET EXTENDED CAB PICKUP 95 TEXAS ▓▓▓▓ VIN ▓▓▓▓▓▓▓▓▓
OWNER ARNOLD LOREDO WITNESSED BY OFFICERS D.S.VASQUEZ AND A.G. RIDDLE SEE
ATTACHED CONSENT FORM

1994 DODGE SHADOW 95 TEXAS ▓▓▓▓▓ VIN ▓▓▓▓▓▓▓▓▓▓ OWNER VERONICA
RODRIQUEZ WITNESSED BY OFFICERS D.S VASQUEZ AND A.G.RIDDLE SEE ATTACHED
CONSENT FORM.

ALL THREE VEHICLES WERE TOWED TO THE HPD PRINT STALL FOR THE PROCESSING OF
PHYSICAL EVIDENCE.

*****************************************************************
*****************************DETAILS OF OFFENSE******************************
*****************************************************************

THE DETAILS WERE LEARNED FROM INTERVIEWS WITH THOSE PRESENT AT THE TIME OF
THE SHOOTING.  IT WAS DETERMINED THAT A NEW YEARS EVE CELEBRATION WAS BEING
HELD IN THE HOME OF EVARISTO RODRIQUEZ, AT 15431 CAMPDEN HILL.  THOSE IN
ATTENDANCE WERE CLOSE FAMILY MEMBERS AND THEIR FAMILIES AS WELL AS FRIENDS OF
THE RODRIQUEZ FAMILY'S CHILDREN. DURING THE CELEBRATION A BOYFRIEND,MARCO
MARTINEZ ARRIVED AT THE RESIDENCE TO PICK UP THE OLDER DAUGHTER OF EVARISTO
RODRIQUEZ. THIS DAUGHTER WAS IDENTIFIED AS VERONICA RODRIQUEZ, H/F 20 YEARS
OLD. MARCO ARRIVED AT THE RESIDENCE AT APPROXIMATELY 1:30 AND HE AND VERONICA
ALONG WITH VERONICA'S FRIEND, JANIE PEDRAZA THEN LEFT THE RESIDENCE AND WENT
RIDING WITH MARCO MARTINEZ, HIS COUSIN, ABRAM MARTINEZ, AND MARCO'S FRIEND
EDDIE SOLIZ. THEY REPORTEDLY LEFT THE RESIDENCE AND THE NEIGHBORHOOD AND WENT
RIDING AROUND.

MARCO MARTINEZ IS A FORMER MEMBER OF A STREET GANG CALLING THEMSELVES THE
"HTC". THE "HTC" HAD BEEN INVOLVED IN A MURDER THAT OCCURRED AT THE MEYER
PARK CINEMA EARLIER IN THE YEAR IN WHICH A RIVAL GANG MEMBER OF A STREET GANG
CALLING THEMSELVES THE "LRZ 13" WAS STABBED TO DEATH BY AN "HTC" MEMBER.
SINCE THE KILLING SEVERAL ATTACKS HAVE BEEN MADE AT THE HOME OF EVARISTO
RODRIQUEZ.  THESE HAVE BEEN DOCUMENTED IN HOUSTON POLICE DEPARTMENT OFFENSE
REPORTS AND INVOLVE A DRIVE-BY SHOOTING,THE SPRAY PAINTING OF GANG GRAFFITI
ON THE GARAGE DOORS OF THE RESIDENCE AND A MOLOTOV COCKTAIL ALSO THROWN AT
THE RESIDENCE.  THE REASON FOR THE THESE ATTACKS IS THE FACT THAT VERONICA
HAS BEEN DATING MARCO MARTINEZ AND THE "LRZ" STREET GANG FEEL THAT MARCO HAD
SOMETHING TO DO WITH THE MURDER. THE MURDER HAS BEEN CLEARED ACCORDING TO
POLICE REPORTS AND A "HTC" GANG MEMBER WAS ARRESTED AND IS AWAITING
PROSECUTION.

""""""////////////"""""""""""""/"""//""//""""""""/""""""///////"""""/"""/"/"//""""""/""""/""""/""/"/""""""

Incident no. 000119296 O          OFFENSE REPORT                      PAGE 1.009
""""""////////////"""""""""""""/"""//""//""""""""/""""""///////"""""/"""/"/"//""""""/""""/""""/""/"/""""""

TONIGHT, AFTER VERONICA AND MARCO LEFT THE RESIDENCE SEVERAL CHILDREN WERE
OUTSIDE THE RESIDENCE LISTENING TO MUSIC AND TALKING. THE FOLLOWING WERE THE
PERSONS OUTSIDE THE RESIDENCE: TALINA LOREDO,H/F 15, LAURA GOMEZ,H/F 18,
ESMERALDA RODRIQUEZ, H/F 17, DAVID RODRIQUEZ, H/M 9, HIS SISTER, DIANE
RODRIQUEZ, H/F 15 AND ROCIA PEDRAZA, H/F 18. THERE WERE NO MALE GANG MEMBERS
AT THE RESIDENCE PRIOR TO OR DURING THE SHOOTING.  THE ONLY PERSONS OUTSIDE
WERE THOSE JUST MENTIONED.  THE GROUP WAS IN VERY CLOSE PROXIMITY TO THE
STREET AND WERE EITHER SITTING ON VERONICA'S RED DODGE SHADOW THAT WAS PARKED
IN THE STREET IN FRONT OF THE DRIVEWAY OF THE RESIDENCE OR WAS STANDING NEXT
TO THE VEHICLE.  A DARK COLORED VEHICLE WAS OBSERVED TRAVELLING NORTHBOUND ON
CAMPDEN HILL AT A VERY SLOW RATE OF SPEED. THE VEHICLE SLOWED TO NEARLY A
STOP IN FRONT OF THE RESIDENCE AND BEGAN SHOOTING INTO THE GROUP OF CHILDREN
THAT THERE WERE STANDING IN THE DRIVEWAY.  THE VEHICLE WAS BELIEVED TO HAVE
BEEN OCCUPIED BY AT LEAST TWO PERSONS.  WITNESSES STATE THAT THEY SAW A LONG
BARREL COME OUT OF THE FRONT PASSENGER DRIVERS SIDE AND THEN HEARING THE
SHOTS.  AFTER THE SHOOTING THE CAR CONTINUED NORTH ON CAMDEN HILL.  AFTER THE
SHOOTING STOPPED, DAVID RODRIQUEZ, HIS SISTER, DIANE RODRIQUEZ, LAY DEAD FROM
GUNSHOT WOUNDS, AND ROCIO PEDRAZA LAY INJURED FROM A GUNSHOT WOUND TO THE
ABDOMEN.  NO ONE IN THE GROUP CAN IDENTIFY ANY OF THEIR ASSAILANTS.  A TOTAL
OF 8 RIFLE CARTRIDGE CASES WERE FOUND AT THE SCENE OF THIS OFFENSE.  IT
SHOULD BE NOTED HERE THAT NONE OF THE FEMALES PRESENT DURING THE SHOOTING ARE
AFFILIATED WITH ANY GANG NOR DO ANY OF THE FEMALES DATE ANY KNOWN GANG
MEMBERS.

THERE ARE NO KNOWN SUSPECTS IN THIS OFFENSE AND IT IS BELIEVED TO HAVE BEEN
COMMITTED BY A RIVAL STREET GANG CALLING THEMSELVES THE "LRZ 13" OR LARAZA
13.


*****************************************************************************
***********************INTERVIEW OF WITNESSES*******************************
*****************************************************************************


VERONICA RODRIQUEZ H/F 20     DOB 4-10-75
15431 CAMPDEN HILL            SS# ████████████
133-2483

LAURA IS THE COUSIN OF THE TWO DECEASED COMPLAINANTS. SHE IS CURRENTLY
INVOLVED WITH A STREET GANG MEMBER NAMED MARCO MARTINEZ. MARCO IS AFFILIATED
WITH A STREET GANG CALLING THEMSELVES THE "HTC".  VERONICA WAS NOT AT HOME AT
THE TIME OF THE SHOOTING. THE FOLLOWING IS HER STATEMENT:



                    HOUSTON POLICE DEPARTMENT

                       HOMICIDE DIVISION                    0092

             W I T N E S S   S T A T E M E N T

        COUNTY OF HARRIS            STATE OF TEXAS

     DATE:  MONDAY, JANUARY 1, 1996       TIME:  933 HRS.

```
IIIIIII//////IIIII/IIII/III/IIIII//IIIIIII/IIIIII///IIIII/IIII/II/IIII/IIII//IIII/IIII/IIIIIII
```
Incident no. 000119296 O        OFFENSE REPORT                    PAGE 1.010
```
IIIIIII//////IIIII/IIII/III/IIIII//IIIIIII/IIIIII///IIIII/IIII/II/IIII/IIII//IIII/IIII/IIIIIII
```

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED VERONICA
MARGARITA RODRIGUEZ, BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO AFTER BEING
SWORN UPON HIS/HER OATH, DID DEPOSE AND SAY:

MY NAME IS VERONICA MARGARITA RODRIGUEZ.  I AM A WHITE FEMALE AND I AM 20
YEARS OLD, HAVING BEEN BORN 4-10-75.  MY HOME ADDRESS IS 15431 CAMPDEN HILL
AND MY HOME TELEPHONE NUMBER IS 433-5478.  I CAN ALSO BE REACHED BY CALLING
433-2483."  MY  DRIVERS LICENSE NUMBER IS UNKNOWN AND MY SOCIAL SECURITY
NUMBER IS ▓▓▓▓▓▓▓▓.  I HAVE ATTAINED 12 YEARS OF FORMAL EDUCATION.  I AM
UNEMPLOYED AT THIS TIME.

I AM IN THE HOUSTON POLICE DEPARTMENT HOMICIDE DIVISION GIVING A WRITTEN
STATEMENT CONCERNING A DRIVE-BY SHOOTING WHICH OCCURRED AT MY HOUSE AND WHERE
TWO OF MY COUSIN'S WERE KILLED.

I SAY ABOUT SIX MONTHS AGO, THERE WAS A FIGHT BETWEEN TWO RIVAL GANGS (LRZ LA
RAZA AND HTC H-TOWN-CRIPS), AT MEYER PARK MOVIE THEATER.  DURING THIS
INCIDENT, A MEMBER OF THE LRZ GANG DIED AS THE RESULT OF A STABBING.  THE HTC
GANG MEMBER WAS ARRESTED FOR THE MURDER.  I BELIEVE THIS WHOLE SHOOTING
INCIDENT IS A REVENGE THING AND ORIGINALLY STEMMED FROM THE FIGHT WHICH
OCCURRED AT MEYER PARK.   SINCE, THE KILLING (LRZ GANG MEMBER) THERE HAS BEEN
NUMEROUS REVENGE TYPE INCIDENTS TO OCCUR AT MY HOUSE:

1.   ONE DRIVE-BY SHOOTING (NO ONE INJURED)
2.   THEY SPRAYED GANG GRAFFITI ON MY GARAGE (LRZ) SEVERAL TIMES
3.   SOMEONE THREW A ROCK THROUGH THE BACK WINDOW OF MY CAR

NOTE:    SEVERAL OF THESE INCIDENTS WERE REPORTED TO THE HOUSTON POLICE
         DEPARTMENT.

ONE OF THE MAIN REASONS THE LRZ ATTACKED ME WAS TO GET AT MY BOYFRIEND "MARCO
MARTINEZ."   HE USED TO BE A MEMBER OF THE HTC GANG.  MARCO HAD BEEN A MEMBER
OF THE HTC GANG FOR OVER A YEAR.  ABOUT FIVE OR SIX MONTHS AGO,  I PERSUADED
HIM TO LEAVE THE GANG.  ONE OF THE MAIN REASONS FOR HIM LEAVING THE GANG WAS
DUE TO THE FACT THAT I CARRYING HIS BABY.  PLUS, I WANTED HIM OUT OF THE GANG
SCENE.

TO AVOID PRESSURE FROM THE GANGS, HIS FAMILY DECIDED TO MOVE TO THE NORTHWEST
AREA OF HOUSTON.  THE LRZ STILL CONSIDERED HIM TO BE A GANG MEMBER AND KNEW
THEY COULD LOCATE HIM THROUGH ME.  SINCE THEY COULDN'T LOCATE HIM, THEY WOULD
ATTACK MY HOUSE TO GAIN ATTENTION.  THEY FELT MARCO WOULD COME OUT OF HIS
HIDING BY ASSAULTING ME.

IT WAS ABOUT 10:00 PM WHEN I LEFT MY HOUSE WITH A FRIEND NAMED "LAURA GOMEZ."
WE DROVE MY CAR (DODGE SHADOW) TO "NANCY'S" HOUSE, WE STAYED THERE UNTIL
ABOUT 1:15 AM.  I GOT BACK HOME AROUND 1:30 AM.  ABOUT TEN MINUTES LATER
MARCO SHOWED UP WITH HIS COUSIN (ABRAM MARTINEZ), AND ANOTHER FRIEND (EDDIE
SOLIZ).  JANIE PEDRAZA AND I THEN DECIDED TO GO RIDING AROUND WITH MARCO AND
HIS FRIENDS.  ABRAM WAS DRIVING A RENTAL CAR (BLUE FORD CONVERTIBLE MUSTANG)
WHILE MARCO, JANIE, AND MYSELF WERE RIDING IN THE BACK.  WE JUST DROVE AROUND
NO WHERE IN PARTICULAR.

