MS. MARTINEZ STATED PRIOR TO THE INTERVIEW THAT THEY HAD PREVIOUSLY LIVED WITH HER MOTHER AT 4931 RIDGEWEST AND HAD MOVED IN JUNE DUE TO THE NUMEROUS DRIVE-BY SHOOTINGS THAT WERE OCCURRING IN THE NEIGHBORHOOD.  SHE ALSO STATED THAT SHE IS ACTIVE WITH THE NEW LIFE CHURCH LOCATED AT 5800 GRAPEVINE IN AN ATTEMPT TO GET THE GANG MEMBERS OUT OF THE GANG.

ORAL INTERVIEW OF MARCO MARTINEZ
*******************************

MARCO STATED THAT HE IS THE BOYFRIEND OF VERONICA RODRIGUEZ AND THAT SHE HAS A CHILD BY HIM.  HE STATED ON NEW YEARS EVE NIGHT HE AND HIS COUSIN, EDDIE MARTINEZ HAD GONE TO PICK UP VERONICA AND THE BABY AT HER HOUSE ON CAMPDEN HILL AROUND 1:00 AM IN THE MORNING IN A RENTED WHITE CONVERTIBLE.  HE STATED THAT VERONICA'S FATHER WILL ONLY LET HIM COME OVER AND PICK VERONICA AND THE BABY UP AND THAT HE CANNOT STAY AT THE HOUSE.  HE STATED THEY MET VERONICA AND SHE GOT IN THE CAR AND THEY LEFT THE NEIGHBORHOOD AND WENT DRIVING AROUND ON WESTHEIMER.  HE STATES THEY RETURNED AROUND 2:30 AM AND AS THEY ROUNDED THE CORNER TOWARDS VERONICA'S HOUSE THEY SAW A BUNCH OF POLICE AND AMBULANCE LIGHTS IN FRONT OF VERONICA'S HOUSE.  HE STATED THEY LET VERONICA AND THE BABY OUT OF THE CAR ON THE CORNER AND LEFT THE AREA.  HE STATED HE DID NOT KNOW THAT VERONICA'S COUSINS HAD BEEN SHOT UNTIL HE SAW THE NEWS LATER IN THE DAY.  END OF STATEMENT.

MARCO WAS ASKED WHY VERONICA'S HOUSE WAS A TARGET OF A DRIVE BY SHOOTING AND HE STATED THAT THE "LRZ" GANG BELIEVE HE IS ASSOCIATED WITH THE "H-TOWN CRIPS" AND THAT THEY ARE SHOOTING UP VERONICA'S HOUSE BECAUSE THEY BELIEVE HE LIVES THERE OR THEY ARE TRYING TO GET HIM TO COME OUT. MARCO STATED HE IS NOT "DOWN" WITH ANY GANG.   MARCO STATED ALL OF THIS STEMS FROM HIS FRIEND "SMILEY" WHO IS AN "H-TOWN CRIPS" MEMBER STABBING AN "LRZ" GANG MEMBER AT THE MEYER CINEMA LAST YEAR.  HE STATES THAT "LRZ" CLAIM HE WAS AT THE STABBING AND HE STATED HE WAS AT HOME WHEN THIS OCCURRED.  MARCO STATED THAT "SMILEY" LIVES ON HEATHERCREST.

MARCO WAS ASKED ABOUT THIS INCIDENT AND HE STATED THAT HE HAD HEARD TALK FROM UNKNOWN INDIVIDUALS THAT THERE HAD BEEN AN "IVY" LEAGUE PARTY ON INGOMAR WAY PRIOR TO THIS INCIDENT AND THAT SOME "LRZ" MEMBERS HAD SHOWN UP AT THE PARTY ACCUSING MEMBERS OF THE PARTY AS BEING DOWN WITH THE "H-TOWN CRIPS".  MARCO ALSO STATED THAT SOME OF THE "LRZ" MEMBERS BECAME INVOLVED IN A FIGHT AT THIS PARTY AND A NUMBER OF INDIVIDUALS HAD COME OUT WITH GUNS.  HE STATED THAT ONE OF THE GUNS WAS SUPPOSED TO HAVE BEEN AN "AK" OR "SKS".   MARCO FURTHER STATED THAT SOME MEMBERS OF THE "HTC" HAVE VOICE MAIL TELEPHONE NUMBERS AND THAT A MESSAGE HAD BEEN LEFT ON ONE OF THE VOICE MAIL NUMBERS FROM A INDIVIDUAL NAMED "PELON".  MARCO STATED THAT HE HAD BEEN ADVISED OF THIS MESSAGE BUT HE COULD NOT REMEMBER WHOSE VOICE MAIL THIS MESSAGE WAS LEFT ON OR THE CONTENTS OF THE MESSAGE.  INVESTIGATORS ASKED MARCO IF HE KNEW OF ANY "LRZ" GANG MEMBERS, THEIR ADDRESSES AND VEHICLES AND HE STATED HE KNEW OF A FEW OF THE MEMBERS BY THEIR STREET NAME.  BELOW ARE THE MEMBERS THAT MARCO COULD IDENTIFY;

1.    TONY, HM, EARLY 20'S, LIVES ON THE SAME STREET AS "SMILEY", DRIVES A 2 DOOR BROWN REGAL OR CUTLASS

2.    RUDY, "SHORTY" LIVES IN THE RIDGEMONT AREA                    0119

```
ПИИИП/////////ПИИИ//////////ПИИ///ПИИ//////ПИИ///ПИИ/////ПИИ//////ПИИ///ПИ/ИИ//ИИ//ПИ/
```
Incident no. 000119296 O          OFFENSE REPORT                          PAGE 1.005
```
ПИИ///////////ПИИ//////////ПИ//////ПИ///////ПИИ//////ПИИ///ПИ/ИИ//ИИ//ПИ/
```

3.   SLIM, HM/18, LIVES ON CASTLECREEK, DRIVES A OLDER MODEL RED CADILLAC.
     SUPPOSED TO HAVE A "AK-47" AND 38 PISTOL.  ATTENDS WILLOWRIDGE HIGH
     SCHOOL

4.   TINY, HM/15 LIVES ON THE CORNER OF RIPPLEBROOK AND CATINA IN A BROWN
     HOUSE WITH A BROWN CHRYSLER IN THE DRIVEWAY

5.   JAMES, "SMURF", WM/15 ALSO KNOWN AS "WHITE BOY"

6.   ROBERT LUCIO IDENTIFIED AS THE LEADER OF THE GANG.  SUPPOSED TO LIVE
     ACROSS FROM DOWLING MIDDLE SCHOOL, MAY BE DRIVING A RED HONDA ESCORT
     WITH "RIMS" OR A RED OR MAROON CAMARO WITH GOLD AND SILVER "RIMS"

7.   A GROUP OF MEMBERS ARE SUPPOSED TO BE LIVING IN AN APARTMENT PROJECT
     ON STELLA LINK AND LOOP 610 ACROSS THE STREET FROM THE EXXON STATION


     INVESTIGATORS CONCLUDED THE INTERVIEW WITH MARCO AND HIS MOTHER AND
GAVE OUR BUSINESS CARDS TO MARCO AND HIS MOTHER AND ADVISED THEM THAT IF
THEY HEARD OF ANY INFORMATION CONCERNING THIS CASE TO CONTACT
INVESTIGATORS.  THEY STATED THEY WOULD.  WE THEN DEPARTED THE RESIDENCE.


INVESTIGATION TO CONTINUE:


     SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER   VER-2.08
     ***********************************************************************
     *   ENTRY DEVICE: AST 386SX 105011 HJM/HJN                            *
     *   ENTRY FROM DATE-012296 TIME-0831  TO  DATE-012296 TIME-0832       *
     *   TRANSFER DEVICE: AST 386SX 105011 HJM/HJN          VER. 2.08-1    *
     *   TRANSFER DATE-012296 TIME-0833   LOAD DATE-012296 TIME-0756       *
     *   LOCATION OF OFFENSE: POLICE DISTRICT-CONFIDENTIAL      DIST-CO     *
     ***********************************************************************


Supplement entered by =  54242
Report reviewed by-EG                    Employee number-025810
Date cleared- 01/22/96


0120

```
ппппп / / / / / / / / / пппп / ппп / пп / / ппп / / / пппппп / ппппп / / / пппп / пп / пп / / / п / пппп
Incident no. 000119296 O          OFFENSE REPORT                PAGE 1.006
ппппппп / / / пппп / пппп / пп / / / / ппп / ппп / / пппп / ппп / / п / пппп / пппп / пп / / пп / / пп / пп / пп / пп / п / / п / пппп
```

No-0008

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                  Street location information
Number-    15431 Name-CAMPDEN HILL          Type-        Suffix-
Apt no-       Name-GLENRIDGE               Type-LN     Suffix-
Date of offense-01/01/96             Date of supplement-01/03/96
Compl(s) Last-RODRIQUEZ        First-DAVID       Middle-
                  Recovered stolen vehicles information
Recovery location-                         District-   Beat-   00
Stored-                        by-
Officer1-M.L. HOLBROOK        Emp#-096994 Shift-2 Div/Station-HOMICIDE/CSU
Caller'S name-                  Phone# (713) 000-0000 Ext-0000

                       SUPPLEMENT NARRATIVE

**********************************************************************
                  CRIME SCENE UNIT INVESTIGATION
**********************************************************************

    ON 01-03-96, A WEDNESDAY AFTERNOON, OFFICER M.L. HOLBROOK, CSU 3, P/R#
96994, RECEIVED A CALL FROM OFFICER CHISHOLM, P/R# 54242, OF HOMICIDE DIVISION
AT 1615 HRS REQUESTING A CSU OFFICER TO THE HARRIS COUNTY MORGUE TO RECOVER
EVIDENCE FROM A CAPITAL MURDER CASE, 15431 CAMPDEN HILL, 01-01-96, M.L. #96-0005
(DAVID RODRIQUEZ) AND M.L. #96-0006 (DIANE RODRIQUEZ).   OFFICER HOLBROOK
PROCEEDED TO THE HARRIS COUNTY MORGUE AT 1885 OLD SPANISH TRAIL AT 1615 HRS AND
OFFICER ARRIVED AT 1640 HRS.

    UPON ARRIVAL AT THE MORGUE, OFFICER HOLBROOK MET WITH OFFICER CHISHOLM AND
TOOK CUSTODY OF THE FOLLOWING EVIDENCE:

    1) ONE (1) VIAL OF BLOOD - M.L. # 96-0005 (DAVID RODRIQUEZ)

    2) ONE (1) VIAL OF BLOOD - M.L. # 96-0006 (DIANE RODRIQUEZ)

    3) ONE (1) FIRED BULLET - M.L. # 96-0005 (DAVID RODRIQUEZ)

    4) ONE (1) FIRED BULLET - M.L. # 96-0006 (DIANE RODRIQUEZ)

    5) ONE CARDBOARD BOX OF CLOTHING - M.L. #96-0005 (DAVID RODRIQUEZ)
       WITH THE FOLLOWING CONTENTS:

        - ONE (1) PAIR OF BLUE JEANS
        - ONE (1) BLACK PULLOVER SHORT-SLEEVED SHIRT
        - ONE (1) PAIR OF WHITE BRIEF UNDERWEAR
        - TWO (2) WHITE COTTON SOCKS
        - TWO (2) BLACK & WHITE TENNIS SHOES

    6) ONE CARDBOARD BOX OF CLOTHING - M.L. # 96-0006 (DIANE RODRIQUEZ)
       WITH THE FOLLOWING CONTENTS:

                                                        0121
```

```
шишиши / / / / / / / / / шиши / шиши / ши / ши / / / шишиши / шиши / / / / шиши / ши / ши / шиши / шиши / ши / / шиши / ши / / / шиши
```
Incident no. 000119296 O        OFFENSE REPORT                 PAGE 1.007
```
шишиши / / / / / / / / / шиши / шиши / ши / ши / / / шишиши / шиши / / / / шиши / ши / ши / шиши / шиши / ши / / шиши / ши / / / шиши
```
        - ONE (1) PAIR BLACK JEANS
        - ONE (1) BLACK AND WHITE FLANNEL LONG/SLEEVED SHIRT
        - ONE (1) BLACK SHORT SLEEVED PULLOVER COTTON T-SHIRT
        - ONE (1) WHITE BRA
        - ONE PAIR WHITE UNDERWEAR (CUT INTO TWO PIECES)
        - TWO (2) WHITE SOCKS
        - TWO (2) BLACK TENNIS SHOES

DISPOSITION OF EVIDENCE:
************************

     - ITEMS #1 AND #2 (2 VIALS OF BLOOD, M.L.# 96-0005 AND M.L. #96-0006) WERE
       TAGGED INTO THE PROPERTY ROOM AT 1103 GOLIAD UNDER PROPERTY TAG #XX6H.

     - ITEMS #3 AND #4 (2 FIRED BULLETS, M.L. # 96-0005 AND M.L. # 96-0006)
       WERE PLACED INTO THE FIREARMS LOCKBOX LOCATED AT 33 ARTESIAN, FIRST
       FLOOR.

     - ITEMS #5 AND #6 (TWO BOXES OF CLOTHING- M.L. #96-0005 AND
       M.L. # 96-0006) WERE PLACED IN THE DRYING ROOM.

     OFFICER M.L. HOLBROOK MAINTAINED THE CARE, CUSTODY AND CONTROL OF THE
ABOVE LISTED EVIDENCE UNTIL PROPER DISPOSITION.

        SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
        ******************************************************************
        *  ENTRY DEVICE: ZENITH 286 104092                               *
        *  ENTRY FROM DATE-010396 TIME-1851  TO  DATE-010396 TIME-1918    *
        *  TRANSFER DEVICE: AST 486 107391 CUE/CUF        VER. 2.08-2      *
        *  TRANSFER DATE-010396 TIME-1921   LOAD DATE-010396 TIME-1922    *
        *  LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT 16      DIST-16   *
        ******************************************************************

Supplement entered by =  96994
Report reviewed by-EG                  Employee number-025810
Date cleared- 01/22/96

                                                              0122

nnnn/////////nnn/nn
Incident no. 000119
nnnn/////////nnn/nn

'n/nnn/nnn//nn//nn//n//nn/nnnn
PAGE 1.008
'n/nnn/nnn//nn//nn//n//nn/nnnn

No-0009

Offense- CAPITAL MU

Number-    15431 Na
Apt no-       Name-G
Date of offense-01/
Compl(s) Last-RODRI

Recovery location-
Stored-
Officer1-L.D. GARRE
Officer2-T.C. BLOYD
Caller'S name-

```
        THANK YOU FOR SHOPPING AT
     CYPRESS ECONOMY ACE HARDWARE
            11655 JONES ROAD
           HOUSTON, TX 77070-
             (713)469-8020

            SALES RECEIPT
                                    STN
07/17/96  13:12  CLK:JEH  SHN:JEH   002

3750457408       1.0 EA   0.89
57408 PLASTIC ANCHOR 10-12X1    0.89

3755152509       1.0 CD   1.99
SPARK PLUG LAWNMOWER CJ14       1.99

              SUBTOTAL :  2.88
                   TAX :  0.21
                 TOTAL :  3.09

              CASH TEND :  5.00
              CHG DUE :   1.91
```

on
-        Suffix-
       Suffix-
plement-01/10/96
le-
ormation
District-    Beat-    00

iv/Station-HOMICIDE

000-0000 Ext-0000

PROGRESS REPORT:    ORD#746982
3 JANUARY 1996 / WEDNESDAY
**************************

OFFICER L.D. GARRETSON, ASSIGNED AS AN INVESTIGATOR WITH THE HOMICIDE
DIVISION, ALONG WITH HOMICIDE SERGEANT T.C. BLOYD, ATTENDED THE FUNERAL OF
DAVID RODRIGUEZ  W/M 9 AND DIANE RODRIGUEZ  W/F 15, THE #1 AND #2
COMPLAINANTS IN THE 15431 CAMPDEN HILL SHOOTING.

INV. GARRETSON AND SGT. BLOYD WERE REQUESTED, BY THE CASE INVESTIGATORS, TO
ATTEND THIS FUNERAL IN CASE ANY HOSTILE ACTION IS DIRECTED TOWARD THE
FAMILY OF THE COMPLAINANTS.  AT THIS TIME, INVESTIGATION HAS SHOWN THAT
THIS DRIVE-BY SHOOTING MAY HAVE BEEN IN RETALIATION BY "LRZ-13" GANG
MEMBERS TOWARD THE "HOUSTON TOWN CRIPS" (HTC).

THE FUNERAL FOR THE COMPLAINANTS IS SCHEDULED TO BE AT 1500 HOURS, AT 13000
HILLCROFT.  THE BURIAL WILL FOLLOW AT 700 ALTIC.  INVESTIGATORS WERE NOT
ABLE TO ATTEND THE 13000 HILLCROFT FUNERAL.  HOWEVER, INVESTIGATORS WERE
ABLE TO PARK OUTSIDE THE 700 ALTIC CEMETERY TO OBSERVE THE ACTIVITIES
AROUND THE PORTION OF THE CEMETERY WHERE THE BURIAL IS TO TAKE PLACE.

THE FUNERAL PROCESSION CONTAINED APPROXIMATELY 45 VEHICLES WHICH ENTERED
THE CEMETERY ENCLOSURE.  ALL OF THE VEHICLES APPEARED TO BE DRIVEN BY AN
ADULT.  INVESTIGATORS DID NOT OBSERVE ANY "GANG" APPAREL.  THE BURIAL
LASTED APPROXIMATELY 50 MINUTES, ARRIVING AT 1700 HOURS AND DEPARTING AT
1750 HOURS.  NO DISTURBANCES OCCURRED.

TRAFFIC CONTROL AROUND THE CEMETERY WAS PERFORMED BY FOUR PRECINCT 4
CONSTABLES.
        ...........................................

0123

```
//////////////////////////////////////////////////////////////////////////////////////////
Incident no. 000119296 O          OFFENSE REPORT                        PAGE 1.009
//////////////////////////////////////////////////////////////////////////////////////////
      SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
      ***********************************************************
      *  ENTRY DEVICE: AST 386 111139                          *
      *  ENTRY FROM DATE-011096 TIME-0853   TO  DATE-011096 TIME-0857   *
      *  TRANSFER DEVICE: AST 386SX 105011 HJM/HJN          VER. 2.08-1  *
      *  TRANSFER DATE-011096 TIME-0857    LOAD DATE-011096 TIME-0904    *
      *  LOCATION OF OFFENSE: POLICE DISTRICT-CONFIDENTIAL      DIST-CO  *
      ***********************************************************
```

Supplement entered by = 61099
Report reviewed by-EG
Date cleared- 01/22/96                    Employee number-025810

-----------------------------------------------------------------------------

No-0010

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                    Street location information
Number-   15431 Name-CAMPDEN HILL          Type-          Suffix-
Apt no-        Name-GLENRIDGE              Type-LN      Suffix-
Date of offense-01/01/96                  Date of supplement-01/22/96
Compl(s) Last-RODRIQUEZ       First-DAVID      Middle-
                    Recovered stolen vehicles information
Recovery location-                              District-    Beat-    00
Stored-                            by-
Officer1-H.F.CHISHOLM         Emp#-054242 Shift-1 Div/Station-HOMICIDE
Officer2-G.J.NOVAK,SGT        Emp#-039034 Shift-1
Caller'S name-                       Phone# (713) 000-0000 Ext-0000

                    SUPPLEMENT NARRATIVE

PROGRESS REPORT-TUESDAY
JANUARY 2, 1996

SERGEANT UPON REPORTING FOR DUTY THIS DATE RECEIVED TWO (2) CRIME STOPPERS
TIPS IN WHICH THE CALLERS STATED THAT AN "LRZ" MEMBER BY THE NAME OF TONY
MEDINA HAS A CAR AS DESCRIBED BY THE WITNESSES IN THIS CASE. A SECOND CALLER
TO CRIME STOPPERS GAVE INFORMATION ON TWO SUSPECTS.

(1) TONY MEDINA, H/M BALD HEADED, GREEN EYES, TATOOS ON BOTH ARMS, KNOWN TO
    CARRY AN A.K. WEAPON. THIS SUSPECT IS ON PAROLE.

(2) ROBERT LUCIO H/M LIVES ON GRAPEVINE STREET.

BOTH OF THE ABOVE ARE KNOWN "LRZ" GANG MEMBERS.

0124

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.010

SERGEANT RAN A CRIMINAL HISTORY ON BOTH OF THE ABOVE NAMED INDIVIDUALS. A
CRIMINAL HISTORY WAS FOUND UNDER THE NAME OF ANTHONY SHAWN MEDINA, H/M DOB 11-
5-74, HPD 676852. NO CRIMINAL HISTORY WAS FOUND ON ROBERT LUCIO.  A COPY OF
MEDINA'S RAP SHEET WILL BE ATTACHED TO THIS REPORT.

SERGEANT NOVAK ALONG WITH OFFICER CHISHOLM THEN SPOKE WITH SERGEANT TED BLOYD
AND OFFICER L.D. GARRETSON.  THESE INVESTIGATORS ARE CURRENTLY INVESTIGATING
A MURDER THAT OCCURRED AT 5600 NEWQUAY ON 12-17-95 AT 2330 HOURS.  IN THIS
CASE SEVERAL CARLOADS OF A STREET GANG CALLING THEMSELVES THE 707 BROWNS
PURSUED  A MAROON CONVERTIBLE BELIEVED TO BELONG TO ANTHONY MEDINA. UNKNOWN
SUSPECTS IN THE MAROON CONVERTIBLE FIRED A HIGH POWERED RIFLE AT ONE OF THE
707 BROWN VEHICLES, RESULTING IN THE DEATH OF JORGE SANTOS, A 707 BROWN GANG
MEMBER. A SECOND COMPLAINANT, VINCENT ROSAS, WAS SERIOUSLY WOUNDED BY THE
GUNFIRE.   FOUND AT THE SCENE OF THIS OFFENSE WERE NINE (9) FIRED 7.62 X 39
MM CARTRIDGE CASES. NO FIRED BULLETS WERE RECOVERED. THE WITNESSES CANNOT OR
WILL NOT IDENTIFY ANYONE IN THIS SHOOTING.  ACCORDING TO SERGEANT BLOYD THE
NAMES OF BOTH ROBERT LUCIO AND TONY MEDINA HAVE COME UP SEVERAL TIMES AS
BEING THE POSSIBLE SUSPECTS IN THIS CASE, BUT WITHOUT ANY IDENTIFICATIONS THE
CASE IS STILL UNDER INVESTIGATION.

SERGEANT NOVAK ADVISED SERGEANT BLOYD AND GARRETSON THAT EIGHT FIRED
CARTRIDGE CASES WERE FOUND AT THE SCENE OF THIS OFFENSE AND THAT THEY WERE
RECOVERED AND TAGGED IN THE HPD LATENT PRINT LAB.

SERGEANT NOVAK AT THIS TIME CONTACTED ROBERT BALDWIN IN THE FIREARMS LAB.  HE
WAS GIVEN A SYNOPSIS OF THIS INVESTIGATION AND WAS ASKED IF HE WOULD COMPARE
THE SHELL CASINGS RECOVERED IN THE INCIDENT ON NEWQUAY WITH THE SHELL CASINGS
FOUND IN THIS CASE TO SEE IF THERE WAS A MATCH.  SERGEANT EXPLAINED TO
BALDWIN THAT THE SHELL CASINGS IN THIS CASE HAD BEEN TAGGED IN THE LATENT
PRINT LAB FOR PRINT PURPOSES.  BALDWIN STATED THAT HE WOULD MAKE THE
COMPARISONS AND CONTACT THE HOMICIDE OFFICE WHEN THE COMPARISONS WERE
COMPLETE.

SERGEANT NOVAK RECEIVED A CALL FROM ROBERT BALDWIN, FIREARMS LAB WHO STATED
THAT HE HAD COMPARED THE FIRED SHELL CASINGS FROM THE NEWQUAY INCIDENT WITH
TWO FIRED SHELL CASINGS FROM THIS INCIDENT AND THAT HIS FINDINGS ARE THAT ALL
THE RECOVERED CASINGS WERE FIRED FROM THE SAME WEAPON.  HE STATED THAT ALL
THE SHELL CASINGS BORE THE SAME HEAD STAMP MANUFACTURERS MARKING "351 94". HE
DESCRIBED THE SHELL CASINGS AS BEING 7.62 X 39 MM RUSSIAN. BALDWIN STATED THE
MARKINGS ON THE CASINGS ARE INDICATIVE OF BEING FIRED FROM A MAC 90 OR AN
SKS.

    WE, OFFICER CHISHOLM AND SERGEANT NOVAK THEN CONTACTED THE SOUTHWEST
SUB-STATION GANG TASK FORCE.  WE SPOKE TO LIEUTENANT STEWART WHO IS IN CHARGE
OF THIS UNIT AND WERE ADVISED THAT THE FOLLOWING OFFICERS M.J. FAULHABER AND
M.A. FLORES ARE ASSIGNED TO THIS UNIT AND MAY BE HELPFUL IN PROVIDING
INFORMATION CONCERNING THE NAMES OF KNOWN "LRZ" GANG MEMBERS AND THERE
ASSOCIATES.  LIEUTENANT WEAVER ADVISED THAT OFFICERS FAULHABER AND FLORES ARE
UNDER THE COMMAND OF SERGEANT C.R. CUMBESS AND THAT ONLY OFFICER FAULHABER
WOULD BE AT WORK TODAY.  LIEUTENANT STEWART AT THIS TIME PROVIDED
INVESTIGATORS WITH OFFICER FAULHABER'S PAGER NUMBER AND WE AT THIS TIME PAGED
OFFICER FAULHABER.

    OFFICER FAULHABER RETURNED OUR TELEPHONE CALL AND WE ADVISED HIM OF THIS
INVESTIGATION AND INFORMATION THAT WE HAD RECEIVED REGARDING THE FOLLOWING
0123