ABOUT A HOUR AND HALF LATER, WE RETURNED TO MY HOUSE.  WE NOTICED THAT THE
STREET HAD BEEN BLOCKED OFF.  I COULD TELL THAT WERE A LOT OF POLICE OFFICERS

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.011

DOWN THE STREET.   SOME GUY FROM THE NEIGHBORHOOD TOLD US THAT THEIR HAD BEEN
A SHOOTING AND THAT TWO KIDS HAD BEEN SHOT.

JANIE AND I BOTH JUMPED OUT OF THE CAR AND STARTED RUNNING TOWARD THE HOUSE.
ONCE WE GOT THERE, THEY TOLD US THAT HER SISTER (ROCIO PEDRADAZA) HAD BEEN
SHOT AND THAT MY TWO COUSINS HAD BEEN SHOT AND KILLED.   WE LATER LEARNED THAT
ROCIO WAS IN STABLE CONDITION AT THE HOSPITAL.

MY COUSIN (TALINA LOREDO) AND LAURA GOMEZ TOLD ME, THEY WERE SITTING OUTSIDE
ALONG WITH MY SISTER (ESMERALDA RODRIGUEZ), ROCIO, AND MY TWO COUSIN'S (DIANA
RODRIGUEZ, AND DAVID RODRIGUEZ) WHEN A DARK COLORED 2 DOOR CAR (POSSIBLY A
CAPRICE) STOPPED IN FRONT OF THE HOUSE AND STARTED SHOOTING.   I BELIEVE THE
CAR WAS ONLY OCCUPIED BY TWO PEOPLE WITH THE PASSENGER IN THE CAR DOING THE
SHOOTING.

I HAVE NO IDEA WHO THESE GUY'S ARE.   I'M SURE MARCO KNOWS SEVERAL OF THE
MEMBERS OF THE LRZ GANG.


I HAVE BEEN INFORMED THAT UNDER THE PENAL CODE OF THE STATE OF TEXAS, SECTION
37.02:  A PERSON COMMITS THE OFFENSE OF PERJURY IF, WITH INTENT TO DECEIVE
AND WITH KNOWLEDGE OF THE STATEMENT'S MEANING; HE/SHE MAKES A FALSE STATEMENT
UNDER OATH OR SWEARS TO THE TRUTH OF A FALSE STATEMENT PREVIOUSLY MADE; AND
THE STATEMENT IS REQUIRED OR AUTHORIZED BY LAW TO BE MADE UNDER OATH.

FOR DETAILS SEE WRITTEN STATEMENT OF VERONICA RODRIQUEZ ATTACHED TO THIS
REPORT.
*****************************************************************************
*****************************************************************************
ESMERALDA RODRIQUEZ  H/F 17  DOB 5-2-78
15431 CAMPDEN HILL
433-5478

ESMERALDA IS A COUSIN OF THE TWO DECEASED COMPLAINANTS. SHE WAS STANDING
OUTSIDE OF THE RESIDENCE AT THE TIME OF THE SHOOTING.   THE FOLLOWING IS HER
STATEMENT:

HOUSTON POLICE DEPARTMENT

HOMICIDE DIVISION

W I T N E S S   S T A T E M E N T

COUNTY OF HARRIS                STATE OF TEXAS

DATE:  MONDAY, JANUARY 1, 1996          TIME:  923 HRS.

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED ESMERALDA
RODRIGUEZ, BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO AFTER BEING SWORN UPON
HIS/HER OATH, DID DEPOSE AND SAY:

MY NAME IS ESMERALDA RODRIGUEZ.   I AM A HISPANIC FEMALE AND I AM 17 YEARS
OLD, HAVING BEEN BORN MAY 2, 1978.   MY HOME ADDRESS IS 15431 CAMPDEN HILL
AND MY HOME TELEPHONE NUMBER IS 713 433-5478.   I CAN ALSO BE REACHED BY
CALLING NONE.   MY NONE DRIVERS LICENSE NUMBER IS NONE AND MY SOCIAL SECURITY

```
Incident no. 000119296 O        OFFENSE REPORT              PAGE 1.012
```

NUMBER IS UNK.. I HAVE ATTAINED 9TH YEARS OF FORMAL EDUCATION. I AM
UNEMPLOYED AT THIS TIME.

WE HAD A NEW YEARS EVE PARTY, MY COUSIN DIANA, TALINA, DAVID, AND TWO FRIENDS
OF MY SISTER VERONICA, A GIRL NAMED LORA, AND ROCIO, WERE OUTSIDE AND
STANDING IN THE DRIVEWAY. IT APPROXIMATELY 2:30 A.M. MY COUSIN DAVID WAS
SITTING ON TOP OF THE CAR, DIANA WAS STANDING NEXT TO THE CAR ON THE DRIVER'S
SIDE, TALINA AND I WERE SITTING ON THE GROUND NEXT TO THE CAR, AND LORA AND
ROCIO WERE STANDING ON THE PASSENGER SIDE, NEAR THE BACK OF THE CAR.

I SAW A DARK COLORED CAR WITH TINTED WINDOWS, AND SILVER TRIMMING ON THE SIDE
OF THE CAR, DRIVING SLOWING DOWN THE STREET. THE FRONT PASSENGER OF THE CAR
WAS SHOOTING AND I HEARD MORE THAN FIVE SHOTS. I REALLY DID NOT KNOW WHAT WAS
GOING ON I THOUGHT IT WAS FIRECRACKERS, UNTIL I SAW THE SPARKS OF THE GUN
GOING OFF. I LAY ON THE GROUND ON THE DRIVER'S BACK SIDE OF THE CAR AND I
GRABBED MY COUSIN TALINA.

I GOT UP AND I SAW MY OTHER COUSIN DIANA WAS ON THE GROUND TOO. I GOT AND
GOOD LOOK AT HER AND I SAW SOME BLOOD COMING OUT OF THE BACK OF DIANA'S HEAD.
I NOTICE THAT HER EYES WERE OPENED AND I RAN INSIDE MY HOUSE AND EVERYONE WAS
COMING FROM INSIDE MY HOUSE ASKING ME WHAT HAPPEN. I SAID THAT DIANA GOT
SHOT. I WAS INSIDE THE HOUSE SCREAMING AND NOT IN CONTROL AND MY  COUSIN
ARNOLD CALLED THE POLICE.

THE OTHER FAMILY MEMBER WERE ASKING ME IF ANYONE ELSE GOT SHOT AND I SAID I
DON'T KNOW. SOMEONE SAID THAT TWO OTHER PEOPLE GOT SHOT AND I DID NOT KNOW
WHO THEY WERE UNTIL I RAN BACK OUTSIDE. I SAW MY COUSIN DAVID LYING ON THE
GRASS WITH BLOOD ON HIS FACE AND FOREHEAD. I SAW ROCIO HAD ALSO GOTTEN SHOT
IN THE SIDE. THE FIRE DEPARTMENT ARRIVED AND TOLD US THAT DIANA AND DAVID
WERE DEAD.

I HAVE BEEN INFORMED THAT UNDER THE PENAL CODE OF THE STATE OF TEXAS, SECTION
37.02:  A PERSON COMMITS THE OFFENSE OF PERJURY IF, WITH INTENT TO DECEIVE
AND WITH KNOWLEDGE OF THE STATEMENT'S MEANING; HE/SHE MAKES A FALSE STATEMENT
UNDER OATH OR SWEARS TO THE TRUTH OF A FALSE STATEMENT PREVIOUSLY MADE; AND
THE STATEMENT IS REQUIRED OR AUTHORIZED BY LAW TO BE MADE UNDER OATH.


FOR DETAILS SEE WRITTEN STATEMENT OF ESMERALDA RODRIQUEZ ATTACHED TO THIS
REPORT.
**********************************************************************
**********************************************************************

ARNOLDO LOREDO H/M 17    DOB 12-12-78
14319 FLEETWELL          SS# ▓▓▓▓▓▓▓▓
433-2483

ARNOLDO IS A COUSIN TO THE DECEASED COMPLAINANTS. HE WAS IN THE HOUSE AT THE
TIME OF THE SHOOTING. HEARING THE SHOTS HE WENT OUTSIDE AND FOUND THAT HIS
COUSINS HAD BEEN KILLED.  HE ALSO LOCATED A WITNESS, WHO REPORTED SEEING A
BROWN COLORED CAR LEAVING THE SCENE. THE FOLLOWING IS HIS STATEMENT:


HOUSTON POLICE DEPARTMENT

HOMICIDE DIVISION                         0095

```
"""""//////////"""""/""""//""////"//////"""//""////"////"//""/"""//"/"/""//""/"/"/"/"/""""
```
Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.013
```
"""""//////////"""""/""""//""////"//////"""//""////"////"//""/"""//"/"/""//""/"/"/"/"/""""
```

## W I T N E S S   S T A T E M E N T

### COUNTY OF HARRIS                STATE OF TEXAS

#### DATE:  MONDAY, JANUARY 1, 1996          TIME:  1000 HRS.

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED ARNOLDO
LOREDO, BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO AFTER BEING SWORN UPON
HIS/HER OATH, DID DEPOSE AND SAY:

MY NAME IS ARNOLDO LOREDO.  I AM A HISPANIC MALE AND I AM 17 YEARS OLD,
HAVING BEEN BORN DECEMBER 14, 1978.  MY HOME ADDRESS IS 14319 FLEETWELL AND
MY HOME TELEPHONE NUMBER IS 713 433-2483.  I CAN ALSO BE REACHED BY CALLING
NONE.  MY NONE DRIVERS LICENSE NUMBER IS NONE AND MY SOCIAL SECURITY NUMBER
IS ███████████.  I AM ATTENDING JAMES MADISON H.S. WHERE I AM IN THE/MY 11TH
GRADE/YEAR.

I HAD JUST GOT OFF WORK AT 1:30 A.M. AND WENT TO MY UNCLE'S AT 15431 CAMPDEN
HILL FOR A NEW YEARS PARTY. WE WERE HAVING FUN JUST LIKE A REGULAR GET
TOGETHER. I WAS FALLING TO SLEEP ON THE COUCH WHEN I HEARD APPROXIMATELY
EIGHT TO TEN GUNSHOTS. I RAN TO THE DOOR AND WHEN I GOT OUT THERE I HEARD MY
SISTER TALINA YELLING SHE WAS SHOT. I LOOKED DOWN AND I SAW THREE PEOPLE
LYING ON THE GROUND.

EVERYONE WAS TRYING TO HELP AND THERE WAS A LOT OF COMMOTION AND I RAN BACK
INSIDE AND CALLED 911. I WENT BACK OUTSIDE TO HELP AND I SAW THAT THEY DID
NOT NEED ANY MORE HELP, SO I STARTED TALKING TO THE NEIGHBORS, TO FIND OUT
ANY INFORMATION.

THERE WAS ONE GUY BUT I'M NOT SURE OF HIS NAME, BUT HE SAID THAT HE SAW THE
SHOOTING AND THE CAR. HE SAID IT WAS A BROWN FOUR DOOR OLDSMOBILE THAT DROVE
AWAY.

I HAVE BEEN INFORMED THAT UNDER THE PENAL CODE OF THE STATE OF TEXAS, SECTION
37.02:  A PERSON COMMITS THE OFFENSE OF PERJURY IF, WITH INTENT TO DECEIVE
AND WITH KNOWLEDGE OF THE STATEMENT'S MEANING; HE/SHE MAKES A FALSE STATEMENT
UNDER OATH OR SWEARS TO THE TRUTH OF A FALSE STATEMENT PREVIOUSLY MADE; AND
THE STATEMENT IS REQUIRED OR AUTHORIZED BY LAW TO BE MADE UNDER OATH.

FOR DETAILS SEE WRITTEN STATEMENT OF ARNOLDO LOREDO ATTACHED TO THIS REPORT.

```
****************************************************************************
****************************************************************************
```

LAURA GOMEZ H/F 18  DOB 5-27-77
15815 IRONFORK      SS# ███████████
835-6469

LAURA IS A FRIEND OF VERONICA RODRIQUEZ. SHE WAS STANDING IN FRONT OF THE
RESIDENCE WHEN THE SHOOTING TOOK PLACE.  THE FOLLOWING IS THE STATEMENT MADE
BY LAURA GOMEZ:

#### HOUSTON POLICE DEPARTMENT

#### HOMICIDE DIVISION                0096

```
██████/////////████/████/██/███//////██████/█████████//////████/████/██/███//████//
```
Incident no. 000119296 O        OFFENSE REPORT              PAGE 1.014
```
██████/////////████/████/██/███//////██████/█████████//////████/████/██/███//████//
```

                    W I T N E S S     S T A T E M E N T

          COUNTY OF HARRIS              STATE OF TEXAS

     DATE: MONDAY, JANUARY 1, 1996       TIME:  927 HRS.

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED LAURA
ALICIA GOMEZ, BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO AFTER BEING SWORN
UPON HIS/HER OATH, DID DEPOSE AND SAY:

MY NAME IS LAURA ALICIA GOMEZ.  I AM A H F AND I AM 18 YEARS OLD, HAVING BEEN
BORN 5-27-77.  MY HOME ADDRESS IS 15815 IRONFORK AND MY HOME TELEPHONE NUMBER
IS 835-6469.  I CAN ALSO BE REACHED BY CALLING 618-0699.  MY NONE DRIVERS
LICENSE NUMBER IS NONE AND MY SOCIAL SECURITY NUMBER IS ██████████.  I AM
ATTENDING BELLAIRE H.S. WHERE I AM IN THE/MY 10TH GRADE/YEAR.