```
nnnnn/////////nnn//nnn//n//nn///nnnnnn//nnnn////nnn//nnn//n//nn///nnn//nnn//nn//nn//n//n//nnnn
```
Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.011
```
nnnnn/////////nnn//nnn//n//nn///nnnnnn//nnnn////nnn//nnn//n//nn///nnn//nnn//nn//nn//n//n//nnnn
```
"LRZ" GANG MEMBERS;

1. TONY, HM, EARLY 20'S, LIVES ON THE SAME STREET AS "SMILEY", DRIVES A 2
   DOOR BROWN REGAL OR CUTLASS

2. RUDY, "SHORTY" LIVES IN THE RIDGEMONT AREA

3. SLIM, HM/18, LIVES ON CASTLECREEK, DRIVES A OLDER MODEL RED CADILLAC.
   SUPPOSED TO HAVE A "AK-47" AND 38 PISTOL.  ATTENDS WILLOWRIDGE HIGH
   SCHOOL

4. TINY, HM/15 LIVES ON THE CORNER OF RIPPLEBROOK AND CATINA IN A BROWN
   HOUSE WITH A BROWN CHRYSLER IN THE DRIVEWAY

5. JAMES, "SMURF", WM/15 ALSO KNOWN AS "WHITE BOY"

6. ROBERT LUCIO IDENTIFIED AS THE LEADER OF THE GANG.  SUPPOSED TO LIVE
   ACROSS FROM DOWLING MIDDLE SCHOOL, MAY BE DRIVING A RED HONDA ESCORT
   WITH "RIMS" OR A RED OR MAROON CAMARO WITH GOLD AND SILVER "RIMS"

7. A GROUP OF MEMBERS ARE SUPPOSED TO BE LIVING IN AN APARTMENT PROJECT ON
   STELLA LINK AND LOOP 610 ACROSS THE STREET FROM THE EXXON STATION

     OFFICER FAULHABER ADVISED INVESTIGATORS THAT HE WOULD RETRIEVE HIS GANG
FILES FROM THE WESTSIDE COMMAND STATION AND MEET WITH INVESTIGATORS AT 1230
HOURS THIS DATE AT THE SOUTHWEST SUB-STATION TACTICAL UNIT OFFICE.

     WE MET OFFICER FAULHABER THIS DATE AND WERE PROVIDED WITH A BLACK BINDER
NOTEBOOK CONTAINING NUMEROUS PHOTOGRAPHS OF WHITE, HISPANIC AND BLACK MALES
AND FEMALES IDENTIFIED AS "LRZ" GANG MEMBERS AND ASSOCIATES.  WE WENT OVER
THE NAMES PROVIDED BY MARCO MARTINEZ AND LEARNED THE FOLLOWING;

1. "TONY" IS IDENTIFIED AS ANTHONY SHAWN MEDINA, HM/21, DOB: 11-5-74, SS#
   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, TDL# ▮▮▮▮▮▮▮, STATE ID# ▮▮▮▮▮▮▮, FBI# 113610VA6,
   ADDRESS 14007 CATINA AND 5423 HEATHERCREST, CURRENTLY ON PROBATION FOR
   ARSON

2. "RUDY" IS RUDY RUIZ, HM/18, DOB: 7-8-77, SS# ▮▮▮▮▮▮▮, IS REPORTEDLY
   A CO-LEADER OF THE "LRZ" GANG

3. "SLIM" IS ALEX PEREZ, HM/18, DOB: 7-5-77, SS# ▮▮▮▮▮▮▮, TDL#
   ▮▮▮▮▮▮▮, 5045 CASTLECREEK, IS THE COUSIN OF ANTHONY MEDINA

4. "TINY" IS BOBBY RAY PEREZ, HM/14, DOB: 1-11-81

5. "SMURF" & "WHITEBOY" IS JAMES PALLADINA, WM/16, DOB: 5-28-79, 10713
       WILLOWWISP

6. ROBERT LUCIO, "COYOTE", HM/19, DOB: 8-29-76, TDL# ▮▮▮▮▮▮▮, STATE ID#
   ▮▮▮▮▮▮▮, FBI# 387756WA9, 14019 SANTA TERESA, IS CURRENTLY IN THE
   LEADERSHIP OF THE "LRZ".  HIS BROTHER, JUAN LUCIO IS REPORTEDLY THE
   LEADER OF "LRZ" AND IS CURRENTLY IN PRISON

WE ALSO ADVISED OFFICER FAULHABER THAT INFORMATION HAD ALSO BEEN
RECEIVED THAT SOME BLACK MALES MAY ALSO BE INVOLVED IN THIS INCIDENT.   WE
WERE ADVISED THAT "LRZ" HAS 2 DOCUMENTED MEMBERS THAT ARE BLACK MALES;

1.   "WERO", DALLAS JAMES NACOSTTE, BM/16, DOB: 2-2-79, 5353 DEEPFOREST #522

2.   DOMINIC ANTOINE HOLMES, BM/18, DOB: 3-30-77, ADDRESS UNKNOWN

OFFICER FAULHABER ADDED THAT TONY MEDINA AND ROBERT LUCIO ARE IN THE GANG
HIERARCHY. HE STATED THAT ROBERT LUCIO'S BROTHER IS JUAN LUCIO IS CURRENTLY
IN THE PENITENTIARY AND LUCIO AND MEDINA HAVE BEEN RUNNING THE GANG SINCE
THEN. HE STATED THAT THE GANG IS BELIEVED TO BE IN POSSESSION OF A "AK 47"
WHICH BELONGS TO ANTHONY MEDINA.   ANOTHER CLOSE ALLY IS MEDINA'S COUSIN, ALEX
PEREZ.   FAULHABER ALSO STATED THAT BOTH DALLAS NACOSTTE AND DOMINIC HOLMES.
ARE CLOSELY ALIGNED WITH LUCIO AND MEDINA.

WE ALSO ASKED OFFICER FAULHABER IF HE KNEW OF ANYONE WITH THE NAME OF
"PELON" AND HE STATED THAT HE HAD NEVER HEARD OF THIS NAME, BUT WOULD
RESEARCH HIS FILES FURTHER.   HE ALSO STATED THIS COULD POSSIBLY BE A NEW
MEMBER THAT THEY HAD YET IDENTIFIED.   OFFICER FAULHABER STATED TO
INVESTIGATORS THAT HE HAS AN INFORMANT WHO IS AN X-GANG MEMBER WHO HE HAD
USED IN THE PAST AS AN INFORMANT.   HE STATED THAT THIS INFORMANT HAD HELPED
CONVICT MEDINA AND PUT HIM IN JAIL.   FAULHABER GAVE INVESTIGATORS THE NAME OF
GABRIEL ESCOBAR AS BEING HIS INFORMANT.   INVESTIGATORS OBTAINED A PHOTO OF
GABRIEL ESCOBAR. ESCOBAR'S PHOTO WAS LOCATED IN THE BLACK NOTEBOOK BINDER. IT
SHOWED AN ADDRESS OF 5002 WICKVIEW.   PRIOR TO,LEAVING THE SUB-STATION OFFICER
FAULHABER OFFERED THE GANG TASK FORCE ASSISTANCE SHOULD IT BE NECESSARY.
OFFICER FAULHABER STATED THAT HE WOULD CHECK LOCATIONS KNOWN TO HIM AS BEING
PLACES WHERE LUCIO AND MEDINA ARE KNOWN TO FREQUENT AND GET BACK WITH
INVESTIGATORS.

GABRIEL ESCOBAR, "CHAPARO", HM/17, DOB: 2-18-78, 5002 WICKVIEW

INVESTIGATORS THEN DROVE TO 5002 WICKVIEW, THE HOME OF GABRIEL ESCOBAR.
UPON ARRIVING THERE INVESTIGATORS  OBSERVED THAT THE FRONT WINDOWS ON THE
RESIDENCE APPEARED TO HAVE BEEN SHOT OUT. INVESTIGATORS WENT TO THE FRONT DOOR
AND AFTER KNOCKING ON THE DOOR, IT WAS ANSWERED BY A H/F.   INVESTIGATORS
ASKED IF GABRIEL ESCOBAR LIVED IN THE RESIDENCE AND INVESTIGATORS WERE
ADVISED THAT HE WAS NOT AT HOME.   THE FEMALE STATED THAT HER PARENTS WERE
HOME AND THAT BOTH WERE CURRENTLY IN THE BACK YARD.   INVESTIGATORS WALKED
DOWN THE DRIVEWAY TOWARDS THE BACK OF THE HOUSE AND SERGEANT NOVAK OBSERVED
A FIRED BULLET ON THE CONCRETE DRIVEWAY OF THE RESIDENCE. THIS BULLET WAS IN
LINE WITH THE WEST WALL OF THE RESIDENCE AND WAS APPROXIMATELY 4 FEET WEST OF
THE SOUTHWEST CORNER OF THE RESIDENCE.   THE BULLET APPEARED TO HAVE BEEN
FIRED BY A RIFLE. THE BULLET WAS FOUND AT 1400 HOURS. THIS BULLET WAS KEPT IN
SERGEANT NOVAK'S POSSESSION UNTIL IT WAS TAGGED IN THE HPD FIREARMS LAB TO BE
COMPARED WITH OTHER ITEMS OF EVIDENCE THAT HAD BEEN SUBMITTED IN CASES THAT
ARE CURRENTLY UNDER INVESTIGATION.   WHAT APPEARED TO BE PELLET MARKINGS WERE
NOTED ON THE TOP OF THE WOODEN WINDOW FRAMES OF THIS LARGE WINDOW AS WELL AS
THE CENTER BEDROOM WINDOW.   ALL OF THESE WINDOWS FACE THE STREET.   SEE
SUBMISSION FORM FOR DETAILS.....

INVESTIGATORS THEN SPOKE WITH SERGIO AND MARIA ESCOBAR. MR AND MRS ESCOBAR
STATED THAT THEY HAVE BEEN OUT OF TOWN SINCE DECEMBER 22, 1995 AND RETURNED
ON JANUARY 1, 1996. THEY STATED THAT THEIR SON GABRIEL ESCOBAR WAS STAYING AT

0127

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.013

HOME WHILE THEY WERE GONE.  WHILE VISITING A DAUGHTER IN AUSTIN FOR THE
HOLIDAYS, GABRIEL HAD CALLED THEM AND TOLD THEM THAT THE HOUSE HAD BEEN SHOT
UP BY A BUNCH OF 707 BROWN GANG MEMBERS.  SHE STATED THAT HER SON LEFT THE
HOUSE AFTER THE SHOOTING AND THAT THEY HAVE NOT SEEN HIM SINCE THEY RETURNED
HOME.  THEY BOTH STATED THAT THE POLICE HAD BEEN CALLED AND A REPORT FILED
ACCORDING TO GABRIEL.  MRS. ESCOBAR THEN FURNISHED INVESTIGATORS WITH INC#
147963795.  MRS. ESCOBAR STATED THAT GABRIEL IS TRYING TO GET OUT OF THE
"LRZ" AND HAS  OT HAD MUCH TO DO WITH THE GANG FOR AT LEAST THREE MONTHS.
SHE STATED THAT SHE HAS A SECOND SON, SERGIO ESCOBAR JR. DOB 3-11-77, WHO IS
CURRENTLY IN THE LRZ.  SHE STATED THAT HER DAUGHTER, LUISA ESCOBAR, HER BABY,
MATTHEW, SERGIO AND SHE AND HER HUSBAND HAD BEEN OUT OF TOWN WHEN THE DRIVE-
BY OCCURRED. SHE STATED THAT THE ONLY THING SHE KNOWS IS WHAT GABRIEL HAS TOLD
HER ABOUT IT OVER THE PHONE.

MRS. ESCOBAR WAS TOLD THAT INVESTIGATORS WERE CURRENTLY INVESTIGATING THE DRIVE-
BY SHOOTING THAT OCCURRED ON CAMPDEN HILL.  SHE STATED THAT SHE HAD HEARD
ABOUT THE SHOOTING WHEN SHE GOT HOME.  SHE WAS ASKED IF SHE KNEW OF A GANG
MEMBER BY THE NAME OF ANTHONY MEDINA.  MRS. ESCOBAR STATED THAT SHE KNEW
MEDINA VERY WELL AND THAT HE IS THE FATHER OF HER DAUGHTER'S BABY. SHE STATED
THAT MEDINA IS NOT ALLOWED AT HER HOUSE. MRS. ESCOBAR THEN CALLED HER
DAUGHTER INTO THE KITCHEN AND SERGEANTS SPOKE BRIEFLY WITH HER.  LUISA
ESCOBAR STATED THAT AT ONE TIME SHE HAD BEEN ASSOCIATED WITH THE "LRZ" GANG.
SHE STATED THAT SHE MET TONY MEDINA IN THE GANG AND THAT SHE HAD HIS BABY.
SHE STATED THAT WHEN TONY WAS SENT TO JAIL SHE BEGAN TO SEE OTHER PEOPLE. SHE
STATED THAT SHE MET SOMEONE IN AUSTIN AND IS CURRENTLY DATING HIM.  SHE STATED
THAT TONY IS NOT AWARE OF THIS RELATIONSHIP AND IF HE WERE TO FIND OUT IT
WOULD PISS HIM OFF.  SHE STATED THAT SHE AND TONY HAVE REMAINED FRIENDS  ONLY
BECAUSE OF THEIR BABY. SHE STATED THAT SHE ONLY TALKS TO HIM BY PHONE.  SHE
ALSO STATED THAT TONY CALLED HER ON NEW YEARS DAY AND WAS TALKING TO HER
ABOUT THE DRIVE-BY ON HER HOUSE. SHE STATED THAT HE DID NOT MENTION ANYTHING
ABOUT THE KILLING ON CAMPDEN HILL.

INVESTIGATORS LEFT A BUSINESS CARD WITH MRS. ESCOBAR AND ASKED THAT SHE HAVE
GABRIEL CALL INVESTIGATORS WHEN HE RETURNS HOME.

SERGEANT LEFT THE RESIDENCE AND DROVE TO BEN TAUB HOSPITAL.  SERGEANTS
LEARNED THAT ROCIO PEDRAZA HAD BEEN ADMITTED TO BEN TAUB HOSPITAL AND WAS
CURRENTLY ON THE FOURTH (4TH) FLOOR, ROOM 4B07 BED 3.  SERGEANT WENT TO THE
4TH FLOOR AND SPOKE BRIEFLY WITH ROCIO.  ROCIO STATED THAT SHE HAD BEEN
SEATED ON THE TRUNK OF VERONICA'S CAR WHEN SHE WAS SHOT.  SHE STATED THAT SHE
DID NOT SEE THE CAR NOR THE OCCUPANTS IN THE CAR.  SHE THEN ASKED ABOUT THE
CONDITIONS OF DIANE AND HER LITTLE BROTHER.  ROCIO WAS HAVING DIFFICULTY
COMMUNICATING WITH INVESTIGATORS AND HAD NOT YET BEEN TOLD THAT DIANE AND HER
BROTHER HAD BEEN KILLED.  INVESTIGATORS ADVISED ROCIO THAT THEY WOULD COME BACK
WHEN SHE WAS FEELING BETTER.

INVESTIGATORS SPOKE WITH ROCIO'S MOTHER AND ADVISED HER THAT INVESTIGATORS WOULD
NEED TO TALK WITH HER DAUGHTER WHEN SHE IS ABLE TO COMMUNICATE BETTER. MRS.
PEDRAZA WAS GIVEN A BUSINESS CARD AND WAS ASKED TO CALL INVESTIGATORS WHEN
SHE WAS ABLE TO COMMUNICATE BETTER.

INVESTIGATORS SPOKE WITH DR. APPLEBAUM WHO ADVISED THAT ROCIO HAD SUSTAINED
A SINGLE GSW TO THE ABDOMEN, WHICH ENTERED ON THE RIGHT SIDE AND THEN EXITED
THE LEFT SIDE OF THE BACK. HE STATED THAT HER INJURY WAS NOT LIFE THREATENING
AND SHE WAS EXPECTED TO RECOVER FROM HER INJURY. THE BULLET WOUND DAMAGED THE
ASCENDING COLON AND WOULD REQUIRE SOME ADDITIONAL SURGERY.

0128

```
пиип/ /////////пиип/пиип/пи//пип//////пиппип/пиип////пиип//пип/пи/пиип//пип///пи//пиип/////пи/пип/
```
Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.014
```
пиип/ /////////пиип/пиип/пи//пип/////пиппип/пиип////пиип//пип/пи/пиип//пип///пи//пиип/////пи/пип/
```

PROPERTY DISPOSITION:
********************

1.     1 FIRED LEAD BULLET FOUND IN THE DRIVEWAY OF 5002 WICKVIEW BY SERGEANT
       NOVAK AND TAGGED IN THE FIREARMS LOCKBOX BY SERGEANT NOVAK
         SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
         ***********************************************************
         *   ENTRY DEVICE: AST 386SX 105011 HJM/HJN                     *
         *   ENTRY FROM DATE-012296 TIME-0837  TO  DATE-012296 TIME-0838 *
         *   TRANSFER DEVICE: AST 386SX 105011 HJM/HJN       VER. 2.08-1 *
         *   TRANSFER DATE-012296 TIME-0839   LOAD DATE-012296 TIME-0802 *
         *   LOCATION OF OFFENSE: POLICE DISTRICT-CONFIDENTIAL    DIST-CO *
         ***********************************************************




Supplement entered by =  54242
Report reviewed by-EG                    Employee number-025810
Date cleared- 01/22/96

-----------------------------------------------------------------------
```

0129

uuuuu / / / / / / / / / uuuu / uuuu / uu / / uuu / / / uuuuuu / uuuu / / / / uuu / / uuu / uu / uuuu / uuuu / / uuu / / uu / uu / / / uu / uuuu

ORIGINAL INFORMATION REPORT NON-PUBLIC

uuuuu / / / / / / / / / uuuu / uuuu / uu / / uuu / / / uuuuuu / uuuu / / / / uuu / / uuu / uu / uuuu / uuuu / / uuu / / uu / uu / / / uu / uuuu

HOUSTON POLICE DEPARTMENT                    PAGE 1.001
OFFENSE REPORT            Incident no. 000119296 O

uuuuu / / / / / / / / / uuuu / uuuu / uu / / uuu / / / uuuuuu / uuuu / / / / uuu / / uuu / uu / uuuu / uuuu / / uuu / / uu / uu / / / uu / uuuu

SUPPLEMENT(S)

No-0011

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                    Street location information
Number-    15431 Name-CAMPDEN HILL            Type-        Suffix-
Apt no-        Name-GLENRIDGE            Type-LN      Suffix-
Date of offense-01/01/96        Date of supplement-01/22/96
Compl(s) Last-RODRIQUEZ      First-DAVID     Middle-
                Recovered stolen vehicles information
Recovery location-                        District-   Beat-   00
Stored-                    by-
Officer1-G.J.NOVAK,SGT      Emp#-039034 Shift-1 Div/Station-HOMICIDE
Officer2-H.F.CHISHOLM       Emp#-054242 Shift-1
Caller'S name-            Phone# (713) 000-0000 Ext-0000

SUPPLEMENT NARRATIVE

PROGRESS REPORT-WEDNESDAY
JANUARY 3, 1996

ON THIS DATE, SERGEANT NOVAK AND OFFICER H.F. CHISHOLM, WHILE CONDUCTING A
CAPITAL MURDER INVESTIGATION THAT OCCURRED AT 15431 CAMPDEN HILL LEARNED OF
A GANG FIGHT THAT OCCURRED ON INGOMAR WAY ON DECEMBER 31, 1995 AT
APPROXIMATELY 2300 HOURS. THE GANG FIGHT WAS BETWEEN KNOWN MEMBERS OF THE
"LRZ" STREET GANG AND PERSONS IN ATTENDANCE OF A NEWS YEAR EVE PARTY.

DURING THE COURSE OF THE CAPITAL MURDER INVESTIGATION IT WAS LEARNED THAT THE
OFFENSE HAD BEEN COMMITTED BY GANG MEMBERS IN THE "LRZ".  AN INTERVIEW WAS
HELD ON MONDAY JANUARY 1, 1996, WITH A MARCO MARTINEZ, AKA "BLUE" WHO IS A
MEMBER OF A RIVAL STREET GANG CALLED THE "HTC". THE SHOOTING ON CAMPDEN HILL
IS BELIEVED TO HAVE BEEN COMMITTED BY MEMBERS OF THE "LRZ" IN RETALIATION FOR
A MURDER THAT OCCURRED ON JANUARY 21, 1995, AT 4730 W. BELLFORT, MEYER PARK,
AND IS DOCUMENTED UNDER INCIDENT 8200295-P. IN THIS CASE AN "LRZ" GANG MEMBER
WAS STABBED TO DEATH BY A RIVAL GANG THE "HTC".  SINCE THIS TIME THERE HAVE
BEEN NUMEROUS ASSAULTS AND DRIVE-BY SHOOTINGS BY THE "LRZ".

MARCO MARTINEZ IS A BOYFRIEND OF VERONICA RODRIQUEZ AND VERONICA LIVES AT THE
CAMPDEN HILL ADDRESS ALONG WITH HER PARENTS AND BROTHERS AND SISTERS. ON NEWS
EVE NIGHT VERONICA AND BLUE LEFT THE RESIDENCE AND WERE DRIVING AROUND THE
NEIGHBORHOOD TOGETHER.  THE CAMPDEN HILL ADDRESS HAS BEEN A TARGET OF THE
"LRZ" AND THERE ARE DOCUMENTED REPORTS OF DRIVE BY SHOOTINGS AND A MOLOTOV
COCKTAIL BEING THROWN AT THE RESIDENCE.  MARCO FEELS THAT THESE INCIDENTS ARE
DIRECTED AT HIM BECAUSE OF HIS ASSOCIATION WITH VERONICA.

MARCO STATED IN THE INTERVIEW THAT HE HAD HEARD IN THE STREETS THAT THE PARTY
ON INGOMAR WAY WAS ATTENDED BY THE "HTC" AND THAT SOME OF THE INVITED GUESTS
WERE ACCUSED OF BEING DOWN WITH THE "HTC".  MEMBERS OF THE "LRZ" ACCORDING TO
MARCO DISPLAYED AN ASSAULT WEAPON,A .9MM SEMI-AUTO PISTOL AND A SAWED OFF
SHOTGUN. THESE WEAPONS ACCORDING TO MARCO WERE POINTED AT THE PEOPLE IN

ATTENDANCE. HE STATED THAT AFTER THIS CONFRONTATION THE "LRZ" LEFT THE PARTY

0131

ON INGOMAR WAY AND THEN DROVE TO THE CAMPDEN HILL ADDRESS AND DID THE DRIVE
BY SHOOTING.

A LOCATION CHECK WAS RAN ON INGOMAR WAY AND A CALL SLIP WAS FOUND UNDER
INCIDENT # 150643895.  SERGEANT NOVAK OBTAINED A COPY OF THE OFFENSE REPORT
FILED AND AFTER REVIEWING THE REPORT IT WAS DETERMINED THAT THE COMPLAINANT
IN THIS OFFENSE COULD IDENTIFY THE PERSON WHO POINTED THE WEAPONS AT HIM AND
THAT HE WAS WILLING TO PROSECUTE THE PERSON RESPONSIBLE.

SERGEANT NOVAK THEN PLACED A CALL TO THE BUSINESS PHONE LISTED IN THE REPORT
AND SPOKE WITH THE COMPLAINANT, SAMUEL LOPEZ.  MR. LOPEZ STATED TO SERGEANT
THAT HE AND SOME OF HIS FRIENDS HAD BEEN INVITED TO A NEW YEARS EVE PARTY AT
ANOTHER OF HIS FRIENDS MOTHERS HOUSE. HE STATED THAT HE DID NOT KNOW THE
ADDRESS BUT THE HOUSE WAS ON INGOMAR WAY. HE STATED THAT ONCE AT THE PARTY HE
HAD LEFT THE RESIDENCE AND WALKED OUTSIDE TO USE THE BATHROOM BECAUSE THE
BATHROOM INSIDE WAS OCCUPIED.  WHILE OUTSIDE SEVERAL CAR LOADS OF HISPANIC
MALES AND A FEW BLACK MALES DROVE UP. ONE OF THE MALES APPROACHED HIM AND
ACCUSED HIM OF BEING "DOWN" WITH THE "HTC" LOPEZ STATED THAT HE THEN TOLD
THIS MALE THAT HE WAS NOT AFFILIATED WITH ANY GANG BUT THAT HE HAD A YOUNGER
BROTHER WHO WAS INVOLVED WITH THE "HTC".  HE STATED THAT THE MALE THEN
POINTED A PISTOL AT HIM AND THAT A BLACK MALE POINTED A SHOTGUN.  HE STATED
THAT HE WENT INTO THE HOUSE AND CALLED THE POLICE AND PRIOR TO THE POLICE
ARRIVING THE GROUP GOT BACK INTO THE CARS AND LEFT. HE STATED THAT THE
OFFICERS ARRIVED AND HE MADE THE REPORT.  HE STATED THAT APPROXIMATELY TWO
HOURS LATER THE MALES SHOWED BACK UP AND THIS TIME THEY WERE ARMED WITH AN
ASSAULT WEAPON WHICH HE DESCRIBED AS BEING AN "SKS". AGAIN A FIGHT ENSUED AND
THE FATHER OF THE FRIEND CAME OUT AND MADE THE GANG MEMBERS LEAVE.

LOPEZ STATED THAT HE WAS WILLING TO MAKE A WRITTEN STATEMENT AND VIEW PHOTOS
OF THE POSSIBLE SUSPECTS.  AN APPOINTMENT WAS MADE FOR LOPEZ TO COME TO THE
HOMICIDE OFFICE FOR THE PURPOSE OF MAKING A WRITTEN STATEMENT.  HE STATED
THAT HE WOULD CONTACT HIS OTHER FRIENDS WHO WERE PRESENT AND HAVE THEM COME
WITH HIM TO THE HOMICIDE OFFICE.

INVESTIGATORS THEN DROVE TO THE HARRIS COUNTY MORGUE AND SPOKE TO THE
CLOTHING CLERK BY THE NAME OF MARLA.  OFFICER CHISHOLM THEN TOOK CUSTODY OF
THE CLOTHING OF DAVID RODRIQUEZ AND DIANE RODRIQUEZ. ALSO OBTAINED WERE THE
BULLETS THAT WERE REMOVED FROM THE COMPLAINANTS BODIES DURING AUTOPSY.
OFFICER CHISHOLM THEN CONTACTED THE CRIME SCENE UNIT SECTION AND REQUESTED
THAT A CRIME SCENE UNIT BE SENT TO THE MORGUE TO TAKE CUSTODY OF THE CLOTHING
AND PROJECTILES.  OFFICER M.L. HOLBROOK,CSU 3 CAME TO THE MORGUE AND TOOK
CUSTODY OF THE ITEMS JUST MENTIONED. THESE ITEMS OF EVIDENCE WERE TAGGED IN
THE PROPER DIVISION FOR DISPOSITION.  SEE SUPPLEMENT OF OFFICER HOLBROOK FOR
DETAILS.