I AM IN THE HOMICIDE OFFICE TO TELL WHAT I KNOW ABOUT A DRIVE-BY SHOOTING
THAT HAPPENED LAST NIGHT.

AROUND 9:00 PM LAST NIGHT MY MOM'S BOYFRIEND TOOK ME TO MY FRIEND'S HOUSE.
MY FRIEND'S NAME IS VERONICA RODRIGUEZ.  SHE LIVES AT 15431 CAMPDEN HILL WITH
HER PARENTS.  VERONICA AND I LEFT AND WENT TO NANCY PEREZ'S HOUSE.  JANIE AND
ROCIO PEDRAZA WERE ALSO AT NANCY'S HOUSE.  WE STAYED THERE UNTIL ABOUT 1:00
AM.  VERONICA AND I LEFT AND WENT BACK TO VERONICA'S HOUSE.  JANIE, ROCIO,
AND NANCY WENT TO VERONICA'S IN NANCY'S CAR.  I WAS HANGING OUT IN FRONT OF
VERONICA'S HOUSE WITH ESMERALDA, DAVID, AND DIANA RODRIGUEZ, TALINA, AND
ROCIO.  WE WERE LISTENING TO MUSIC AND TALKING.

I WAS STANDING WITH MY BACK TO THE STREET WHEN I HEARD SEVERAL LOUD BANGS.
I THOUGHT IT WAS FIRECRACKERS, BUT ROCIO PUSHED ME TO THE GROUND TELLING ME
TO GET DOWN.  I LOOKED TOWARD THE STREET AND COULD SEE GUNFIRE COMING FROM A
DARK COLORED CAR IN FRONT OF THE HOUSE.  ROCIO WAS COVERING MY HEAD WITH HER
ARMS SO I COULDN'T SEE VERY WELL.  ROCIO WAS SAYING THAT SHE WAS HIT.  THERE
WERE ABOUT SIX OR SEVEN GUNSHOTS BEFORE THE CAR LEFT.  WHEN THE SHOOTING
STOPPED I GOT UP AND LOOKED AROUND.  ROCIO WAS ON THE GROUND WITH A GUNSHOT
WOUND TO HER RIGHT SIDE.  DIANA WAS LYING NEAR VERONICA'S CAR.  SHE HAD BEEN
SHOT AND WAS STILL ALIVE.  SHE DIED BEFORE THE AMBULANCE GOT THERE.  DAVID
WAS DEAD IN THE GRASS BY THE DRIVEWAY.

I DID NOT GET A GOOD LOOK AT THE CAR OR THE PEOPLE INSIDE IT.  I CAN NOT
IDENTIFY ANYONE INSIDE THE CAR AND I DO NOT KNOW WHAT KIND OF CAR IT WAS.

I THINK THE SHOOTING WAS DONE BY MEMBERS OF THE "LRZ" GANG.  VERONICA'S
BOYFRIEND, MARCO MARTINEZ, IS AN EX-GANG MEMBER.  HE WAS WITH A GANG CALLED
"HTC", BUT HE GOT OUT A COUPLE OF YEARS AGO.  I KNOW THAT VERONICA HAS HAD
PROBLEMS RECENTLY WITH MEMBERS OF LRZ BECAUSE THEY DON'T LIKE MARCO.  LRZ HAS
SPRAY PAINTED VERONICA'S HOUSE TWICE AND BROKE THE WINDOWS IN HER CAR.

I AM NOT IN A GANG AND THE PEOPLE I HANG OUT WITH ARE NOT GANGS.

I HAVE BEEN INFORMED THAT UNDER THE PENAL CODE OF THE STATE OF TEXAS, SECTION
37.02:  A PERSON COMMITS THE OFFENSE OF PERJURY IF, WITH INTENT TO DECEIVE
AND WITH KNOWLEDGE OF THE STATEMENT'S MEANING; HE/SHE MAKES A FALSE STATEMENT
UNDER OATH OR SWEARS TO THE TRUTH OF A FALSE STATEMENT PREVIOUSLY MADE; AND
THE STATEMENT IS REQUIRED OR AUTHORIZED BY LAW TO BE MADE UNDER OATH.

```
||||||||//////////////||||||//||||//||//|||||//|||||||||//|||||//////||||||//|||||//|||||//|||||//|||||//////||||||
```
Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.015
```
||||||||//////////////||||||//||||//||//|||||//|||||||||//|||||//////||||||//|||||//|||||//|||||//|||||//////||||||
```

FOR DETAILS SEE WRITTEN STATEMENT OF LAURA GOMEZ ATTACHE TO THIS REPORT.

```
************************************************************************
************************************************************************
```

TALINA LOREDO CAPISTRAN  H/F 15    DOB 8-12-80
14319 FLEETWELL
433-2483

TALINA WAS SITTING OUTSIDE TALKING AT THE TIME OF THE SHOOTING.  SHE
DESCRIBES SEEING BOTH THE FRONT PASSENGER AND REAR PASSENGER SHOOTING AT THE
PEOPLE OUTSIDE.  SHE REPORTED THAT THE SHOOTING WAS GANG RELATED AND WAS IN
RETALIATION FOR THE STABBING AT THE MEYER PARK CINEMA.  THE FOLLOWING IS THE
WRITTEN STATEMENT OF TALINA CAPISTAN:


                    HOUSTON POLICE DEPARTMENT

                       HOMICIDE DIVISION


                 W I T N E S S   S T A T E M E N T

           COUNTY OF HARRIS                STATE OF TEXAS

        DATE:  MONDAY, JANUARY 1, 1996        TIME:  930 HRS.

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED TALINA
LOREDO CAPISTRAN, BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO AFTER BEING
SWORN UPON HIS/HER OATH, DID DEPOSE AND SAY:

MY NAME IS TALINA LOREDO CAPISTRAN.  I AM A HISPANIC FEMALE AND I AM 15 YEARS
OLD, HAVING BEEN BORN 8-12-80.  MY HOME ADDRESS IS 14319 FLEETWELL AND MY
HOME TELEPHONE NUMBER IS 433-2483.  I CAN ALSO BE REACHED BY CALLING 780-
9030.  MY NONE DRIVERS LICENSE NUMBER IS NONE AND MY SOCIAL SECURITY NUMBER
IS UNKNOWN.  I AM ATTENDING MADISON HIGH SCHOOL WHERE I AM IN THE/MY 9TH
GRADE/YEAR.

LAST NIGHT, NEW YEARS EVE, I WENT TO "POWER TOOLS" CLUB WITH A COUPLE OF MY
FRIENDS.  WE WENT THERE AT ABOUT 8:00PM AND STAYED A LITTLE AFTER THE
MIDNIGHT HOUR.  MY GIRLFRIEND, ANNA TORRES, WHO LIVES IN AN APARTMENT COMPLEX
IN WESTBURY (414-0607), DROVE ME TO MY HOUSE AFTERWARDS.  WHEN I GOT THERE I
FOUND THAT MY PARENT WERE NOT HOME.  SO I CALLED AROUND AND FOUND THEM AT MY
COUSIN'S PLACE, VERONICA RODRIGUEZ, ON CAMPDEN HILLS STREET.  I LEFT MY HOUSE
TO BE WITH MY PARENTS AND ARRIVED AT CAMPDEN HILLS ABOUT 1:15 AM.

WE ATE SOME FOOD AND THEN MY FRIEND, ANNA TORRES, LEFT THE HOUSE.  MY
BROTHER, ARNOLD LOREDO JR. (17) GOT OFF HIS JOB AT "ASTROWORLD" AMUSEMENT
PARK AND CAME OVER TOO.  WE DANCED ON THE FRONT YARD FOR A LITTLE WHILE AND
THEN WE WERE GETTING TIRED.  I REMEMBER VERONICA RODRIGUEZ, WHO IS MY COUSIN,
LEAVING THE HOUSE ABOUT THIS TIME.  HER BOYFRIEND, MARCO MARTINEZ, WAS THERE
IN HIS BLACK MUSTANG FOR AWHILE.  I'M NOT SURE WHEN HE LEFT OR WHETHER THEY
LEFT TOGETHER.

```
"""""""""",,,,,,,,,,,,""""",,,""""","""""",,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
Incident no. 000119296 O        OFFENSE REPORT                    PAGE 1.016
"""""""""",,,,,,,,,,,,""""",,,""""","""""",,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
```

WE WERE ALL GETTING A LITTLE TIRED AND WE BEGAN TO JUST RELAX AND SIT ON THE
FRONT YARD AND DRIVEWAY.  AT THIS TIME THERE WAS ONLY ME, ESMIRALDA RODRIGUEZ
(17), LAURA GOMEZ (17), DIANA RODRIGUEZ (15), DAVID RODRIGUEZ (9), ROCIO
UNKNOWN LAST NAME (18).

I WAS SITTING AT THE EDGE OF THE DRIVEWAY WHERE IT MEETS THE STREET.  A CAR
WAS PARKED AT THE END OF THE DOUBLE WIDE DRIVEWAY.  SEVERAL CARS WERE PARKED
ON THE STREET ALONG THE CURB.  VERONICA'S RED CAR WAS PARKED JUST LEFT OF THE
DRIVEWAY ON THE STREET.  DAVID, ROCIO AND LAURA WERE NEAR THE TRUNK OF THE
CAR AND IN THE STREET.  DIANA WAS STANDING BETWEEN VERONICA'S CAR AND MY
PARENT'S TRUCK WHICH WAS AT THE END OF THE DRIVEWAY.  ESMIRALDA WAS SITTING
NEXT TO ME.

WE WERE JUST SITTING OUT THERE TALKING WHEN THE CAR APPROACHED US FROM THE
LEFT.  I COULDN'T SEE IT BECAUSE I WAS SITTING ON THE GROUND AND VERONICA'S
CAR WAS BETWEEN ME AND IT.  ALL OF A SUDDEN AS THE CAR APPROACHED OUR AREA I
HEARD SEVERAL GUNSHOTS.  I SAW DAVID FALL TO THE GROUND FROM WHERE HE WAS
SITTING.  HE WAS SITTING ON THE TRUNK OF THE CAR.  I DUCKED DOWN AND THEN THE
CAR PULLED UP ALONG SIDE OF US.  I COULD SEE THE FRONT PASSENGER AND THE REAR
PASSENGER, RIGHT SIDE, SHOOTING GUNS AT US.  THE CAR THEN PULLED AWAY HEADING
TOWARDS ANDERSON ROAD.

THE CAR WAS A LIGHT BROWN FOUR DOOR CHEVY CAPRICE, MAYBE A 1987 MODEL, TINTED
WINDOWS, AND A SHINY CHROME MOUNDING ALONG IT'S SIDE.

ROCIO AND LAURA WERE RUNNING FROM THE STREET SIDE OF THE CAR AND WERE RUNNING
FOR COVER BETWEEN THE PARKED CARS.  DIANA HAD FALLEN TO THE GROUND RIGHT
WHERE SHE WAS STANDING. AT FIRST I THOUGHT SHE WAS JUST DUCKING FOR COVER, IT
WAS LATER THAT I LEARNED THAT SHE WAS SHOT AND HAD DIED AS A RESULT.  AFTER
THE CAR LEFT, ROCIO DISCOVERED THAT SHE WAS SHOT.

THE FIRST ONE TO COME OUT OF THE HOUSE WAS MY BROTHER, ARNOLD.  I RAN INTO
THE HOUSE TO CALL THE POLICE.  AT THAT TIME ALL I KNEW WAS THAT DAVID AND
DIANA WERE SHOT.  I CALLED 911 AND THEN MY BROTHER, ARNOLD, TOOK THE PHONE
FROM ME AND TALKED TO THE CLERK.

IT WAS A FEW MINUTES AFTER THE POLICE ARRIVED THAT VERONICA SHOWED UP AT THE
HOUSE.  LATER SHE CALLED HER BOYFRIEND MARCO MARTINEZ.  THERE HAS BEEN SOME
TROUBLE AT THE HOUSE WITH THE "LRZ" GANG.  VERONICA LIVES THERE , CAMPDEN
HILLS, WITH HER PARENTS AND HER CHILD, MARCO ANTONIO MARTINEZ.  THE FATHER OF
THE CHILD IS MARCO MARTINEZ.  MARCO IS A MEMBER OF THE "HTC", I THINK THAT
STANDS FOR HOUSTON TOWN CRIPS.  I THINK HE'S FROM THE NORTH SIDE OF HOUSTON.

I THINK THIS ALL STEMS FROM MARCO'S INVOLVEMENT WITH A STABBING THAT OCCURRED
SOMETIME LAST YEAR AT THE "MEYER PARK 14" THEATER.  THERE WAS THIS "LRZ"
MEMBER THAT DIED FROM A STABBING.  MARCO WAS THERE WITH HIS FELLOW "HTC" GANG
MEMBERS.  I HEARD THAT A GUY WITH A STREET NAME OF "SLICK" WAS CHARGED WITH
THE CUTTING.  THE "LRZ" THREATENED THAT THEY WOULD GET BACK AT MARCO AND THE
"HTC" FOR THIS KILLING.  WHAT I HEARD IS THAT SOME "LRZ" GANG MEMBERS SAW
MARCO AT VERONICA'S HOUSE.  AND SINCE THAT TIME THERE HAS BEEN "LRZ" ACTIVITY
AT THE HOUSE.