SERGEANT AND OFFICER CHISHOLM THEN CONTACTED OFFICER MICHAEL FAULHABER BY
PUBLIC SERVICE AND REQUESTED THAT HE GO TO THE HOME OF GABRIEL ESCOBAR AND
ASK IF HE WERE WILLING TO MEET WITH INVESTIGATORS IN THE GANG TASK FORCE UNIT
FOR AN INTERVIEW. OFFICER FAULHABER CONTACTED INVESTIGATORS AND ADVISED THAT
HE AND ESCOBAR WOULD BE ENROUTE TO BEECHNUT SUBSTATION.

INVESTIGATORS LEFT THE MORGUE AND DROVE TO THE BEECHNUT SUBSTATION. THERE,
INVESTIGATORS MET WITH OFFICER FAULHABER AND GABRIEL ESCOBAR. 0132

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.003

INTERVIEW OF GABRIEL ESCOBAR, H/M 15, DOB 2-18-78.
        5002 WICKVIEW

GABRIEL STATED THAT HE IS CURRENTLY TRYING TO CLICK OUT WITH THE "LRZ". HE
STATED THAT HIS BROTHER SERGIO IS IN THE "LRZ" AND IS A VERY GOOD FRIEND OF
ANTHONY MEDINA.  HE STATED THAT THE "LRZ" IS RUN BY ROBERT LUCIO AND THAT
TONY MEDINA IS SECOND IN COMMAND.  HE STATED THAT HE AND MEDINA ARE NO LONGER
SPEAKING TO EACH OTHER BECAUSE MEDINA THINKS THAT HE, ESCOBAR , "RATTED" ON
HIM IN THE ARSON CASE AND HE, ESCOBAR, IS THE REASON MEDINA DID JAIL TIME.
HE STATED THAT HE HAS NOT HEARD OF ANY TALK ABOUT THE MURDERS ON CAMDEN HILL
BECAUSE THE GANG THINKS THAT HE IS A "FINK".  HE STATED FURTHER THAT NO ONE
IS TALKING ABOUT THE SHOOTINGS. HE STATED THAT HE HAS NO IDEA WHO DID THE
DEAL BUT THAT HE WOULD KEEP HIS EARS OPEN.  HE STATED THAT HE DOES KNOW THAT
MEDINA AT ONE TIME CAME IN POSSESSION OF AN "AK", BUT THAT SINCE HE IS ON THE
OUTS WITH THE "LRZ" HE HAS NO IDEA IF MEDINA OR THE GANG STILL HAS THE "AK".
HE STATED THAT MEDINA IS THE FATHER OF HIS SISTERS BABY, BUT THAT HE NO
LONGER SPEAKS TO HIM. HE STATED THAT HE DID NOT CARE IF MEDINA KNEW THAT HE
WAS TALKING TO THE POLICE. HE STATED THAT IF HE KNEW THAT MEDINA WAS INVOLVED
IN THE SHOOTING, THEN HE WOULD TELL BECAUSE HE KNEW ONE OF THE GIRLS THAT HAD
GOTTEN SHOT FROM SCHOOL.  HE STATES THAT HE HAS NO IDEA WHY HIS HOUSE WAS
SHOT UP ON CHRISTMAS EVE.  HE STATED THAT HE KNOWS THAT A 707 BROWNS MEMBER
SHOT HIS HOUSE UP AND THAT HE ONLY KNOWS HIS NAME AS "FELIX".  GABRIEL STATED
THAT HE PASSED FELIX ON THE STREET THE FOLLOWING DAY AND THAT FELIX SAID
NOTHING ABOUT THE SHOOTING AND ACTED AS IF NOTHING HAD HAPPENED.  GABRIEL
COULD ADD NO OTHER INFORMATION REGARDING FELIX.

WE THEN CONCLUDED THE INTERVIEW WITH GABRIEL AND INVESTIGATORS LEFT A
BUSINESS CARD WITH HIM.  GABRIEL WAS THEN TRANSPORTED BACK TO HIS RESIDENCE
BY OFFICER FAULHABER.


SERGEANT NOVAK AND OFFICER CHISHOLM THEN RETURNED TO THE HOMICIDE OFFICE.

AT APPROXIMATELY 1950 HOURS, SAMUEL LOPEZ, ROBERT PRICHETTE AND RAFAEL
HERNANDEZ JR. ARRIVED IN THE HOMICIDE OFFICE.  THEY WERE ALL BROUGHT TO THE
WORK AREA OF SERGEANT NOVAK.  THERE THEY WERE SEPARATED AND INTERVIEWED BY
SERGEANT NOVAK, OFFICER CHISHOLM AND OFFICER GARRETSON.  A WRITTEN STATEMENT
WAS TAKEN FROM EACH. PRIOR TO TAKING THE WRITTEN STATEMENTS SERGEANT NOVAK
AFTER INTERVIEWING SAMUEL LOPEZ ASKED HIM TO LOOK AT THE PHOTOS OF THE "LRZ"
GANG MEMBERS THAT WERE FURNISHED BY OFFICER FAULHABER. AFTER VIEWING BOTH THE
NOTEBOOK AND THE LOOSE PHOTOS, SAMUEL LOPEZ PICKED OUT FIVE(5) PHOTOS. AFTER
IDENTIFYING THE PHOTOS HE WAS ASKED TO PLACED HIS INITIALS AND THE TIME THE
IDENTIFICATIONS WERE MADE.  THIS HE DID.  THE PHOTOS IDENTIFIED BY LOPEZ ARE
AS FOLLOWS;

(1) ANTHONY MEDINA,  H/M POINTED THE .9MM PISTOL AT HIM
(2) DOMINIC HOLMES,  B/M
(3) DALLAS JAMES NACOSTTE, B/M POINTED A SHOTGUN AT HIS FRIEND ROBERT
    PRICHETTE.
(4) RICO SAVALA, H/M
(5) ALEX PEREZ, H/M  HAD THE "SKS".

A WRITTEN STATEMENT WAS THEN TAKEN FROM SAMUEL LOPEZ BY SERGEANT NOVAK.  THE
STATEMENT CONSISTS OF THREE TYPED WRITTEN PAGES. THE FOLLOWING IS THE
STATEMENT MADE:

0133

```
IIIIIIII / / / / / / / IIIIIIII / IIIIIIII / / IIIII / / IIIIIIIII / IIIIIIII / / / IIIIII / IIII / IIIIIIII / IIIII / / IIII / IIII / / IIIIIIII
```
Incident no. 000119296 O        OFFENSE REPORT                    PAGE 1.004
```
IIIIIIII / / / / / / / IIIIIIII / IIIIIIII / / IIIII / / IIIIIIIII / IIIIIIII / / / IIIIII / IIII / IIIIIIII / IIIII / / IIII / IIII / / IIIIIIII
```

HOUSTON POLICE DEPARTMENT

HOMICIDE DIVISION

W I T N E S S   S T A T E M E N T

COUNTY OF HARRIS                    STATE OF TEXAS

DATE: WEDNESDAY, JANUARY 3, 1996          TIME: 2053 HRS.

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED SAMUEL
REFUGIO LOPEZ, BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO AFTER BEING SWORN
UPON HIS/HER OATH, DID DEPOSE AND SAY:

MY NAME IS SAMUEL REFUGIO LOPEZ. I AM A WHITE MALE AND I AM 19 YEARS OLD,
HAVING BEEN BORN OCTOBER 23, 1976. MY HOME ADDRESS IS 4101 OSBY AND MY HOME
TELEPHONE NUMBER IS 666-0924. I CAN ALSO BE REACHED BY CALLING 799-8598. MY
TEXAS DRIVERS LICENSE NUMBER IS ▮▮▮▮▮▮▮▮ AND MY SOCIAL SECURITY NUMBER IS
▮▮▮▮▮▮▮▮. I HAVE ATTAINED 13 YEARS OF FORMAL EDUCATION. I AM EMPLOYED BY
SEARS ROEBUCK. MY WORK ADDRESS IS KIRBY AND MY WORK TELEPHONE NUMBER IS 799-
8598.

I WOULD LIKE TO SAY FIRST, THAT I AM NOT A GANG MEMBER NOR HAVE I EVER BEEN
AFFILIATED WITH ANY GANGS. NOR WILL I EVER BE. I DO HAVE A LITTLE BROTHER,
JULIAN LOPEZ, WHO IS A MEMBER OF A GANG THAT IS CALLED "HTC". I DO NOT KNOW
WHAT THE INITIALS STAND FOR BUT THE "C" STANDS FOR CRIPS.

ON NEW YEARS EVE I WAS WITH SOME FRIENDS AND THEIR NAMES ARE: ROBERT
PRITCHETT, RALPH HERNANDEZ, EDGAR GARCIA, AND EDGARS LITTLE BROTHER, I CANNOT
REMEMBER EDGARS LITTLE BROTHERS NAME THOUGH. WE ALL WENT OVER TO A GUYS
HOUSE BY THE NAME OF MAURICE. I DO NOT KNOW WHAT MAURICE'S LAST NAME IS
THOUGH. MAURICE LIVES ON INGOMAR WAY. I WOULD SAY THAT WE HAD GOTTEN THERE
AT AROUND 10:30 PM OR SO. MAURICE'S MOTHER HAD INVITED US OVER. WHEN WE GOT
THERE, THERE WAS NO ONE THERE, OTHER THAN MAURICE'S STEP DAD, MOTHER AND HIS
LITTLE BROTHER. MAURICE'S LITTLE BROTHERS FRIEND SHOWED UP AT THE DOOR. THE
FRIEND CAME INSIDE AND I NOTICED THAT HE WENT TO THE PHONE. I SAW HIM TALKING
WITH SOMEONE ON THE PHONE BUT I DO NOT KNOW WHO. ABOUT 15 TO 30 MINUTES
LATER A GROUP OF BOYS CAME TO THE HOUSE. I WOULD SAY THAT THERE WERE AT
LEAST TWELVE BOYS IN THE GROUP. THE BOYS DID NOT COME INTO THE HOUSE.
MAURICES'AND HIS LITTLE FRIEND THEN LEFT THE HOUSE AND WENT OUT TO TALK WITH
THE BOYS THAT CAME UP.

I REMAINED IN THE HOUSE WITH MY FRIENDS. I HAD TO USE THE BATHROOM AND FOUND
THAT THE ONE INSIDE WAS OCCUPIED. I THEN WALKED OUTSIDE BY MYSELF, AND
STARTED TO USE THE RESTROOM ON THE SIDE OF MAURICE'S DADS TRUCK. I WAS
STANDING THERE WHEN ONE OF THESE GUYS CAME UP TO ME AND SAID " HEY MAN AREN'T
YOU DOWN WITH "HTC". I LOOKED OVER AT THE GUY AND TOLD HIM, YOU HAVE ME MIXED
UP WITH SOMEBODY ELSE. AFTER THAT THE GUY ASKED ME IF I DROVE A RED CAR WITH
RIMS ON IT. I TOLD HIM YES THE CAR IS MINE. HE THEN SAID YEA I SAW PEOPLE
THROWING GANG SIGNS OUT YOUR CAR. I TOLD HIM THAT WAS BULLSHIT, THAT IF ANY
ONE WAS THROWING GANG SIGNS OUT OF MY CAR THEN THEY WOULD GET THROWN OUT TOO.
ABOUT THIS TIME ROBERT CAME OUT TO SEE WHAT WAS GOING ON. THE DUDE TURNED TO
ROBERT AND SAID TO HIM, AIN'T THAT YOUR RED TRUCK OVER THERE. ROBERT TOLD HIM
YEA, WHAT ABOUT IT? HE SAID TO ROBERT, YEA I SAW YOU WITH THE TEXAS

0134

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.005

SYNDICATE. WE THEN TOLD THE DUDE THAT HE WAS TALKING BULLSHIT AND THAT WE
WERE NOT DOWN WITH ANYBODY.  I THEN ASKED THE DUDE WHAT HE WAS WANTING WITH
US.  I TOLD HIM THAT PEOPLE THAT WERE IN GANGS WERE A BUNCH OF LOW LIFES AND
TRASH. ONE OF THE DUDES THEN ASKED ME IF I WAS CALLING THEM TRASH.  ROBERT
THEN SAID YALL NIGGERS NEED TO GROW UP. ONE OF THE BLACK DUDES THAT WAS IN
THE GROUP THEN WALKED UP TO ROBERT AND ASKED HIM IF HE WAS CALLING HIM A
NIGGER.  THE NIGGER THEN SAID, FUCK THAT I WILL SHOOT YOUR ASS. THE BLACK
DUDE THEN PULLED A SHOTGUN AND POINTED IT AT ROBERT.  WE THEN SAID TO THEM ,
WHY DO YALL HAVE TO PULL OUT GUNS, IF YOU WANT TO FIGHT WE WILL FIGHT ONE ON
ONE IN THE STREETS.  WE THEN TURNED AROUND AND WENT BACK INSIDE AND I CALLED
THE COPS. I THEN WENT BACK OUTSIDE WITH EDGAR.  ROBERT HAD STAYED OUTSIDE.
WHEN I GOT OUT THERE, THERE WAS A HISPANIC DUDE AND HE PULLED A BLACK GUN
WHICH I RECOGNIZED AS BEING A 9MM AND POINTED IT AT ME. I THEN PUT MY HANDS
IN THE AIR AND TOLD HIM THAT I DID NOT HAVE ANYTHING.  THE DUDE PUT THE GUN
DOWN TO HIS SIDE.  EVERYBODY WAS TALKING NOISE OUT THERE, SO WE DECIDED TO GO
BACK INSIDE AND WAIT FOR THE POLICE TO COME.  THEY ALL THEN LEFT.  I SAW THEM
LEAVE IN A WHITE OLDER MODEL CAR WHICH LOOKED LIKE AN OLDSMOBILE.  THEY WERE
IN SOME OTHER CARS ALSO BUT I DID NOT PAY THAT MUCH ATTENTION TO THEM.

ABOUT THIRTY MINUTES AFTER THEY LEFT THE POLICE GOT THERE.  I TALKED WITH THE
POLICE AND THEY FILED A REPORT FOR ME.  THE POLICE THEN LEFT.  WE THEN WENT
BACK INSIDE.  ABOUT TWO HOURS LATER,WE ALL WENT BACK OUTSIDE. MAURICE'S DAD
WAS OUT THERE WITH US.  THIS WAS NOW NEW YEARS DAY, THEY SHOWED UP AGAIN.
THIS TIME MOST OF THEM WERE DIFFERENT PEOPLE.  THEY WERE OUTSIDE STANDING IN
THE STREET, HOOPING AND HOLLERING.  I WOULD GUESS IT TO BE ABOUT 2:00 IN THE
MORNING.  ROBERT RECOGNIZED ONE OF THE GUYS AND HIS NAME WAS ALEX. EDGAR THEN
THREW A BOTTLE TO THE GROUND. THEY THEN ALL CAME TOWARDS US.  SOME OF THE
GUYS THAT CAME STARTED TOWARDS US AND ONE OF THEM THREW A BEER CAN AND HIT
EDGAR WITH IT.  EVERYBODY STARTED FIGHTING.  I DO NOT KNOW WHO WAS HITTING
WHO AT FIRST.  I SAW ONE HISPANIC DUDE WITH A RIFLE. I RECOGNIZED THIS RIFLE
TO BE A "SKS". THIS DUDE WAS HITTING EDGAR WITH THE RIFLE WHILE A BLACK DUDE
HAD EDGAR ON THE GROUND.  I RAN OVER THERE AND I GRABBED ONTO THE RIFLE. THE
DUDE THEN TOLD ME "DO YOU WANT TO GET SHOT OR WHAT". I THEN HIT THE DUDE IN
THE FACE. ME AND THIS DUDE STARTED FIGHTING.  I DO NOT KNOW WHAT HAPPENED TO
THE RIFLE THEN.  I END UP FIGHTING TWO OF THE DUDES. THERE WAS A LITTLE
HISPANIC DUDE, WHO TRIED HITTING ME WITH A SHOTGUN.  I DID NOT SEE HIS
PICTURE WHEN SHOWN THE PHOTOS TONIGHT.  SOMEHOW EVERYBODY BREAKS UP.  A TALL
HISPANIC DUDE TELLS ME THAT I AM DEAD AND THAT HE KNEW WHO I WAS AND WHERE I
LIVE.  THIS WAS THE HISPANIC DUDE WHO HAD THE RIFLE AT FIRST.  WE THEN WENT
INSIDE AND MAURICE'S DAD RAN THEM OFF.  MAURICE'S DAD I THINK HAD A GUN, WHEN
HE WENT OUT TO RUN THEM OFF.  WE ALL LEFT FOR HOME AFTER THAT.

TODAY I WAS CONTACTED AT WORK BY SERGEANT NOVAK. WE DISCUSSED THE INCIDENT
OVER THE PHONE AND HE ASKED ME IF I WOULD COME DOWN AND LOOK AND SOME PHOTOS
TO SEE IF I COULD RECOGNIZE ANYONE THAT I FOUGHT WITH THAT NIGHT.  THIS I
DID.

WHEN I GOT TO THE POLICE STATION I WAS SHOWN SEVERAL PHOTOS THAT WERE
ARRANGED IN NO PARTICULAR ORDER. I GUESS THAT I LOOKED AT 50 OR SO PICTURES.
I DID RECOGNIZE FIVE (5) OF THE PICTURES.  THE PHOTOGRAPHS HAD NAMES AND
OTHER INFORMATION ON THE BACK. I WAS SHOWN THE BACKS OF EACH PHOTO THAT I
IDENTIFIED.  THE FOLLOWING WERE THE NAMES ON THE PHOTOS AND WHAT I SAW EACH
INDIVIDUAL DO:

ANTHONY MEDINA POINTED THE 9MM AT ME.  HE DID NOT THREATEN ME WITH THE GUN OR
NOTHING LIKE THAT.

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.006

DOMINIC HOLMES IS A BLACK DUDE THAT WAS THERE FIGHTING. I DID NOT SEE HIM WITH A GUN.

DALLAS JAMES NACOSTTE IS THE BLACK DUDE, WHO HAD THE SHOTGUN AND POINTED IT AT ROBERT. I HEARD THAT THIS BLACK DUDE WAS CALLED "WEDO" HE NOW CALLS HIMSELF "WICKED".

RICO SAVALA IS A HISPANIC DUDE THAT WAS JUST FIGHTING US.

ALEX PEREZ IS A HISPANIC DUDE AND HE WAS THE ONE WITH THE SKS.

I WAS ASKED TO PLACE MY INITIALS ON THE BACK OF THE PHOTOS THAT I IDENTIFIED ALONG WITH THE DATE AND TIME. THIS I DID.

THIS IS ALL THAT I CAN TELL YOU ABOUT THIS.

I HAVE BEEN INFORMED THAT UNDER THE PENAL CODE OF THE STATE OF TEXAS, SECTION 37.02: A PERSON COMMITS THE OFFENSE OF PERJURY IF, WITH INTENT TO DECEIVE AND WITH KNOWLEDGE OF THE STATEMENT'S MEANING; HE/SHE MAKES A FALSE STATEMENT UNDER OATH OR SWEARS TO THE TRUTH OF A FALSE STATEMENT PREVIOUSLY MADE; AND THE STATEMENT IS REQUIRED OR AUTHORIZED BY LAW TO BE MADE UNDER OATH.

FOR DETAILS SEE WRITTEN STATEMENT ATTACHED TO THIS REPORT.....

SERGEANT TED BLOYD INTERVIEWED RAFAEL HERNANDEZ. HERNANDEZ ALSO WAS SHOWN THE NOTEBOOK AND LOOSE PHOTOS. AFTER VIEWING THE PHOTOS HERNANDEZ WAS UNABLE TO IDENTIFY ANY OF THE PHOTOS. HERNANDEZ DID MAKE A WRITTEN STATEMENT. THE FOLLOWING IS THE WRITTEN STATEMENT MADE:

HOUSTON POLICE DEPARTMENT

HOMICIDE DIVISION

W I T N E S S   S T A T E M E N T

COUNTY OF HARRIS                    STATE OF TEXAS

DATE: WEDNESDAY, JANUARY 3, 1996          TIME: 2046 HRS.

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED RAFAEL HERNANDEZ JR., BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO AFTER BEING SWORN UPON HIS/HER OATH, DID DEPOSE AND SAY:

MY NAME IS RAFAEL HERNANDEZ JR.. I AM A WHITE MALE AND I AM 19 YEARS OLD, HAVING BEEN BORN 4-8-76. MY HOME ADDRESS IS 14502 ESSENDINE AND MY HOME TELEPHONE NUMBER IS 433-5674. I CAN ALSO BE REACHED BY CALLING 433-3544. MY TX DRIVERS LICENSE NUMBER IS ▓▓▓▓▓▓ AND MY SOCIAL SECURITY NUMBER IS ▓▓▓▓

0136

■■■■■■.   I HAVE ATTAINED 12 YEARS OF FORMAL EDUCATION.   I AM EMPLOYED BY
HERNANDEZ CARPET SERVICE.   MY WORK ADDRESS IS 14502 ESSENDINE AND MY WORK
TELEPHONE NUMBER IS 433-5674.

ON NEW YEARS EVE, I WAS WITH SAM LOPEZ, EDGAR GARCIA, JASON GARCIA AND ROBERT
PRITCHETT. A FRIEND OF ROBERT'S, MAURICE, HAD INVITED ALL OF US TO COME OVER
TO HIS MOM'S HOUSE BECAUSE IT WAS HIS BIRTHDAY. EDGAR DROVE ME, SAM AND JASON
IN MY DAD'S CAR. ROBERT WENT IN HIS CAR WITH HIS GIRLFRIEND. WE GOT THERE
SOMETIME AFTER DARK, ABOUT 9:30 P.M. AND WE PLANNED TO LEAVE ABOUT 10:P.M.
I DON'T KNOW THE ADDRESS OF THE HOUSE BUT IT IS OFF S.POST OAK BEFORE YOU GET
TO THE BELTWAY. AFTER WE GOT THERE WE HAD SOME APPETIZERS AND STUFF.

RIGHT AFTER WE GOT THERE, ANOTHER HISPANIC CAME SHOWED UP. WE DIDN'T KNOW HIM
BUT HE WENT INTO THE KITCHEN AND USED THE PHONE. AFTER THAT, HE WALKED BACK
OUTSIDE. WE WERE EATING AND TALKING AND THEN SAM WENT OUTSIDE TO USE THE
RESTROOM. SHORTLY AFTER THAT, THE REST OF US WALKED OUTSIDE. WHEN I GOT
OUTSIDE, THESE OTHER GUYS WERE ALREADY THERE. I HAD NEVER A SEEN ANY OF THEM
BEFORE. THEY STARTED SAYING ALL KINDS OF THINGS AND ACCUSING US OF THINGS WE
HAVE NOT DONE. SAM TOLD THEM THEY NEEDED TO STOP THAT LINE. THEN ROBERT ASKED
THEM WHY THEY WERE MAKING UP ALL THIS STUFF ABOUT US AND A BLACK GUY TOLD
HIM, "FUCK YOU" AND POINTED A SHOTGUN IN HIS FACE. THAT'S WHEN SAM TOLD THEM,
"YOU'S BETTER WATCH THAT SHIT". THAT'S WHEN A GUY POINTED A PISTOL AT SAM.
MAURICE CAME OUT THEM WITH HIS DAD AND TOLD THOSE OTHER GUYS THAT THEY HAD TO
LEAVE. THOSE GUYS LEFT AND WE WENT BACK INSIDE. I THINK THAT THERE WERE ABOUT
FIFTEEN OF THOSE GUYS. THERE WERE A COUPLE OF OLDER GUYS IN THAT GROUP BUT
MOSTLY IT WAS LITTLE KIDS. THEY WERE IN TWO CARS, A WHITE BUICK OR OLDSMOBILE
AND THE OTHER LOOKED LIKE A GREEN BUICK REGAL.

SAM WENT INSIDE AND CALLED THE POLICE. A PATROL CAR CAME OUT AND SAM TALKED
TO THEM. AFTER THAT EVERYTHING DIED DOWN. WE DECIDED TO STAY THERE AT THE
PARTY. THEN ABOUT 2:00 A.M. EVERYBODY WAS OUTSIDE TALKING AND GETTING READY
TO LEAVE. I WAS GETTING IN THE CAR TO LEAVE WHEN I SAW THESE OTHER CARS PULL
UP. I GOT OUT OF THE CAR AND SAW ABOUT TEN GUYS GETTING OUT OF THOSE OTHER
TWO CARS. SOME OF THESE GUYS WERE THE SAME ONES THAT HAD STARTED THE TROUBLE
BEFORE. THE ONES THAT STARTED THE TROUBLE BEFORE CAME UP TO US AND STARTED
SAYING THINGS AGAIN. WE TOLD THEM THAT THEY WERE ACTING LIKE A BUNCH OF KIDS
AND THAT THEY NEEDED TO GO HOME. THAT'S WHEN ONE OF THEM THREW A BEER CAN AT
EDGAR. THE CAN HIT EDGAR IN THE MOUTH SO HE KICKED AT ONE OF THEM BECAUSE
THEY WERE REAL CLOSE TO HIM. THAT'S WHEN THEY GANG RUSHED US AND EVERYONE
STARTED FIGHTING. I FELL AGAINST THE CAR BECAUSE EDGAR FELL AGAINST ME. I HAD
HURT MY LEG DURING FOOTBALL AND COULDN'T DO MUCH BUT TRY AND GET THEM OFF THE
OTHER GUYS.

EDGAR WAS ON THE GROUND BETWEEN THE TWO CARS AND EVERYONE WAS HITTING ON HIM.
THE GUY WITH THE SHOTGUN HIT EDGAR WITH THE SHOTGUN AND HE TRIED TO HIT SAM
WITH IT. SAM PUNCHED HIM BEFORE HE COULD HIT HIM. ROBERT GRABBED THE SHOTGUN
AND THEN A GUY WITH A LONG RIFLE POINTED IT AT ROBERT AND TOLD HIM TO LET THE
SHOTGUN GO. ROBERT LEFT GO OF THE SHOTGUN AND STARTED WRESTLING WITH TWO MORE
DUDES. I SAW SAM FIGHTING WITH TWO GUYS SO I GRABBED ONE OF THEM AND PULLED
HIM OFF SAM. SAM AND I GRABBED EDGAR BECAUSE HE WAS ALL BEAT UP AND WE PULLED
HIM INSIDE. RIGHT AFTER THAT ROBERT CAME INSIDE TWO. MAURICE'S FATHER WENT
OUTSIDE AND TOLD ALL THOSE OTHER GUYS TO GET OUT OF THERE. THEY GOT IN THEIR
CARS AND LEFT. ABOUT FIVE MINUTES LATER, WE WENT HOME.