I KNOW OF TWO "LRZ" MEMBERS THAT LIVE IN THE NEIGHBORHOOD, THEY ARE CHRIS
FLORES (14) WHO LIVES ON DANFIELD (5100 BLOCK) AND GABRIEL ESCOBAR (17) LIVES
IN THE 4800-4900 BLOCK OF WICKVIEW.  LAST NIGHT WHEN I WENT TO THE "POWER
TOOLS" CLUB I WAS WITH CHRIS FLORES' SISTER, MONICA FLORES.  I CAN GET HER

0099

```
"""""/////////"""""""""/"""/////..""""""""/""""//"""""//"""//"""""/"""//"""/"""//""""
```
Incident no. 000119296 O        OFFENSE REPORT                    PAGE 1.017
```
"""""/////////"""""""""/"""/////..""""""""/""""//"""""//"""//"""""/"""//"""/"""//""""
```
PAGER NUMBER LATER.  THERES ALSO GENERO POUNCE WHO LIVES AROUND THE 14200
BLOCK OF BUFFALO SPEEDWAY.

FOR DETAILS SEE WRITTEN STATEMENT OF TALINA LOREDO ATTACHED TO THIS REPORT.

**************************************************************************
**************************************************************************

LEON WILBUR GUY  B/M 31    DOB 1-8-64
15411 CAMPDEN HILL         SS# ████████
433-4251 OR 764-4157

LEON GUY WAS WALKING IN THE STREET WITH HIS FRIEND WHEN THE SHOOTING TOOK
PLACE.  HE REPORTS SEEING A BROWN OR BURGUNDY OLDSMOBILE CUTLASS OR SIERRA,
4DR TRAVELLING NORTHBOUND ON CAMPDEN HILL AND THEN HEARING SEVERAL SHOTS. HE
REPORTS GOING TO THE AID OF THOSE SHOT.  THE FOLLOWING IS HIS STATEMENT:


                    HOUSTON POLICE DEPARTMENT

                       HOMICIDE DIVISION

               W I T N E S S    S T A T E M E N T

        COUNTY OF HARRIS              STATE OF TEXAS

       DATE:  MONDAY, JANUARY 1, 1996      TIME:  848 HRS.

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED LEON
WILBUR GUY JR., BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO AFTER BEING SWORN
UPON HIS/HER OATH, DID DEPOSE AND SAY:

MY NAME IS LEON WILBUR GUY JR..  I AM A BLACK MALE AND I AM 31 YEARS OLD,
HAVING BEEN BORN 1-8-64.  MY HOME ADDRESS IS 15411 CAMPDEN HILL AND MY HOME
TELEPHONE NUMBER IS 433-4251.  I CAN ALSO BE REACHED BY CALLING 764-4157.  MY
TX DRIVERS LICENSE NUMBER IS UNK AND MY SOCIAL SECURITY NUMBER IS ████████
████.  I HAVE ATTAINED 11 YEARS OF FORMAL EDUCATION.  I AM EMPLOYED BY
BRAKECHECK.  MY WORK ADDRESS IS 2918 HILLCROFT AND MY WORK TELEPHONE NUMBER
IS 781-9616.

    I AM CURRENTLY IN THE HOMICIDE OFFICE TO TELL OFFICER CHISHOLM WHAT
HAPPENED ABOUT 2:30 AM THIS MORNING.  I HAD GONE TO A PARTY ON THE NORTH
SIDE.  WHEN I CAME HOME A FRIEND OF MINE NAMED "CAT" WHO HANGS IN THE
NEIGHBORHOOD WAS WALKING DOWN THE STREET.  "CAT" ASKED ME IF I WANTED TO HAVE
SOME MORE DRINK AND I TOLD HIM YES.  WE BEGAN TO WALK TO "CAT'S" HOUSE WHICH
IS ABOUT 4 HOUSES SOUTH OF MINE.  "CAT'S" HOUSE IS A WHITE ONE STORY HOUSE ON
THE SAME SIDE OF THE STREET AS MINE.  AS WE WERE WALKING, WE GOT INTO "CAT'S"
DRIVEWAY AND WE HEARD 3 SHOTS.  ME AND "CAT" DOVE ON THE GROUND AND I HEARD
2 MORE SHOTS.  AFTER THE SHOTS I LOOKED UP AND SAW A BROWN OR BURGUNDY 4 DOOR
CUTLASS SIERRA OR OLDSMOBILE DRIVE SLOWLY BY US.  THIS CAR WAS NOT DRIVING
FAST AND THE FROM WHAT I SAW THE ONLY PLACE THEY FIRED THE SHOTS AT WERE THE
HOUSE THAT I HAD SEEN 6 OR 7 KIDS IN THE FRONT YARD LISTENING TO MUSIC WHEN
I CAME HOME.  AS THE CAR DROVE BY US I SAW THE FRONT PASSENGER WINDOW DOWN
AND I COULD SEE A HISPANIC OR WHITE GUY PULLING WHAT LOOKED LIKE A SHOTGUN
BACK INTO THE CAR.  I HEARD THE KIDS DOWN THE STREET SCREAMING AND I WENT TO

"""""//////,"""/"""/"/"""//"""""/"""""///"""//"""/"/"""/"""//"""//"/"""/"/"/"""
Incident no. 000119296 O          OFFENSE REPORT                      PAGE 1.018
"""""//////"""/"""/"/"""//"""""/"""""///"""//"""/"/"""/"""//"""//"/"""/"/"/"""
THE HOUSE AND HELPED THE GIRL IN THE DRIVEWAY UNTIL THE AMBULANCE AND POLICE
CAME.  I WAS THEN ASKED BY THE POLICE TO COME TO THE HOMICIDE OFFICE AND GIVE
THIS STATEMENT.  THIS SHOOTING HAD TO BE GANG RELATED BECAUSE OF THE WAY THE
CAR WAS DRIVING DOWN THE STREET AS IF THEY WERE INTENDING TO SHOOT AT THOSE
PARTICULAR KIDS.  I COULD NOT TELL WHO WAS IN THE CAR BECAUSE IT WAS DARK AND
FOGGY.  THE ONLY THING I SAW WAS THE HAND OF THE PASSENGER THAT WAS PULLING
THE GUN BACK INTO THE CAR AND HE HAD TO BE EITHER WHITE OR HISPANIC.

FOR DETAILS SEE WRITTEN STATEMENT ATTACHED TO THE REPORT.

**********************************************************************
**********************************************************************


INVESTIGATION TO CONTINUE.............................



          SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
          ***********************************************************
          *   ENTRY DEVICE: AST 386SX 105011 HJM/HJN                 *
          *   ENTRY FROM DATE-012296 TIME-0821  TO  DATE-012296 TIME-0823  *
          *   TRANSFER DEVICE: AST 386SX 105011 HJM/HJN      VER. 2.08-1   *
          *   TRANSFER DATE-012296 TIME-0825   LOAD DATE-012296 TIME-0749  *
          *   LOCATION OF OFFENSE: POLICE DISTRICT-CONFIDENTIAL   DIST-CO   *
          ***********************************************************




Supplement entered by =  39034
Report reviewed by-EG                    Employee number-025810
Date cleared- 01/22/96

0101

```
""""""""/////"""""/""""""/""/""""""/""""""""/""""""""""/"""""/"/"""""/"/"/"/""""/""
```
Incident no. 000119296 O        OFFENSE REPORT                    PAGE 1.019
```
""""""""/////"""""/""""""/""/""""""/""""""""/""""""""""/"""""/"/"""""/"/"/"/""""/""
```

No-0002

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                    Street location information
Number-    15431 Name-CAMPDEN HILL           Type-         Suffix-
Apt no-       Name-GLENRIDGE                 Type-LN    Suffix-
Date of offense-01/01/96            Date of supplement-01/01/96
Compl(s) Last-RODRIQUEZ      First-DAVID      Middle-
        Last-
                Recovered stolen vehicles information
 Stored-                      by-              Ph#- (000) 000-0000
 Officer1-D.S. VASQUEZ        Emp#-098527 Shift-1 Div/Station-HOMICIDE
 Officer2-G.J. NOVAK          Emp#-039034 Shift-1

                    SUPPLEMENT NARRATIVE

********************************************************************************
                           INTRODUCTION
********************************************************************************

I, OFFICER D.S. VASQUEZ WHILE AT MY RESPECTIVE RESIDENCE WAS CONTACTED AT 0315
HRS (MONDAY / JANUARY 1, 1996) FROM LT. M.J. SMITH OF THE HOMICIDE DIVISION WITH
INSTRUCTIONS TO MEET WITH SGT NOVAK AND OFFICER CHISHOLM AT THE SCENE OF A
DRIVE-BY SHOOTING AT 15431 CAMPDEN HILL.

LT. SMITH EXPLAINED THAT THERE WERE TWO DEAD JUVENILE COMPLAINANTS AND ONE
FEMALE SERIOUSLY WOUNDED AND WAS TRANSPORTED TO BEN TAUB HOSPITAL LISTED IN
CRITICAL CONDITION.

I, VASQUEZ DRESSED AND DROVE DIRECTLY TO THE CRIME SCENE ARRIVING AT
APPROXIMATELY 0420 HRS.

UPON ARRIVAL, I, VASQUEZ REPORTED DIRECTLY TO SGT NOVAK (HOMICIDE DIVISION). AT
THIS TIME, I WAS INSTRUCTED BY SGT NOVAK TO INTERVIEW THE PERSONS INSIDE THE
LISTED RESIDENCE.


********************************************************************************
                       HOSPITAL INVESTIGATION
********************************************************************************


I, VASQUEZ WAS INSTRUCTED BY SGT NOVAK TO CHECK ON THE CONDITION OF COMPLAINANT
#3 ROCIO PEDRAZA AT BEN TAUB HOSPITAL. ACCORDING TO THE NURSE SUPERVISOR,
COMPLAINANT #3 WAS CURRENTLY IN THE OPERATING ROOM ON THE FOURTH FLOOR.

I, VASQUEZ WALKED DIRECTLY TO THE FOURTH FLOOR SECTION B AND SPOKE TO BEATRICE

Incident no. 000119296 O          OFFENSE REPORT                              PAGE 1.020

CASTENADA (DESK OPERATOR) WHO CHECKED ON THE CONDITION OF COMPLAINANT #3.

ACCORDING TO MS CASTENADA, COMPLAINANT #3 WAS IN SURGERY AND WAS BEING ATTENDED
BY DR. MYERS. THE INFORMATION WAS THAT THE COMPLAINANT #3 RECEIVED WAS A SINGLE
GUN SHOT WOUND TO THE ABDOMEN.


```
********************************************************************************
                            INTERVIEW WITH WITNESSES
********************************************************************************
```

```
**************
ORAL STATEMENT        TALINA LOREDO      H/M      DOB-08/12/80      15 YOA
**************        14319 FLEETWELL
                     HOUSTON, TX. 77045
                     HOME# 433-2483                ATTENDS MADISON HIGH SCHOOL
```

TALINA STATES THAT SHE WAS AT "POWER TOOLS" CLUB LOCATED ON LOUISIANA STREET IN
DOWNTOWN HOUSTON, TX.

ACCORDING TO TALINA, SHE ARRIVED AT LISTED RESIDENCE AT APPROXIMATELY 0110 HRS.

TALINA STATES THAT A FRIEND OF HERS NAMED ANNA ATE THERE AND LEFT.

A FEW MINUTES PAST, WHEN SHE OBSERVED A LIGHT BROWN CAPRICE OR OLDS WITH FOUR
DOORS AND TINTED WINDOWS.

TALINA STATES THAT SHE OBSERVED SHOOTING COMING FROM THE RIGHT FRONT AND BACK
PASSENGER SEAT.

************** SEE TALINA LOREDO'S STATEMENT FOR FURTHER DETAILS **************


```
**************
ORAL STATEMENT        ESMERALDA RODRIGUEZ    H/F    DOB-05/02/78      17 YOA
**************        15431 CAMPDEN HILL
                     HOUSTON, TX. 77053
                     HOME# 433-5478
```

AT 0230 HRS, ESMERLADA STATES THAT SHE WAS OUTSIDE THE RESIDENCE WITH LAURA
GOMEZ, TALINA LOREDO, DIANNA RODRIGUEZ, DAVID RODRIGUEZ AND ROCIO PEDRAZA.

ESMERALDA HEARD ABOUT FIVE SHOTS FIRED COMING FROM A DARK FOUR DOOR CAPRICE
WITH SILVER TRIM. THE WINDOWS WERE TINTED.

0103

```
''''''''''''/ / / / / / / / ''''''''/ '''''''''''/ ''/ / '''''''/ / ''''''''''/ ''''''''/ / / / ''''''/ / ''''/ ''/ / ''/ / '''''''
```
Incident no. 000119296 O        OFFENSE REPORT                    PAGE 1.021
```
''''''''''''/ / / / / / / / ''''''''/ '''''''''''/ ''/ / '''''''/ / ''''''''''/ ''''''''/ / / / ''''''/ / ''''/ ''/ / ''/ / '''''''
```
*********** SEE ESMERALDA RODRIGUEZ'S STATEMENT FOR FURTHER DETAILS **********


**************
ORAL STATEMENT          LAURA ALICIA GOMEZ     H/F     DOB-05/27/77   18 YOA
**************          15815 IRON FORK
                       HOUSTON, TX. 77053
                       HOME# 835-6469
                       WORKS AT KROGER STORE (MEYER PARK)

LAURA STATES THAT SHE HEARD ABOUT SIX GUN SHOTS OUTSIDE. SHE OBSERVED A DARK
COLOR (POSSIBLY BLUE OR BLACK).