THEY GUY THAT POINTED THE SHOTGUN AT ROBERT THE FIRST TIME WAS A BLACK GUY

*0137*

ABOUT 19 OR 20. HE WAS ABOUT 5'8" TALL AND SKINNY. HE HAD SHORT REGULAR HAIR.
THE SHOTGUN WAS A PUMP WITH A PISTOL GRIP ON IT. HE WAS WEARING A WHITE SHIRT
AND BLUEJEANS.

THE SECOND TIME THEY CAME IT WAS A DIFFERENT GUY WITH THE SHOTGUN. I THINK IT
WAS THE SAME SHOTGUN BUT THIS TIME IT WAS A YOUNG HISPANIC WHO LOOKED AS IF
HE WERE 11 OR 12 YEARS OLD.

THE GUY WITH THE LONG RIFLE WAS HISPANIC AND HE WAS TALL AND SKINNY.

I DIDN'T GET A GOOD LOOK AT THE GUY THAT POINTED THE PISTOL AT SAM.

THESE GUYS THAT WE FOUGHT WITH MUST BELONG TO A GANG CALLED LRZ13 BECAUSE
THEY WERE SHOUTING IT OUT BEFORE WE STARTED FIGHTING.

I DO NOT BELONG TO ANY GANG.

FOR DETAILS SEE WRITTEN STATEMENT ATTACHED TO THIS REPORT.........

ROBERT ALLEN PRITCHETT WAS INTERVIEWED BY OFFICER L.D. GARRETSON. HE TOO WAS
SHOWN THE PHOTOS AND AFTER LOOKING AT THE PHOTOS IDENTIFIED THE PHOTO OF
DALLAS KAMES NACOSSTE AS THE PERSON HE SAW WITH A SHOTGUN.    PRITCHETTE STATED
THAT NACOSSTE DID NOT COME BACK THE SECOND TIME.   A TWO PAGE TYPE WRITTEN
STATEMENT WAS TAKEN FROM PRICHETTE. THE FOLLOWING IS THE STATEMENT MADE BY
PRITCHETT:


                    HOUSTON POLICE DEPARTMENT

                      HOMICIDE DIVISION

              W I T N E S S    S T A T E M E N T

         COUNTY OF HARRIS                 STATE OF TEXAS

     DATE: WEDNESDAY, JANUARY 3, 1996        TIME:  2109 HRS.

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED ROBERT
ALLEN PRITCHETT, BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO AFTER BEING
SWORN UPON HIS/HER OATH, DID DEPOSE AND SAY:

MY NAME IS ROBERT ALLEN PRITCHETT.  I AM A WHITE MALE AND I AM 19 YEARS OLD,
HAVING BEEN BORN 09/22/76.  MY HOME ADDRESS IS 5706 HEATHERBLOOM AND MY HOME
TELEPHONE NUMBER IS 721-4582.  I CAN ALSO BE REACHED BY CALLING (P)604-3474.
MY TEXAS DRIVERS LICENSE NUMBER IS ████████ AND MY SOCIAL SECURITY NUMBER IS
███████.  I HAVE ATTAINED 13 YEARS OF FORMAL EDUCATION.  I AM EMPLOYED BY
RUBY TUESDAYS.  MY WORK ADDRESS IS ON BELLAIRE AND MY WORK TELEPHONE NUMBER
IS UNK.

ON JANUARY 1, 1996, ABOUT AN HOUR AFTER THE NEW YEAR STARTED AFTER MIDNIGHT,
I WAS AT A PARTY AT MAURICE'S MOM'S HOUSE.  I THINK THAT THE NAME OF THE
STREET THE HOUSE IS ON IS INGORMAR WAY.  ABOUT 12 PEOPLE WERE AT THE PARTY.
THE ONES THAT I CAN REMEMBER ARE
    MYSELF
    SAM LOPEZ                                      0138

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.009

    RALPH HERNANDEZ
    EDGAR GARCIA
    EDGAR'S LITTLE BROTHER
    MAURICE
    MAURICE'S LITTLE BROTHER
    A FRIEND OF MAURICE'S LITTLE BROTHER
    CURTIS
    MAURICE'S FATHER-IN-LAW
    MAURICE'S EX-GIRLFRIEND
    MAURICE'S BABY WHO IS ABOUT 4 OR 5
IT WAS MAURICE'S BIRTHDAY.   EVERYBODY WAS THERE JUST SITTING AROUND EATING
CHIPS AND DIP.  SAM LOPEZ WAS OUTSIDE OF THE GARAGE USING THE BATHROOM.   I
HEARD THAT SOME PEOPLE HAD DROVE UP AND I WENT OUTSIDE OF THE HOUSE TO CHECK
ON SAM.

WHEN I CAME OUTSIDE, I SAW SAM ON THE DRIVEWAY TALKING TO AROUND 10 OR 12
PEOPLE WHO WERE NOT AT THE PARTY.  THESE 10 OR 12 PEOPLE ARE WITH THE LRZ 13.
THE LEADER OF THE GANG, A HISPANIC, 5-08, 120 LBS, BLACK HAIR, STRAIGHT HAIR,
WAS DOING ALL THE TALKING.  AT THIS TIME, THE LEADER WAS TALKING TO SAM.   THE
LEADER DID NOT HAVE ANYTHING IN HIS HANDS.   THE LEADER WAS SAYING THAT SAM
HAD SOMETHING TO DO WITH SOME GANG.  I COULD NOT REALLY HEAR WHAT HE WAS
SAYING.

THE LEADER POINTED AT ME AND SAID HE SAW SOMEBODY IN MY TRUCK BEFORE SHOWING
GANG SIGNS.  I HAVE A FORD F-150 PICKUP, RED.  THE LEADER POINTED AT RALPH
AND SAID I HEARD THAT YOU THROW PARTIES FOR HTC.

AT THIS TIME, SAM TOLD THEM THAT THEY NEED TO GROW UP AND I AGREED.  I SAID
THAT YA'LL NIGGERS NEED TO GROW UP, OR SOMETHING LIKE THAT.  THAT'S WHEN THE
BLACK GUY PULLED OUT THE SHOT GUN AND ASKED ME WHAT I HAD SAID.  THE BLACK
GUY SAID THAT HE WAS GOING TO SMOKE MY ASS.  THE BLACK GUY WAS POINTING THE
SHOT GUN AT MY HEAD WHILE HE WAS SAYING THIS.

AT THAT TIME, I WALKED INTO THE HOUSE WITH EDGAR GARCIA.  THAT WAS IT UNTIL
THEY CAME BACK ABOUT 2 HOURS LATER.

ABOUT TWO HOURS LATER, THE GANG WAS STANDING ACROSS THE STREET.  AGAIN I
WOULD SAY ABOUT 10 OR 12 MEMBERS.  THIS SECOND TIME ALEX WAS THERE.  THE
BLACK GUY WAS NOT THERE THE SECOND TIME.  EDGAR THREW DOWN A BOTTLE AND THAT
PISSED THEM OFF.  BEFORE I KNEW IT, I WAS WRESTLING WITH SOMEBODY WITH THE
SHOT GUN, SOMEBODY WITH A YELLOW COMPLEXION, TALL AND SKINNY.  AT THIS TIME,
SAM WAS AT THE FRONT DOOR AND TWO GUYS WERE ON HIM.  EDGAR WAS BETWEEN THE
CARS IN THE DRIVEWAY AND HE WAS BEING HIT WITH THE STOCK OF THE ASSAULT
RIFLE.  I'D SAY THAT IT WAS A SKS, WITH A BAYONET AT THE END.  THE GUY THAT
HAD THE ASSAULT RIFLE WAS THE SAME ONE THAT I WAS WRESTLING WITH.  HE MUST
HAVE GIVEN THE SHOT GUN TO SOMEBODY AND GOT THE ASSAULT RIFLE.

I KNOW THAT THE ASSAULT WEAPON WAS NOT A DEER RIFLE OR A SHOT GUN.  MY GUESS
IS THAT IT WAS AN SKS 39MM.  I HAVE SEEN A RIFLE OF THIS TYPE BEFORE AT GUN
SHOWS.

WHEN WE TURNED AROUND, MAURICES' FATHER-IN-LAW CAME OUT WITH SOMETHING, I
DIDN'T SEE WHAT IT WAS, AND TOLD THE GANG TO LEAVE.  THE GANG THEN LEFT THE
YARD AND WE ALL JUST WENT HOME.

```
uuuuu/////////uuu/uuu/u//uu//uuuuuu//uuuu///uuu//uu//u/uuu/uuu//uu//uu//u/u/uuu
Incident no. 000119296 O        OFFENSE REPORT                   PAGE 1.010
uuuuu/////////uuu/uuu/u//uu//uuuuuu//uuuu///uuu//uu//u/uuu/uuu//uu//uu//u/u/uuu
```

TODAY, SAM CALLED ME ON THE TELEPHONE AND TOLD ME TO COME TO THE HOMICIDE
DIVISION TO TELL ABOUT WHAT HAD HAPPENED DURING THE PARTY.


FOR DETAILS SEE WRITTEN STATEMENT OF ROBERT ALLAN PRICHETTE ATTACHED TO THIS
REPORT....


INVESTIGATION TO CONTINUE.......................................



```
    SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER   VER-2.08
    ***************************************************************
    *  ENTRY DEVICE: AST 386SX 105010 X07                         *
    *  ENTRY FROM DATE-012296 TIME-0819   TO  DATE-012296 TIME-0822 *
    *  TRANSFER DEVICE: AST 386SX 105010 X07              VER. 2.08-1 *
    *  TRANSFER DATE-012296 TIME-0823    LOAD DATE-012296 TIME-0825  *
    *  LOCATION OF OFFENSE: POLICE DISTRICT-CONFIDENTIAL     DIST-CO *
    ***************************************************************
```



Supplement entered by =  39034
Report reviewed by-EG                  Employee number-025810
Date cleared- 01/22/96

----------------------------------------------------------------------

No-0012

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                    Street location information
Number-    15431 Name-CAMPDEN HILL           Type-       Suffix-
Apt no-     Name-GLENRIDGE              Type-LN    Suffix-
Date of offense-01/01/96             Date of supplement-01/22/96
Compl(s) Last-RODRIQUEZ       First-DAVID    Middle-
                    Recovered stolen vehicles information
 Recovery location-                         District-    Beat-    00
 Stored-                        by-
Officer1-G.J.NOVAK,SGT       Emp#-039034 Shift-1 Div/Station-HOMICIDE
Officer2-H.F.CHISHOLM        Emp#-054242 Shift-1
Caller'S name-                   Phone# (713) 000-0000 Ext-0000

0140

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.011

SUPPLEMENT NARRATIVE

PROGRESS REPORT-THURSDAY
JANUARY 4, 1996

SERGEANT NOVAK AND OFFICER CHISHOLM CONTINUED THE INVESTIGATION IN THIS
OFFENSE.  SERGEANT ALONG WITH OFFICER CHISHOLM WENT TO THE SPECIAL CRIMES
SECTION OF THE DISTRICT ATTORNEYS OFFICE AND MET WITH ASSISTANT DISTRICT
ATTORNEY, TED WILSON.  ADA WILSON WAS GIVEN A SYNOPSIS OF THE INVESTIGATION
INTO THE CAPITAL MURDER AS WELL AS A COPY OF THE REPORT IN WHICH THE "LRZ"
GANG MEMBERS WERE IDENTIFIED IN THE ALTERCATION THAT TOOK PLACE PRIOR TO THE
CAPITAL MURDER. AFTER REVIEWING THE REPORT ADA WILSON ASSISTED IN DRAWING UP
POCKET WARRANTS BASED ON THE IDENTIFICATIONS MADE BY SAMUEL LOPEZ.  FIVE (5)
POCKET WARRANTS WERE ISSUED FOR THE FOLLOWING PERSONS FOR AGGRAVATED
ASSAULT/DEADLY WEAPON:

ANTHONY MEDINA    H/M 11-05-74
ALEX PEREZ        H/M 07-05-77
RIGO ZAVALA       H/M 01-15-77
DOMINIC HOLMES    B/M 03-30-77
DALLAS NACOSTTE   B/M 02-02-79

AFTER OBTAINING THE AFFIDAVITS THEY WERE THEN TAKEN TO THE IMPACT COURT,
WHERE THEY WERE REVIEWED BY JUDGE JAMES V. GARRETT JR. AFTER REVIEWING THE
AFFIDAVITS THE POCKET WARRANTS WERE SIGNED BY JUDGE GARRETT AT 1710 HOURS.

SERGEANT AND OFFICER CHISHOLM THEN DROVE TO THE SOUTHWEST COMMAND STATION AND
MET WITH SERGEANT DARLENE WILLIAMS AND OFFICERS OF THE GANG TASK FORCE UNITS
ASSIGNED TO BOTH BEECHNUT SUB-STATION AND WESTSIDE.  ALL KNOWN INFORMATION
WAS DISSEMINATED TO THE OFFICERS IN THE GANG TASK FORCE.  THEY WERE GIVEN
WHAT KNOWN INFORMATION HAD BEEN GATHERED ON THE WANTED SUSPECTS AS WELL AS
ALL KNOWN ADDRESSES ON THEM THAT WAS FURNISHED BY OFFICER MICHAEL FAULHAVER.

ATTEMPTS TO LOCATE AND ARREST THE PERSONS NAMED IN THE ARREST WARRANTS WERE
UNSUCCESSFUL ON THIS NIGHT.

INVESTIGATION TO CONTINUE.....................................
      SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER   VER-2.08
      ***********************************************************
      *  ENTRY DEVICE: AST 386SX 105010 X07                     *
      *  ENTRY FROM DATE-012296 TIME-0828  TO  DATE-012296 TIME-0829  *
      *  TRANSFER DEVICE: AST 386SX 105010 X07          VER. 2.08-1  *
      *  TRANSFER DATE-012296 TIME-0830     LOAD DATE-012296 TIME-0831 *
      *  LOCATION OF OFFENSE: POLICE DISTRICT-CONFIDENTIAL     DIST-CO  *
      ***********************************************************

0141

Supplement entered by =   39034
Report reviewed by-EG
Date cleared- 01/22/96                    Employee number-025810

```
ппппп/////////пппппп////////пппппппп/ппппп//////ппп/пп/ппп/ппппп/пп/ппп/пп/ппп/пп/пппп
```
Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.012
```
ппппп/////////пппппп////////пппппппп/ппппп//////ппп/пп/ппп/ппппп/пп/ппп/пп/ппп/пп/пппп
```

No-0013

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                    Street location information
Number-    15431 Name-CAMPDEN HILL          Type-          Suffix-
Apt no-      Name-GLENRIDGE              Type-LN      Suffix-
Date of offense-01/01/96           Date of supplement-01/22/96
Compl(s) Last-RODRIQUEZ       First-DAVID      Middle-
                    Recovered stolen vehicles information
Recovery location-                      District-    Beat-    00
Stored-                      by-
Officer1-G.J.NOVAK,SGT        Emp#-039034 Shift-1 Div/Station-HOMICIDE
Officer2-H.F.CHISHOLM         Emp#-054242 Shift-1
Caller'S name-               Phone# (713) 000-0000 Ext-0000


                      SUPPLEMENT NARRATIVE

PROGRESS REPORT-FRIDAY
JANUARY 5, 1996

ON THIS DATE SERGEANTS NOVAK AND BLOYD ALONG WITH OFFICERS CHISHOLM AND
GARRETSON CONTINUED THE INVESTIGATION IN THIS OFFENSE. IT SHOULD BE NOTED
THAT SEVERAL CASES HAVE BEEN DOCUMENTED WHEREBY MEMBERS OF THE STREET GANG
"LRZ" ARE ALLEGED TO BE INVOLVED IN.  SERGEANT BLOYD AND OFFICER GARRETSON
ARE WORKING MURDER CASE WHICH OCCURRED ON 12-17-95 IN THE 5600 BLOCK OF
NEWQUAY UNDER INCIDENT # 114588295.  IN THIS CASE THEIR SUSPECTS ARE BELIEVED
TO BE TONY MEDINA AND ALEX PEREZ, WHO HAVE BEEN NAMED IN THIS CASE AND ARE
BOTH SUSPECTED OF BEING INVOLVED IN THE DRIVE BY SHOOTING ON NEW YEARS DAY AT
15431 CAMDEN HILL.  A FLOW CHART OF INCIDENTS INVOLVING THE "LRZ" WAS
PREPARED AND DISSEMINATED TO THE LT. IN CHARGE OF THE STREET GANG TASK FORCE.
A PHOTO
SPREAD WAS PUT TOGETHER AND COPIES MADE TO IDENTIFY MEMBERS BEING SOUGHT FOR
QUESTIONING.  IT SHOULD BE NOTED THAT THE PHOTO SPREAD WAS PREPARED AFTER THE
PHOTOS HAD BEEN PICKED BY SAMUEL LOPEZ, WHO IS LISTED AS THE COMPLAINANT.
FURTHER THE SPREAD WAS PREPARED AS AN INVESTIGATIVE TOOL TO ASSIST THE GANG
TASK FORCE.

THE FOLLOWING IS THE FLOW CHART THAT WAS PREPARED SHOWING THE INCIDENTS
INVOLVING THE "LRZ" STREET GANG:


THE HOMICIDE DIVISION IS CURRENTLY INVESTIGATING TWO MURDERS IN
WHICH MEMBERS OF THE "LRZ" STREET GANG ARE SUSPECTED OF BEING
INVOLVED.  THE TWO MURDERS OCCURRED AT THE FOLLOWING LOCATIONS:

INCIDENT 114588295, 5600 NEWQUAY ON 12-17-95, 2330 HOURS.  IN THIS
INCIDENT SEVERAL CARLOADS OF 707 BROWN GANG MEMBERS PURSUED A
MAROON CONVERTIBLE BELIEVED TO BE OWNED BY AN "LRZ" GANG MEMBER
NAMED ANTHONY MEDINA, AKA TONY MEDINA.  UNKNOWN SUSPECTS IN THE
MAROON CONVERTIBLE OPENED FIRE ON THE PURSUING 707 BROWNS WITH A
HIGH POWERED RIFLE, WHICH RESULTED IN THE DEATH OF JORGE SANTOS A
707 BROWN GANG MEMBER.  THE COMPLAINANT DIED OF A THROUGH AND

0142

THROUGH GUNSHOT WOUND.  A TOTAL OF NINE (9) FIRED CARTRIDGE CASINGS
WERE FOUND AT THE SCENE.  THESE CASINGS HAVE BEEN IDENTIFIED BY THE
FIREARMS LAB AS BEING 7.62 X 39 MM.


INCIDENT 119296, 15431 CAMPDEN HILL ON 1-1-96, 0230 HOURS.  IN THIS
INCIDENT SEVERAL YOUNG FEMALES ALONG WITH A NINE YEAR OLD MALE WERE
STANDING IN THE DRIVEWAY LISTENING TO MUSIC ON THE RADIO, WHEN A
BROWN OR MAROON COLORED VEHICLE DROVE PAST THE RESIDENCE AND OPENED
FIRE WITH AN ASSAULT RIFLE.  A FIFTEEN YEAR OLD HISPANIC FEMALE WAS
KILLED AS WELL AS HER NINE YEAR OLD BROTHER. AN EIGHTEEN YEAR OLD
FEMALE WAS ALSO SHOT AND SHE WAS TRANSPORTED TO BEN TAUB HOSPITAL.
A TOTAL OF EIGHT (8) FIRED CARTRIDGE CASINGS WERE FOUND AT THIS
SCENE. THESE CASINGS HAVE BEEN IDENTIFIED AS BEING 7.62 X 39 MM
ALSO.

ANONYMOUS CALLS TO THE HOMICIDE OFFICE INDICATE THAT A ROBERT LUCIO
H/M 8-29-76, 14019 SANTA TERESA AND A ANTHONY MEDINA H/M 11-5-74
ARE RESPONSIBLE PARTIES TO THESE MURDERS.  BOTH LUCIO AND MEDINA
ARE KNOWN "LRZ" GANG MEMBERS.

A FLOW CHART HAS BEEN PREPARED WITH A BRIEF SYNOPSIS OF EACH
INCIDENT INVOLVING SUSPECTED "LRZ" ACTIVITY. THESE INCIDENTS ARE AS
FOLLOWS:

         FLOW CHART INVOLVING LRZ GANG MEMBERS GANG ACTIVITY
         ****************************************************

1.  INCIDENT 034703195, LOCATION, 15431 CAMPDEN HILL, DATE 3-29-95,
0830 HRS.  SYNOPSIS.  RESIDENCE WAS SPRAY PAINTED WITH "LRZ 13"
GRAFFITI.  4 HISPANIC MALES IN A RED CHEVROLET SEEN LEAVING
SCENE.  COMPL CANNOT ID


2.  INCIDENT 077962295, LOCATION 15431 CAMPDEN HILL, DATE 7-9-95,
0140 HOURS.  SYNOPSIS.  SUSPECTS THREW A MOLOTOV COCKTAIL AND
FIRED SEVERAL SHOTS  NO FIRED CARTRIDGE CASINGS OR BULLETS
RECOVERED.  COMPL BELIEVES THAT "LRZ" GANG IS RESPONSIBLE AND
THAT AN UNIDENTIFIED MEMBER WAS JUST RELEASED FROM JAIL AND IS
GOING TO KILL ONE OF THE FAMILY MEMBERS.  NO WITNESSES.


3.  INCIDENT 138146695, LOCATION 5311 HEATHERCREST, DATE 12-2-95,
0135 HRS.  SYNOPSIS.  WALKBY SHOOTING.  SHOTS FIRED INTO THE
RESIDENCE, COMPL OBSERVES UNKNOWN MALE WALKING PAST RESIDENCE
AFTER SHOOTING.  6 FIRED 380 CARTRIDGE CASINGS RECOVERED FROM
THE STREET.  COMPL IS JESUS ALVARADO, AKA: "SMILEY" WHO WAS
CHARGED IN THE MURDER OF A LRZ GANG MEMBER HECTOR LOPEZ AT THE
MEYER PARK THEATER ON JANUARY OF 1995.


4.  INCIDENT 141119295, LOCATION 14600 NELSON, DATE 12-8-95, 2205
HRS.  SYNOPSIS.  COMPLS ARE DRIVING FROM 5332 TIFFANY WHICH IS
ACROSS THE STREET FROM THE 707 BROWNS GANG HANGOUT.  CONFRONTED BY
A SMALL DARK PICKUP WHO FIRED INTO THEIR VEHICLE STRIKING THE
FEMALE COMPL.  COMPL RUBEN SANCHEZ BELIEVES THE SHOOTER TO BE TONY

0143

MEDINA, A MEMBER OF "LRZ 13" AND SANCHEZ HAD PREVIOUS ALTERCATIONS
WITH TONY MEDINA.  NO FIREARMS EVIDENCE RECOVERED AT SCENE.

5.  INCIDENT 141750495, LOCATION 5500 GRAPEVINE, DATE 12-10-95,
1440 HRS.  SYNOPSIS.  LOCATION IS THE RESIDENCE OF DANTE AND JORGE
MEDRANO WHO ARE ASSOCIATED WITH "HOMETOWN CRIPS" GANG.  ACCORDING
TO THEM ROBERT LUCIO AND TONY MEDINA DROVE BY THE RESIDENCE AND
FIRED SEVERAL SHOTS AT THEM.  DANTE MEDRANO RETURNED FIRE AT MEDINA
AND LUCIO WHO WERE IN A LT. BLUE BUICK OR MONTE CARLO.  MEDRANO
ARRESTED AND CHARGED FOR DEADLY CONDUCT.  NO ARREST ON MEDINA AND
LUCIO.  ONLY FIREARMS EVIDENCE RECOVERED BELONGED TO MEDRANO.

6.  INCIDENT 144588295, LOCATION 5600 NEWQUAY, DATE 12-17-95, 2330
HRS.  SYNOPSIS.  SEVERAL CARLOADS OF 707 BROWN GANG MEMBERS PURSUED
A MAROON CONVERTIBLE BELIEVED TO BE TONY MEDINA'S VEHICLE.  UNKNOWN
SUSPS IN MAROON CONVERTIBLE FIRED A HIGH POWERED RIFLE AT ONE OF
THE 707 BROWN VEHICLES RESULTING IN THE DEATH OF JORGE SANTOS A 707
BROWN GANG MEMBER.  9 FIRED 7.62 X 39 MM CARTRIDGE CASINGS FOUND AT
THE SCENE.  NO FIRED BULLETS RECOVERED.  COMPL DIED OF THROUGH AND
THROUGH GUNSHOT WOUND.  WITNESSES CANNOT IDENTIFY SUSPS.

7.  INCIDENT 147963795, LOCATION 5002 WICKVIEW, 12-25-95, 0150 HRS.
SYNOPSIS.  COMPLS FAMILY LEFT FOR SOUTH TEXAS AND MEXICO FOR THE
HOLIDAYS.  GABRIEL ESCOBAR HEARD A KNOCK ON THE FRONT WINDOW.  AS
HE LOOKED A BLACK MALE WHO HE RECOGNIZED TO BE A 707 BROWN GANG
MEMBER WAS STANDING IN THE FRONT YARD.  ESCOBAR HEARD A SHOTGUN
RACK AND DROPPED TO THE FLOOR.  ALL FRONT WINDOWS IN FRONT OF HOUSE
RECEIVED DAMAGE.  NO FIREARMS EVIDENCE RECOVERED.  ESCOBAR IS
AFFILIATED WITH "LRZ 13".  MEDINA IS THE FATHER OF ESCOBAR'S
SISTERS CHILD.  ESCOBAR AND MEDINA ARE FEUDING OVER ESCOBAR WANTING
OUT OF "LRZ 13" GANG.   1 FIRED BULLET WAS RECOVERED IN THE
DRIVEWAY BY SERGEANT NOVAK ON 1-2-96 WHILE IN THE PROCESS OF
ATTEMPTING TO INTERVIEW ESCOBAR.