ACCORDING TO LAURA, SHE OSBERVED A HAND COMING OUT OF THE VEHICLE.

LAURA STATES THAT SHE WAS STANDING NEXT TO ROCIO PEDRAZA WHEN THE WHOLE
INCIDENT HAPPENED.

LAURA STATES THAT THE "LZR" GANG MAY BE THE PEOPLE RESPONSIBLE FOR THIS
INCIDENT.

*************** SEE LAURA GOMEZ'S STATEMENT FOR FURTHER DETAILS ***************


**************
ORAL STATEMENT          RANALDO LOREDO  .   H/M     DOB-12/14/78    17YOA
**************          14319 FLEET WELL
                       HOUSTON, TX. 77045
                       HOME# 433-2483
                       WORKS AT ASTROWORLD


RENALDO STATES THAT HE WAS ASLEEP ON THE COUCH AND HEARD SHOTS AND HEARD
"SHE GOT SHOT, SHE GOT SHOT".

RENALDA STATES THAT HE HEARD ABOUT 8-10 SHOTS, BUT OBSERVED NO VEHICLE.


***************** END OF BRIEF STATEMENT FROM RANALDO LOREDO *****************


**************
ORAL STATEMENT          JAVIER EVARISTO RODRIGUEZ    H/M   DOB-07/09/76   19 YOA
**************          15431 CAMPDEN HILL
                       HOUSTON, TX. 77053
                       HOME# 433-5478
                       WORK# 558-0222
                       DL# ████████

JAVIER STATES THAT HE WAS WENT TO SLEEP AT APPROXIMATLEY 0200 HRS. AT 230 HRS,
HE HEARD APPROXIMATLEY 6-7 SHOTS FIRED.
```

0104

```
||||||//////////||||/|||/|/|/|||//|||||||/|||||//////|||/|||/|/|/|||/|||/|/|/|/|||||
Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.022
||||||//////////||||/|||/|/|/|||//|||||||/|||||//////|||/|||/|/|/|||/|||/|/|/|/|||||
```

JAVIER STATES THAT HE LOOKED OUT THE FRONT DOOR AND SAW NO VEHICLE.


******************** END OF STATEMENT FROM JAVIER RODRIGUEZ ********************


```
**************
ORAL INTERVIEW      VERONICA MARGARITA RODRIGUEZ    H/F    DOB-04/10/75    20 YOA
**************      15431 CAMPDENHILL
                   HOUSTON, TX. 77053
                   DOB-04/10/75
                   HOME# 433-5478
```

VERONICA STATES THAT ABOUT 2200 HRS, HER BOYFRIEND MARCO MARTINEZ PICKED HER UP
AT THE LISTED RESIDENCE ALONG WITH MARCO'S COUSIN ABRAHAM MARTINEZ AND JANIE
PEDRAZA.

THEY ALL WENT RIDING IN ABRAHAM'S VEHICLE TO A FRIEND NAMED NANCY PEREZ HOUSE.

THEY STAYED THERE  FOR A FEW HOURS AND THEN RETURNED TO HER HOUSE ON CAMPDEN
HILL STREET.

AT APPROXIMATELY 0130 HRS, THE FOUR OF THEM LEFT THE RESIDENCE TO GO TO THE
STORE AND RETURN HOME AT 0230 HRS.

VERONICA STATES THAT THE POLICE AND AMBULANCE WERE AT HER HOUSE AND SHE GOT OUT
OF THE CAR AND RAN INSIDE HER HOUSE TO FIND OUT WHAT WAS GOING ON.

AT THIS TIME MARCO AND HIS COUSIN ABRAHAM LEFT THE SCENE.

VERONICA STATES THAT SHE BELIEVES "LRZ" IS RESPONSIBLE FOR THIS DRIVE-BY BECAUSE
THESE PEOPLE ARE TRYING TO KILL HER BOYFRIEND MARCO MARTINEZ.

VERONICA WENT ON TO SAY THAT A FRIEND OF HER BOYFRIEND WAS RESPONSIBLE FOR
KILLING A "LRZ" GANG MEMBER. SINCE THEN, THE "LRZ" MEMBERS HAVE BEEN LOOKING
FOR THIS GUY AND SINCE MARCO WAS HIS FRIEND, THEY ARE LOOKING FOR HIM ALSO.

MARCO'S ADDRESS IS 4007 BEGGS ST./NO HOME NUMBER/COUSIN EDDIE'S HM# 863-0668.

************ SEE VERONICA RODRIGUEZ STATEMENT FOR FURTHER DETAILS ************


```
**************
ORAL STATEMENT      AMANDA LOREDO        H/M     DOB-02/13/84      11 YOA
**************      14319 FLEETWELL
                   HOUSTON, TX. 77045
                   HOME# 433-2483
```

AMANDA STATES THAT SHE WAS IN THE BEDROOM TAKING CARE OF VERONICA'S BABY.

ACCORDING TO AMANDA, SHE HEARD APPROXIMATLEY FOUR SHOTS, BUT DID NOT SEE
ANYTHING.                                      0105

```
||||||||||//////|||||||||//|||||||//||||||||//|||||||//|||||||//||||||||//||||||
```
ncident no. 000119296 O        OFFENSE REPORT              PAGE 1.023
```
||||||||||//////|||||||||//|||||||//||||||||//|||||||//|||||||//||||||||//||||||
```


********************* END OF STATEMENT FROM AMANDA LOREDO **********************


THE FOLLOWING PEOPLE WERE INSIDE THE RESIDENCE AT THE TIME OF THE INCIDENT:
*******************************************************************************


JESUS FRANCISCO RODRIGUEZ        H/M      DOB-04/28/51
5407 DANFIELD
HOUSTON, TX. 77053
DL# ▬▬▬▬▬▬
HOME# 434-0217

******** MR JESUS RODRIGUEZ IS THE FATHER OF THE COMPLAINANTS #1 AND #2 ********


ROSALIA RODRIGUEZ        H/F
5407 DANFIELD
HOUSTON, TX. 77053
HM# 434-0217


******** MRS ROSALIA RODRIGUEZ IS THE MOTHER OF COMPLAINANT #1 AND #2 **********


ALEJANDRA RODRIGUEZ        H/F
5407 DANFIELD
HOUSTON, TX. 77053
HOME# 434-0217

****** MS ALEJANDRA RODRIGUEZ IS THE GRANDMOTHER OF COMPLAINANT #1 AND #2 ******


JENNIFER RODRIGUEZ        H/F      DOB-04-16-83       12 YOA
5407 DANFIELD
HOUSTON, TX. 77053
HOME# 434-0917


********** JENNIFER WILL BE THE SISTER OF COMPLAINANTS #1 AND #2 **************


EVARISTO RODRIGUEZ        H/M      DOB-12-21-44
15431 CAMPDEN HILL
HOUSTON, TX. 77053
DL# ▬▬▬▬▬▬

0106

```
nnunrrrrrrrrnnnrrnnnrnrrnnrrrrnnnnnnrnnnnrrrrnnnnrrnnnrnnrnnnnrrnnnrrrnnrnnrrrrnrrrnnnn
Incident no. 000119296 O        OFFENSE REPORT                    PAGE 1.024
nnunrrrrrrrrnnnrrnnnrnrrnnrrrrnnnnnnrnnnnrrrrnnnnrrnnnrnnrnnnnrrnnnrrrnnrnnrrrrnrrrnnnn
```

**************** RODRIGUEZ WILL BE THE OWNER OF THE RESIDENCE *****************

DELIA RODRIGUEZ       H/F
15431 CAMPDEN HILL
HOUSTON, TX. 77053

********** MRS RODRIGUEZ IS ALSO THE OWNER OF THE LISTED RESIDENCE ************

ARNOLDO BRIONES LOREDO       H/M      DOB-08/03/55
14319 FLEETWELL
HOUSTON, TX. 77045
DL# ███████

**************** MR LOREDO IS A UNCLE TO COMPLAINANT #1 AND #2 ****************

IMELDA CAPISTRAN       H/F      DOB-05/14/57
10070 WESTPARK #913
HOUSTON, TX. 77042
ID# ██████
HOME# 780-9031

************ MS CAPISTRAN WILL BE A RELATIVE OF THE COMPLAINANT'S ************

ALBERTO JESUS VANEGAS       H/M      DOB-10/03/51
10070 WESTPARK #913
HOUSTON, TX. 77042
DL# ███████

************ MR VANEGAS WILL BE A RELATIVE TO THE COMPLAINANT'S **************

NOTE: PATROL OFFICERS AT THE SCENE WILL BE TRANSPORTING ANOTHER WITNESS TO THE
**** HOMICIDE OFFICE:

                    LEON GUY       B/M      DOB-01/08/64       31 YOA
                    15411 CAMPDEN HILL
                    HOUSTON, TX. 77053

WHILE AT THE HOSPITAL, I, VASQUEZ INTERVIEWED THE PARENTS OF COMPLAINANT #3:
***************************************************************************

                                                        0107

JOSE JESUS PEDRAZA       H/M      DOB-01/08/51