8.  INCIDENT 119296, LOCATION 15431 CAMPDEN HILL, 1-1-96, 0230 HRS.
SYNOPSIS.  COMPLS WERE STANDING AND SITTING IN THE DRIVEWAY OF THE
RESIDENCE LISTENING TO MUSIC.  A BROWN OR BURGUNDY OLDS PULLED DOWN
THE STREET AT A SLOW RATE OF SPEED AND FIRED 8 ROUNDS FROM A HIGH
POWERED RIFLE.  ALL MEMBERS PRESENT AT THE DRIVEWAY WERE FEMALES
AND THE ONLY MALE PRESENT WAS THE 9 YR. OLD COMPL.  EIGHT FIRED
7.62 X 39MM CARTRIDGE CASINGS WERE RECOVERED FROM THE STREET AND
DRIVEWAY.  THESE CARTRIDGE CASINGS WERE COMPARED WITH THE SHELL
CASINGS IN INCIDENT 144588295, 5600 NEWQUAY AND WERE FOUND TO HAVE
BEEN FIRED FROM THE SAME WEAPON, IDENTIFIED BY FIREARMS AS POSSIBLY
A "MAK-90" OR "SKS" RIFLE.  RESIDENT LIVING AT THIS RESIDENCE,
VERONICA RODRIGUEZ IS DATING AN ASSOCIATE OF THE "HOMETOWN CRIPS
GANG" NAMED MARCO MARTINEZ AND BELIEVES THE "LRZ 13" GANG MEMBERS
HAVE MARKED MARCO BECAUSE OF HIS AFFILIATION WITH THE GANG AND ARE
RETALIATING AGAINST HER TO GET TO MARCO.

0144

9.   INCIDENT 392996, LOCATION 5311 HEATHERCREST, 1-1-96, 1800 HRS.
SYNOPSIS.    COMPL JOSE ALVARADO, THE FATHER OF JESUS ALVARADO AKA:
"SMILEY" OBSERVED A LATE MODEL CADILLAC OR MONTE CARLO LIGHT BROWN
IN COLOR FIRE 2 SHOTS INTO THE RESIDENCE.   COMPL BELIEVES THIS
INCIDENT TO BE A RETALIATION AGAINST HIS SON A "HOMETOWN CRIPS"
GANG MEMBER WHO HAD KILLED HECTOR GOMEZ A "LRZ 13" GANG MEMBER IN
JANUARY OF 1995 AT THE MEYER PARK CINEMA.   2 FIRED 9MM CARTRIDGES
RECOVERED.. COMPL CANNOT IDENTIFY SUSPS.

10.   INCIDENT 150643895, LOCATION 5543 INGOMAR WAY, 12-31-95, 2300
HOURS.   IN THIS INCIDENT SEVERAL HISPANICS MALES SHOWED UP AT A
NEWS YEAR EVE PARTY. THESE MALES WERE UNINVITED GUESTS AND WERE
IDENTIFIED AS MEMBERS OF THE "LRZ" STREET GANG.   THE "LRZ' ACCUSED
PERSONS ATTENDING THIS PARTY AS BEING "DOWN" WITH MEMBERS OF THE
"HTC" HOUSTON TOWN CRIPS. A FIGHT TOOK PLACE AND WEAPONS WERE
POINTED AT VARIOUS MALES AT THE PARTY. THESE WEAPONS INCLUDE A
SHOTGUN AND A 9MM SEMI AUTOMATIC PISTOL.   THE POLICE WERE CALLED TO
THE LOCATION AND THE "LRZ" LEFT PRIOR TO THE POLICE ARRIVING.   THE
"LRZ" RETURNED AT APPROXIMATELY 0200 HOURS AND A FIGHT ENSUED.
WEAPONS WERE AGAIN DRAWN AND THE REPORTEE IDENTIFIED ONE OF THE
WEAPONS AS BEING A SKS SEMI AUTO WITH BAYONET ATTACHED.   AS A
RESULT OF THIS INCIDENT POCKET WARRANTS HAVE BEEN OBTAINED ON FIVE
(5) MEMBERS OF THE "LRZ".   IN INCIDENT #10 THE FOLLOWING GANG
MEMBERS HAVE POCKET WARRANTS ISSUED FOR THEIR ARREST.


(1) DALLAS JAMES NACOSTTE B/M      02/O2/79
(2) DOMINIC HOLMES         B/M      03/30/77
(3) ALEX PEREZ             H/M      07/05/77
(4) RIGO SAVALA            H/M      01/15/77
(5) ANTHONY MEDINA         H/M      11/05/74

ALEX PEREZ IS BELIEVED TO BE IN POSSESSION OF THE SKS WANTED IN
THIS CASE ALTHOUGH INFORMATION GATHERED INDICATES THAT THE WEAPON
BELONGS TO ANTHONY MEDINA.

HOMICIDE PERSONNEL HAVE BEEN IN TOUCH WITH OFFICER FAULHABER,
BEECHNUT GANG TASK FORCE AND HE HAS SUPPLIED PHOTOS OF KNOWN AND
DOCUMENTED "LRZ" GANG MEMBERS AS WELL AS ALL INTELLIGENCE KNOWN ON
THE LISTED GANG MEMBERS AND DESCRIPTIONS OF CARS BEING OPERATED AND
DRIVEN BY THE "LRZ".

0145

INVESTIGATORS MET WITH SERGEANT DARLENE WILLIAMS ON THURSDAY,
JANUARY 4, 1996 AND WERE ALLOWED TO ADDRESS THE GANG TASK FORCE
ROLL CALL.   ALL KNOWN INFORMATION WAS DISSEMINATED TO THE OFFICERS
IN THE TASK FORCE.

SERGEANT NOVAK AND OFFICERS CHISHOLM AND GARRETSON WHILE AT THEIR RESIDENCES
RECEIVED A CALL FROM SERGEANT A.J. TOEPOEL WHO ADVISED INVESTIGATORS THAT
ANTHONY MEDINA HAD BEEN ARRESTED AND WAS GOING TO BE TRANSPORTED TO THE
SOUTHEAST COMMAND STATION FOR PROCESSING.   THE ARRESTING OFFICERS REQUESTED
A DISPOSITION ON THE VEHICLE DRIVEN BY MEDINA AT THE TIME OF HIS ARREST AND
THEY WERE ADVISED TO HAVE THE VEHICLE TOWED TO THE HPD PRINT STALL FOR
PROCESSING.   INVESTIGATORS WERE CONTACTED AT THEIR RESPECTIVE RESIDENCES AT
2100 HOURS.   WHILE ENROUTE TO THE SOUTHEAST COMMAND STATION, SERGEANT NOVAK

```
////////////////////////////////////////////////////////////////////////////////////
ncident no. 000119296 O         OFFENSE REPORT                        PAGE 1.016
////////////////////////////////////////////////////////////////////////////////////
```

ECEIVED A RADIO TRANSMISSION FROM SERGEANT DARLENE WILLIAMS WHO ADVISED THAT
LEX PEREZ HAD ALSO BEEN ARRESTED. SERGEANT WILLIAMS WAS ADVISED TO HAVE THE
EHICLE DRIVEN BY PEREZ TOWED TO THE PRINT STALL ALSO. THE TIME OF ARREST
OTED FOR ALEX PEREZ WAS 2130 HOURS.

PON ARRIVING AT THE HOMICIDE OFFICE SERGEANT NOVAK WAS MET BY OFFICERS J.M.
TEWART PR# 99689 AND G.S. MAYO PR# 97017 WHO WERE THE TRANSPORTING OFFICERS.
FFICER MAYO ADVISED THIS SERGEANT THAT ANTHONY MEDINA HAD BEEN STOPPED ON
RAFFIC AFTER HE WAS OBSERVED RUNNING A STOP SIGN AT THE INTERSECTIONS OF
ANDLE SHADE AND WEST OREM AND TOWN PLAZA DR AND HIRAM CLARKE.  THE ARRESTING
FFICERS WERE M.R. MANRIQUEZ, PR# 93563 AND P.M. MAY PR# 94972, RIDING UNIT
0E22.

ERGEANT NOVAK WAS ADVISED THAT AT THE TIME OF HIS ARREST ANTHONY MEDINA WAS
RIVING A 1983 CADILLAC. 2 DR. BRO/BRO, 95 TEXAS ████████. THE VEHICLE WAS TO
E TOWED TO THE HPD PRINT STALL FOR PROCESSING.

ERGEANT NOVAK AT THIS TIME TOOK CUSTODY OF ANTHONY MEDINA. THE TIME WAS 2215
OURS. IT SHOULD BE NOTED THAT AT THE TIME OF HIS ARREST MEDINA WAS WEARING
A PAIR OF BLACK JEANS,PURPLE SHORT SLEEVED PULL OVER, BROWN LACE UP
OOTS,BLACK FABRIC JACKET. MEDINA WAS CUFFED WITH HIS HANDS BEHIND HIS BACK.
EDINA WAS TAKEN TO SERGEANT NOVAK'S WORK AREA, WHERE THE HANDCUFFS WERE
EMOVED. SERGEANT NOVAK ASKED MEDINA IF HE HAD ANY IDEA AS TO WHY HE HAD BEEN
RRESTED AND HE REPLIED THAT HE HAD SPOKEN TO HIS BROTHER-IN-LAW GABRIEL
SCOBAR EARLIER IN THE WEEK AND THAT GABRIEL HAD TOLD HIM THAT THE POLICE
ERE LOOKING FOR HIM IN THE DRIVE-BY SHOOTING ON CAMPDEN HILL.  ****NOTE****
ABRIEL ESCOBAR HAD BEEN INTERVIEWED EARLIER IN THE WEEK AFTER SERGEANTS WERE
OLD THAT GABRIEL MIGHT HAVE SOME INFORMATION PERTAINING TO THE DRIVE-BY
HOOTING ON CAMPDEN HILL. ONLY AFTER THE INTERVIEW BEGIN DID SERGEANTS LEARN
HAT ESCOBARS SISTER HAD A BABY BY ANTHONY MEDINA.****

ERGEANT NOVAK AT THIS TIME READ ANTHONY MEDINA HIS LEGAL WARNINGS FROM THE
LUE CARD THAT IS FURNISHED BY THE DISTRICT ATTORNEY'S OFFICE. AFTER EACH
ARNING MEDINA WAS ASKED IF HE UNDERSTOOD HIS RIGHTS AS READ TO HIM AND HE
REPLIED THAT HE DID.  HE WAS THEN ASKED IF HE WERE WILLING TO TALK ABOUT THE
INCIDENT ON INGOMAR WAY AND OF THE SHOOTING ON CAMPDEN HILL.  MEDINA AGREED
TO DO SO.   MEDINA ORALLY STATED THAT HE WAS TRYING TO CLICK OUT OF THE "LRZ"
(LEAVE) AND HAD NO TROUBLE IN TALKING ABOUT WHAT HE KNEW. HE STATED THAT HE
WAS WILLING TO "SELL OUT" OTHER MEMBERS IN THE "LRZ" BECAUSE HE WAS TRYING TO
DISTANCE HIMSELF FROM THE GANG.  HE STATED THAT HE HAD BEEN TO A NEWS YEARS
EVE PARTY AT A FRIEND BY THE NAME OF CANDYMAN WHO LIVES BEHIND THE ALL MART
FOOD STORE OFF WEST OREM.  HE STATED THAT SEVERAL "LRZ" GANG MEMBERS WERE
PRESENT. THOSE HE REMEMBERED WERE AS FOLLOWS: ROBERT LUCIO, THOMAS FLOREZ,
ALEX PEREZ, FLACO, FLACO'S COUSIN WHO HE DID NOT KNOW, ANOTHER UNKNOWN
HISPANIC MALE AND TWO HISPANIC FEMALES NAMED CHINA AND INDIA.  WHILE AT THE
PARTY ANOTHER GANG MEMBER BY THE NAME OF CHINO CAME OVER WITH WICKED WHO IS
ALSO A GANG MEMBER.  HE STATED THAT THEY PARTIED FOR AWHILE AND THEN WENT TO
THE PARTY ON INGOMAR WAY.  HE STATED THAT THEY CALLED A DUDE OUT BY THE NAME
OF SAM LOPEZ FOR HIM BEING DOWN WITH THE GANG "HTC". HE STATED THAT DURING
THIS CONFRONTATION HE HAD IN HIS POSSESSION A LOADED .9MM PISTOL WHICH HE
POINTED AT LOPEZ AFTER HE LOPEZ REACHED FOR SOMETHING BENEATH HIS SHIRT.  HE
STATED THAT "WICKED" HAD A SAWED OFF SHOTGUN AND THAT HE PULLED THE GUN AFTER
LOPEZ AND HIS FRIENDS CALLED THEM NO LIFE SCUM AND NIGGERS.  HE STATED THAT
THEY LEFT THE PARTY AND RETURNED TO CANDYMAN'S HOUSE WHERE THEY PARTIED MORE.
HE STATED THAT FLACO THEN CAME TO HIM AND TOLD HIM THAT HE WAS WANTING TO GO
AND TO SOME "DIRT". THIS TERM MEANS TO COMMIT A CRIME, POSSIBLY AN AUTO THEFT

0146

OR A DRIVE-BY SHOOTING.  HE STATED THAT HE TOLD FLACO THAT HE WAS NOT
INTERESTED IN DOING ANYTHING AND THAT HE WAS HAPPY JUST DRINKING HIS BEER.
HE STATED THAT FLACO THEN LEFT IN A BLUE DODGE REGENCY OR DODGE DYNASTY. HE
STATED THAT FLACO'S COUSIN WAS DRIVING THE CAR AND THAT FLACO WAS SEATED IN
THE FRONT SEAT AND THE UNIDENTIFIED MEXICAN WAS SEATED IN THE REAR.  HE
STATED THAT FLACO HAD NOT BEEN GONE VERY LONG AND THAT WHEN THEY RETURNED
THEY WERE ALL ACTING REAL STRANGE.  HE STATED THAT HE WENT TO FLACO AND ASKED
HIM WHAT WAS THE MATTER AND THAT FLACO TOLD HIM THAT HE DID NOT WANT TO TALK
ABOUT IT.  HE STATED THAT AFTER AWHILE SOMEONE SAID SOMETHING ABOUT GOING
BACK TO THE PARTY ON INGOMAR WAY AND THAT HE DECIDED TO GO ALONG.  HE STATED
THAT WHEN THEY GOT THERE A FIGHT ENSUED AND THAT HE SAW ALEX PEREZ WITH THE
"SKS" THAT THE GANG USES ON OCCASION.  HE STATED THAT FLACO WAS ARMED WITH A
SAWED OFF SHOTGUN.  HE STATED THAT THE "SKS" WAS BEING PASSED AROUND TO THE
VARIOUS GANG MEMBERS AND THAT AT SOME POINT HE CAME INTO POSSESSION OF THE
RIFLE.  HE STATED THAT HE DID SHOOT THE WEAPON AT LEAST ONCE IN AN ATTEMPT TO
GET EVERYONE TO STOP FIGHTING.  HE STATED THAT THEY ALL THEN GOT BACK INTO
THE CAR AND LEFT.

ANTHONY MEDINA WAS ASKED IF HE WERE WILLING TO MAKE A WRITTEN STATEMENT AND
HE REPLIED THAT HE WOULD.  SERGEANT NOVAK THEN TOOK A FOUR (4) PAGE TYPE
WRITTEN STATEMENT FROM ANTHONY MEDINA. THE STATEMENT BEGAN AT 0020 HOURS AND
WAS COMPLETED AT 0125 HOURS. AFTER COMPLETING THE STATEMENT HE WAS ALLOWED TO
READ THE STATEMENT AND MAKE ANY CHANGES HE FELT NECESSARY. NO CHANGES WERE
MADE.  MEDINA THEN SIGNED THE STATEMENT IN THE PRESENCE OF OFFICERS CHISHOLM
AND GARRETSON.

THE FOLLOWING IS THE STATEMENT MADE BY ANTHONY MEDINA:

                          STATEMENT OF PERSON IN CUSTODY


             SATURDAY, JANUARY 6, 1996          TIME:  020 HRS.


STATEMENT OF ANTHONY SHAWN MEDINA TAKEN IN HARRIS COUNTY, TEXAS.

PRIOR TO MAKING THIS STATEMENT I WAS WARNED BY SERGEANT G.J. NOVAK OF THE
HOUSTON POLICE THE PERSON TO WHOM THIS STATEMENT WAS MADE, THAT:
1.)_____I HAVE THE RIGHT TO REMAIN SILENT AND NOT MAKE ANY STATEMENT AT
ALL AND ANY STATEMENT I MAKE MAY AND PROBABLY WILL BE USED
AGAINST ME AT MY TRIAL;
RESPONSE: YES.
2.)_____ANY STATEMENT I MAKE MAY BE USED AS EVIDENCE AGAINST ME IN COURT;
RESPONSE: YES.
3.)_____I HAVE THE RIGHT TO HAVE A LAWYER PRESENT TO ADVISE ME PRIOR TO
AND DURING ANY QUESTIONING;
RESPONSE: YES.
4.)_____IF I AM UNABLE TO EMPLOY A LAWYER, I HAVE THE RIGHT TO HAVE A
LAWYER APPOINTED TO ADVISE ME PRIOR TO AND DURING ANY QUESTIONING
AND;
RESPONSE: YES.
5.)_____I HAVE THE RIGHT TO TERMINATE, OR STOP, THIS INTERVIEW AT ANY
TIME.  RESPONSE: YES.
6.)_____PRIOR TO AND DURING THE MAKING OF THIS STATEMENT I KNOWINGLY,
INTELLIGENTLY AND VOLUNTARILY WAIVED, OR GAVE UP, THE RIGHTS SET
OUT ABOVE AND MADE THE FOLLOWING VOLUNTARY STATEMENT:

0147

nnnn/////////nnn/nnn/n//nnn//nnnnn/nnnn////nnn//nn/n/nnn/nnn////nn/nnn/n///n/nnn

nnnn/////////nnn/nnn/n//nnn//nnnnn/nnnn////nnn//nn/n/nnn/nnn////nn/nnn/n///n/nnn

RESPONSE: YES.

MY NAME IS ANTHONY SHAWN MEDINA.  I AM 21 YEARS OLD.  I WAS BORN IN HOUSTON,
TEXAS ON NOVEMBER 5, 1974.  I LAST WENT TO SCHOOL AT HOUSTON COMMUNITY
COLLEGE AND HAVE A TOTAL OF GED YEARS OF FORMAL EDUCATION.

MY NAME IS ANTHONY MEDINA. I AM SOMETIME CALLED TONY MEDINA FOR SHORT. I AM
A MEMBER OF A STREET GANG CALLED THE "LRZ".  MY GANG NAME IS "CREEPER". I AM
CURRENTLY TRYING TO GET JUMPED OUT. ME MYSELF AM WALKING AWAY FROM THE GANG.
THE GANG IS THE LARAZA 13 AND THE TERM "LRZ" IS AN ABBREVIATION FOR THE GANG.
I HAVE BEEN A MEMBER OF THE "LRZ" FOR THE PAST FOUR AND A HALF YEARS. I AM
AWARE THAT I AM UNDER ARREST IN A MURDER INVESTIGATION THAT I AM SUSPECTED OF
BEING INVOLVED IN.  I WOULD LIKE TO SAY THAT I AM NOT INVOLVED IN THIS
MURDER, BUT I DO KNOW A LITTLE OF WHAT HAPPENED ON NEW YEARS EVE NIGHT.  I
WAS TOLD PRIOR TO MY BEING ARRESTED THAT THE POLICE WERE LOOKING FOR ME. I
WAS TOLD THIS BY MY BROTHER-IN-LAW, GABRIEL ESCOBAR.  GABRIEL HAD TOLD ME
THAT THE POLICE HAD BEEN TO HIS HOUSE ASKING QUESTIONS ABOUT ME.  I HAVE A
BABY BY THE NAME OF MATTHEW. THE MOTHER OF THE BABY IS GARBRIEL'S SISTER,
LUISA.

ON NEWS YEAR EVE I WAS AT A PARTY AT A HOUSE OF A FRIEND OF MINES. THIS
FRIEND IS CALLED "CANDYMAN". I DO NOT KNOW "CANDYMANS" REAL NAME.   "CANDYMAN"
LIVES IN A NEIGHBORHOOD THAT IS CLOSE TO THE ALL MART  STORE OFF WEST FUQUA.
HE LIVES IN A CORNER HOUSE.  ALSO AT "CANDYMANS" HOUSE WERE SOME OTHER "LRZ"
MEMBERS. THOSE I REMEMBER ARE: THOMAS FLORES,ROBERT LUCIO, ALEX PEREZ, A
BLACK GUY THAT WE CALL "FLACO".  FLACO WAS WITH A BLACK GUY THAT I BELIEVE TO
BE HIS COUSIN. I HAD NEVER SEEN THIS GUY BEFORE THIS NIGHT. THIS GUY WAS
OLDER THAN MOST OF US. HE WAS BALD HEADED AND WORE BIG GLASSES. A GIRL NAMED
"CHINA" ANOTHER GIRL CALLED "INDIA, ANOTHER GUY THEY CALL "CHINO" WAS ALSO
THERE.  THERE WERE SEVERAL OTHER MEMBERS THERE THAT I DO NOT KNOW THEIR NAMES
BECAUSE THEY ARE FAIRLY NEW INTO THE GANG.  "CHINO" AND THE TWO GIRLS LEFT TO
GO AND GET SOME FOOD. THEY WERE GONE FOR A LONG TIME. WE SET AROUND
"CANDYMANS" DRINKING BEER. I WAS PRETTY INTOXICATED WHEN I GOT TO CANDYS. I
HAD ALREADY DRANK AN 18 PACK OF BUDWEISER.  "CHINO" AND THE GIRLS CAME BACK.
SOMEONE STARTED TALKING ABOUT SOME HTC MEMBERS BEING AT A HOUSE ON INGOMAR
WAY.  WE ALL GOT INTO CARS AND DROVE OVER TO THE HOUSE. WHEN WE GOT THERE I
RECOGNIZED THE HOUSE AS BEING "CHI CHONA'S. THIS MEANS BIG TITS IN SPANISH.
HER REAL NAME IS MICHELLE.  WE WENT OVER TO THE HOUSE IN ROBERT LUCIO'S CAR
AND ALSO IN CHINO'S CAR. FLACO DROVE OVER WITH THE BALD HEADED GUY. THE BALD
HEADED GUY WAS DRIVING THE CAR.  I HAD NEVER SEEN THE CAR THAT FLACO WAS IN.
THE CAR WAS A BLUE DODGE REGENCY OR DYNASTY. I HAD ASKED THEM IF THE CAR WAS
A "HOT SHOT". THIS MEANS I WAS ASKING IF THE CAR WAS STOLEN. "FLACO" KEPT
TELLING ME THAT THE CAR WAS NOT STOLEN.

WHEN WE GOT TO MICHELLES HOUSE EVERYBODY GOT OUT OF THE CARS. EVERYBODY
FOLLOWED ROBERT LUCIO TO THE FRONT DOOR. I KINDA OF STOOD OFF TO THE SIDE AT
FIRST.  THEN I WENT UP TO THE FRONT DOOR TO SEE WHO WAS IN THERE. I REMEMBER
TWO GUYS WALKING OUT OF THE HOUSE. I HAD SEEN THESE GUYS BEFORE, BUT I DO NOT
KNOW THEIR NAMES NOR DO I KNOW THEM PERSONALLY. ROBERT THEN TOLD EVERYBODY TO
FOLLOW HIM TO THE STREET.  ROBERT THEN STARTED ACCUSING THE TWO GUYS OF BEING
IN THE HTC GANG.  THE GUY TOLD ROBERT THAT HE WAS NOT IN THE GANG BUT HIS
YOUNGER BROTHER WAS INVOLVED IN THE TRASH, NOT ME.   ROBERT AND THE ONE DUDE
ARGUED FOR ABOUT FIVE MINUTES. THIS ONE GUY KEPT CALLING US A BUNCH OF TRASH.
THIS WAS MAKING US ALL MAD.   THERE WAS ONE GUY WHO WAS REAL DRUNK. HE KEPT
COMING IN AND OUT OF THE HOUSE.  THIS GUY CAME OUT OF THE HOUSE AND BEGAN
REACHING UNDER HIS SHIRT.  THIS IS WHEN "WICKED" PULLED HIS 12 GAUGE FROM

0148

Incident no. 000119296 O          OFFENSE REPORT                        PAGE 1.019

BEHIND HIS LEG AND POINTED AT THE DUDE.  "WICKED"IS A BLACK MALE. I THINK
THAT "WICKED" CAME OVER TO CANDY'S WITH CHINO AND THE GIRLS WHEN THEY CAME
BACK FROM GETTING THE FOOD.  I HAD NOT SEEN HIM AT CANDY'S BEFORE THEN AND
THE FIRST TIME I SAW HIM WAS ON INGOMAR WAY.  "WICKED" WAS WAVING THE GUN IN
THE AIR AND EVERYONE WAS TELLING HIM TO CALM HIMSELF DOWN.  THE GUY TURNED
AND WENT BACK INTO THE HOUSE.  HE DID NOT STAY IN THE HOUSE LONG AND WHEN HE
CAME OUT HE STARTED WALKING DOWN THE SIDEWALK. THERE WAS A TRUCK THAT WAS
BLOCKING MY VIEW. I COULD NOT SEE THE GUY THAT WELL BUT WHEN HE CLEARED THE
TRUCK HE HAD HIS HANDS ALL THE WAY DOWN INTO HIS SHIRT AS IF REACHING FOR A
GUN.  I HAD ROBERT LUCIO'S 9 MILLIMETER PISTOL WITH ME. I PULLED THE 9 OUT
AND HELD IT DOWN AT MY LEG. I TOLD THIS GUY TO WATCH OUT AND NOT TO PULL A
GUN.  THE GUY RAISED HIS HANDS AND TOLD ME THAT HE DID NOT HAVE ANYTHING.
THE
CONFRONTATION ENDED THEN AND WE ALL LEFT AND WENT BACK TO CANDY'S HOUSE.

AFTER LEAVING THE HOUSE ON INGOMAR WAY ROBERT GOT INTO HIS CAR AND LEFT.  I
HANDED THE GUN OVER TO "WICKED" AND "WICKED" IN TURN HANDED THE GUN OVER TO
ROBERT LUCIO.  ROBERT LUCIO WENT TO HIS HOUSE. CHINO THEN TOOK "WICKED" TO
HIS HOUSE OVER OFF THE 290 AREA. I THINK THE TWO GIRLS LEFT THEN TOO.

WE ALL WENT BACK OVER TO "CANDYS".  WE STAYED OVER AT CANDYMANS FOR A LONG
TIME. AFTER LEAVING MICHELLES HOUSE "FLACO" AND  HIS COUSIN LEFT IN THE BLUE
CAR.  WHEN THEY GOT BACK HE HAD ANOTHER BLACK DUDE WITH HIM WHO I DID NOT
KNOW AND A MEXICAN GUY THAT I DID NOT KNOW.  "FLACO" STARTED TALKING ABOUT
GOING AND DOING SOME DIRT.  BY THIS HE WAS MEANING TO GO AND DO A DRIVE-BY OR
SOME "CRIMING". HE TOLD ME THAT HE KNEW WHERE SOME PEOPLE WERE. BY THIS I
TOOK HIM TO MEAN SOME OTHER GANG MEMBERS.   "FLACO" ASKED ME IF I WANTED TO
GO AND I TOLD HIM "NO".