```
''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''
Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.025
''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''
14915 NUWOOD LN
HOUSTON, TX. 77053
DL# ██████████
SS# ██████████
HOME# 434-2645     PGR# 909-8329
```

\*\*\*\*\*\*\*\*\*\*\*\*\* MR PEDRAZA WILL BE THE FATHER OF COMPLAINANT #3 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ROSALVA PEDRAZA          H/F
14915 NUWOOD
HOUSTON, TX. 77053

ACCORDING TO MRS PERDRAZA, SHE AND HER HUSBAND WERE CONTACTED BY BEN TAUB
HOSPITAL PERSONNEL VIA TELEPHONE AT THERE PLACE OF RESIDENCE.


\*\*\*\*\*\*\*\*\*\*\*\*\* MRS PEDRAZA WILL BE THE MOTHER OF COMPLAINANT #3 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


SAN JUANITA PEDRAZA       H/F     DOB-12/12/76     19 YOA
14915 NUWOOD LN.
HOUSTON, TX. 77053
HOME# 434-2645
SS# ██████████

SAN JUANITA STATES THAT SHE ALONG WITH VERONICA RODE WITH MARCO AND ANOTHER GUY
IN HIS VEHICLE.

THEY DROVE AROUND FOR APPROXIMATLEY 1 1/2 HOURS. THEY STOPPED AT A RESIDENCE
NEAR THE RESIDENCE WHERE THE INCIDENT TOOK PLACE.

IT IS UNKNOWN WHO LIVED AT THIS RESIDENCE, BUT MARCO'S FRIEND WENT INSIDE FOR A
WHILE AND THEN CAME BACK OUT.

THEY DROVE BACK TO VERONICA'S RESIDENCE AND OBSERVED SEVERAL POLICE OFFICERS
AND AMBULANCES.

UPON ARRIVAL, SHE AND VERONICA BEGAN TO RUN TOWARDS THE RESIDENCE AND HEARD
SOMEONE TELL MARCO TO LEAVE BECAUSE IT WAS POSSIBLY HIM THEY WANTED TO SHOOT.

AT THIS TIME, MARCO AND HIS FRIEND LEFT THE SCENE.

INV ADVISED SAN JUANITA THAT SHE WOULD HAVE TO MAKE A STATEMENT AT THE HOMICIDE
OFFICE.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* END OF SAN JUANITA'S STATEMENT \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

0103

HHHHH//////////HHH/HHH/HH//HH//////HHHH/HHH////HHH//HH/HHH/HHH//HH//HH//HH/HHHH

Incident no. 000119296 O        OFFENSE REPORT                    PAGE 1.026
HHHHH//////////HHH/HHH/HH//HH//////HHHH/HHH////HHH//HH/HHH/HHH//HH//HH//HH/HHHH


*********************** CASE TO BE CONTINUED ****************************
*************************************************************************

Supplement entered by = 98527
Report reviewed by-EG                    Employee number-025810
Date cleared- 01/22/96

--------------------------------------------------------------------------

No-0003

Offense- CAPITAL MURDER  (MULTIPLE HOMICIDES)
                    Street location information
Number-    15431 Name-CAMPDEN HILL          Type-        Suffix-
Apt no-    Name-GLENRIDGE              Type-LN   Suffix-
Date of offense-01/01/96        Date of supplement-01/01/96
Compl(s) Last-RODRIQUEZ      First-DAVID     Middle-
              Recovered stolen vehicles information
Recovery location-                      District-  Beat-  00
Stored-                      by-
Officer1-C.PENA JR        Emp#-105663 Shift-3 Div/Station-
Caller'S name-              Phone# (713) 413-2183 Ext-0000


                    SUPPLEMENT NARRATIVE

INTRODUCTION
OFFICER C.PENA JR RIDING UNIT 16E27N, RECEIVED A CALL FROM HPD DISPATCH AT 01:26
HRS.,ON 010196, REGARDING A GANG SHOOTING THAT HAD JUST TAKEN PLACE AT 15431
CAMPDEN HILL.


OFFICER ARRIVED AT THE SEEN AT 02:53 HRS ON THE SAME LISTED DATE. OFFICER PENA
OBSERVED THREE PEOPLE HAD BEEN SHOT. ONE PERSON H/M 9 YRS.OLD WAS LAYING IN THE
YARD HEAD FACING EAST AND THE FEET POINTING WEST, THE OTHER DOA H/F 15 YRS.OLD
WAS FACING SOUTH WITH HER FEET POINTING NORTH AND THE OTHER H/F 18 YRS.OLD WAS
IN THE SAME POSITION AS THE OTHER FEMALE BUT WAS TRANSPORTED BY HFD#33. BOTH
BODIES WERE LOCATED BEHIND THE RED DODGE THAT WAS PARKED IN FRONT OF THE HOUSE
FACING SOUTH BOUND. HFD#33 WAS ALSO ON THE SCENE AND WAS LOADING THE 18 YR.OLD
H/F INTO THE AMBULANCE TO TRANSPORT HER TO BEN TAUB. THE TWO OTHER VICTIMS THAT
WERE SHOT WERE DOA. OFFICER PENA OBSERVED THAT THE RED DODGE HAD BEEN HIT,THE
CHEVY TRUCK WHICH WAS IN THE DRIVE WAS FACING EAST HAD BEEN HIT AND THE GMC
WHICH WAS PARKED IN THE STREET FACING NORTH HAD ALSO BEEN HIT. OFFICER THAT WERE
ON THE SCENE SGT.CHAPMAN 16E01N, 16E22N MADISON,16E11N JONES-PINKERTON,AND
16E33N GIBBS HELPED SECURE THE CRIME SCENE BY ROPPING IT OFF WITH CRIME SCENE
TAPE.

0109

uuuuuuuuuu////////uuu/uuu//////uu////uuuuuu/uuuu//////uuu//uuu/u/uuu/uuuu///uu//uuu//u//u/uuuuu
Incident no. 000119296 O          OFFENSE REPORT                      PAGE 1.027
uuuuuuuuuu////////uuu/uuu//////uu////uuuuuu/uuuu//////uuu//uuu/u/uuu/uuuu///uu//uuu//u//u/uuuuu

CSU#13 MADE THE SCENE AND PHOTOGRAPHED THE CRIME AND COLLECTED ALL THE EVIDENCE
AND TAGGED IT UNDER THIS CASE NUMBER AND THE HPD PROPERTY ROOM DOWN TOWN. NOVAK
FROM HOMICIDE MADE THE SCENE WAS IN CHARGE THE THE SCENE. NOVAK AUTHORIZED THE
THREE VEHICLES BE TOWED TO THE PRINT STALL ON DART STREET TO BE FINGER PRINTED.


OFFICER PENA THEN TRANSPORTED ONE WITNESS: LEON GUY B/M TO SOUTH EAST COMMAND
STATION, HOMICIDE, WHERE HE WAS TO BE INTERVIEWED. OFFICER PENA THEN ENTERED
THIS REPORT VIA LAPTOP.



       SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
       ****************************************************************
       *  ENTRY DEVICE: ZENITH 286 109776                            *
       *  ENTRY FROM DATE-010196 TIME-0823   TO  DATE-010196 TIME-0904  *
       *  TRANSFER DEVICE: SOUTHEAST PATROL AST 386SX16 G04144VER. 2.09-1*
       *  TRANSFER DATE-010196 TIME-0932   LOAD DATE-010196 TIME-1311   *
       *  LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT 16      DIST-16  *
       ****************************************************************




Supplement entered by = 105663
Report reviewed by-EG                    Employee number-025810
Date cleared- 01/22/96


-----------------------------------------------------------------------

No-0004

Offense- CAPITAL MURDER  (MULTIPLE HOMICIDES)
                    Street location information
Number-    15431 Name-CAMPDEN HILL            Type-         Suffix-
Apt no-      Name-GLENRIDGE              Type-LN    Suffix-
Date of offense-01/01/96         Date of supplement-01/01/96
Compl(s) Last-RODRIQUEZ       First-DAVID      Middle-
                    Recovered stolen vehicles information
Recovery location-                      District-   Beat-   00
Stored-                     by-
Officer1-A.G. RIDDLE         Emp#-099253 Shift-3 Div/Station-HOMICIDE/CSU
Caller'S name-                      Phone# (713) 000-0000 Ext-0000


                                          0110

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.028

SUPPLEMENT NARRATIVE

*******************************************************************************
*******************************************************************************

INTRODUCTION:

OFFICER A.G. RIDDLE ASSIGNED TO THE HOMICIDE DIVISION CRIME SCENE UNIT WAS
RIDING CSU 13 ON 1/1/96 WHEN A CALL CAME IN TO THE CSU OFFICE REGARDING A
DRIVE-BY SHOOTING THAT HAD OCCURRED AT 15431 CAMPDEN HILL.   THE SHOOTING HAD
OCCURRED AT APPROXIMATELY 0230 HOURS.   THE CALL CAME INTO THE OFFICE AT
APPROXIMATELY 0300 HOURS, AND OFFICER RIDDLE DEPARTED FOR THE SCENE AT 0315
HOURS, RESPONDING FROM 33 ARTESIAN.   RIDDLE ARRIVED AT THE LOCATION AT 0338
HOURS.

AT THE SCENE OFFICER RIDDLE MET WITH THE PRIMARY PATROL UNIT, OFFICER C.
PENA (UNIT 16E27N, EMP#105663) WHO HAD SECURED THE SCENE IN FRONT OF THE
RESIDENCE AND ON THE STREET.   OFFICER PENA GAVE OFFICER RIDDLE THE INFORMATION
HE HAD COLLECTED REGARDING THIS INCIDENT.

OFFICER RIDDLE OBSERVED THAT THERE WAS A H/M DOA ON THE NORTH SIDE OF THE
DRIVEWAY, AND A H/F DOA IN THE STREET AT THE END OF THE DRIVEWAY.   THE MALE HAD
BEEN IDENTIFIED AS DAVID RODRIGUEZ (1/07/86).   THE MALE IS COMPLAINANT #1.   THE
FEMALE WAS IDENTIFIED AS DIANE RODRIGUEZ (7/17/80)(COMPLAINANT #2).   BOTH
COMPLAINANTS HAD SUFFERED GUNSHOT WOUNDS.

OFFICER RIDDLE WAS ADVISED THAT A THIRD COMPLAINANT (ROCIO ROSALVA
PEDRAZA, H/F 12/4/77) HAD ALSO BEEN SHOT AND HAD BEEN TRANSPORTED TO BEN TAUB
BY MEDIC 33 AND WAS IN CRITICAL CONDITION.

NO SUSPECTS WERE IN CUSTODY AT THE SCENE.   THE SUSPECTS HAD FLED THE SCENE
NORTH BOUND IN A LIGHT BROWN 4-DR CAR WITH SILVER TRIM AND TINTED WINDOWS,
ACCORDING TO OFFICER PENA.

HOMICIDE INVESTIGATORS SGT. J. NOVAK (UNIT 1422) AND OFFICER D. VASQUEZ
(UNIT 1566) RESPONDED TO THE SCENE.   HARRIS COUNTY MEDICAL EXAMINER'S OFFICE
SENT INVESTIGATOR J. BRITE TO THE SCENE.   COMPLAINANT #1 WAS ASSIGNED ML#
96-0005, AND COMPLAINANT #2 WAS GIVEN ML#96-0006.

OFFICER RIDDLE REMAINED ON THE LOCATION CONDUCTING A SCENE INVESTIGATION
UNTIL APPROXIMATELY 0748 HOURS DOCUMENTING AND COLLECTING EVIDENCE.

*******************************************************************************
*******************************************************************************

SCENE SUMMARY:

THE LOCATION FOR THIS INCIDENT IS IN SOUTHWEST PART OF HOUSTON, NEAR THE
INTERSECTION OF HIRAM CLARKE AND ANDERSON ROAD.   CAMPDEN HILL IS A NORTH/SOUTH
STREET THAT RUNS THROUGH A RESIDENTIAL SUBDIVISION THAT CONSISTS OF MOSTLY
SINGE FAMILY DWELLINGS.   THE 15400 BLOCK OF CAMPDEN HILL CAN BE REFERENCED BY
PAGE 571-Z OF THE HARRIS COUNTY KEY MAP.

15431 CAMPDEN HILL IS A SINGLE STORY BRICK AND WOOD TRIM RESIDENCE LOCATED
ON THE EAST SIDE OF THE STREET.   THIS SECTION OF CAMPDEN HILL IS LOCATED
BETWEEN THE CROSS STREETS OF MARKWOOD TO THE NORTH AND INGOMAR WAY TO THE
SOUTH.

THE #1 COMPLAINANT WAS OBSERVED TO BE LYING ON THE GROUND JUST NORTH OF
THE DRIVEWAY.   THE FEET WERE ON THE CONCRETE, AND THE HEAD WAS ON THE GROUND.
COMPLAINANT WAS ON HIS BACK, WITH THE HEAD POINTING TO THE NORTHEAST.

COMPLAINANT'S ARMS WERE SLIGHTLY SPREAD.  THE FEET WERE CROSSED LEFT OVER RIGHT.

#1 COMPL. WAS WEARING THE FOLLOWING CLOTHING:  BLACK T-SHIRT, BLUE JEANS, AND BLACK TENNIS SHOES.

THE TOP OF THE COMPLAINANT'S HEAD WAS LOCATED APPROXIMATELY 5'10" EAST OF THE CURB (EAST CURB) AND 4'2" NORTH OF THE NORTH EDGE OF THE DRIVEWAY.  THE FEET OF THE #1COMPL. WERE APPROXIMATELY 4'EAST OF THE EAST CURBLINE, AND 1'2" SOUTH OF THE NORTH EDGE OF THE DRIVEWAY.

THE #1 COMPLAINANT HAD A GUNSHOT ENTRY WOUND TO THE LEFT SIDE OF THE TEMPLE AND A LARGE EXIT WOUND ON THE RIGHT SIDE OF THE HEAD.  COMPLAINANT ALSO HAD A LARGE ENRTY AND EXIT WOUND TO THE LEFT BICEP AREA.

THE #2 COMPLAINANT WAS LYING AT THE END OF THE DRIVEWAY (THE SOUTH HALF OF THE DOUBLE DRIVE) WITH HER HEAD FACING TO THE SOUTH AND THE FEET TO THE NORTH. COMPL.#2 WAS ON HER BACK, FACE SKYWARD.

COMPLAINANT #2'S HEAD WAS APPROXIMATELY 8" WEST OF THE CURBLINE. COMPLAINANT'S RIGHT FOOT WAS AGAINST THE CURB.  THE FEET WERE SPREAD, AND THE DISTANCE FROM THE CURB LINE AT THE END OF THE DRIVEWAY TO THE LEFT HEEL WAS APPROXIMATELY 1'8".

THE #2 COMPLAINANT WAS WEARING A BLK. T-SHIRT AND BLK. PANTS, AND A PLAID TYPE JACKET.  #2 COMPLAINANT APPEARED TO HAVE SUFFERED A GUNSHOT WOUND TO THE LEFT SHOULDER AND LEFT SIDE OF NECK.  A LARGE POOL OF BLOOD WAS AROUND THE HEAD. A POOL OF VOMIT WAS TO THE COMPLAINANT'S RIGHT.

JUST TO THE WEST OF THE #2 COMPLAINANT, PARKED ON THE STREET AT THE END OF THE DRIVEWAY, WAS A RED DODGE SHADOW, TX. PLATE ████, VIN ████████████, FRONT FACING TO THE SOUTH.  COMPL. 2 WAS POSITIONED ALONGSIDE THIS CAR AT THE END OF THE DRIVEWAY.  OFFICER RIDDLE OBSERVED THAT THE DODGE HAD A BULLET STRIKE ON THE PASSENGER SIDE NEAR THE ROOFLINE.  THE BULLET HAD GONE INSIDE THE CAR AND APPEARED TO HAVE WEDGED IN AN AREA BEHIND THE REAR DRIVER'S SIDE DOOR. THERE WAS NO EXIT ON THIS SIDE, BUT THERE WAS A VISIBLE BUMP.  LOOKING INSIDE THE CAR THERE WAS A BULLET FRAGMENT LOCATED ON THE FRONT PASSENGER SEAT.

ON THE HOOD OF THE DODGE THERE WAS A PORTABLE STEREO AND CASSETTE PLAYER THAT WAS CONNECTED TO AN EXTENSION CORD THAT WENT TO THE HOUSE.  THE STEREO WAS NEAR THE WINDSHIELD ON THE DRIVER'S SIDE.  ON THE TRUNK OF THE CAR WAS A PLASTIC CUP (NEAR CENTER OF TRUNK).  SOME SMALL PAINT CHIPS WERE LOCATED ON THE SMALL LEDGE OF THE OUTSIDE OF THE FRONT PASSENGER DOOR WINDOW.  THESE APPEARED TO BE FROM THE BULLET WHICH HAD STRUCK THE CAR.

THERE WAS A MILLER 12 OZ BEER CAN LOCATED ABOUT 2' NORTH OF THE REAR BUMPER OF VEHICLE #1.  4'2" TO THE SOUTH WAS LOCATED A BLOOD POOL (BELIEVED TO BE FROM THE #2 COMPLAINANT'S ORIGINAL POSITION IN THE ROAD).  THE CENTER OF THE BLOOD POOL WAS OBSERVED TO BE ABOUT 3'1/2 WEST FROM THE EAST CURBLINE.

TO THE EAST OF THE COMPL #2 BODY WAS LOCATED A BLUE/SILVER CHEVROLET TRUCK, TX. PLATE ████████, VIN ████████████.  THIS IS VEHICLE #2. IT WAS PARKED FACING TO THE EAST IN THE DRIVEWAY. A BULLET HAD SHATTERED OUT THE BACK GLASS OF THE CAMPER, AND EXITED THE TRUCK THROUGH THE FRONT WINDSHIELD.

PARKED IN FRONT OF VEHICLE #2 WAS A BLUE/SILVER GMC SUBURBAN, TX. PLATE NDF27M.  NO STRIKE MARKS OBSERVED ON THIS CAR.

PARKED ON THE LEFT (NORTH) SIDE OF THE DRIVEWAY WAS A MAROON TOYOTA, TX. PLATE ████.  THIS VEHICLE WAS PARKED AT THE FRONT OF THE DRIVE WAY.  NO STRIKE MARKS OBSERVED ON THE TOYOTA.

IN FRONT OF 15427 CAMPDEN HILL WAS A GRAY GMC PICKUP TRUCK, TX. PLATE ████ ████, VIN ████████████.  THIS TRUCK WAS PARKED FACING TO THE NORTH.  THE REAR DRIVER'S SIDE TIRE WAS FLATTENED (APPARENTLY FROM A BULLET STRIKE).  THE GMC PICKUP WILL BE DESIGNATED VEHICLE #3.

THERE IS A PORCH IN FRONT OF THE RESIDENCE THAT IS ENCLOSED BY AN IRON GATE.  3 STRIKE MARKS WERE OBSERVED IN THE CENTER OF THE GATE.  STRIKE MARK #1 WAS APPROXIMATELY 5'6" OFF THE GROUND, #2 WAS APPROXIMATELY 6'8" HIGH, AND

0112

STRIKE MARK #3 WAS 7'1/2" HIGH.

A TOTAL OF SIX FIRED CARTRIDGE CASINGS WERE LOCATED BY OFFICER RIDDLE IN THE STREET (FOR DIMENSIONS AND POSITIONS CONSULT SCENE DIAGRAM).  EACH CASING APPEARED TO BE THE SAME MANUFACTURER AND CALIBER.  THE NUMBERS "351" WERE  ON EACH CASING AT THE TOP, AND THE NUMBERS ARE 94 AT THE BOTTOM.  THIS IS APPARENTLY A MILITARY ROUND.  THE CASING HAD A TAPERED NECK AND APPEARED TO BE A RIFLE CARTRIDGE OF SOME SORT.

TWO FIRED CARTRIDGE CASINGS WERE FOUND BY OFFICER RIDDLE IN THE DRIVEWAY (CONSULT DIAGRAM FOR DIMENSIONS AND POSITIONING).

THE TEMPERATURE WAS MODERATE, SLIGHTLY COOL AND VERY HUMID.  THERE WAS A VERY HEAVY FOG AND MIST IN THE AREA.

**********************************************************************************
**********************************************************************************

CSU FUNCTIONS:

USING A NIKON 6000 35MM CAMERA, OFFICER RIDDLE EXPOSED FOUR ROLLS OF 400 ASA FILM.  A SUNPAK FLASH UNIT WAS ALSO USED.

OFFICER RIDDLE USED A HITATCHI VHS CAMCORDER AND A FUJI BRAND VHS TAPE TAKEN FROM A NEW AND UNOPENED PACK TO MAKE A SCENE VIDEO.

RIDDLE LOCATED EVIDENCE ON THE SCENE, MADE A SCENE SKETCH AND TOOK APPROXIMATE MEASUREMENTS TO ENABLE CONSTRUCTION OF A SCENE DIAGRAM.

OFFICER RIDDLE TOOK PAINT CHIPS FROM THE FRONT PASSENGER DOOR WINDOW LEDGE OF VEHICLE #1 (LOOSE CHIPS).  OFFICER RIDDLE ALSO USED A SMALL POCKET KNIFE TO GET A SMALL PAINT SAMPLE FROM THE AREA AROUND WHERE THE BULLET HAD STRUCK THE CAR.

OFFICER RIDDLE WITNESSED THREE CONSENT TO SEARCH FORMS BE SIGNED FOR EACH OF THE VEHICLES WHICH HAD BEEN STRUCK BY BULLETS.

OFFICER RIDDLE COLLECTED THE REST OF THE EVIDENCE AT THE SCENE (SEE NEXT SECTION).

**********************************************************************************
**********************************************************************************

DISPOSITION OF EVIDENCE:

1) FOUR ROLLS OF FILM EXPOSED BY RIDDLE - SUBMITTED BY RIDDLE TO THE PHOTO LAB EVIDENCE DROP BOX.

2) ONE VHS VIDEO TAPE DOCUMENTING SCENE, FILMED BY RIDDLE - SUBMITTED BY RIDDLE TO THE HOMICIDE VIDEO LOCK BOX.

3) EIGHT FIRED CARTRIDGE CASINGS - 6 FROM THE STREET AND TWO FROM THE DRIVEWAY OF 15431 CAMPDEN HILL - COLLECTED BY RIDDLE AND SUBMITTED BY RIDDLE TO LATENT LAB EVIDENCE LOCK BOX.  THESE WILL BE FOWARDED TO FIREARMS LAB AFTER LATENT EXAMINATION.

4) TWO PAINT SAMPLES - TAKEN BY RIDDLE FROM VEHICLE #1 AND SUBMITTED BY RIDDLE TO THE PROPERTY ROOM.

5) ONE PORTABLE STEREO - COLLECTED FROM HOOD OF VEHICLE #1 BY RIDDLE AND SUBMITTED BY RIDDLE TO THE PROPERTY ROOM.

6) ONE MILLER 12 OZ. BEER CAN (EMPTY) - COLLECTED BY RIDDLE AND SUBMITTED TO THE PROPERTY ROOM BY RIDDLE.

7) 1 PLASTIC CUP - COLLECTED BY RIDDLE FROM THE TOP OF TRUNK OF VEHICLE #1 AND SUBMITTED BY RIDDLE TO THE PROPERTY ROOM.

8) 1 PIECE OF IRON GATE - TOP OF GATE ROD KNOCKED OFF BY BULLET STRIKE, COLLECTED BY RIDDLE AND SUBMITTED TO THE PROPERTY ROOM.

9) DECEASED PRINT CARDS FOR EACH COMPLAINANT - TAKEN BY RIDDLE AND SUBMITTED BY RIDDLE TO I.D. DIVISION.

10) TWO FIRED BULLET FRAGMENTS (NOTE:  OFFICER VASQUEZ, UNIT 1566, COLLECTED THESE FROM THE RESIDENT AT 15431 CAMPDEN HILL, WHO STATED HE HAD FOUND THEM IN

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.031

HIS RESIDENCE AFTER A GANG DRIVE BY SHOOTING IN JULY OF 95).   OFFICER VASQUEZ GAVE CUSTODY OF THE FRAGMENTS TO OFFICER RIDDLE WHO SUBMITTED THEM TO FIREARMS LAB FOR POSSIBLE COMPARITIVE PURPOSES.   A REPORT WAS MADE ON THIS INCIDENT.

   11) VEHICLES - VEHICLE #1, TX. PL. ██████, VEHICLE #2, TX PL. ██████, AND VEHICLE #3, TX PLATE ██████, TOWED TO THE PRINT STALL FOR EXAMINATION AND RECOVERY OF BULLETS.   OFFICER N. CHERRY, UNIT 16E20D, FOLLOWED THE CITY WRECKERS TO THE PRINT STALL TO MAINTAIN CONTROL AND CUSTODY OF THE VEHICLES.

   EXCEPT WHERE OTHERWISE INDICATED, OFFICER RIDDLE MAINTAINED CARE, CONTROL, AND CUSTODY OF LISTED EVIDENCE AT ALL TIMES.

*********************************************************************************
*********************************************************************************
HARRIS COUNTY MORGUE:
   OFFICER RIDDLE WENT TO THE MORGUE ON A FOLLOW UP.   RIDDLE TOOK MORGUE PHOTOS (THIS FILM IS INCLUDED IN THE EVIDENCE OF THE PREVIOUS SECTION). OFFICER RIDDLE ALSO TOOK FINGERPRINTS AND PALM PRINTS OF THE DECEASED.
   COMPL. #1 WAS LISTED AS HAVING A LENGTH OF 57" AND A WEIGHT OF 80LBS. COMPL. #2 HAD A LENGTH OF 71" AND A WEIGHT OF 238 LBS.


   SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER   VER-2.08
   *********************************************************************
   *   ENTRY DEVICE: ZENITH 286 104092                                *
   *   ENTRY FROM DATE-010196 TIME-1235   TO  DATE-010196 TIME-1524    *
   *   TRANSFER DEVICE: AST 486 107391 CUE/CUF         VER. 2.08-2     *
   *   TRANSFER DATE-010196 TIME-1527   LOAD DATE-010196 TIME-1529     *
   *   LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT 16      DIST-16    *
   *********************************************************************


Supplement entered by =  99253
Report reviewed by-EG                    Employee number-025810
Date cleared- 01/22/96

0114