"FLACO", HIS COUSIN AND THE OTHER BLACK MALE AND THE MEXICAN THEN LEFT.  THEY
WERE GONE FOR A SHORT TIME AND THEY THEN CAME BACK. WHEN THEY GOT BACK THE
MEXICAN AND THE OTHER BLACK DUDE WAS NOT IN THE CAR. IT WAS ONLY "FLACO" AND
HIS COUSIN.   WE ALL WENT BACK OVER TO MICHELLES HOUSE.  WE RODE OVER IN
"FLACOS" CAR. THERE WAS ME IN THE CAR, ALEX PEREZ, CHINA, INDIA' FLACO AND
FLACO'S COUSIN WAS DRIVING.   WHEN WE GOT TO MICHELLES WE GOT OUT OF THE CAR
MICHELLES LITTLE BROTHER AND HER OLDER BROTHER MET US OUT IN THE YARD.  THEY
WERE TELLING US TO CHILL OUT AND NOT TO START TROUBLE.  THEY TOLD US THAT
THERE WAS NO HTC MEMBERS THERE AND THAT THE GUY WE WERE ACCUSING WAS NOT IN
THE HTC BUT THAT THE LITTLE BROTHER WAS.  THE SAME GUYS CAME OUT OF THE
HOUSE.  THERE WAS ONE DUDE WHO HAD TAKEN OFF HIS SHIRT AND WAS REAL DRUNK
STARTED TALKING SOME TRASH IN SPANISH.  HE WAS WEARING A WHITE T-SHIRT.  THIS
GUY KEPT TELLING US THAT HE WANTED TO FIGHT.  THIS GUY WAS CALLING FOR
MICHELLES OLDER BROTHER.  SOMEONE HOLLERED OUT THAT HE WAS BUSY. THIS GUY
THEN  THREW A BEER BOTTLE ON THE GROUND AND HE STARTED WALKING TOWARDS US.
THE FIRST PERSON HE CAME UP TO WAS ALEX. HE AND ALEX BEGAN CUSSING AND
HOLLERING AT ONE ANOTHER.  CHINA THEN WENT AND STOOD BEHIND ALEX. THE GUY
SWUNG AT ALEX AND HE HIT HIM AND CHINA BOTH.  I WAS STANDING BACK IN THE
STREET NEAR THE CAR.  AFTER THE FIRST PUNCH WAS THROWN EVERYBODY STARTED
FIGHTING.  THE AK THAT FLACO HAD WAS OUT LEANING AGAINST THE CAR. I GRABBED
THE AK AND I STARTED HOLLERING AT THEM. I WENT UP TO WHERE EVERYBODY WAS
FIGHTING. I TRIED BREAKING UP THE FIGHT AND WAS TELLING PEOPLE TO LETS GO AND
GET OUT OF HERE. ABOUT THIS TIME SAM CAME UP AND GOT INTO MY FACE. SAM KEPT
ASKING ME WHY THINGS HAD TO BE LIKE THIS.  I TOLD HIM THAT IT WA HIS FRIENDS
THAT STARTED IT.  SAM STAYED IN MY FACE AND I PUSHED HIM AWAY. SAM THEN HIT
ME IN THE FACE NEAR THE TOP OF MY FOREHEAD.  AFTER THAT SOMEBODY GRABBED THE
"AK" FROM ME. I COULD NOT TELL WHO IT WAS.  SAM AND I STARTED FIGHTING.

0149

SOMEONE HAD SLAMMED HIM TO THE GROUND.  SAM AND I THEN STARTED FIGHTING
AGAIN. I HAD SAM DOWN ON THE GROUND AND THEN SOMEONE GRABBED ME IN A BEAR
HUG. THEY THROUGH ME OFF.  I THEN WENT BACK IN THE DIRECTION OF THE BLUE CAR.
I SAW THAT THE "AK" WAS LEANING AGAINST THE CAR. I WENT UP AND GRABBED THE
"AK". I THEN SAW MICHELLES FATHER, "COWBOY" COMING OUT OF THE HOUSE.
"COWBOY" HAD A TAC 9 WITH A BIG CLIP ON IT AND HE WAS WAVING THE GUN IN THE
AIR AND WAS TELLING US TO LEAVE. WE WERE ALL RUNNING FOR THE CAR TO LEAVE.
THE DRUNK GUY IN THE T-SHIRT STARTED COMING AT US AS WE WERE GETTING INTO THE
CAR. THE GUY BEGAN FIGHTING AGAIN.   I THEN POPPED ONE ROUND OFF WITH THE
"AK". I WAS POINTING THE GUN AT THE GROUND WHEN I FIRED.

WE THEN LEFT IN FLACO'S CAR.  FLACO THEN TOOK ME, ALEX AND THE TWO GIRLS TO
THE DEAD END NEAR ALEX'S HOUSE. THEY LET US OUT OF THE CAR AND LEFT. WHEN
THEY LEFT OUT OF THERE THEY TOOK OFF REAL QUICK.  THE "AK" WAS STILL IN THE
CAR.  THAT WAS THE LAST TIME I SAW FLACO AND HIS COUSIN THAT NIGHT.   ALEX
GOT INTO HIS MOTHER CAR AND THAT IS WHEN ME, THE TWO GIRLS AND THOMAS FLOREZ
LEFT.  ALEX TOOK ME TO MY HOUSE ON HEATHERCREST. THEY LET ME OUT AND I WENT
INSIDE.  THOMAS FLOREZ SPENT THE NIGHT WITH ME. THE TWO GIRLS SPENT THE NIGHT
WITH ALEX AT CHINA'S AUNTS APARTMENT OFF STELLA LINK.

THE NEXT MORNING I FOUND OUT ABOUT THE DRIVE-BY AT VERONICA'S HOUSE THAT
MORNING WHILE WATCHING TELEVISION.

THAT DAY I SAW FLACO AT THE STORE ON POST OAK. I ASKED HIM WHAT HAPPENED OVER
THERE AND HE TOLD ME THAT HE DID NOT WANT TO TALK ABOUT IT. I ASKED HIM ABOUT
THE GUN AND HE TOLD ME THAT HE HAD IT PUT UP.  I ASKED HIM WHERE IT WAS AT
AND HE TOLD ME THAT HE HAD IT TAKEN CARE OF.  I TOLD HIM THAT I WOULD HELP
HIM GET RID OF THE GUN AND HE TOLD ME THAT HE GOT IT TAKEN CARE OF.  I ASKED
HIM ABOUT THAT NIGHT AND THE ONLY THING HE WOULD TELL ME IS THAT HE MESSED
UP.  HE TOLD ME THIS OVER AND OVER.  FLACO DID NOT ACTUALLY TELL ME THAT HE
DID THE DRIVE-BY ON CAMPDEN HILL, BUT THAT IS WHAT THE TALK IS.

FOR DETAILS SEE WRITTEN STATEMENT OF ANTHONY MEDINA ATTACHED TO THIS REPORT.

IT SHOULD BE NOTED ALSO THAT MEDINA WAS INTERVIEWED BY OFFICER GARRETSON
ABOUT HIS KNOWLEDGE OF THE DRIVE-BY SHOOTING 5600 NEWQUAY ON 12-17-95. MEDINA
DENIED HAVING KNOWLEDGE OF THE SHOOTING OR OF THE VEHICLE DRIVEN BY THE "LRZ'
AT THE TIME OF THE SHOOTING. HE DID ADMIT THAT HE HEARD THE SHOTS WHILE HE
WAS TALKING TO HIS WIFE, LUISA ESCOBAR.

THE SECOND ARRESTED SUSPECT, ALEX PEREZ WAS BROUGHT TO THE HOMICIDE OFFICE IN
THE CUSTODY OF OFFICERS R.C. ABOUSSLEYMAN PR# 98814 AND OFFICER M.J.RYPIEN
PR# 95461 UNIT 90E15.  PEREZ WAS ARRESTED IN THE 16200 BLOCK OF SOUTH POST
OAK,DRIVING A 1989 FORD TEMPO, RED, 95 TEX ████████. ALSO ARRESTED IN THE CAR
WAS THOMAS ANTHONY FLOREZ, H/M 19, DOB 8-2-76, 5367 WICKVIEW.

BOTH FLOREZ AND PEREZ WERE READ THEIR LEGAL WARNINGS FROM THE BLUE CARD
FURNISHED BY THE DISTRICT ATTORNEY'S OFFICE BY OFFICER H.F. CHISHOLM. BOTH
STATED THAT THEY UNDERSTOOD THEIR RIGHTS AS READ TO THEM.  THE TIME WAS 2230
HOURS.AFTER THE WARNINGS PEREZ WAS PLACED IN THE INTERVIEW ROOM LOCATED IN
THE HALLWAY ADJACENT TO THE HOMICIDE FILE ROOM.  FLOREZ WAS PLACED IN AN
INTERVIEW ROOM LOCATED IN THE REAR OF LT. ZOCH'S SQUAD WORK AREA.

PEREZ WAS ASKED ABOUT THE SHOOTING ON CAMPDEN HILL AND HE REPLIED THAT HE DID
NOT KNOW WHERE CAMPDEN HILL WAS LOCATED.  HE WAS ASKED IF HE HAD BEEN TO A
PARTY AT CADYMAN'S HOUSE AND HE REPLIED THAT HE HAD GONE TO A PARTY THERE AND
THAT HE GOT REALLY INTOXICATED.  HE WAS ASKED IF HE REMEMBERED A FIGHT ON
INGOMAR WAY AND HE REPLIED THAT HE DID NOT REMEMBER LEAVING CANDYMAN'S HOUSE.
WHEN ASKED WHO ELSE WAS AT CANDYMAN'S HOUSE HE REPLIED THAT HE COULD NOT
REMEMBER. THE INTERVIEW WITH PEREZ WAS THEN TERMINATED.


OFFICER CHISHOLM THEN INTERVIEWED THOMAS FLOREZ. FLOREZ ADMITTED TO BEING AT
CANDYMAN'S PARTY HAVING GOTTEN THERE AT 9:30PM.  HE STATED THAT HIS
GIRLFRIEND THEN GOT TO THE PARTY AND 10:30 PM AND THAT HE THEN LEFT WITH HER.
HE DENIED BEING PRESENT AT INGOMAR WAY DURING THE ALTERCATION.  HE DENIED
HAVING ANY KNOWLEDGE OF THE DRIVE-BY SHOOTING ON CAMDEN HILL. HE IDENTIFIED
THE FOLLOWING PEOPLE AT CANDYMAN'S HOUSE:  INDIA, CHINA, CHAPATA,
TINA, FLACO, FLACO'S COUSIN, (WHO WAS IDENTIFIED TO HIM AS CHARLIE OR
CHARLES), SMURF, TINY, ALEX PEREZ, ANTHONY MEDINA AND CHINO. HE STATED THAT
FLACO WAS DRIVING A BLUE 4DR, BUICK PARK AVENUE, WITH DAMAGE TO THE RIGHT
REAR WINDOW, HE STATED THAT SILVER DUCT TAPE WAS OVER THIS WINDOW. HE STATED
THAT HE HEARD ABOUT CAMPDEN HILL ABOUT THREE DAYS AFTER THE SHOOTING.  HE
CLAIMED THAT HE WAS AN X-MEMBER OF THE "LRZ" AFTER THE ORAL INTERVIEW HE WAS
ASKED IF HE WERE WILLING TO MAKE A WRITTEN STATEMENT AND HE REPLIED THAT HE
WOULD. THE FOLLOWING IN THE WRITTEN STATEMENT MADE:


                    HOUSTON POLICE DEPARTMENT

                       HOMICIDE DIVISION

               W I T N E S S   S T A T E M E N T

          COUNTY OF HARRIS              STATE OF TEXAS

    DATE:  SATURDAY, JANUARY 6, 1996        TIME:  114 HRS.

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED THOMAS
ANTHONY FLORES, BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO AFTER BEING SWORN
UPON HIS/HER OATH, DID DEPOSE AND SAY:

MY NAME IS THOMAS ANTHONY FLORES.  I AM A HISPANIC MALE AND I AM 19 YEARS
OLD, HAVING BEEN BORN 8-2-76.  MY HOME ADDRESS IS 5367 WICKVIEW AND MY HOME
TELEPHONE NUMBER IS 433-3267.  I CAN ALSO BE REACHED BY CALLING 508-2180.  MY
NONE DRIVERS LICENSE NUMBER IS NONE AND MY SOCIAL SECURITY NUMBER IS ███████
█████  I HAVE ATTAINED 10 YEARS OF FORMAL EDUCATION.  I AM EMPLOYED BY OS
INTERIORS.  MY WORK ADDRESS IS 3806 ACE AND MY WORK TELEPHONE NUMBER IS 780-
9050.


I AM CURRENTLY IN THE HOMICIDE OFFICE TO TELL OFFICER CHISHOLM WHAT I SAW
HAPPEN AT A PARTY AT CANDYMAN'S HOUSE ON HIGHPOINT AND WHO I SAW AT THE
PARTY.  THIS WAS A HISPANIC MALE WHO I ONLY KNOW AS "CANDYMAN" PARTY.  I HAD
LEFT MY FRIEND JOSE'S HOUSE WHO LIVES ON MESA ROAD AND GREENRIVER.  MY
GIRLFRIEND HAD PICKED ME UP AT 7:15 PM ON NEW YEAR'S EVE.  SHE DROVE ME TO
CANDYMAN'S HOUSE AND DROPPED ME OFF.  MY GIRLFRIEND WHO IS VERONICA FLORES
DROPPED ME OFF AT 9:30 PM AND WENT TO A FRIEND OF HERS PARTY.  THIS PARTY WAS
BEHIND THE FOOD-A-RAMA OFF OF FUQUA.  I STAYED AT THE PARTY FOR ABOUT 45

//////////////////////////////////////////////////////////////////////////////
Incident no. 000119296 O        OFFENSE REPORT                    PAGE 1.022
//////////////////////////////////////////////////////////////////////////////

MINUTES TO AN HOUR AND VERONICA PICKED ME UP AND WE WENT TO THE OTHER PARTY.
WHILE I WAS AT THE PARTY I SAW THE FOLLOWING "LRZ" GANG MEMBERS AT THE PARTY.
THEY WERE;

1. INDIA A GIRL I THINK FROM SAUDIA ARABIA
2. CHAPATA, A HISPANIC GIRL
3. FLACO, A BLACK MALE
4. SMURF, A WHITE MALE
5. TINY, A HISPANIC MALE ABOUT 12 YEARS OLD
6. FLACO'S COUSIN, A BLACK MALE
7. CHINO, A FILIPINO MALE
8. CANDYMAN, A HISPANIC MALE WHO LIVES THERE

I SAW THE FOLLOWING CARS AT THE HOUSE WHEN I GOT THERE AND THESE CARS WERE
STILL THERE WHEN I LEFT.  THEY ARE;

1. CANDYMAN'S CAR, A MAROON BUICK REGAL, 2 DOOR.  CANDYMAN'S CAR IS NOT
RUNNING.

2. FLACO'S COUSIN'S CAR, A DARK BLUE BUICK PARK AVENUE, 4 DOOR  WITH THE
SMALL REAR PASSENGER WINDOW TAPED WITH SILVER DUCT TAPE.

3. CHINO'S CAR, A GRAY ACURA.

WHILE I WAS AT THE PARTY I MET FLACO'S COUSIN.  I THINK HIS NAME IS "CHARLIE"
OR " CHARLES BECAUSE EVERYBODY WAS CALLING HIM THAT.  HE IS A DARK COLORED
BLACK MALE WITH KIND OF PURPLE SKIN.  HE WAS WEARING REAL THICK BI-FOCALS.
HE HAD SHORT HAIR AND WAS WEARING A BLACK STARTER JACKET WITH THE NAME "
KINGS" ON THE BACK.

FLACO WAS WEARING A GREEN SHIRT WITH A BLUE WINDBREAKER OVER THE SHIRT AND
WHITE PANTS.

WHILE I WAS AT THE PARTY I DID NOT SEE ANYONE FIGHTING.  VERONICA PICKED ME
UP ABOUT 10:30 TO 10:45 PM THAT NIGHT.

ABOUT 3 DAYS LATER I TALKED TO INDIA AND SHE TOLD ME THAT FLACO HAD BEEN IN
A FIGHT AT A PARTY AT CHICONA'S HOUSE ON INGOMAR WAY WITH A GUY NAMED SAM AND
COWBOY, CHICONA'S DAD HAD CAME OUT AND RUN EVERYBODY OFF.

I AM A FORMER "LRZ" GANG MEMBER AND I GOT CLICKED OUT AFTER ALEX PEREZ WENT
TO JAIL ABOUT A YEAR AGO.

FOR DETAILS SEE WRITTEN STATEMENT OF THOMAS FLOREZ ATTACHED TO THIS REPORT.

AFTER HIS STATEMENT FLOREZ WAS TAKEN BACK TO HIS RESIDENCE BY PATROL
OFFICERS.

SERGEANT NOVAK AFTER COMPLETING THE WRITTEN STATEMENT WITH ANTHONY MEDINA
ADVISED HIM THAT ALEX PEREZ DENIED HAVING ANY KNOWLEDGE OF EITHER CAMPDEN
HILL OR OF BEING PRESENT ON INGOMAR WAY DURING EITHER OF THE ALTERCATIONS
THERE.  MEDINA STATED TO SERGEANT AND OFFICER CHISHOLM THAT PEREZ WAS ONLY
BEING LOYAL TO THE GANG.  HE THEN ASKED SERGEANT IF HE WOULD BE ALLOWED TO
SPEAK WITH PEREZ.  PEREZ WAS THEN BROUGHT TO THE WORK AREA OF SERGEANT NOVAK.

0152

nnnnr/////r/nnn/nnn/nr/nnr//nnnnnnr/nnnr///nnnr/nnn/nr/nnnr/nnnr//nnr/nnr/r/nr/nnnn
Incident no. 000119296 O      OFFENSE REPORT                PAGE 1.023
nnnr/////r/nnn/nnn/nr/nnr//nnnnnnr/nnnr///nnnr/nnn/nr/nnnr/nnnr//nnr/nnr/r/nr/nnnn
MEDINA ASKED PEREZ TO TELL THE TRUTH ABOUT EVERYTHING BECAUSE THEY (POLICE)
KNOW EVERYTHING.

PEREZ WAS AGAIN TAKEN TO THE INTERVIEW ROOM, WHERE, HE WAS ASKED IF HE NOW
REMEMBERED ANYTHING.  HE THEN STATED TO SERGEANT NOVAK THAT THE ONLY THING HE
REMEMBERS IS GOING TO INGOMAR WAY WITH SOMEBODY AND REMEMBERS GETTING INTO A
FIST FIGHT WITH A BUNCH OF GUYS. HE STATED THAT HE DID NOT SEE ANYONE WITH
GUNS NOR DID HE HAVE A GUN.  HE AGAIN STATED THAT HE WAS HIGHLY INTOXICATED
AND DID NOT REMEMBER MUCH ABOUT THAT NIGHT.  HE TOO WAS INTERVIEWED BY
OFFICER GARRETSON CONCERNING HIS KNOWLEDGE OF THE SHOOTING ON NEWQUAY. PEREZ
TOLD OFFICER GARRETSON THAT HE DID NOT KNOW ANYTHING ABOUT ANY SHOOTINGS AND
THAT HE JUST LIKES TO USE HIS FISTS.

HOLD CARDS WERE THEN COMPLETED ON BOTH PEREZ AND MEDINA AND BOTH WERE PLACED
IN THE SOUTHEAST COMMAND STATION JAIL.

INVESTIGATION TO CONTINUE...................


        SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
        ****************************************************************
        *  ENTRY DEVICE: AST 386SX 105010 X07                        *
        *  ENTRY FROM DATE-012296 TIME-0834  TO  DATE-012296 TIME-0836 *
        *  TRANSFER DEVICE: AST 386SX 105010 X07          VER. 2.08-1 *
        *  TRANSFER DATE-012296 TIME-0837   LOAD DATE-012296 TIME-0840 *
        *  LOCATION OF OFFENSE: POLICE DISTRICT-CONFIDENTIAL    DIST-CO *
        ****************************************************************




Supplement entered by =  39034
Report reviewed by-EG                    Employee number-025810
Date cleared- 01/22/96




                                                        0153

```
nnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnn
Incident no. 000119296 O        OFFENSE REPORT                  PAGE 1.024
nnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnn
```

No-0014

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                    Street location information
Number-     15431 Name-CAMPDEN HILL          Type-       Suffix-
Apt no-      Name-GLENRIDGE           Type-LN      Suffix-
Date of offense-01/01/96          Date of supplement-01/05/96
Compl(s) Last-RODRIQUEZ      First-DAVID    Middle-
              Recovered stolen vehicles information
  Recovery location-                           District-   Beat-   00
  Stored-                    by-
Officer1-R.C. ABOUSSLEMAN        Emp#-098814 Shift-3 Div/Station-SWGANG IV
Officer2-M.J. RYPIEN             Emp#-095461 Shift-3
Caller'S name-SELF-INITIATED INVESTIGA Phone# (713) 000-0000 Ext-0000

                    SUPPLEMENT NARRATIVE

INTRODUCTION:
************

OFFICERS ABOUSSLEMAN AND RYPIEN RIDING UNIT 90E15 ON 5 JAN 96 CONDUCTED A
TRAFFIC STOP AT 2130 HRS AT THE LOCATION OF COURT RD AND S. POST OAK ON VEHICLE
LICENSE# TX ████████ WHICH WAS OCCUPIED 2 TIMES.

OFFICERS ACTIONS:
****************

OFFICERS CONDUCTED A TRAFFIC STOP ON THE LISTED VEHICLE BECAUSE IT WAS A VEHICLE
THAT WAS KNOWN TO US TO CONTAIN POSSIBLE LARAZA 13 GANG MEMBERS AND FURTHERMORE
POSSIBLE SUSPECTS FROM THIS CASE.

VEHICLE INFORMATION:  TX LC# ████████ 89 FORD TEMPO 4DOOR RED IN COLOR
-------------------   VIN# ████████
                      REGISTERED TO A GILBERT AND CARMEN PEREZ 5054 CASTLECREEK
                      HOUSTON TX

OFFICERS FOUND THE OCCUPANTS TO BE:

DRIVER  PEREZ, ALEX JOSEPH DOB: 7-5-77 DL# ████████  SSN# ████████
******  ADRS: 5054 CASTLECREEK HOUSTON, TX 77053
        H/M 6'00 160 LBS EYES: BROWN

PASSENGER  FLORES, THOMAS ANTHONY DOB: 8-2-76 DL# ████████ SSN# ████████
*********  ADRS: 5367 WICKVIEW HOUSTON TX
           H/M 5'5 200 LBS

BOTH SUSPECTS WERE TAKEN INTO CUSTODY AND HOLDS PLACED FOR HOMICIDE DIVISION
PER OFFICER CHISM AND SGT NOVAK.   FLORES, THOMAS ANTHONY ALSO HAD 2
OUTSTANDING CITY WARRANTS.

EVIDENCE:
********

                                                          0151

nnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnn
ncident no. 000119296 O          OFFENSE REPORT                    PAGE 1.025
nnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnn

BOVE LISTED VEHICLE (89 FORD TEMPO) WAS IN CONSTANT POLICE CUSTODY UNTIL A
ITY WRECKER ARRIVED AT WHICH TIME THE VEHICLE WAS TOWED TO THE HPD PRINT STALL
SCORTED BY UNIT 16E32N.


```
       SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
       ********************************************************************
       *  ENTRY DEVICE: ZENITH 286 109713                                *
       *  ENTRY FROM DATE-010596 TIME-2259  TO  DATE-010596 TIME-2316    *
       *  TRANSFER DEVICE: AST 386SX 105010 X07            VER. 2.08-2   *
       *  TRANSFER DATE-010596 TIME-2305   LOAD DATE-010596 TIME-2307    *
       *  LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT 16      DIST-16   *
       ********************************************************************
```


Supplement entered by =  98814
Report reviewed by-EG                    Employee number-025810
Date cleared- 01/22/96

--------------------------------------------------------------------------------
No-0015

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                        Street location information
Number-    15431 Name-CAMPDEN HILL              Type-          Suffix-
Apt no-      Name-GLENRIDGE                  Type-LN      Suffix-
Date of offense-01/01/96               Date of supplement-01/06/96
Compl(s) Last-RODRIQUEZ      First-DAVID    Middle-
                        Recovered stolen vehicles information
Rec/Unf-C Date recovered-01/05/96 Compl notified-N
Yr-89 Make-FORD          Model-TEMPO        Color: Top-RED
License: Yr-96 St-TX No-▇▇▇▇▇   VIN: ▇▇▇▇▇▇▇▇▇
Recovery location-05455COURT             RD          District-16 Beat-16E40
Stored-PRINT STALL           by-CITY WRECKER      Ph#- (
Officer1-T.L.BATES        Emp#-104085 Shift-3 Div/Station-SOUTHWEST 4
Caller's name-              Phone# (713) 000-0000 Ext-0000

                        SUPPLEMENT NARRATIVE

INTRODUCTION:
  ON 01/05/96 DURING ROLL, OFFICER BATES WAS ASSIGNED A SPECIAL ASSIGNMENT BY
DESK SGT, 80E01N, SGT PAVLICK. OFFICER BATES WAS INSTRUCTED TO GO TO 5454 COURT
RD TO RELIEVE UNIT #90E21, OFFICER LOVELACE, PR#097015 AND OFFICER TEBBANO,
PR#093582, WHO WERE WAITING ON A CITY WRECKER TO TOW A RED FORD TEMPO GL,
TLP:032XNF THAT HAD BEEN INVOLVED IN A GANG SHOOTING/DRIVEBY ON 01/01/96 AT
15431 CAMPDEN HILL.