```
uuuuu / / / / / / / uuu / uuu / / / uuu / / / uuuuu / uuuu / / / uuu / / uu / uuu / uuu / uuu / / / / uuuuu
Incident no. 000119296 O        OFFENSE REPORT              PAGE 1.032
uuuuu / / / / / / / uuu / uuu / / / uuu / / / uuuuu / uuuu / / / uuu / / uu / uuu / uuu / uuu / / / / uuuuu
```

No-0005

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                    Street location information
Number-    15431 Name-CAMPDEN HILL       Type-        Suffix-
Apt no-      Name-GLENRIDGE         Type-LN     Suffix-
Date of offense-01/01/96        Date of supplement-01/01/96
Compl(s) Last-RODRIQUEZ       First-DAVID    Middle-
                  Recovered stolen vehicles information
  Recovery location-                    District-  Beat-   00
  Stored-                   by-
Officer1-N.CHERRY            Emp#-083400 Shift-1 Div/Station-SWPATROL/4
Caller's name-                    Phone# (713) 000-0000 Ext-0000

                    SUPPLEMENT NARRATIVE

INTRODUCTION:
  OFFICER N.CHERRY RIDING UNIT 16E20D,CHECKED BY AT THE LISTED HOMICIDE SCENE
AT 15431 CAMPDEN HILL TO HELP OUT. THE OFFICER VOLUNTEERED TO STAY AT THE SCENE
AND WAIT FOR THE HPD WRECKERS TO ARRIVE AND TOW THREE VEHICLES TO THE PRINT
STALL.
SCENE SUMMARY:
  THE OFFICER NOTED THAT A RED 1993 DODGE SHADOW 4DR WAS PARKED ON THE STREET,
FACING SOUTH ON THE NORTHBOUND SIDE. THERE WAS A GRAY 83 GMC PICKUP PARKED ON
THE STREET ON THE NORTHBOUND SIDE, FACING NORTH. THE GRAY/BLUE 89 CHEV.PICKUP
WAS PARKED IN THE DRIVEWAY OF 15431 CAMPDEN HILL.

OFFICER'S ACTIONS:
  THE OFFICER WAITED AND NOTED THAT ONE HPD WRECKER ARRIVED AT THE SCENE. THE
WRECKER UNIT NUMBER WAS 3643. THE OCCUPANTS WERE SHELTON ANDERSON,PR#107662,
(DRIVER) AND PAUL SHARLOW,PR#95537,(PASSENGER). THE WRECKER HOOKED UP TO THE
RED 1993 DODGE SHADOW 4DR,LIC#███████. THE WRECKER AND THE OFFICER LEFT THE SCENE
GOING TO THE PRINT STALL AT 0754HRS. THEY ALL ARRIVED TO THE PRINT STALL AT
0821HRS. THE VEHICLE WAS SECURED.THE OFFICER WENT BACK THE SCENE AND WAITED FOR
THE WRECKER TO ARRIVE. THE OFFICER NOTED THAT TWO SEPARATE WRECKERS ARRIVED AT
THE SCENE. UNIT#3643 WAS BEING DRIVEN BY SHELTON ANDERSON. THAT UNIT HOOKED UP TO
THE GRAY 1983 GMC PICKUP,LIC#███████,.   UNIT# 3640,PAUL SHARLOW,HOOKED UP TO THE
GRAY/BLUE 1989 CHEV PICKUP TRUCK,LIC#███████.   THE OFFICER FOLLOWED THE TWO
WRECKERS TO THE PRINT STALL AT 0939HRS. THEY ARRIVED AT 1009HRS. THE VEHICLES
WERE SECURED BY THE DRIVERS. THE OFFICER LEFT THE SCENE TO COMPLETE THIS REPORT.

DISPOSITION:
THREE VEHICLES WERE TOWED TO THE HPD PRINT STALL BY HPD WRECKER.

       SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
       ***********************************************************************
       *  ENTRY DEVICE: ZENITH 286 109791                                    *
       *  ENTRY FROM DATE-010196 TIME-1115  TO  DATE-010196 TIME-1156        *
       *  TRANSFER DEVICE: S.W.PATROL AST BRAVO 386SX/20 106VER. 2.08-2      *
       *  TRANSFER DATE-010196 TIME-1218   LOAD DATE-010196 TIME-1212        *
       *  LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT 16        DIST-16     *
```