0155

```
IIIIII/////////IIII/III/II/IIII//IIIIIII/IIIII////IIII/IIII/II/IIII/IIII//IIII/III/II////IIIII
```
Incident no. 000119296 O        OFFENSE REPORT            PAGE 1.026
```
IIIIII/////////IIII/III/II/IIII//IIIIIII/IIIII////IIII/IIII/II/IIII/IIII//IIII/III/II////IIIII
```
    OFFICER BATES ARRIVED AT 2246 HRS AND WAS BRIEFED BY OFFICER LOVELACE.
OFFICER BATES STOOD BY UNTIL THE ARRIVAL OF THE CITY WRECKER. THE CITY WRECKER
THEN REMOVED THE VEHICLE TO THE CITY PRINT STALL AND OFFICER BATES FOLLOWED.
UPON ARRIVAL AT THE PRINT STALL, OFFICER BATES COMPLETED A VEHICLE PROCESSING
FORM UNDER THIS INCIDENT NUMBER AND OBTAINED THE KEY TO THE PRINT STALL. THE
VEHICLE WAS PLACED IN THE PRINT STALL AND OFFICER BATES TAGGED THE VEHICLE KEY
AND PLACED SAME ON TOP OF THE COMPLETED VEHICLE PROCESSING REQUEST FORM, WHICH
ADVISED TO NOTIFY SGT NOVAK OF HOMICIDE. ONCE THE PAPER WORK WAS COMPLETE, THE
VEHICLE WAS SECURED IN THE PRINT STALL AND OFFICER BATES RETURNED THE PRINT
STALL KEY BACK AND LOGGED SAME IN. OFFICER BATES THEN RETURNED TO STA #4 AND
COMPLETED THIS SUPPLEMENT.


       SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
       ****************************************************************
       *  ENTRY DEVICE: ZENITH 286 109430                            *
       *  ENTRY FROM DATE-010696 TIME-0328  TO  DATE-010696 TIME-0350 *
       *  TRANSFER DEVICE: SW. PATROL AST386/20 106094 X34    VER. 2.09-1*
       *  TRANSFER DATE-010696 TIME-0355   LOAD DATE-010696 TIME-0624 *
       *  LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT 16      DIST-16 *
       ****************************************************************
```

Supplement entered by = 104085
Report reviewed by-EG
Date cleared- 01/22/96            Employee number-025810

---

```
uuuur/////////uuuu/uuu/uu//uu///////uuuuuu/uuuu////uuu///uu/u//uuu/uuu////uu//uu/u/////u/uuuu
```
ORIGINAL INFORMATION REPORT NON-PUBLIC
```
uuuu////////uuuu/uuu/uu//uu///////uuuuuu/uuuu//uuuu/u//uuu/uuu///uuu//uu/u//uuu/uuu///uu//uu/u/////u/uuuu
```

HOUSTON POLICE DEPARTMENT          PAGE 1.001
                OFFENSE REPORT       Incident no. 000119296 O
```
uuuur/////////uuuu/uuu/uu//uu///////uuuuuu/uuuu////uuu///uu/u//uuu/uuu////uu//uu/u/////u/uuuu
```

SUPPLEMENT(S)

No-0016

Offense- CAPITAL MURDER  (MULTIPLE HOMICIDES)
                Street location information
Number-    15431 Name-CAMPDEN HILL          Type-        Suffix-
Apt no-     Name-GLENRIDGE                 Type-LN    Suffix-
Date of offense-01/01/96          Date of supplement-01/21/96
Compl(s) Last-RODRIQUEZ      First-DAVID     Middle-
              Recovered stolen vehicles information
Recovery location-                        District-   Beat-   00
Stored-                        by-
Officer1-JA BURRELL          Emp#-085811 Shift-3 Div/Station-HOM/CSU

                SUPPLEMENT NARRATIVE

                DRYING ROOM
                --------------------

     OFFICER JA BURRELL 85811, CSU 18, ON 1-6-96 AT ABOUT 0400 BOXED UP AND
TRANSFERRED FROM THE DRYING ROOM TO THE PROPERTY ROOM THE FOLLOWING;


PR BLACK JEANS.........................
BLACK AND WHITE FLANNEL SHIRT.........................
ONE BLACK S/S SHIRT.................
ONE WHITE BRA....................
ONE WHITE UNDERWEAR..............
PR WHITE SOCKS...............
PR BLACK TENNIS SHOES............


END........


     SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
     ***********************************************************
     *   ENTRY DEVICE: ZENITH 286 104092                     *
     *   ENTRY FROM DATE-012196 TIME-0019  TO  DATE-012196 TIME-0026   *
     *   TRANSFER DEVICE: COMPAQ 386-16 100435 VIA       VER. 2.08-2   *
     *   TRANSFER DATE-012196 TIME-0052    LOAD DATE-012196 TIME-0056  *
     *   LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT 01      DIST-01  *
     ***********************************************************
```

&&&&

```
'/''/'/''/'/''/'/''/''/''/''/''/''/''/''/''/''/''/''/''/''/'
Incident no. 000119296 O        OFFENSE REPORT            PAGE 1.002
'/''/'/''/'/''/'/''/''/''/''/''/''/''/''/''/''/''/''/''/''/'
```

Supplement entered by = 85811
Report reviewed by-EG                    Employee number-025810
Date cleared- 01/22/96

No-0017

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                        Street location information
Number-    15431 Name-CAMPDEN HILL         Type-           Suffix-
Apt no-      Name-GLENRIDGE                 Type-LN      Suffix-
Date of offense-01/01/96              Date of supplement-01/06/96
Compl(s) Last-RODRIQUEZ        First-DAVID    Middle-
         Last-
                   Recovered stolen vehicles information
Stored-                   by-                   Ph#- (000) 000-0000
Officer1-M.B. WRIGHT       Emp#-077856 Shift-1 Div/Station-HOM/CSU

                        SUPPLEMENT NARRATIVE

INTRODUCTION:

   WHILE ASSIGNED TO THE DOWNTOWN VEHICLE EXAMINATION BUILDING ON 01-06-96,
OFFICER M.B. WRIGHT #77856, PROCESSED AN EVIDENCE VEHICLE IN THIS CASE WHICH WAS
OBSERVED TO BE PARKED INSIDE PROCESSING BAY #1.

SCENE SUMMARY:

   THE VEHICLE EXAMINATION BUILDING IS A TWO VEHICLE CAPACITY ENCLOSED VEHICLE
EXAMINATION FACILITY LOCATED AT 1100 MORIN.  THE BUILDING IS A SECURED FACILITY
WITH RESTRICTED ACCESS.  THE BUILDING IS OPERATED BY OFFICERS ASSIGNED TO THE
HOMICIDE DIVISION'S CRIME SCENE UNIT SECTION.

VEHICLE INFORMATION:

   THE VEHICLE WAS OBSERVED TO BE A 1985 BROWN CADILLAC SEDAN DE VILLE 2 DOOR
TX. LIC. #███████   V.I.N. #██████████████.

VEHICLE CONDITION:

   THE STEERING COLUMN, IGNITION SWITCH AND IN-DASH STEREO WERE ALL OBSERVED TO
BE INTACT.
   THE KEYS WERE PRESENT WITH THE VEHICLE.
   NO MAJOR DAMAGE WAS OBSERVED TO THE OUTSIDE PORTION OF THE VEHICLE'S BODY.
   NO BULLET STRIKES WERE OBSERVED TO THE INTERIOR OR EXTERIOR PORTIONS OF THE
VEHICLE.
   AT THE TIME OF PROCESSING, BOTH DOORS WERE OBSERVED TO BE CLOSED AND UNLOCKED
AND BOTH WINDOWS WERE ROLLED UP.

DETAILS OF INVESTIGATION:

   OFFICER WRIGHT SPOKE WITH SGT. NOVAK OF THE HOMICIDE DIVISION REGARDING THIS
EVIDENCE VEHICLE.  SGT. NOVAK STATED THAT HE HAD OBTAINED A CONSENT TO SEARCH
FOR THE VEHICLE.  SGT. NOVAK STATED THAT THE VEHICLE NEEDED TO BE PHOTOGRAPHED,
SEARCHED FOR BALLISTICS EVIDENCE AND THAT THE INTERIOR DOOR PANEL NEEDED TO BE

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.003

TAPED FOR GUNPOWDER RESIDUE RECOVERY.

OFFICER'S ACTIONS:

    OFFICER WRIGHT EXPOSED ONE ROLL OF 10 EXPOSURE 100 A.S.A. 35 M.M. COLOR FILM
OF THE VEHICLE AND IT'S CONTENTS USING A NIKON N4004S CAMERA WITH A NIKON 35-70
LENS AND A NIKON SB-23 FLASH.
    OFFICER WRIGHT THEN MADE A THOROUGH SEARCH OF THE VEHICLE FOR BALLISTICS
EVIDENCE (FIRED SHELL CASINGS, LIVE BULLETS, FIREARMS, ETC.), BUT THIS EFFORT
MET WITH NEGATIVE RESULTS AS NO SUCH EVIDENCE WAS LOCATED.
    OFFICER WRIGHT THEN TAPED THE INTERIOR DOOR PANEL TO THE PASSENGER'S SIDE
DOOR IN AN EFFORT TO RECOVER ANY GUNPOWDER RESIDUE PRESENT ON THAT SURFACE.
OFFICER WRIGHT THEN PLACED THE THREE TAPE LIFTS WHICH HE RECOVERED FROM THAT
AREA ONTO A CLEAR PLASTIC EVIDENCE BAG.

    NO OTHER EVIDENCE RECOVERED BY OFFICER WRIGHT.

EVIDENCE RECOVERED:

    1) ONE (1) ROLL OF 35 M.M. COLOR FILM
    2) THREE (3) TAPE LIFTS ATTACHED TO CLEAR PLASTIC EVIDENCE BAG

DISPOSITION OF VEHICLE:

    SINCE PROCESSING OF THE VEHICLE HAD BEEN COMPLETED, THE VEHICLE WAS PLACED IN
AN UNSECURED PARKING LOT.   THE VEHICLE WILL BE TOWED BY CITY WRECKER TO THE
POLICE STORAGE FACILITY AT 1300 DART AT THE EARLIEST POSSIBLE CONVENIENCE.
FINAL DISPOSITION WILL BE DETERMINED THERE.

DISPOSITION OF EVIDENCE:

    THE ROLL OF FILM WAS PLACED INTO A PHOTO LAB SUBMISSION ENVELOPE WHICH WAS
LABELED, SEALED AND INITIALED BY OFFICER WRIGHT TO ENSURE THE CHAIN OF CUSTODY.
THE FILM REMAINED IN THE POSSESSION OF OFFICER WRIGHT UNTIL IT WAS PLACED BY HIM
INTO THE PHOTO LAB DROP BOX LOCATED ON THE SECOND FLOOR OF THE CENTRAL POLICE
STATION AT 33 ARTESIAN.
    THE TAPE LIFTS WERE ATTACHED TO A CLEAR PLASTIC EVIDENCE BAG.   THE EVIDENCE
BAG WAS LABELED WITH CASE INFORMATION, VEHICLE INFORMATION AND LOCATION OF
RECOVERY.   THE EVIDENCE BAG, WITH TAPE LIFTS ATTACHED, WAS THEN PLACED INTO A
MANILLA PROPERTY ROOM ENVELOPE WHICH WAS LABELED, SEALED AND INITIALED BY
OFFICER WRIGHT TO ENSURE THE CHAIN OF CUSTODY.   ALL TAPE LIFTS REMAINED IN THE
POSSESSION OF OFFICER WRIGHT UNTIL THEY WERE TAGGED BY HIM INTO THE CENTRAL
POLICE PROPERTY ROOM UNDER THIS CASE NUMBER.
.........END.........MBW.........END.........MBW.........END.........MBW


Supplement entered by =  77856
Report reviewed by-EG
Date cleared- 01/22/96                    Employee number-025810

```
""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""
Incident no. 000119296 O          OFFENSE REPORT                         PAGE 1.004
""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""
```

No-0018

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                         Street location information
Number-    15431 Name-CAMPDEN HILL          Type-        Suffix-
Apt no-    Name-GLENRIDGE                    Type-LN   Suffix-
Date of offense-01/01/96              Date of supplement-01/22/96
Compl(s) Last-RODRIQUEZ      First-DAVID     Middle-
                         Recovered stolen vehicles information
Recovery location-                              District-   Beat-   00
Stored-                          by-
Officer1-G.J.NOVAK,SGT       Emp#-039034 Shift-1 Div/Station-HOMICIDE
Officer2-H.F.CHISHOLM        Emp#-054242 Shift-1
Caller's name-                    Phone# (713) 000-0000 Ext-0000


                         SUPPLEMENT NARRATIVE

PROGRESS REPORT-SATURDAY
JANUARY 6, 1996

ON THIS DATE SERGEANT NOVAK WHILE AT HIS RESIDENCE RECEIVED A CALL FROM
OFFICER WRIGHT, HPD PRINT STALL CONCERNING THE TWO VEHICLE THAT HAD BEEN
TOWED THERE ON THE PREVIOUS EVENING. OFFICER WRIGHT WAS ADVISED THAT BOTH
VEHICLES NEEDED TO BE PROCESSED FOR GUN POWDER RESIDUE AND PHYSICAL EVIDENCE
NAMELY SPENT CARTRIDGE CASES THAT MAY BE LOCATED IN THE INTERIOR OF THE
VEHICLE.  HE WAS ADVISED NOT TO PROCESS THE VEHICLE AT THIS TIME BECAUSE
SERGEANT HAD NOT OBTAINED A CONSENT TO SEARCH THE VEHICLE. HE WAS TOLD THAT
IT MAY BE NECESSARY TO OBTAIN A SEARCH WARRANT IN THE EVENT ANTHONY MEDINA OR
ALEX PEREZ DID NOT GIVE CONSENT.

SERGEANT NOVAK DROVE TO THE HOMICIDE OFFICE AND PLACED A CALL TO THE D.A.
INTAKE SECTION.  SERGEANT SPOKE WITH ADA P. RENDON.  SHE WAS ADVISED OF THE
CASE AND THE INVESTIGATION INTO OTHER DRIVE-BY SHOOTINGS IN WHICH PEREZ AND
MEDINA MIGHT BE INVOLVED. SHE WAS ASKED IF A CONSENT TO SEARCH FORM WOULD BE
SUFFICIENT FROM BOTH MEDINA AND PEREZ AND SHE STATED THAT BOTH COULD GIVE
CONSENT AND A SEARCH WARRANT WOULD NOT BE NECESSARY.

SERGEANT NOVAK WAS JOINED IN THE HOMICIDE OFFICE BY OFFICERS H.F. CHISHOLM
AND L.D. GARRETSON.  TOGETHER INVESTIGATORS WENT TO THE JAIL AND CHECKED BOTH
PEREZ AND MEDINA OUT FOR WALKS. THE TIME WAS 1450 HOURS.  SERGEANT NOVAK
COMPLETED TWO (2) CONSENT TO SEARCH FORMS,ONE FOR THE VEHICLE OPERATED BY
MEDINA AT THE TIME OF HIS ARREST AND THE OTHER FOR THE VEHICLE OPERATED BY
PEREZ AT THE TIME OF THE ARREST. BOTH WERE ALLOWED TO READ THE CONSENT FORMS
AND AFTER READING THE FORMS BOTH SIGNED THEM. ALEX PEREZ SIGNED HIS CONSENT
FORM AT 1500 HOURS. THE SIGNING WAS WITNESSED BY OFFICERS CHISHOLM AND
GARRETSON.  ANTHONY MEDINA AFTER READING THE CONSENT FORM SIGNED IT AT 1508
HOURS IN THE PRESENCE OF OFFICER GARRETSON AND CHISHOLM.  SEE ATTACHED
CONSENT FORMS...

INVESTIGATORS AGAIN ATTEMPTED TO INTERVIEW PEREZ AND HE AGAIN STATED THAT HE
HAD NOTHING TO SAY.

0160

BOTH MEDINA AND PEREZ WERE THEN RETURNED TO THE S.E. COMMAND STATION JAIL....

SERGEANT NOVAK THEN CONTACTED ASSISTANT D.A. P. RENDON. SHE WAS GIVEN A
SYNOPSIS OF THE INVESTIGATION AND AFTER REVIEWING THE CASE WITH SERGEANT
NOVAK SHE AGREED TO TAKE A CHARGE OF AGGRAVATED ASSAULT DEADLY WEAPON AGAINST
BOTH MEDINA AND PEREZ.

CHARGES WERE FILED OVER THE CRT BY OFFICER GARRETSON.

ARRESTED AND CHARGED:

ALEX JOSEPH PEREZ W/M 18 DOB 7-5-77
5054 CASTLECREEK          SS# ████████████
                          TDL ████████████
AGGRAVATED ASSAULT DEADLY WEAPON-230TH DISTRICT COURT-CAUSE 712125  NO BOND

ANTHONY SHAWN MEDINA W/M 21 DOB 11-5-74
5423 HEATHERCREST          SS# ████████████
                           TDL ████████████
AGGRAVATED ASSAULT DEADLY WEAPON-230TH DISTRICT COURT-CAUSE 712126  NO BOND

SERGEANT NOVAK AND OFFICER CHISHOLM THEN DROVE TO 5543 INGOMAR WAY. THERE, WE
SPOKE TO GILBERTO COWBOY LUNA, H/M 41 DOB 8-24-54, SS# ████████████,
TDL#████████ AND HIS WIFE, JUANITA LUNA.


MR. AND MRS LUNA STATED THAT THEY HAD A SMALL PARTY FOR SOME OF THEIR SONS
FRIENDS. THEY STATED THAT THEY DID NOT KNOW THEIR NAMES BUT ONE  OF THEM WAS
A SAM LOPEZ.  THEY STATED THAT AT APPROXIMATELY 11:00 PM OR 11:30 PM A GROUP
OF BOYS CAME TO THEIR HOME LOOKING FOR THEIR DAUGHTER MICHELLA ARGUETA.
ACCORDING TO MRS. LUNA, HER DAUGHTER, MICHELLA DOES NOT LIVE IN THEIR HOME
ANY LONGER. SHE STATED FURTHER THAT SHE RECOGNIZED SOME OF THE BOYS WHO CAME
TO HER HOME AS MEMBERS OF THE GANG CALLED THE "LRZ". SHE STATED THAT SHE
KNOWS THEY WERE "LRZ" MEMBERS BECAUSE AT ONE TIME HER DAUGHTER MICHELLA WAS
AN "LRZ" MEMBER, BUT HAS SINCE BROKEN AWAY FROM THE GANG.  SHE STATED THAT
ONE OF THE BOYS IN THE GROUP BEGAN ACCUSING SAM LOPEZ AS BEING A GANG MEMBER
WITH THE "HTC STREET GANG.  SHE STATED THAT THEY HAD AN ARGUMENT AND THEN THE
"LRZ" GANG LEFT.  SHE STATED THAT THE POLICE WERE CALLED BUT THAT THE GANG
HAD ALREADY LEFT PRIOR TO THE POLICE GETTING THERE.  SHE STATED THAT SHE AND
HER HUSBAND DID NOT GO OUTSIDE DURING THE FIRST CONFRONTATION.  SHE STATED
THAT AGAIN AT AROUND 3:00 AM OR 3:30 AM THE BOYS CAME BACK TO HER HOUSE. THIS
TIME A FIGHT BROKE OUT IN THE FRONT YARD OF HER HOME AND THERE WERE SEVERAL
OF THE BOYS FIGHTING HER SON MAURICE AND HIS FRIENDS.  SHE STATED THAT SHE
NEVER SAW ANYONE WITH A GUN.  SHE STATED THAT WHILE IN THE HOUSE SHE DID HEAR
A SINGLE SHOT, BUT ASSOCIATED THE SHOT WITH NEW YEARS BECAUSE OF ALL THE
SHOOTING SHE HAD HEARD EARLIER IN THE EVENING. SHE STATED THAT HER HUSBAND
DID GO OUTSIDE AND HELP BREAK UP THE FIGHT.  MR. LUNA STATED THAT HE DID GO
OUTSIDE WITH A GUN. HE STATED THAT THE GUN WAS A BROKEN .22 RIFLE THAT DID
NOT HAVE ANY BULLETS IN IT.  HE STATED THAT HE DOES NOT OWN A TAC 9 OR ANY
TYPE PISTOL.  MRS. LUNA STATED THAT THE POLICE CAME A SECOND TIME AND SHE
AGAIN TALKED TO THEM. SHE STATED THAT SHE TOLD THE OFFICERS THAT RESPONDED TO
HER HOUSE THAT THERE WAS A FIGHT IN THE YARD BUT THERE WAS NO SHOOTING.

MRS. LUNA STATED THAT HER YOUNGER SON DOES NOT BELONG TO A STREET GANG.  SHE
GAVE HIS NAME AS MUIRAJCIO ARGUETA I/M 12. SHE STATED THAT SHE HAS WORKED
WITH STREET GANGS SINCE HER DAUGHTER GOT INVOLVED IN THE "LRZ". SHE STATED

```
"""""""""'''''''''"""""""""""""""""""""""""""""""""""""""""""""""""""""
Incident no. 000119296 O        OFFENSE REPORT                PAGE 1.006
"""""""""'''''''''"""""""""""""""""""""""""""""""""""""""""""""""""""""
```

THAT SHE HAS TOLD HER SON THAT THE GANGS ARE NOT THE WAY TO GO AND THAT SHE
PAYS CLOSE ATTENTION TO HIS FRIENDS AND ASSOCIATES.

MRS. LUNA THEN PAGED HER OLDER SON AT SERGEANTS REQUEST.  A SHORT TIME LATER
MAURICE ARGUETA I/M 26  5161 GLENRIDGE LANE, PH. 433-1983- PAGER 761-9225,
DOB 12-31-65, ARRIVED AT THE RESIDENCE.  MAURICE STATED THAT HE WAS
CELEBRATING HIS BIRTHDAY AND HAD INVITED A FEW OF HIS FRIENDS OVER TO HIS
MOTHERS HOUSE.  HE STATED THAT SOME "LRZ" GANG MEMBERS CAME TO HIS MOTHERS
LOOKING FOR HIS SISTER AT A LITTLE BEFORE MIDNIGHT.  HE STATED THAT THEY
BEGAN ACCUSING HIS FRIEND SAM LOPEZ OF BEING DOWN WITH THE "HTC" GANG.  HE
STATED THAT AN ARGUMENT BETWEEN SEVERAL MEMBERS OF THE GANG ERUPTED AND THAT
SOME OF THE PEOPLE IN THE "LRZ" PULLED GUNS BEFORE THEY WERE TOLD TO LEAVE.
HE STATED THAT THEY RETURNED LATER AT AROUND 3:00AM OR 3:30AM AND A FIST
FIGHT BROKE OUT. HE STATED THAT HE WENT OUT AND WAS PULLING PEOPLE OFF OF ONE
ANOTHER. HE STATED THAT HE DID SEE A TALL SKINNY MEXICAN MALE WEARING A LONG
TRENCH COAT WITH WHAT APPEARED TO BE A GUN STOCK STICKING OUT FROM THE TOP OF
THE COAT. HE STATED THAT THERE WAS ONE SHOT FIRED WHILE THE FIGHTING WAS
GOING ON AND HE STATED THAT A SECOND MALE STANDING NEAR THE CAR THAT WAS
PARKED IN THE STREET FIRED THE SHOT.  HE STATED THAT AFTER THE FIGHT WAS
BROKEN UP AND EVERYONE THEN PILED INTO ONE CAR AND LEFT. HE STATED THAT THERE
WERE SEVERAL FEMALES IN THE GROUP ALSO. HE STATED THAT HE WAS SURE THEY LEFT
IN ONE CAR BECAUSE IT APPEARED TO HIM TO BE A "CHINESE CIRCUS" WATCHING THEM
ALL TRYING TO GET INTO THE CAR.  HE DESCRIBED THE CAR AS BEING BLUE AND
POSSIBLY A CHEVROLET MONTE CARLO WITH DAMAGE TO THE REAR.

MAURICE WAS THEN SHOWN THE PHOTO SPREAD OF THE PERSONS WANTED IN THIS CASE.
HE IDENTIFIED THE PHOTOS OF ANTHONY MEDINA, DOMINIC HOLMES, DALLAS NACOSTTE
AND ALEX PEREZ AS BEING PRESENT DURING THE FIGHTS. MAURICE TENTATIVELY
IDENTIFIED THE PHOTO OF ANTHONY MEDINA AS THE HISPANIC MALE IN THE TRENCH
COAT AND THE PERSON WHO SHOT THE WEAPON.  HE DESCRIBED THE GUN AS BEING
POSSIBLY A RIFLE WITH A BROWN WOODEN STOCK WITH A KNIFE ATTACHED NEAR THE
BARREL.

OFFICER CHISHOLM FOUND A CALL SLIP WHICH INDICATED A CALL FOR SERVICE,
DISCHARGING FIREARMS, 5543 INGOMAR WAY AT 0333 HOURS ON 1-1-96. SEE ATTACHED
CALL SLIP.

MAURICE STATED THAT HE IS FRIENDS WITH MANY OF THE YOUNGER GANG MEMBERS AND
HE WILL TRY TO TALK WITH THEM AND SEE IF HE CAN GET ANY INFORMATION FROM
THEM.

INVESTIGATION TO CONTINUE................
```
        SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
        **************************************************************
        *  ENTRY DEVICE: AST 386SX 105010 X07                       *
        *  ENTRY FROM DATE-012296 TIME-0842  TO  DATE-012296 TIME-0844  *
        *  TRANSFER DEVICE: AST 386SX 105010 X07          VER. 2.08-1 *
        *  TRANSFER DATE-012296 TIME-0845   LOAD DATE-012296 TIME-0848  *
        *  LOCATION OF OFFENSE: POLICE DISTRICT-CONFIDENTIAL    DIST-CO *
        **************************************************************
```

0162

&&&&

```
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
Incident no. 000119296 O        OFFENSE REPORT              PAGE 1.007
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
```

Supplement entered by = 39034
Report reviewed by-EG                    Employee number-025810
Date cleared- 01/22/96

No-0019

Offense- CAPITAL MURDER  (MULTIPLE HOMICIDES)
                         Street location information
Number-    15431 Name-CAMPDEN HILL           Type-           Suffix-
Apt no-    Name-GLENRIDGE                     Type-LN    Suffix-
Date of offense-01/01/96          Date of supplement-01/06/96
Compl(s) Last-RODRIQUEZ      First-DAVID     Middle-
         Last-
                    Recovered stolen vehicles information
Stored-                       by-                  Ph#- (000) 000-0000
Officer1-M.B. WRIGHT          Emp#-077856 Shift-1 Div/Station-HOM/CSU

                    SUPPLEMENT NARRATIVE

INTRODUCTION:

 WHILE ASSIGNED TO THE DOWNTOWN VEHICLE EXAMINATION BUILDING ON 01-06-96,
OFFICER M.B. WRIGHT #77856, PROCESSED AN EVIDENCE VEHICLE IN THIS CASE WHICH WAS
OBSERVED TO BE PARKED INSIDE PROCESSING BAY #2.