0115

```
nnnnn, , , , , , nnn, nnn, n , nn, , nnn, , , , , nnn, , nnn, , , , , , nnn, , , nnn, , , nnn, , , nnn, , , nn, , , nn, , , nn, nnn
```
ORIGINAL INFORMATION REPORT NON-PUBLIC
```
nnnnn, , , , , , nnn, nnn, n , nn, , nnn, , , , , nnn, , nnn, , , , , , nnn, , , nnn, , , nnn, , , nnn, , , nn, , , nn, , , nn, nnn
```

```
nnnnn, , , , , , nnn, nnn, n , nn, , nnn, , , , , nnn, , nnn, , , , , , nnn, , , nnn, , , nnn, , , nnn, , , nn, , , nn, , , nn, nnn
```

SUPPLEMENT(S)

No-0006

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
              Street location information
Number-     15431 Name-CAMPDEN HILL          Type-        Suffix-
Apt no-     Name-GLENRIDGE               Type-LN   Suffix-
Date of offense-01/01/96          Date of supplement-01/05/96
Compl(s) Last-RODRIQUEZ      First-DAVID    Middle-
         Last-
                  Recovered stolen vehicles information
Stored-                   by-                Ph#- (000) 000-0000
Officer1-R.L.COLLINS         Emp#-020359 Shift-1 Div/Station-HOM

SUPPLEMENT NARRATIVE

THIS OFFICER ASSIGNED TO THE VEH EXAM BLDG PROCESSED THE BELOW 3 VEH'S ON
1/1/96  OUTSIDE IN THE SECURED PARKING AREA. OFFICER WAS CONTACTED BY SGT NOVAK,
HOMICIDE,AND LEARNED THE DETAILS OF THE CASE.

VEH:1-93 DODGE SHADOW COLOR:RED TX: ▮▮▮▮▮▮  VIN: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

OFFICER RECOVERED THE FOLLOWING EVIDENCE FROM THE VEH:
BULLETS:1.FRAGMENT(JACKET)-PASS FRONT SEAT,BOTTOM SECTION,REAR SECTION
         NOTE:BULLET STRUCK DR REAR ROOF POST FROM PASS SIDE,OUTSIDE OF CAR
              BODY WOULD HAVE TO BE CUT TO TRY TO LOCATE BULLET.
THE VEH WAS PICKED UP BY THE OWNER.

VEH:2-89 CHEV P/U COLOR:SILVER/BLUE TX: ▮▮▮▮▮▮  VIN: ▮▮▮▮▮▮▮▮▮▮▮▮

THIS OFFICER FOUND THAT THE 1 BULLET STRIKE TO THE VEH ENTERED THE DR SIDE
CAMPER GLASS(REAR GLASS) GOING THROUGH THE REAR GLASS OF THE VEH AND OUT
THE PASS SIDE FRONT WINDSHIELD. THE VEH WAS PICKED UP BY THE OWNER.

VEH:3-83 GMC P/U COLOR:GRY/BLUE TX: ▮▮▮▮▮  VIN: ▮▮▮▮▮▮▮▮▮▮▮▮▮

THIS OFFICER RECOVERED THE FOLLOWING EVIDENCE FROM THE VEH:

BULLETS: 1.JACKET-DR REAR TIRE IN TREAD
         2.LEAD (FRAGMENT)-DR REAR TIRE(INSIDE)
NOTE:TIRE-LEE P235/75R15

THIS VEH WAS TAKEN BACK TO THE OWNER BY CITY WRECKER ON 1/5/96
ALL THE FIREARMS EVIDENCE WAS TAGGED IN THE FIREARMS LOCK BOX IN THE C.S.U.
OFFICE.

0116

&&&&

```
"""""""""""/////"""//"/"""/"/"""""/""/////"/"""""////""""""/"""/""/"""/"""/"""/"/""/""/"/""/"""""
```
Incident no. 000119296 O        OFFENSE REPORT                      PAGE 1.002
```
"""""""""""/////"""//"/"""/"/"""""/""/////"/"""""////""""""/"""/""/"""/"""/"""/"/""/""/"/""/"""""
```

Supplement entered by = 20359
Report reviewed by-EG
Date cleared- 01/22/96                    Employee number-025810

No-0007

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                    Street location information
Number-    15431 Name-CAMPDEN HILL          Type-         Suffix-
Apt no-    Name-GLENRIDGE            Type-LN    Suffix-
Date of offense-01/01/96         Date of supplement-01/22/96
Compl(s) Last-RODRIQUEZ      First-DAVID   Middle-
                    Recovered stolen vehicles information
Recovery location-                          District-   Beat-    00
Stored-                       by-
Officer1-H.F.CHISHOLM        Emp#-054242 Shift-1 Div/Station-HOMICIDE
Officer2-G.J.NOVAK,SGT       Emp#-039034 Shift-1
Caller'S name-               Phone# (713) 000-0000 Ext-0000

                    SUPPLEMENT NARRATIVE


             PROGRESS REPORT FOR JANUARY 1, 1996
             **********************************

    WE, OFFICER CHISHOLM AND SERGEANT NOVAK CONTINUED THIS INVESTIGATION
THIS DATE.  WE HAD RECEIVED INFORMATION THAT THIS INCIDENT MAY HAVE BEEN
THE RESULT OF A GANG RETALIATION BY "LRZ" GANG MEMBERS AGAINST A LOCAL GANG
KNOWN AS THE "H-TOWN CRIPS" FOLLOWING THE DEATH OF AN "LRZ" MEMBER AT THE
MEYER PARK CINEMA IN JANUARY OF 1995.  VERONICA RODRIGUEZ IS REPORTEDLY
DATING A MEMBER OR ASSOCIATE OF THE "H-TOWN CRIPS" KNOWN AS MARCO MARTINEZ.
MARCO MARTINEZ WAS ALLEGEDLY EITHER AT THE CINEMA THE NIGHT OF THE KILLING
OR IS A CLOSE FRIEND OF THE SUSPECT IN THAT CASE.  UPON COMPLETION OF
VERONICA'S STATEMENT, INVESTIGATORS ASKED IF SHE COULD CONTACT MARCO IN AN
EFFORT TO LEARN SOME BACKGROUND REGARDING WHO MAY HAVE BEEN INVOLVED IN THE
INCIDENT THAT OCCURRED ON CAMPDEN HILL.

    PRIOR TO SPEAKING WITH VERONICA, INVESTIGATORS HAD RECEIVED A
TELEPHONE CALL FROM OFFICER VASQUEZ WHO WAS CONDUCTING A FOLLOW UP
INVESTIGATION AT BEN TAUB HOSPITAL REGARDING COMPLAINANT ROCIO PEDRAZA.
OFFICER VASQUEZ HAD STATED THAT HE OBTAINED THE FOLLOWING INFORMATION WHILE
AT THE SCENE.  HE STATED THAT MARCO MARTINEZ WAS AN ALLEGED "H-TOWN CRIPS"
MEMBER AND THAT THE SHOOTING WAS A RETALIATION BY THE "LRZ" FOR THE MURDER
OF ONE OF THEIR MEMBERS AT THE MEYER PARK THEATER ABOUT A YEAR AGO.
OFFICER VASQUEZ HAD STATED THAT VERONICA RODRIGUEZ WAS DATING MARCO AND
THAT HER RESIDENCE HAD BEEN "MARKED" DUE TO HER ASSOCIATION WITH MARCO.
OFFICER VASQUEZ ALSO STATED THAT HE HAD INTERVIEWED VERONICA'S FATHER AT
THE SCENE AND HE STATED THAT VERONICA HAD A CHILD BY MARCO, BUT THAT HE WAS
NOT ALLOWED IN HIS HOUSE AND THAT HE COULD ONLY PICK VERONICA AND THE BABY
UP AND LEAVE THE RESIDENCE.  OFFICER VASQUEZ ALSO STATED THAT HE HAD
RECEIVED INFORMATION THAT MARCO AND HIS COUSIN EDDIE WHO WAS IN TOWN FROM
SAN ANTONIO HAD BEEN TO THE RESIDENCE AND HAD PICKED UP VERONICA IN A
RENTED WHITE CONVERTIBLE AND PRIOR TO THE SHOOTING.  OFFICER VASQUEZ STATED
HE HAD OBTAINED A TELEPHONE NUMBER OF 863-0668 AND ALSO THAT MARCO MAY BE
RESIDING AT 4007 BEGGS.

                                                        0117

VERONICA RODRIGUEZ AT THIS TIME PLACED A TELEPHONE CALL TO MARCO MARTINEZ AND I, OFFICER CHISHOLM AT THIS TIME SPOKE TO HIM.  MARCO APPEARED TO BE NERVOUS ON THE TELEPHONE AND WAS ASKED IF HE COULD COME TO THE HOMICIDE OFFICE THIS DATE AT 1230 HOURS TO DISCUSS THIS CASE.  MARCO STATED TO OFFICER THAT HE WOULD CONTACT HIS MOTHER AND WOULD REPORT TO THE HOMICIDE OFFICE AT 1230 HOURS.  THE TELEPHONE CONVERSATION WAS CONCLUDED WITH MARCO MARTINEZ AND VERONICA RODRIGUEZ ALONG WITH HER FATHER AND OTHER FAMILY MEMBERS WERE ESCORTED TO THE MAIN LOBBY WHERE THEY LEFT THE BUILDING.

MARCO MARTINEZ FAILED TO REPORT TO THE HOMICIDE OFFICE AT 1230 HOURS AND I, OFFICER CHISHOLM RECEIVED A TELEPHONE CALL AT APPROXIMATELY 1500 HOURS FROM A FEMALE WHO IDENTIFIED HERSELF AS IDELIA MARTINEZ.  SHE STATED MARCO WAS HER SON AND WANTED TO KNOW WHY INVESTIGATORS WANTED TO SPEAK WITH HER SON.  WE ADVISED HER OF THIS INVESTIGATION AND ALSO ADVISED HER THAT WE WERE ONLY SEEKING BACKGROUND INFORMATION REGARDING HIS KNOWLEDGE OF "LRZ" GANG MEMBERS AS TALK HAD CENTERED ON THIS CASE BEING A RETALIATION OF WHICH HER SON MAY HAVE BEEN THE TARGET.  SHE STATED SHE WANTED TO CONTACT HER ATTORNEY BEFORE BRINGING MARCO TO OUR OFFICE AND I AGAIN ADVISED MS. MARTINEZ THAT HER SON WAS NOT A SUSPECT AND TO OUR KNOWLEDGE NOT EVEN A WITNESS.  SHE STATED SHE UNDERSTOOD AND WOULD CONTACT INVESTIGATORS AFTER SPEAKING TO HER ATTORNEY.

AT THIS TIME INVESTIGATORS RAN A GENERAL PERSON INQUIRY ON MARCO MARTINEZ AND COULD FIND NO CRIMINAL HISTORY OR WANTED.  A JUVENILE CRIMINAL HISTORY WAS THEN CHECKED AND REVEALED THE FOLLOWING;

MARCO MARTINEZ   HM/8-6-78
4931 RIDGEWEST
JUV ID# 0149558

██████████████████.  A REVIEW OF THE MINOR IN POSSESSION INCIDENT REVEALED THAT MARTINEZ HAD BEEN ARRESTED AT 10137 OBOE ON JANUARY 27, 1995 BY OFFICERS RYPIEN AND FLORES.  OFFICER RYPIEN STATED IN THE REPORT THAT THE LOCATION WAS A KNOWN GANG HANGOUT FOR THE "H-TOWN CRIPS" GANG AND SEVERAL PREVIOUSLY IDENTIFIED GANG MEMBERS WERE OBSERVED AT THIS LOCATION.

A LOCATION INQUIRY WAS ALSO CHECKED ON THE LISTED HOME ADDRESS OF 4931 RIDGEWEST AND REVEALED 6 CALLS FOR SERVICE FROM 1-18-95 THROUGH 8-24-95.  3 OF THESE CALLS FOR SERVICE ARE ASSAULT TYPE OFFENSES UNDER INCIDENTS 6968195, 13879395 AND 97394695.

AT 1730 HOURS INVESTIGATORS RECEIVED A TELEPHONE CALL FROM MS. MARTINEZ.  ARRANGEMENTS WERE MADE FOR INVESTIGATORS TO COME TO HER RESIDENCE LOCATED AT 4007 BEGGS TO INTERVIEW MARCO MARTINEZ.  INVESTIGATORS AT THIS TIME DROVE TO THIS LOCATION AND UPON ARRIVAL WERE MET BY MARCO MARTINEZ AND HIS MOTHER IDELIA MARTINEZ.  WE WERE INVITED INSIDE THE RESIDENCE AND INTERVIEWED MARCO AND HIS MOTHER IN THE DINING ROOM AREA AT 1755 HOURS.  WE OBTAINED THE FOLLOWING CONTACT TELEPHONE NUMBERS OF

IDELIA MARTINEZ
4007 BEGGS
CELLULAR PHONE #305-8390, WK#873-6061
NO HOME TELEPHONE

0118