SCENE SUMMARY:

 THE VEHICLE EXAMINATION BUILDING IS A TWO VEHICLE CAPACITY ENCLOSED VEHICLE
EXAMINATION FACILITY LOCATED AT 1100 MORIN.  THE BUILDING IS A SECURED FACILITY
WITH RESTRICTED ACCESS.  THE BUILDING IS OPERATED BY OFFICERS ASSIGNED TO THE
HOMICIDE DIVISION'S CRIME SCENE UNIT SECTION.

VEHICLE INFORMATION:

 THE VEHICLE WAS OBSERVED TO BE A 1989 RED FORD TEMPO 4 DOOR TX. LIC. #
██████  V.I.N. #█████████████████.

VEHICLE CONDITION:

 THE STEERING COLUMN, IGNITION SWITCH AND IN-DASH STEREO WERE ALL OBSERVED TO
BE INTACT.
 THE KEYS WERE OBSERVED TO BE PRESENT WITH THE VEHICLE.
 NO MAJOR DAMAGE WAS OBSERVED TO THE OUTSIDE PORTION OF THE VEHICLE'S BODY,
THOUGH MINOR SCRATCHES AND DENTS COVERED MOST OF THIS AREA.
 NO BULLET STRIKES WERE OBSERVED TO THE INTERIOR OR EXTERIOR PORTIONS OF THE
VEHICLE.
 AT THE TIME OF PROCESSING, ALL DOORS WERE OBSERVED TO BE CLOSED AND UNLOCKED
AND ALL WINDOWS WERE ROLLED UP, EXCEPT FOR THE WINDOW TO THE FRONT DRIVER'S SIDE
DOOR, WHICH WAS ROLLED ALL OF THE WAY DOWN.

DETAILS OF INVESTIGATION:

 OFFICER WRIGHT SPOKE WITH SGT. NOVAK OF THE HOMICIDE DIVISION REGARDING THIS
EVIDENCE VEHICLE.  SGT. NOVAK STATED THAT HE HAD OBTAINED A CONSENT TO SEARCH

                                              0163

IIIIII/////////IIIIII/IIIIII//IIIII///IIIIIIIIIIIIIIII/////IIII//IIIIII/IIIIII/IIIIII//IIII//IIIIII/IIIIIIIIIII
Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.008
IIIIII/////////IIIIII/IIIIII//IIIII///IIIIIIIIIIIIIIII/////IIII//IIIIII/IIIIII/IIIIII//IIII//IIIIII/IIIIIIIIIII
FOR THE VEHICLE.  SGT. NOVAK THEN STATED THAT THE VEHICLE NEEDED TO BE PHOTO-
GRAPHED, SEARCHED FOR BALLISTICS EVIDENCE AND THAT BOTH INTERIOR DOOR PANELS ON
THE PASSENGER'S SIDE OF THE VEHICLE NEEDED TO BE TAPED FOR GUNPOWDER RESIDUE
RECOVERY.

OFFICER'S ACTIONS:

    OFFICER WRIGHT EXPOSED ONE ROLL OF 10 EXPOSURE 100 A.S.A. 35 M.M. COLOR FILM
OF THE VEHICLE AND IT'S CONTENTS USING A NIKON N4004S CAMERA WITH A NIKON 35-70
LENS AND A NIKON SB-23 FLASH.
    OFFICER WRIGHT THEN CONDUCTED A THOROUGH SEARCH OF THE VEHICLE FOR BALLISTICS
EVIDENCE (FIRED SHELL CASINGS, LIVE BULLETS, FIREARMS, ETC.), BUT THIS EFFORT
MET WITH NEGATIVE RESULTS AS NO SUCH EVIDENCE WAS LOCATED.
    OFFICER WRIGHT THEN TAPED THE INTERIOR DOOR PANELS TO THE FRONT AND REAR
PASSENGER'S SIDE DOORS FOR GUNPOWDER RESIDUE.  THREE STRIPS OF TAPE WERE
OBTAINED FROM EACH DOOR.  ALL LIFTS FROM THE REAR PASSENGER'S SIDE DOOR PANEL
WERE PLACED ONTO ONE CLEAR PLASTIC EVIDENCE BAG, WHILE THE LIFTS FROM THE FRONT
PASSENGER'S SIDE DOOR PANEL WERE PLACED ONTO A SEPERATE CLEAR PLASTIC EVIDENCE
BAG.

    NO OTHER EVIDENCE RECOVERED BY OFFICER WRIGHT.

EVIDENCE RECOVERED:

    1) THREE (3) TAPE LIFTS FROM FRONT PASSENGER'S SIDE DOOR PANEL
    2) THREE (3) TAPE LIFTS FROM REAR PASSENGER'S SIDE DOOR PANEL
    3) ONE (1) ROLL OF 35 M.M. COLOR FILM

DISPOSITION OF VEHICLE:

    SINCE PROCESSING OF THE VEHICLE HAD BEEN COMPLETED, THE VEHICLE WAS PLACED IN
AN UNSECURED PARKING LOT.  THE VEHICLE WILL BE TOWED BY CITY WRECKER TO THE
POLICE STORAGE FACILITY AT 1300 DART AT THE EARLIEST POSSIBLE CONVENIENCE.
FINAL DISPOSITION WILL BE DETERMINED THERE.

DISPOSITION OF EVIDENCE:

    THE ROLL OF FILM WAS PLACED INTO A PHOTO LAB SUBMISSION ENVELOPE WHICH WAS
LABELED, SEALED AND INITIALED BY OFFICER WRIGHT TO ENSURE THE CHAIN OF CUSTODY.
THE FILM REMAINED IN THE POSSESSION OF OFFICER WRIGHT UNTIL IT WAS PLACED BY HIM
INTO THE PHOTO LAB DROP BOX LOCATED ON THE SECOND FLOOR OF THE CENTRAL POLICE
STATION AT 33 ARTESIAN.
    TAPE LIFTS FROM EACH DOOR PANEL WERE PLACED ONTO SEPERATE CLEAR PLASTIC
EVIDENCE BAGS.  EACH BAG WAS LABELED WITH CASE INFORMATION, VEHICLE INFORMATION
AND LOCATION OF RECOVERY.  BOTH CLEAR PLASTIC EVIDENCE BAGS, WITH TAPE LIFTS
ATTACHED, WERE THEN PLACED INTO A MANILLA PROPERTY ROOM ENVELOPE WHICH WAS
LABELED, SEALED AND INITIALED BY OFFICER WRIGHT TO ENSURE THE CHAIN OF CUSTODY.
ALL TAPE LIFTS REMAINED IN THE POSSESSION OF OFFICER WRIGHT UNTIL THEY WERE
TAGGED BY HIM INTO THE CENTRAL POLICE PROPERTY ROOM UNDER THIS CASE NUMBER.

OFFICER'S NOTES:

    THE EVIDENCE VEHICLE IN THIS SUPPLEMENT REPORT WAS THE SECOND EVIDENCE VEHI-
CLE IN THIS CASE PROCESSED BY OFFICER WRIGHT ON THIS DATE.
..........END..........MBW..........END..........MBW..........END..........MBW.
&&&&                                                          0164

```
""""""""" / / / / / / / / """""" / """""" / / """" / / """"""" / """""" / / / / """ / """ / / / """" / """" / / """ / / """ / """" / """ """"""
Incident no. 000119296 O        OFFENSE REPORT              PAGE 1.009
""""""""" / / / / / / / / """""" / """""" / / """" / / """"""" / """""" / / / / """ / """ / / / """" / """" / / """ / / """ / """" / """ """"""
```

Supplement entered by = 77856
Report reviewed by-EG
Date cleared- 01/22/96                    Employee number-025810

No-0020

Offense- CAPITAL MURDER  (MULTIPLE HOMICIDES)
                    Street location information
Number-   15431 Name-CAMPDEN HILL          Type-          Suffix-
Apt no-      Name-GLENRIDGE                 Type-LN    Suffix-
Date of offense-01/01/96        Date of supplement-01/10/96
Compl(s) Last-RODRIQUEZ      First-DAVID    Middle-
              Recovered stolen vehicles information
Recovery location-                          District-   Beat-   00
Stored-                       by-
Officer1-D.M BOLING           Emp#-084096 Shift-2 Div/Station-S.E PAT 2
Caller'S name-CHASE           Phone# (713) 000-0000 Ext-0000

                    SUPPLEMENT NARRATIVE

OFFICER D.M BOLING # 84096 RIDING UNIT 14D53E RECEIVED INFO FROM SOUTHEAST
DISPATCHER CONCERNING A MOTOR VEHICLE CHASE THAT WAS HEADING INTO SOUTHEAST
AREA. THE TIME WAS 2004 HOURS . AFTER MONITORING SOUTHWEST DISPATCHER OFC
RECEIVED DESCRIPTION OF A GRAY CHEVY SUB, WHICH WAS FLEEING FROM OFFICERS.MY
PATROL LOCATION WAS WEST BOUND ON REED FROM SCOTT . AS I APPROACH THE
INTERSECTION OF REED ROAD 3200 BLOCK AT ROSEHAVEN  I OBSERVED THE VEH, EAST
BOUND ON REED AT A VERY HIGH RATE OF SPEED THAT FIT THE DESCRIPTION OF THE
VEHICLE WHO SOUTHWEST WAS CHASING .I ALSO NOTICE THAT FOX WAS FLYING DIRECTLY
OVER IT .THE FLEEING VEHICLE MADE A RIGHT TURN ON ROSEHAVEN FROM THE 3300 BLOCK
OF REED ,AND PROCEEDED SOUTH BOUND . I ATTEMPTED TO STOP THE VEHICLE BY USING MY
EMERGENCY EQUIPMENT WHICH HE REFUSED TO STOP. FLEEING VEHICLE PROCEEDED TO THE
9300 BLOCK OF ROSEHAVEN TURNING RIGHT ON WILINGTON 3200 BLOCK. VEHICLE MADE A
QUICK RIGHT TURN ON DULCIMER 9400 BLOCK FLEEING NORTH BOUND . AFTER ONE BLOCK AT
THE CORNER OF DULCIMER AND THE 3100 BLOCK OF BOLT THE VEH ATTEMPTED TO MAKE A
PROMPT STOP STRIKING A LIGHT POLE. THREE BLACK MALE EXITED THE VEHICLE FLEEING
EAST BOUND ACROSS A LOT HEADED IN THE DIRECTION OF ROSEHAVEN .AFTER REACHING
ROSEHAVEN TWO SUSPECT RAN NORTH BOUND ,AND THE OTHER MALE POSSIBLE RAN SOUTH .I
CONTINUE TO CHASE THE TWO THAT ARE RUNNING NORTH ON ROSEHAVEN .KEEPING BOTH OF
THE SUSPECTS IN SIGH  WE CROSS REED ROAD 3300 BLOCK AND ENTER INTER A GRASS
FIELD .THE LIGHT FROM THE FOX (HELICOPTER) KEPT THEM LIGHTED UP. THE SMALLER I
.HE WAS ARREST A FEW FEET A HEAD OF ME BY OFFICER D.S FULLER #99658. MY SUSPECT
WAS SHORT WITH A WHITE AND BLACK SHIRT,DARK LONG PANT ,DARK SKIN , CLOSE CUT
HAIR STYLE. SUSPECT WAS WALKED OUT OF THE FIELD AND TURNED OVER TO OTHER UNIT
FROM SOUTHWEST . I WAS LATER ADVISE MY SGT G.J NOVAK FROM HOMICIDE DIV, TO MAKE
THIS SUPPLEMENT UNDER THIS CASE NUMBER .


    SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
    ****************************************************************
    *  ENTRY DEVICE: TOSHIBA T1910 126617                         *
    *  ENTRY FROM DATE-011096 TIME-2206  TO  DATE-011096 TIME-2325 *
    *  TRANSFER DEVICE: SOUTHEAST PATROL AST 386SX16 072217VER. 2.09-1*
    *  TRANSFER DATE-011096 TIME-2340   LOAD DATE-011096 TIME-2343  *
    *  LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT 14       DIST-14 *
```

0165

```
"""""///////////"""""/"""""/"/"""//"""""""/"""""///"""""/"""/"/"""""/"""""/"""//"""/"/"/"/"""""
Incident no. 000119296 O        OFFENSE REPORT                  PAGE 1.010
"""""////////"""""/"""/"/"""//"""""""/"""""///"""""/"""/"/"""""/"""""/"""//"""/"/"/"/"""""
      **************************************************************
```


Supplement entered by =  84096
Report reviewed by-EG                  Employee number-025810
Date cleared- 01/22/96

---------------------------------------------------------------------

0166

```
ⅢⅢⅢⅢ′′′′′′′ⅢⅢⅢ/ⅢⅢⅢⅢ/′ⅢⅢⅢⅢ/′′ⅢⅢⅢⅢⅢⅢ/ⅢⅢⅢ′′/′ⅢⅢⅢ/ⅢⅢ/′/ⅢⅢ/ⅢⅢ/′/ⅢⅢ/′ⅢⅢ/′′/Ⅲ/ⅢⅢ
                ORIGINAL INFORMATION REPORT NON-PUBLIC
ⅢⅢⅢ′′′′′′′ⅢⅢⅢ/ⅢⅢⅢⅢ/′ⅢⅢⅢⅢ/′′ⅢⅢⅢⅢⅢⅢ/ⅢⅢⅢ′′/′ⅢⅢⅢ/ⅢⅢ/′/ⅢⅢ/ⅢⅢ/′/ⅢⅢ/′ⅢⅢ/′′/Ⅲ/ⅢⅢ
                    HOUSTON POLICE DEPARTMENT              PAGE 1.001
                        OFFENSE REPORT         Incident no. 000119296 O
ⅢⅢⅢ′′′′′′′Ⅲ′ⅢⅢⅢ/ⅢⅢⅢⅢ/′ⅢⅢⅢⅢ/′′ⅢⅢⅢⅢⅢⅢ/′ⅢⅢⅢ′′/′ⅢⅢⅢ/ⅢⅢ/′/ⅢⅢ/ⅢⅢ/′/ⅢⅢ/′ⅢⅢ/′′/Ⅲ/ⅢⅢ
```

                        SUPPLEMENT(S)

No-0021


Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                    Street location information
Number-    15431 Name-CAMPDEN HILL          Type-         Suffix-
Apt no-       Name-GLENRIDGE                Type-LN    Suffix-
Date of offense-01/01/96              Date of supplement-01/11/96
Compl(s) Last-RODRIQUEZ      First-DAVID      Middle-
                    Recovered stolen vehicles information
 Recovery location-                        District-   Beat-    00
 Stored-                         by-
Officer1-DS FULLER           Emp#-099658 Shift-2 Div/Station-SE
Officer2-KE KALKA            Emp#-098497 Shift-2
Caller'S name-                   Phone# (713) 000-0000 Ext-0000

                    SUPPLEMENT NARRATIVE

OFFICER'S ACTIONS:
OFFS OVER HEARD A VEHICLE CHASE INVOLVING OFFICER'S FROM THE SOUTHWEST
SUBSTATION. OFFS PICKED UP THE CHASE AT REED AND SOUTH FREEWAY. OFFS FOLLOWED
BEHIND THE CHASE AND WAS ADVISED BY THE OFFS CHASING THE VEHICLE THAT THE SUSP
HAD BAILED OUT OF THE VEHICLE AND BEGAN RUNNING ACROSS REED AT ROSEHAVEN. OFFS
OBSERVED THE SUSPS AND BEGAN CHASING THE SUSPS ON FOOT. OFFS WAS ABLE TO CAPTURE
SUSP HOLMES, DOMINIC B/M DOB 032379. OFFS THEN RELEASED THE SUSP OVER TO THE
SOUTHWEST UNIT WHO INITIATED THE INCIDENT. OFF FULLER THEN COMPLETED THIS
REPORT ON LAP TOP COMPUTER.


```
       SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER   VER-2.08
       ************************************************************
       *  ENTRY DEVICE: TOSHIBA T1910 126624                      *
       *  ENTRY FROM DATE-011196 TIME-0008  TO  DATE-011196 TIME-0019  *
       *  TRANSFER DEVICE: SOUTHEAST PATROL AST 386SX16 G04063VER. 2.09-1*
       *  TRANSFER DATE-011196 TIME-0026   LOAD DATE-011196 TIME-0029  *
       *  LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT 14      DIST-14  *
       ************************************************************
```

*0167*


Supplement entered by =  99658
Report reviewed by-EG             Employee number-025810
Date cleared- 01/22/96

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.002

No-0022

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                          Street location information
Number-      15431 Name-CAMPDEN HILL            Type-        Suffix-
Apt no-      Name-GLENRIDGE                      Type-LN     Suffix-
Date of offense-01/01/96            Date of supplement-01/11/96
Compl(s) Last-RODRIQUEZ      First-DAVID      Middle-
                    Recovered stolen vehicles information
Recovery location-                              District-   Beat-   00
Stored-                        by-
Officer1-M.J.FAULHABER       Emp#-097003 Shift-3 Div/Station-SWDGU/4
Officer2-M.A.FLORES          Emp#-099795 Shift-3
Caller's name-                 Phone# (713) 000-0000 Ext-0000


                       SUPPLEMENT NARRATIVE


OFFICERS FAULHABER AND FLORES RIDING UNIT 4455 OF THE SOUTHWEST
DIVISIONAL GANG UNIT, WERE SET UP ON SURVEILLANCE ON 01-10-96 AT
ABOUT 1930 HRS IN THE 9700 BLOCK OF STELLA LINK.  THE PURPOSE OF
THE SURVEILLANCE WAS TO BE LOOKING FOR A HOMICIDE SUSPECT
INVOLVED WITH HPD CASE 119296-O.  WHILE ON SURVEILLANCE THE
OFFICERS HEARD A GENERAL BROADCAST PUT OUT OVER THE RADIO BY
SWDISP, REGARDING AN AGGRAVATED ROBBERY (DW) INCIDENT WHICH
OCCURRED AT 3520 TARTAN ON 01-10-96 AT ABOUT 1910 HRS.  THE
PRIMARY UNIT ON THIS AGGRAVATED ROBBERY CASE WAS 15E32E.  THIS
INCIDENT INVOLVED TWO BLACK MALE SUSPECTS ARMED WITH A RIFLE, AND
THE VEHICLE TAKEN FROM THE COMPLAINANT WAS A CHEVROLET SUBURBAN.

AT ABOUT 1955 HRS. ON 01-10-96 OFFS. FAULHABER AND FLORES
OBSERVED A GRAY CHEVROLET SUBURBAN PULL INTO THE MIDDLE PARKING
LOT OF THE ROYALE APARTMENTS LOCATED AT 9701 STELLA LINK.  THIS
VEHICLE CAUGHT THE OFFS. ATTENTION SINCE THE VEHICLE TAKEN IN THE
AGGRAVATED ROBBERY (DW), HPD CASE 4032596-R, WAS A CHEVROLET
SUBURBAN AND BECAUSE WHEN IT DROVE INTO THE PARKING LOT IT DID SO
AT A HIGH RATE OF SPEED AND BY SPINNING ITS TIRES.  OFFS. THEN
PULLED INTO THE MIDDLE PARKING LOT TO CHECK THIS VEHICLE OUT.
ONCE IN THE PARKING LOT THE OFFS. OBSERVED THE VEHICLE BACKING UP
INTO A PARKING SPACE ON THE NORTHSIDE OF THE PARKING LOT WITH THE
VEHICLE FACING SOUTH.  THE OFFS. DROVE BY THE VEHICLE AND
OBSERVED TWO BLACK MALES SITTING IN THE VEHICLE, WITH 1 BLACK
MALE SITTING IN THE DRIVERS SEAT AND THE OTHER BLACK MALE SITTING
IN THE FRONT PASSENGER SEAT.  IN ORDER TO NOT DRAW TOO MUCH
ATTENTION TO THE OFFS. OWN VEHICLE, WHICH WAS A LIGHT YELLOW
CHEROLET LUMINA HPD SHOP NUMBER 515, THE OFFS. CONTINUED TO DRIVE
BY THE CHEVROLET SUBURBAN BY TRAVELLING EAST IN THE PARKING LOT.
THE OFFS. THEMSELVES WERE WEARING THEIR TACTICAL WINDBREAKERS
WHICH ARE NAVY BLUE WITH HPD PATCHES ON BOTH ARMS, AND POLICE
WRITTEN IN LARGE YELLOW LETTERS ON THE FRONT AND HOUSTON POLICE
WRITTEN IN LARGE YELLOW LETTERS ON THE BACK.  AS SOON AS THE
OFFS. DROVE BY THE CHEVROLET SUBURBAN, THE SUBURBAN QUICKLY LEFT

0168

ITS PARKING SPOT AND HEADED WEST IN THE PARKING LOT TOWARD STELLA
LINK.

THE CHEVROLET SUBURBAN TURNED NORTH ONTO STELLA LINK IN THE 9700
BLOCK AND CONTINUED NORTHBOUND ON STELLA LINK TO THE SOUTH LOOP
(610).  OFFS. BEGAN TO FOLLOW THE VEHICLE NORTH ON STELLA LINK
WHEN THE SUBURBAN CUT THROUGH THE PARKING LOT OF THE EXXON GAS
STATION LOCATED AT THE SOUTHEAST CORNER OF THE STELLA LINK/610
INTERSECTION AND BEGAN TRAVELLING EASTBOUND ON THE SOUTH LOOP
EAST SERVICE ROAD AT A HIGH RATE OF SPEED.  OFFS. CONTINUED TO
FOLLOW THE VEHICLE TO MAINTAIN VISUAL CONTACT WITH THE VEHICLE,
AND ADVISED SOUTHWEST DISPATCH THAT THEY HAD A VEHICLE RUNNING
FROM THEM AT ABOUT 2000 HRS. ON 01-10-96, TRAVELLING EAST ON THE
SOUTH LOOP (610) EAST BOUND SERVICE ROAD, AND TO GET A FOX UNIT.
OFFS. MAINTAINED VISUAL CONTACT WITH THE SUBURBAN, WHICH ENTERED
THE 610 LOOP VIA THE ENTRANCE RAMP WEST OF MAIN AND CONTINUED
TRAVELLING EASTBOUND ON THE 610 LOOP.  OFFS. OBSERVED THE VEHICLE
ATTEMPT TO EXIT THE 610 LOOP AT THE KIRBY EXIT RAMP, HOWEVER THEY
GOT BACK ONTO THE 610 LOOP AND CONTINUED EAST BOUND.  OFFS.
CONTINUED TO MAINTAIN VISUAL CONTACT, BUT LOST IT AS THEY WERE
APPROACHING THE FANNIN EXIT.  AT THIS POINT THE OFFS. DID NOT SEE
THE SUBURBAN TRAVELLING EAST BOUND ON THE 610 LOOP, AND DID
OBSERVE A VEHICLE TRAVELLING ON THE 610 LOOP SOUTH EAST BOUND
SERVICE ROAD WITH ITS LIGHTS OFF.  OFFS. EXITED ONTO THE SOUTH
LOOP EAST BOUND SERVICE ROAD USING THE FANNIN EXIT, AND OBSERVED
THE SUBURBAN TURNING SOUTH ON FANNIN AT THE FANNIN/610 LOOP
INTERSECTION.  OFFS. TURNED SOUTH ON FANNIN AND OBSERVED THE
SUBURBAN TURN EAST TRAVELLING ON A PRIVATE DRIVE LOCATED DIRECTLY
BEHIND THE SAM'S WHOLESALE CLUB LOCATED IN THE 1900 BLOCK OF THE
SOUTH LOOP.  WHEN THE SUBURBAN TURNED EAST ON THIS PRIVATE DRIVE
THE OFFS. LOST VISUAL CONTACT WITH IT, HOWEVER, WHEN THE OFFS.
ARRIVED AT THE ENTRANCE OF THE PRIVATE DRIVE AND TURNED EAST ON
TO IT THE OFFS. OBSERVED THE SUBURBAN STILL TRAVELLING EAST ON
THE PRIVATE DRIVE APPROACHING KNIGHT ROAD, THEN TURN SOUTH ON
KNIGHT ROAD.  AT THIS POINT THE OFFS. AGAIN LOST VISUAL CONTACT
WITH THE SUBURBAN.  WHEN THE OFFS. ARRIVED AT KNIGHT ROAD AND
TURNED SOUTH, THEY OBSERVED THE SUBURBAN STILL TRAVELLING
SOUTHBOUND ON KNIGHT ROAD AND CROSSING THE RAILROAD TRACKS JUST
NORTH OF THE KNIGHT/HOLMES ROAD INTERSECTION.  OFFS. OBSERVED THE
SUBURBAN CONTINUE SOUTH ON KNIGHT ROAD THROUGH THIS INTERSECTION
TO WHERE THEY WERE HEADING TOWARDS ALMEDA RD.  OFFS. OBSERVED THE
SUBURBAN TURN RIGHT ONTO ALMEDA RD. TRAVELLING IN A SOUTH BOUND
DIRECTION ON ALMEDA, AT THIS TIME THEY AGAIN LOST VISUAL CONTACT
WITH THE SUBURBAN.  THE OFFS. CONTINUED SOUTH ON KNIGHT ROAD THEN
TURNED RIGHT ONTO ALMEDA RD. AND OBSERVED THE SUBURBAN TURNING
EAST ONTO REED RD.  AT THIS POINT THE OFFS. LOST VISUAL CONTACT
WITH THE SUBURBAN AGAIN, HOWEVER UNIT 77 FOX HAD ARRIVED ON THE
SCENE AND MAINTAINED VISUAL CONTACT OF THE SUBURBAN, AND ASSISTED
IN DIRECTING PATROL UNITS TO THE VEHICLE.  THE SUBURBAN CONTINUED
EAST ON REED ROAD UNTIL TURNING SOUTH INTO A RESIDENTIAL AREA
LOCATED SOUTH OF THE 3300 BLOCK OF REED RD. AND WERE EVENTUALLY
STOPPED IN THE 9200 BLOCK OF DULCIMER WHERE THE SUBURBAN ENDED UP
STRIKING A HL&P METAL LIGHT POLE AT THE CORNER OF DULCIMER AND
BOLT.  BEFORE THE SUBURBAN CAME TO REST AGAINST THIS HL&P METAL
LIGHT POLE THE SUSPECTS BAILED OUT OF THE SUBURBAN AND BEGAN
RUNNING NORTH FROM THAT LOCATION TOWARDS REED ROAD.  OFFS.

0169