FAULHABER AND FLORES ASSISTED PATROL UNITS IN THE FOOT PURSUIT OF
THESE SUSPECTS WHO RAN INTO A LARGE WOODED FIELD LOCATED ON THE
NORTH SIDE OF REED RD. IN THE 3300 BLOCK.

THE TWO BLACK MALE SUSPECTS WHO EXITED THE SUBURBAN WERE CAUGHT
BY UNIFORMED PATROL UNITS IN THE LARGE WOODED FIELD LOCATED ON
THE NORTHSIDE OF REED RD. IN THE 3300 BLOCK THEN ESCORTED BACK TO
PATROL VEHICLES PARKED ON THE STREET IN THE 3300 BLOCK OF REED
RD. THESE TWO BLACK MALE SUSPECTS WERE THEN PUT INTO SEPARATE
PATROL VEHICLES AT THIS TIME AND HELD THERE AT THE SCENE UNTIL
HOMICIDE UNITS 1411 OFF. CHISHOLM AND 1422 SGT. NOVAK ARRIVED AT
THE SCENE.

OFF. FAULHABER ADVISED DISPATCH TO CONTACT THESE HOMICIDE UNITS
REGARDING THIS INCIDENT, AND HAVE THEM CONTACT HIM ON CHANNEL 4
ON THE HPD RADIO.  SWDISP. DID THIS AND UNIT 1411, OFF. CHISHOLM
CONTACTED OFF. FAULHABER, WHO ADVISED OFF. CHISHOLM THAT SUSPECT
DOMINIC HOLMES B/M DOB: 03-30-79, AKA: FLACO WAS IN CUSTODY IN
THE 3300 BLOCK OF REED RD.  SUSPECT HOLMES WAS THE ORIGINAL
REASON THE OFFS. WERE CONDUCTING SURVEILLANCE IN THE 9700 BLOCK
OF STELLA LINK, AND WAS WANTED IN THE HPD CAPITAL MURDER CASE
119296-O.  OFF. FAULHABER THEN WENT TO THE LOCATION OF 9200
DULCIMER AND ASSISTED SE PATROL UNIT 14D53E IN SECURING THE
CHEVROLET SUBURBAN.  OFF. OBSERVED THE SUBURBAN FACING NORTHBOUND
IN THE 9200 BLOCK OF DULCIMER WITH THE LEFT FRONT PORTION OF THE
VEHICLE RESTING AGAINST THE HL&P METAL LIGHT POLE LOCATED ON THE
EASTSIDE OF DULCIMER.  OFFS. OBSERVED THE ENGINE OF THE VEHICLE
TO STILL BE RUNNING, AND THAT THE STEERING COLOMN OF THE SUBURBAN
WAS CRACKED OPEN.  THERE WAS BLACK AND YELLOW HANDLED COMMON HEAD
SCREW DRIVER LAYING ON THE DRIVERS SIDE FRONT FLOORBOARD, AND A
BLACK PIECE OF PLASTIC WHICH CAME FROM THE STEERING COLUMN.
OUTSIDE AND LAYING ON THE GROUND BY THE FRONT DRIVERS SIDE DOOR
OFF. FAULHABER OBSERVED A SMALL WAD OF MONEY.  THE OFF. LOOKED
INSIDE THE VEHICLE FOR A WEAPON/RIFLE BUT DID NOT OBSERVE ONE IN
THE PASSENGER COMPARTMENT OF THE SUBURBAN.

OFF. FAULHABER CONTACTED SWDISP AND PROVIDED HER WITH THE PLATE
TO THIS SUBURBAN, WHICH WAS TX PLATE ████████, AND ADVISED DISPATCH
THAT THE VEHICLE APPEARED TO BE A FRESH STOLEN AND TO ATTEMPT TO
CONTACT THE OWNER. OFF. FAULHABER WAS ADVISED BY SWDISP THAT THE
VEHICLE WAS AN HPD LISTED STOLEN UNDER CASE NUMBER 3804696, AND
THAT SHE WAS UNABLE TO CONTACT THE OWNER IN THIS CASE.  OFF.
FAULHABER WAS MET BY OFF. FLORES IN THE 9200 BLOCK OF DULCIMER
AND BOTH OFFS. ASSISTED WITH SECURING THE VEHICLE UNTIL HOMICIDE
OFFS. ARRIVED ON THE SCENE.  OFFS. PROVIDED HOMICIDE OFF.
CHISHOLM AND SGT. NOVAK WITH A SUMMARY OF THE EVENTS THAT HAD
OCCURRED DURING THIS INCIDENT AND HANDED THE SCENE OVER TO THEM.

OFFS. THEN LEFT THE SCENE AND TRAVELLED TO THE INTERSECTION OF
FANNIN AND THE SOUTH LOOP EAST BOUND SERVICE ROAD, WHERE THEY
BEGAN A FOOT SEARCH FOR A WEAPON IN CASE ONE WAS THROWN OUT OF
THE SUBURBAN WHILE THEY FLED.  THIS FOOT SEARCH PROCEEDED SOUTH
ON FANNIN ON THE WEST SIDE OF THE ROAD, THEN EAST ON THE PRIVATE
DRIVE LOCATED SOUTH OF THE SAM'S WHOLESALE CLUB ON THE SOUTHSIDE
OF THE PRIVATE DRIVE, THEN SOUTH ON KNIGHT RD. ON BOTH THE EAST
AND WEST SIDE OF THE STREET TO ALMEDA RD. THEN EAST ON REED RD.

0170

�021117ᴚ0011100ᴚᴚᴚᴚᴚᴚᴚ/ᴚᴚᴚᴚᴚ0011ᴚ0011ᴚᴚᴚ0ᴚᴚ1ᴚᴚᴚᴚᴚ

ncident no. 000119296 O         OFFENSE REPORT                PAGE 1.005

ᴚᴚᴚᴚᴚᴚᴚᴚᴚᴚᴚ/ᴚᴚᴚᴚᴚᴚᴚᴚᴚᴚ/ᴚᴚᴚᴚᴚᴚᴚᴚᴚᴚᴚ/ᴚᴚᴚᴚᴚᴚ

'O· HWY 288 ON THE SOUTHSIDE OF THE ROAD.  OFFS. FAULHABER AND
'LORES WERE ASSISTED IN THIS SEARCH BY OFFS. RYPIEN AND
ᴚBOUSLEMAN OF THE SW/WS GANG TASK FORCE, UNIT 90E15.  THE OFFS.
ᴚID NOT FIND ANY EVIDENCE OR WEAPON DURING THIS SEARCH.  THE
ᴚEARCH WAS CONDUCTED ALONG THESE ROADS DUE TO THE SHOULDERS BEING
ᴚRASSY THAT EVENTUALLY TURNED INTO WOODED AREAS AS THEY EXTENED
'URTHER FROM THE ROADWAY.

ᴚFFS. FAULHABER AND FLORES THEN RETURNED TO 9200 DULCIMER AND MET
ᴚITH UNIT 90E17, OFF. T.A. HARRIS OF THE SW/WS GANG TASK FORCE.
ᴚFF. HARRIS SECURED THE SCENE, AND WAITED FOR A CITY WRECKER TO
ᴚRRIVE AND AN ACCIDENT UNIT TO ARRIVE.  ACCIDENT UNIT 11Z10N
ᴚRRIVED AT THE SCENE AND OBTAINED THE NECESSARY INFORMATION FOR
ᴚIS REPORT, THEN TOOK SEVERAL SCENE PHOTOGRAPHS FOR WHICH HE
ᴚAGGED THE FILM IN THE HPD PHOTO LAB LOCATED AT 33 ARTESIAN.
ᴚFF. FAULHABER THEN RECOVERED THE WAD OF MONEY FOUND ON THE
ᴚROUND NEXT TO THE FRONT DRIVERS SIDE DOOR.  OFF. FAULHABER
RECOVERED THIS MONEY, WHICH WAS 3 $1.00 BILLS IN U.S. CURRENCY,
WITH A TWEEZER AND PLACED IT INTO A PLASTIC ZIP LOC BAG, THEN
TRANSFERRED CONTROL AND CUSTODY OF THIS MONEY OVER TO OFF.
HARRIS, WHO TAGGED IT INTO THE HPD PROPERTY ROOM, AUTHORITY
HOMICED OFF. CHISHOLM. THE CHEVROLET SUBURBAN WAS TOWED TO THE
HPD PRINT STALL BY CITY WRECKER UNIT 3643, AND TAGGED INTO THE
PRINT STALL BY UNIT 90E17 OFF. T.A. HARRIS AUTHORITY HOMICIDE
OFF. CHISHOLM.

OFFS. FAULHABER AND FLORES THEN WENT TO HOMICIDE DIVISION LOCATED
AT THE S/E COMMAND STATION ON THE SECOND FLOOR, AND ENTERED THIS
SUPPLEMENT FOR HOMICIDE CASE 119196-O, AUTO THEFT CASE 3804696,
AND ROBBERY CASE 4032596-R.

THE CHEVROLET SUBURBAN TAKEN UNDER AUTO THEFT CASE 3804696, IS A
1991 MODEL, LIGHT GRAY OVER DARK GRAY, TX PLATE ███████, VIN#
████████████████, REGISTRATION OF MAY, 1996. DOC OF 01-09-96.
THE COMPLAINANT WAS UNABLE TO BE CONTACTED BY SWDISP.
     SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
     ************************************************************
     *  ENTRY DEVICE: AST 386 111139                           *
     *  ENTRY FROM DATE-011096 TIME-0218  TO  DATE-011096 TIME-0220  *
     *  TRANSFER DEVICE: AST 386SX 105011 HJM/HJN      VER. 2.08-1  *
     *  TRANSFER DATE-011196 TIME-0235  LOAD DATE-011196 TIME-0233  *
     *  LOCATION OF OFFENSE: POLICE DISTRICT-CONFIDENTIAL    DIST-CO  *
     ************************************************************

Supplement entered by =  97003
Report reviewed by-EG                 Employee number-025810
Date cleared- 01/22/96

0171

```
"""""/////////"""/"""//"/""///"""""""/""""//////"""//""//"/"""//"""////"/"""""
```
Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.006
```
"""""/////////"""/"""//"/""///"""""""/""""//////"""//""//"/"""//"""////"/"""""
```

No-0023

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                         Street location information
Number-     15431 Name-CAMPDEN HILL          Type-         Suffix-
Apt no-      Name-GLENRIDGE             Type-LN      Suffix-
Date of offense-01/01/96               Date of supplement-01/23/96
Compl(s) Last-RODRIQUEZ       First-DAVID      Middle-
                    Recovered stolen vehicles information
Recovery location-                           District-   Beat-   00
Stored-                        by-
Officer1-H.F.CHISHOLM           Emp#-054242 Shift-1 Div/Station-HOMICIDE
Officer2-G.J.NOVAK,SGT          Emp#-039034 Shift-1
Caller's name-                       Phone# (713) 000-0000 Ext-0000


                        SUPPLEMENT NARRATIVE


              PROGRESS REPORT FOR WEDNESDAY, JANUARY 10, 1996
              *************************************************

    WE, OFFICER CHISHOLM AND SERGEANT NOVAK CONTINUED THIS INVESTIGATION
THIS DATE BY ATTEMPTING TO LOCATE THE WANTED SUSPECTS WHO HAD BEEN CHARGED
WITH POCKET WARRANTS UNDER INCIDENT 150643895.  THESE WANTED SUSPECTS WERE
THE FOLLOWING;

1.   DALLAS JAMES NACOSTTE
2.   DOMINIC HOLMES
3.   RIGO ZAVALA

    ALEX PEREZ AND ANTHONY MEDINA HAD PREVIOUSLY BEEN ARRESTED ON JANUARY 5,
1996.  INVESTIGATORS REVIEWED THE INFORMATION LISTED ON THE GANG CARD KEPT BY
THE WESTSIDE AND SOUTHWEST GANG TASK FORCE AND NOTED THAT DALLAS NACOSTTE
LISTED A HOME ADDRESS ON 5353 DEEPFOREST #522 AND ALSO HAD STATED HE ATTENDED
TERRELL MIDDLE SCHOOL LOCATED AT 4710 EAST CROSSTIMBERS.  WE CONTACTED THE
H.I.S.D. POLICE DEPARTMENT AND ADVISED THEM OF THIS INVESTIGATION AND ALSO TO
VERIFY IF DALLAS NACOSTTE DID INDEED ATTEND TERRELL MIDDLE SCHOOL.  WE WERE
ADVISED THAT DALLAS NACOSTTE ACCORDING TO THEIR RECORDS DID ATTEND TERRELL
ALTERNATIVE SCHOOL AND HAD NOT REPORTED TO SCHOOL SINCE OCTOBER OF 1995 AND
THAT NO REASON WAS SHOWN FOR HIS DEPARTURE.
NOTE:  WE HAD RECEIVED INFORMATION PREVIOUSLY THAT DALLAS NACOSTTE WAS ON
JUVENILE PROBATION AND HAD LEFT THE PARTY AT CANDYMAN'S HOUSE PRIOR TO THE
DRIVE BY SHOOTING DUE TO A CURFEW.

    WE CONTACTED HARRIS COUNTY JUVENILE PROBATION AND WERE ADVISED THAT
DALLAS NACOSTTE WAS CURRENTLY ON PROBATION AND ASSIGNED TO FRANK VASQUEZ AT
TELEPHONE NUMBER 868-7440.  WE TELEPHONED MR. VASQUEZ AND ADVISED HIM OF THIS
INVESTIGATION AND ALSO OF THE ARREST WARRANT FOR DALLAS NACOSTTE.  MR.
VASQUEZ STATED THAT DALLAS NACOSTTE SOUTHWEST KEY SCHOOL LOCATED AT 1217
CALHOUN, TELEPHONE NUMBER 659-4449.  MR. VASQUEZ STATED TO INVESTIGATORS THAT
HE WOULD NOTIFY THE SCHOOL THAT INVESTIGATORS WOULD BE ENROUTE TO ARREST HIM
AND ASKED THAT WE CONTACT HIM WHEN WE COMPLETED OUR INTERVIEW AND ADVISE HIM
IF FORMAL CHARGES WOULD BE FILED.  WE STATED WE WOULD.

                                                          0172

ncident no. 000119296 O          OFFENSE REPORT                    PAGE 1.007

ARREST OF DALLAS JAMES NACOSTTE, AKA: WICKED
*******************************************

: WE THEN DROVE TO THE SOUTHWEST KEY SCHOOL AND ARRIVED AT 1015 HOURS. WE
:NTERED THE FRONT DOOR OF THE SCHOOL AND IDENTIFIED OURSELVES TO BRITE
ICKENZIE THE ADMINISTRATOR. WE WERE LED TO A VACANT OFFICE AND MR. MCKENZIE
:TATED HE WOULD BRING DALLAS NACOSTTE TO THE ROOM. APPROXIMATELY 2 MINUTES
.ATER A BLACK MALE ENTERED THE ROOM AND INVESTIGATORS IDENTIFIED OURSELVES
.ND ASKED IF THE MALE WAS DALLAS NACOSTTE. WE ADVISED HIM OF THE ARREST
IARRANT WE HAD IN OUR POSSESSION FOR AGGRAVATED ASSAULT AND AT THIS TIME
:NVESTIGATORS SEARCHED DALLAS NACOSTTE FOR WEAPONS AND OFFICER CHISHOLM
IANDCUFFED THE SUSPECT.

WE THEN TRANSPORTED DALLAS NACOSTTE TO THE HOMICIDE OFFICE WHERE HE WAS
'LACED IN THE HOMICIDE INTERVIEW ROOM BY LIEUTENANT ZOCH'S OFFICE. WE
:NTERED THE INTERVIEW ROOM AND SPOKE TO SUSPECT NACOSTTE ADVISING HIM OF THIS
:NVESTIGATION. DALLAS STATED TO INVESTIGATORS THAT HE HAD NOTHING TO HIDE
:ONCERNING THE DRIVE BY SHOOTING, STATING THAT HE HAD GONE HOME PRIOR TO THE
)RIVE BY SHOOTING DUE TO HIS BEING ON PROBATION AND A CURFEW OF 1:00 AM BEING
:MPOSED ON HIM. DALLAS NACOSTTE STATED THAT HE HAD HEARD "FLACO" MENTION
)OING A DRIVE BY ON "BLUE'S" HOUSE AND THAT ON JANUARY 3, 1996, "PELON"
:ALLED HIM AND TOLD HIM ABOUT THE DRIVE BY AND ALSO THAT THE GUNS HAD BEEN
3URIED. DALLAS NACOSTTE AGREED TO GIVE THE BELOW STATEMENT THAT WAS TYPED BY
3ERGEANT NOVAK ON THE COMPUTER LOCATED AT HIS DESK. THIS STATEMENT WAS THEN
{EAD TO DALLAS NACOSTTE BY HOMICIDE CLERK CONQUISTA L. MURPHY WHO MADE NO
:HANGES AND SIGNED THE STATEMENT IN FRONT OF NOTARY, LIEUTENANT N.J. ZOCH.
3ELOW IS THE TYPED STATEMENT OF DALLAS NACOSTTE;


STATEMENT OF DALLAS JAMES NACOSTTE
*********************************

DATE:  WEDNESDAY, JANUARY 10, 1996          TIME:  1215 HRS.


MY NAME IS DALLAS JAMES NACOSTE. I AM A BLACK MALE AND I AM 16 YEARS OLD,
HAVING BEEN BORN FEBRUARY 2, 1979. MY HOME ADDRESS IS 4000 WATONGA # 205 AND
MY HOME TELEPHONE NUMBER IS 686-8449. I CAN ALSO BE REACHED BY CALLING
862-
3827. MY TX DRIVERS LICENSE NUMBER IS ID#████████ AND MY SOCIAL SECURITY
NUMBER IS ████████. I AM ATTENDING SOUTHWEST KEY WHERE I AM IN THE/MY GED
CLASSES GRADE/YEAR.

TODAY, SERGEANT NOVAK AND OFFICER CHISHOLM CAME TO THE SOUTHWEST KEY, LOCATED
ON CAROLINE AND CALHOUN. THEY GOT THERE AT AROUND 10:20 AM. I KNEW THAT THE
POLICE WERE LOOKING FOR ME BECAUSE MY GIRLFRIEND, GINA HAD CALLED ME AND TOLD
ME SO. I DO NOT KNOW HER LAST NAME. I DO NOT KNOW HER PHONE NUMBER BECAUSE
SHE ALWAYS CALLS ME FROM A PAY PHONE. GINA IS A MIXED FEMALE. I DO NOT KNOW
HER ADDRESS, BUT SHE LIVES OFF ANDERSON ROAD. GINA IS NOT IN THE "LRZ". GINA
IS FIFTEEN YEARS OLD. SHE DOES NOT ATTEND ANY SCHOOL THAT I KNOW OFF. WHEN
GINA CALLED ME, SHE TOLD ME THAT THE POLICE WERE LOOKING FOR ME IN AN ASSAULT
CASE THAT OCCURRED ON NEW YEARS EVE. I KNEW WHAT SHE WAS TALKING ABOUT
BECAUSE I HAD BEEN TO A PARTY, AND GOT INTO AN ARGUMENT WITH SOMEONE. WHEN
I WAS AT THIS PARTY I HAD A SAWED OFF SHOT GUN WITH ME. I PULLED THE
SHOTGUN, BUT DID NOT POINT IT AT ANYONE.

llllll////////////llll/llll/ll/llll//lllllll/lllll//////lll//llll/ll/llll/llll//lll/lll/ll///ll/llll
Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.008
llllll////////////llll/llll/ll/llll//lllllll/lllll//////lll//llll/ll/llll/llll//lll/lll/ll///ll/llll

WHEN THE POLICE CAME FOR ME THEY TOLD ME THAT THEY WERE LOOKING FOR ME IN AN
ASSAULT CASE THAT OCCURRED ON NEW YEARS EVE.  THEY ALSO ASKED ME IF I WAS A
MEMBER OF A GANG CALLED THE "LRZ".I TOLD THEM THAT I WAS A MEMBER OF THIS
GANG, BUT I AM CURRENTLY TRYING TO CLICK OUT.  I HAVE BEEN ASSOCIATED WITH
THIS GANG SINCE I WAS TWELVE YEARS OLD.  THEY ALSO ASKED ME IF I HAD BEEN TO
A PARTY AT A FRIENDS HOUSE BY THE NAME OF "CANDYMAN". I TOLD THEM THAT I WAS
AT THIS PARTY ALSO.

THE POLICE THEN TOLD ME THAT THEY WERE INVESTIGATING A CAPITAL MURDER THAT
OCCURRED ON CAMPDEN HILL, WHERE A LITTLE BOY AND GIRL HAD GOT SHOT ON NEW
YEARS EVE.  THE OFFICERS ALSO TOLD ME THAT MY NAME WAS MENTIONED IN THIS CASE
AS BEING PRESENT WHEN THE SHOOTING OCCURRED.  I TOLD THEM THEN THAT I WAS NOT
THERE AND DID NOT KNOW ANYTHING ABOUT THE SHOOTING.  THE OFFICERS TOLD ME
THAT TWO OTHER GANG MEMBERS WERE ARRESTED AND THEY TOLD ME THEIR NAMES WERE
ALEX PEREZ AND ANTHONY MEDINA.  I KNOW THESE TWO BOYS AS BEING MEMBERS OF THE
"LRZ". THE POLICE TOLD ME THAT TONY MEDINA HAD GIVEN THEM MY NAME AND TOLD
THEM I WAS INVOLVED.  I AGAIN TOLD THE POLICE THAT I WAS NOT INVOLVED.

I WAS ASKED IF I WERE WILLING TO TELL WHAT I KNEW ABOUT THE SHOOTING AND I
FIGURED IF TONY TOLD THE POLICE ABOUT ME THEN I SHOULD TELL WHAT I KNOW.  ON
NEW YEARS EVE I HAD BEEN TO A PARTY AT "CANDYMANS" HOUSE.  THERE AT THE PARTY
WERE SEVERAL OTHER GANG MEMBERS OF THE "LRZ". THEIR NAMES ARE: TINY,
CHINO,SMURF, TONY MEDINA, ALEX PEREZ, PELON. THERE WAS A FRIEND OF CHINO'S BY
THE NAME OF GARY. GARY IS A MEXICAN GUY THAT CAN BARELY SPEAK ENGLISH.
ANOTHER BLACK GUY CALLED "FLACO", FLACOS FRIEND WHO WAS ALSO BLACK AND
FLACO'S GIRLFRIEND.  ALSO AT THE PARTY WERE SOME GIRLS. THEIR NAMES ARE:
CATHY, ("PETUFA") INDIA, CHINA, MY GIRLFRIEND GINA.


THE MAN THAT WAS WITH FLACO WAS ALSO BLACK. I WOULD SAY THAT THIS GUY WAS
ABOUT 21 OR 22 YEARS OLD. HE WAS DARK SKINNED, TALL AND DRESSED REAL PREPPIE.
I DO NOT REMEMBER HIM WEARING GLASSES OR ANYTHING LIKE THAT.  HIS HAIR WAS
LONG ON TOP, BUT WAS CLOSE SHAVED ON THE SIDES. I HAD NEVER SEEN THIS GUY
BEFORE TONIGHT.  FLACO'S GIRLFRIEND IS ALSO BLACK. I WOULD SAY THAT SHE IS
ABOUT 15 OR 16 YEARS OLD.  SHE IS ABOUT 5'8, AND WAS KINDA OF SKINNY. I HAD
NEVER SEEN THIS GIRL BEFORE EITHER.  FLACO NEVER CALLED EITHER OF THEM BY
NAME. FLACO DID REFER TO THE DUDE THAT WAS WITH HIM AS HIS "HOMEBOY".  FLACO
AND THE BLACK GUY CAME TO THE PARTY IN A DARK BROWN DODGE.  FLACO'S FRIEND
WAS DRIVING THE CAR. I NEVER SEEN THE CAR BEFORE THAT NIGHT.

WHILE AT THE PARTY WE WERE DRINKING BEER AND POPPING FIRECRACKERS.  AT AROUND
MIDNIGHT WE WERE HAVING A CONTEST WITH CANDYMAN'S NEIGHBOR TO SEE IF WE COULD
SHOOT OUT THE STREET LIGHT NEAR HIS HOUSE.  WE WERE SHOOTING A .25 CALIBRE
SEMI AUTOMATIC PISTOL AND THE TWELVE GAUGE.  WE HAD LEFT THE PARTY AT
CANDYMAN'S HOUSE AND DRIVEN OVER TO A HOUSE OFF POST OAK.  WE WENT OVER THERE
BECAUSE THERE IS A GIRL THAT LIVED THERE BY THE NAME OF "CHI CHONAS" LIVING
THERE. WE WENT OVER THERE IN TWO CARS. WE WERE IN CHINO'S CAR AND A GUY THEY
CALLED GARY.  CHINO DRIVES A BLUE TOYOTA, 2 DOOR AND GARY'S CAR WAS AN OLD
WHITE PLYMOUTH THAT WAS SORTA RAGGED OUT.  THOSE WHO WENT TO "CHI CHONA'S WAS
ME, SMURF, CHINO, SLIM, TONY, AND THE GIRL CALLED CHINA.  FLACO HAD NOT YET
GOTTEN TO THE PARTY AT CANDYMANS SO HE WAS NOT THERE THE FIRST TIME.

WHEN WE GOT TO CHI CHONA'S HOUSE WE FOUND THAT SHE WAS NOT THERE, BUT THERE
WERE SOME FRIENDS OF HER BROTHERS THAT WERE PARTYING THERE.  ONE OF THE GUYS
AT THE PARTY HAS A BROTHER THAT WAS A MEMBER OF THE "HTC". THEY WERE ALL

0174

uuuuuu////////uuuu/uuu/u//uuu//uuuuuu/uuuuu///uuuu/uuu/u//uuu/uuuuu/uuu//uuu//uu/u//u/uuuu
Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.009
uuuuuu////////uuuu/uuu/u//uuu//uuuuuu/uuuuu///uuuu/uuu/u//uuu/uuuuu/uuu//uuu//uu/u//u/uuuu

DRUNK AND THEY STARTED ARGUING WITH US. WE ARGUED FOR ABOUT TEN MINUTES. SOME
ONE CALLED ME A NIGGER AND THAT PISSED ME OFF.   THIS IS WHEN I PULLED THE
SHOTGUN.  I DID NOT POINT IT AT ANYONE THOUGH.    AFTER THE ARGUMENT WE LEFT
AND WENT BACK TO CANDYMAN'S HOUSE.

WE HAD GOTTEN BACK AND WERE OUTSIDE DRINKING BEER FOR ABOUT 20 MINUTES OR SO
AND THAT IS WHEN FLACO AND THE OTHER GUY SHOWED UP.  WHEN FLACO GOT THERE HE
WAS ALL PUMPED UP. HE TOLD US THAT HE HAD DRIVEN BY THIS GIRLS HOUSE THAT
DATES AN "HTC" MEMBER. I DO NOT KNOW THE NAME OF THE STREET, BUT YOU GET TO
IT OFF ANDERSON ROAD.  ITS THE MAIN STREET THROUGH THIS SUB-DIVISION.  I HAVE
BEEN BY THIS HOUSE IN THE PAST AND EVERYBODY IN THE GANG KNEW WHERE SHE LIVED
BECAUSE SHE WAS DATING AN "HTC" MEMBER. THE GUYS NAME THAT SHE IS DATING IS
"BLUE"  WHEN FLACO GOT THERE HE WA ALL PUMPED AND WAS SAYING THAT HE JUST
DROVE BY THE HOUSE AND SAW "BLUE" OUTSIDE AT THE GIRLS HOUSE.  FLACO STARTED
ASKING FOR THE "AK". HE WAS ASKING EVERYBODY AT THE PARTY FOR THE GUN.  PELON
TOLD FLACO THAT THE GUN WAS AT HIS HOUSE.  PELON TOLD FLACO HOW TO GET INTO
HIS HOUSE AND HOW TO GET THE GUN.  FLACO THEN STARTED TALKING ABOUT HOW HE
WAS GOING TO DO A DRIVE-BY AT THE HOUSE WHERE "BLUE" WAS AT.  FLACO SAID THAT
HE WAS GOING TO "ROLL BY" LOOKING FOR BLUE AND THAT HE WAS GOING TO START
BUSTING AT THEM. HE SAID THAT HE WAS GOING TO DROP OFF THE "K" AND COME BACK
TO THE PARTY.

I AM UNDER A CURFEW AND I WAS GIVEN PERMISSION BY BOTH MY PAROLE OFFICER AND
MOTHER TO GO OUT ON NEW YEARS EVE.  I HAD TO BE HOME BY 1:00 A.M.. I ASKED
CHINO TO TAKE ME HOME AND HE AGREED TO DO SO. WE LEFT IN CHINO'S CAR WITH
PELON DRIVING. ALSO IN THE CAR WAS  ME, SMURF AND CHINO.  THEY TOOK ME HOME
AND LET ME OFF. I GOT HOME AT A LITTLE AFTER 1:30 AM OR SO.

ON JANUARY 3RD, PELON CALLED ME AND TOLD ME ABOUT THE SECOND FIGHT OVER AT
"CHI CHONA'S". HE ALSO TOLD ME ABOUT FLACO DOING THE DRIVE-BY AND THAT HE
WASN'T  SURE IF HE HAD HIT ANYONE.  I HAD SEEN THE NEWS AND KNEW THAT TWO
PEOPLE WERE KILLED AND A THIRD GIRL WAS SHOT.  I ASKED PELON ABOUT THE "AK"
AND HE TOLD ME THAT THEY BURIED THE GUN SOMEWHERE IN WESTBURY AND FLACO WAS
LEAVING TOWN UNTIL THINGS COOLED DOWN.  NO ONE IS TALKING ABOUT THE SHOOTING
BECAUSE EVERYONE IS AFRAID TO TALK ON THE PHONE.  I HAVE NOT BEEN BACK TO
THAT SIDE OF TOWN SINCE THAT TIME.

THE SHOTGUN THAT I HAD IS PROBABLY BURIED WITH THE "AK" I GUESS.  I WAS NOT
IN THE CAR AT THE TIME OF THE DRIVE-BY. THIS IS THE TRUTH.

IF FLACO FINDS OUT I TOLD ON HIM HE WILL HURT ME AND MY FAMILY.

THIS IS ALL I CAN TELL YOU.

I CANNOT READ THAT WELL. THIS STATEMENT WAS READ TO ME BY A BLACK FEMALE THAT
WORKED IN THE HOMICIDE OFFICE. I WAS TOLD HER NAME WAS CONQUISTA MURPHY.

END OF STATEMENT OF DALLAS JAMES NACOSTE TAKEN ON PC2 WICKED)


     UPON COMPLETION OF DALLAS NACOSTTE'S STATEMENT AND A REVIEW OF INCIDENT
150643895 A DECISION WAS MADE NOT TO INCARCERATE HIM ON THE AGGRAVATED
ASSAULT WARRANT DUE TO THE FACT THAT NONE OF THE WITNESSES COULD STATE THAT
HE HAD POINTED THE SHOTGUN AT THEM.  WITNESS AND COMPLAINANT SAMUEL LOPEZ HAD
IDENTIFIED DALLAS NACOSTTE ONLY AS HAVING THE SHOTGUN AT THE SCENE.  DALLAS
NACOSTTE HAD ALSO AGREED TO SHOW INVESTIGATORS WHERE "PELON" CURRENTLY

RESIDES.  WE SPOKE TO SERGEANT BLOYD AND OFFICER GARRETTSON AND THEY ADVISED
THAT THEY WOULD TRANSPORT DALLAS NACOSTTE HOME.  WE, OFFICER CHISHOLM AND
SERGEANT NOVAK WOULD ATTEMPT TO LOCATE "CANDYMAN" AS WELL AS "FLACO".  WE
ALSO REVIEWED A PREVIOUS INCIDENT #120487795 WHERE TONY MEDINA WAS EXITING AN
APARTMENT LOCATED AT 9701 STELLA LINK #52 IN THE COMPANY OF DOMINIC HOLMES
"FLACO" AND ANOTHER INDIVIDUAL NAMED CHARLIE LUA IN OCTOBER OF 1995.  WE RAN
A GENERAL PERSON INQUIRY ON DOMINIC HOLMES WITH THE HIS LISTED DATE OF BIRTH
OF 3-30-77 AND LOCATED NO CRIMINAL HISTORY OR WANTED.  WE THEN CONTACTED THE
JUVENILE DIVISION AND REQUESTED A NAME CHECK ON DOMINIC HOLMES AND WERE
ADVISED THAT THEY HAD A DOMINIC HOLMES WITH A DATE OF BIRTH OF 3-30-79 UNDER
JUVENILE ID# 0145452.  A COPY OF HIS JUVENILE ARREST HISTORY WAS OBTAINED AND
WILL BE ATTACHED TO THIS REPORT.  A REVIEW OF THIS ID NUMBER REVEALED THE
FOLLOWING;
DOMINIC HOLMES, BM/15
11811 S. LITTLEJOHN, MISSOURI CITY
PH# 748-4849
DOB: 3-30-79
MOTHER: CORETTA PATTERSON

     DOMINIC SHOWS 11 ARRESTS DATING FROM 1993 TO CURRENT FOR AFFRAY, CURFEW
VIOLATION AND RUNAWAY.

     WE CONTACTED OFFICERS FAULHABER AND FLORES AND ADVISED THEM OF THE
INFORMATION OBTAINED REGARDING DOMINIC HOLMES AND THEY ADVISED INVESTIGATORS
THAT THEY WOULD CHECK THE HOME ADDRESS LISTED FOR HIM IN MISSOURI CITY.
OFFICER FAULHABER ALSO STATED TO INVESTIGATORS THAT DETECTIVE WILEY WITH
MISSOURI CITY P.D. MAY BE FAMILIAR WITH DOMINIC.  WE CONTACTED DETECTIVE
WILEY AT PHONE NUMBER 261-4219 AND ADVISED HIM OF THIS INVESTIGATION AS WELL
AS THE POCKET WARRANT FOR HIS ARREST.  HE STATED THAT HE WAS FAMILIAR WITH
DOMINIC HOLMES AS HE HAD DEALT WITH HIM LAST YEAR REGARDING A BURGLARY
INVESTIGATION.  DETECTIVE WILEY STATED THAT HE HAD INTERVIEWED HIS MOTHER AND
SHE HAD TOLD HIM THAT SHE BELIEVED HIM TO BE IN A GANG AS SHE HAD OVERHEARD
HIM MENTION THE "LRZ" AND HAD ALSO HEARD HER SON CALLED "FLACO" BY SOME OF
HIS FRIENDS.  DETECTIVE WILEY STATED THAT DOMINIC HAD BEEN BANNED FROM
H.I.S.D. SCHOOLS IN OCTOBER OF 1994 AND HE IS NOT AWARE IF HE IS ATTENDING
ANY OTHER SCHOOL AT THIS TIME.  DETECTIVE WILEY STATED THAT HE WOULD HAVE ONE
OF HIS UNITS SET UP SURVEILLANCE ON HIS RESIDENCE AND NOTIFY INVESTIGATORS IF
THEY APPREHENDED HIM.

     WE THEN LEFT THE OFFICE AND ATTEMPTED TO LOCATE "CANDYMAN'S" RESIDENCE
BY DIRECTIONS SUPPLIED BY THOMAS FLORES AND DALLAS NACOSTTE.  WHILE ENROUTE
WE WERE PAGED BY SERGEANT BLOYD AND ADVISED THAT DALLAS NACOSTTE HAD SUPPLIED
THEM WITH A BOGUS ADDRESS FOR "PELON" AND THAT HE HAD REQUESTED TO BE DROPPED
OFF AT THE ROYALE APARTMENTS AT 9701 STELLA LINK, STATING THAT HIS AUNT LIVED
AT THIS LOCATION.  WE CONTACTED OFFICERS FAULHABER AND FLORES VIA POLICE
RADIO AND REQUESTED THAT THEY MEET INVESTIGATORS AT THE ROYALE APARTMENTS.
WE ARRIVED AT THIS LOCATION AT APPROXIMATELY 1600 HOURS AND WERE MET BY
SERGEANT BLOYD, OFFICER GARRETSON, OFFICER FAULHABER AND OFFICER FLORES.  THE
SECURITY GUARD FOR THE PROJECT NAMED MR. DOON.  WE ADVISED HIM OF THIS
INVESTIGATION AND HE STATED THAT NUMEROUS "LRZ" GANG MEMBERS ASSOCIATE IN
APARTMENT #64 AND THAT A YOUNG FEMALE LIVES IN THIS APARTMENT WITH HER AUNT.
WE APPROACHED APARTMENT #64 AND KNOCKED ON THE FRONT DOOR.  A HISPANIC FEMALE
ANSWERED THE DOOR AND WE IDENTIFIED OURSELVES AND ADVISED HER OF THIS
INVESTIGATION.  THE FEMALE STATED HER NAME WAS;

                                                              0176

CLOTILDE SANCHEZ

THE SOUTHWEST GANG UNIT OFFICE AND SPOKE TO SERGEANT CUMBESS.  A REQUEST WAS
MADE FOR ADDITIONAL UNITS TO SET UP SURVEILLANCE ON THE APARTMENTS.

WE RETURNED TO THE HOMICIDE OFFICE TO REVIEW ADDITIONAL PAPERWORK THAT
MAY SUPPLY OTHER ADDRESSES WHERE THESE INDIVIDUALS MAY BE ENROUTE TO.

ARREST OF DOMINIC HOLMES, AKA: FLACO
*****************************************
AT 2006 HOURS WHILE ARRIVING AT THE HOMICIDE OFFICE, WE RECEIVED A
TELEPHONE CALL AND PAGE FROM THE SOUTHWEST DISPATCHER.  THE DISPATCHER
REQUESTED THAT WE CONTACT OFFICER FAULHABER ON THE POLICE RADIO AS AN ARREST
HAD BEEN MADE ON "FLACO" INVOLVING HIS FLEEING IN A STOLEN VEHICLE.  WE
CONTACTED OFFICER FAULHABER VIA POLICE RADIO AND HE STATED THAT HE HAD
ARRESTED "FLACO" IN THE 3000 BLOCK OF REED ROAD.  WE PROCEEDED TO THE SCENE
AND ARRIVED AT APPROXIMATELY 2045 HOURS WHERE WE OBSERVED NUMEROUS MARKED
POLICE UNITS PARKED ON THE ESPLANADE.  WE OBSERVED 2 BLACK MALES HANDCUFFED
AND PLACED IN SEPARATE VEHICLES.  WE SPOKE TO OFFICER FAULHABER AND HE STATED
THAT AS THEY WERE CONDUCTING SURVEILLANCE ON THE PARKING LOT OF THE
APARTMENTS AT 9701 STELLA LINK, HE OBSERVED A BEIGE SUBURBAN PULL INTO THE
PARKING LOT.  HE STATED HE COULD SEE INSIDE THE VEHICLE AND OBSERVED "FLACO"
BEHIND THE STEERING WHEEL.  OFFICER FAULHABER RAN THE LICENSE PLATE AND THE
VEHICLE CAME BACK STOLEN UNDER INCIDENT 3804696.  OFFICER FAULHABER STATED
THE VEHICLE EXITED THE PARKING LOT AT A HIGH RATE OF SPEED AND HE FOLLOWED AT
A SAFE DISTANCE RADIOING FOR MARKED PATROL UNITS.  HE STATED THAT MARKED
PATROL UNITS ARRIVED AND THE VEHICLE CONTINUED TO FLEE BEFORE STRIKING A CITY
LIGHT POLE AT THE 9200 BLOCK OF DULCIMER.  OFFICER FAULHABER STATED THAT
"FLACO" AND A SECOND INDIVIDUAL LATER IDENTIFIED AS TYRONE FREDRICKS FLED ON
FOOT AND WERE CAPTURED IN A FIELD IN THE 3000 BLOCK OF REED ROAD.  FOR
DETAILS REGARDING THE ARREST OF DOMINIC HOLMES, REFER TO OFFICER FAULHABER'S
SUPPLEMENT.

WE PROCEEDED TO THE 9200 BLOCK OF DULCIMER WHERE WE OBSERVED A 1991 GRAY
COLORED CHEVROLET, SUBURBAN, TX.LIC# ▓▓▓▓▓▓ RESTING WITH THE FRONT BUMPER
AGAINST A LIGHT POLE LOCATED ON THE NORTHEAST CORNER OF THE 9200 BLOCK OF
DULCIMER.  LYING ON THE GROUND BESIDE THE FRONT DRIVER DOOR WAS ASSORTED
$1.00 BILLS.  A C.S.U UNIT WAS CALLED FOR TO PROCESS THE VEHICLE AS WELL AS
A CITY WRECKER TO TOW THE VEHICLE TO THE PRINT STALL.  ALL C.S.U UNITS WERE
OUT OF SERVICE AND AN ACCIDENT UNIT WAS CALLED TO THE SCENE TO MAKE THE
ACCIDENT REPORT AS WELL AS PHOTOGRAPH THE VEHICLE AND MONEY LYING ON THE
GROUND.

WE LEFT THE SCENE AND RETURNED TO THE HOMICIDE OFFICE WHERE AN INTERVIEW
WAS CONDUCTED AT APPROXIMATELY 2230 HOURS OF TYRONE FREDRICKS IN THE
INTERVIEW ROOM ACROSS THE HALL FROM THE FRONT OFFICE BY OFFICER CHISHOLM.
TYRONE FREDRICKS REFUSED TO GIVE ANY INFORMATION REGARDING THE STOLEN VEHICLE
STATING HE WAS NOT IN THE VEHICLE AND THAT HE KNEW NOTHING OF THIS
INVESTIGATION.  TYRONE FREDRICKS WAS THEN BOOKED IN THE CITY JAIL AND CHARGES
AND HIS INVOLVEMENT WAS REVIEWED WITH ASSISTANT DISTRICT ATTORNEY STEVEN ST.
MARTIN WHO ACCEPTED CHARGES OF EVADING ARREST.  SEE OFFICER FAULHABER'S
SUPPLEMENT.

DOMINIC HOLMES WAS PLACED IN THE HOMICIDE INTERVIEW ROOM LOCATED IN
LIEUTENANT ZOCH'S SQUAD OFFICE AND SERGEANT NOVAK INTERVIEWED HIM.  SERGEANT
NOVAK CONFRONTED DOMINIC HOLMES WITH THE INFORMATION OBTAINED DURING THIS
INVESTIGATION AND HE STATED HE WANTED TO GIVE A STATEMENT TO CLEAR HIS NAME.

IT WAS ALSO FOUND AT THIS TIME THAT DOMINIC WAS A JUVENILE AND HIS DATE OF
BIRTH WAS VERIFIED AS 3-30-79.   THE MAGISTRATE WARNINGS AND CERTIFICATION
FORMS FOR A JUVENILE WERE OBTAINED FROM THE JUVENILE DIVISION AND SERGEANT
BLOYD AND OFFICER CHISHOLM TRANSPORTED DOMINIC TO THE HARRIS COUNTY PROBABLE
CAUSE COURTS LOCATED AT 49 SAN JACINTO ARRIVING AT 2330 HOURS.   MAGISTRATE
TRAVIS LEWIS TOOK DOMINIC HOLMES INTO HIS CHAMBERS AT 2338 HOURS AND AT 0002
HOURS ON JANUARY 11, 1996 RETURNED HIM TO INVESTIGATORS WITH THE SIGNED
CERTIFICATION FORM.   DOMINIC WAS THEN RETURNED TO THE HOMICIDE OFFICE
ARRIVING AT 0028 HOURS WHERE AN IN CUSTODY STATEMENT WAS TAKEN FROM DOMINIC
HOLMES AT SERGEANT NOVAK'S COMPUTER.   THE STATEMENT WAS COMPLETED AT 0215
HOURS.   DOMINIC DURING THIS TIME ALSO DESCRIBED A HAND DRAWN MAP AREA OF
WHERE THE SHOOTING HAD TAKEN PLACE AS WELL AS WHAT HE HAD SEEN OF THE STREET
AND IN THE DRIVEWAY OF THE RESIDENCE.   DOMINIC REVIEWED THE MAP THAT WAS
DRAWN AND SIGNED HIS NAME TO THE MAP AT 0220 HOURS.   DOMINIC READ HIS
STATEMENT AND COMPLETED READING HIS STATEMENT AT 0225 HOURS.   DOMINIC WAS
THEN TRANSPORTED BACK TO THE HARRIS COUNTY PROBABLE CAUSE COURTS AT 0240
HOURS AND ARRIVED AT 0305 HOURS.   MAGISTRATE TRAVIS LEWIS TOOK DOMINIC INTO
HIS CHAMBERS AT 0305 HOURS AND RETURNED HIM TO INVESTIGATORS AT 0335 HOURS
WITH HIS STATEMENT SIGNED AND WITNESSED BY MAGISTRATE LEWIS.   WE THEN
TRANSPORTED DOMINIC BACK TO THE HOMICIDE OFFICE ARRIVING AT 0400 HOURS.
DOMINIC AT THIS TIME WAS THEN TAKEN TO THE JUVENILE DIVISION WHERE WE WERE
ADVISED THAT ALL JUVENILE DEFENDANTS ARE REQUIRED TO BE PRINTED AND
PHOTOGRAPHED IN THE IDENTIFICATION DIVISION AND CHARGES ENTERED INTO THE
HARRIS COUNTY JUVENILE OFFENSE TRACKING SYSTEM.   SERGEANT BLOYD TOOK DOMINIC
TO THE IDENTIFICATION DIVISION AT SOUTHEAST AND HAD HIM PROCESSED AND I
OFFICER CHISHOLM ENTERED THE INFORMATION INTO THE JUVENILE TRACKING SYSTEM.
SERGEANT BLOYD THEN TURNED CUSTODY OF DOMINIC OVER TO THE JUVENILE DIVISION
FOR PROCESSING AT APPROXIMATELY 0510 HOURS.   BELOW IS THE STATEMENT OF
DOMINIC HOLMES AS DICTATED AND TYPED BY OFFICER CHISHOLM AND SIGNED BEFORE
MAGISTRATE TRAVIS LEWIS BY DOMINIC HOLMES;

STATEMENT OF DOMINIC HOLMES
*****************************

JUVENILE CONFESSION

DATE:   JANUARY 11, 1996
TIME:   0100 HRS.

THIS IS THE STATEMENT OF DOMINIC ANTOINE HOLMES, TAKEN AT THE SOUTHEAST
COMMAND STATION BUILDING IN HOUSTON, HARRIS COUNTY, TEXAS.

ON THIS DATE, JANUARY 11, 1996 A.D., AT 2338 HRS., I, DOMINIC ANTOINE HOLMES,
WAS TAKEN BEFORE TRAVIS W. LEWIS, A MAGISTRATE, AT HIS/HER OFFICE IN HOUSTON,
HARRIS COUNTY.   THE MAGISTRATE INFORMED ME THAT:
    I MAY REMAIN SILENT AND NOT MAKE ANY STATEMENT AT ALL, ANY STATEMENT I
MAKE MAY BE USED IN EVIDENCE AGAINST ME;   I HAVE THE RIGHT TO HAVE AN
ATTORNEY PRESENT TO ADVISE ME EITHER PRIOR TO ANY QUESTIONING OR DURING THE
QUESTIONING;   IF I AM UNABLE TO EMPLOY AN ATTORNEY, I HAVE THE RIGHT TO HAVE
AN ATTORNEY APPOINTED TO COUNSEL WITH ME PRIOR TO OR DURING ANY INTERVIEWS
WITH PEACE OFFICERS OR ATTORNEYS REPRESENTING THE STATE;   I HAVE THE RIGHT TO
TERMINATE THE INTERVIEW AT ANY TIME;   IF I AM 15 YEARS OF AGE OR OLDER AT THE
TIME OF THE VIOLATION OF A PENAL LAW OF THE GRADE OF FELONY THE JUVENILE
COURT MAY WAIVE ITS JURISDICTION, AND I MAY BE TRIED AS AN ADULT.

ADDITIONALLY, I MAY BE SENTENCED TO COMMITMENT IN THE TEXAS YOUTH COMMISSION

0178

"""""""/////"""""""/""""//""/""/"""////""""""/"""""/////""""/""//""//""""/
Incident no. 000119296 O          OFFENSE REPORT
"""""""/////"""""""/""""//""/""/"""////""""""/"""""/////""""/""//""//""""/        PAGE 1.014

WITH A TRANSFER TO THE TEXAS DEPARTMENT OF CORRECTIONS FOR A TERM NOT TO
EXCEED 40 YEARS IF I AM FOUND TO HAVE ENGAGED IN DELINQUENT CONDUCT ALLEGED
IN A PETITION APPROVED BY A GRAND JURY WHICH ALLEGES A COMMISSION OF ONE OR
MORE OF THE FOLLOWING OFFENSES, TO WIT:  MURDER, CAPITAL MURDER, AGGRAVATED
KIDNAPPING, AGGRAVATED SEXUAL ASSAULT, DEADLY ASSAULT ON A LAW ENFORCEMENT
OFFICER, CORRECTIONS OFFICER, OR COURT PARTICIPANT, OR CRIMINAL ATTEMPT IF
THE OFFENSE ATTEMPTED WAS CAPITAL MURDER.


I DO NOT WANT TO CONSULT WITH A LAWYER BEFORE I MAKE THIS STATEMENT, AND I DO
NOT WANT TO REMAIN SILENT, AND I NOW FREELY AND VOLUNTARILY WAIVE MY RIGHT TO
A LAWYER AND TO REMAIN SILENT AND I NOW KNOWINGLY MAKE THE FOLLOWING
VOLUNTARY STATEMENT:


     I AM CURRENTLY IN THE HOMICIDE OFFICE TO TELL OFFICER CHISHOLM ABOUT THE
DRIVE BY SHOOTING OF THE LITTLE HISPANIC BOY AND THE HISPANIC GIRLS ON NEW
YEARS MORNING.  THIS SHOOTING HAPPENED IN THE BRIARGATE SUBDIVISION.

     AT ABOUT 6:00 PM ON NEW YEARS EVE, I WAS PICKED UP BY MY FRIEND JAMIE
MOORE AT MY HOUSE AT 11811 SOUTH LITTLEJOHN IN MISSOURI CITY. JAIME IS A
BLACK MALE ABOUT 22 YEARS OLD. HE IS ABOUT 6'1" TALL, BALDHEADED AND WEIGHTS
ABOUT 260. HE ALSO WEARS SOME THICK EYEGLASSES WITH BLACK RIMS. JAMIE WAS
DRIVING A BLACK COLORED 1989 OLDSMOBILE, 4 DOOR WITH THE BACK OF THE CAR
DENTED IN.  THE LITTLE WINDOW ON THE BACK PASSENGER SIDE WAS BROKEN OUT AND
HAD A CLEAR COLORED TAPE COVERING THE WINDOW.   WE HAD BEEN INVITED TO A
PARTY OR GET TOGETHER FOR "LRZ" GANG MEMBERS AT A GUY NAMED "CANDYMAN'S"
HOUSE.  I AM NOT SURE OF THE ADDRESS BUT IT IS LOCATED ON A STREET BEHIND THE
"ALLMART STORE ON FUQUA.  WHEN I GOT TO THE PARTY, CANDYMAN, WICKED, HIS REAL
NAME IS DALLAS, CHINA, CHINO, HE IS CHINESE AND HIS REAL NAME IS VESNA,
INDIA, PELON, HIS REAL NAME IS JOHNNY, SMURF, HIS REAL NAME IS JAMES, OMAR.
CREEPER, HIS REAL NAME IS TONY MEDINA AND SLIM, HIS REAL NAME IS ALEX AND HE
IS TONY'S COUSIN CAME ABOUT 20 MINUTES LATER.  WE STAYED AT CANDYMAN'S HOUSE
FOR AWHILE AND EVERYBODY DECIDED TO GO TO "CHICHONA'S HOUSE BECAUSE THERE WAS
A PARTY OVER THERE.  I HAD NEVER BEEN TO CHICHONA'S HOUSE BEFORE.  ME, PELON,
CREEPER, INDIA AND CHINA GOT INTO JAMIE'S OLDSMOBILE AND JAMIE DROVE OVER TO
CHICHONA'S.  WHEN WE GOT THERE AND STAYED ACROSS THE STREET.  ONE OF
CHICHONA'S FRIENDS WHO WAS JUST A FRIEND AND NOT AN "HTC" MEMBER CAME OVER
AND TALKED TO US.  ONE OF THE "HTC" GUYS GOT MAD AND THREW A BOTTLE ACROSS
THE STREET AT US.  CHINA WENT ACROSS THE STREET AND GOT INTO THE GUYS FACE
AND THE DUDE STARTED TALKING BACK AND HE THEN DREW BACK AND HIT CHINA IN THE
FACE.  I RAN OVER AND HE HIT ME IN THE SIDE OF THE FACE AND I SWUNG AND HIT
HIM BACK.  EVERYBODY THEN STARTED FIGHTING IN THE STREET.  PELON WAS IN THE
STREET WITH THE "GAUGE"( A SAWED OFF SINGLE SHOT WITH PISTOL GRIP SHOTGUN),
TINY WAS STANDING IN THE STREET WITH THE "AK" ( BROWN AND TANISH COLOR WOOD
STOCK WITH A KNIFE ON THE END OF THE BARREL).  ONE OF THE BOYS RAN IN THE
STREET AND PUT THE "AK" IN HIS FACE AND PICKED THE GUN UP AND LET THE BOY
RUN.  JAMIE WAS STANDING IN THE STREET WATCHING EVERYTHING.  PELON THREW ME
THE "GAUGE" AND I DROPPED IT AND PELON PICKED IT BACK UP.  WHEN I TURNED
AROUND CREEPER HAD THE "AK" AND WENT "CRAZY" WITH IT.  HE GOT SO MAD BE
"BUSTED" IT ONE TIME STRAIGHT ACROSS INTO THE FIELD ACROSS FROM THE HOUSE.
CREEPER TOLD EVERYBODY TO GET IN THE CAR AND WE ALL GOT IN THE CAR.  WHEN
CREEPER GOT INTO THE CAR, HE HAD THE "AK" BESIDE HIS RIGHT LEG WITH THE
BARREL POINTED TOWARDS THE FLOORBOARD AND THE KNIFE FOLDED UP.  JAMIE WAS
DRIVING, CREEPER WAS IN THE FRONT PASSENGER SEAT, SLIM WAS SITTING BEHIND
CREEPER IN THE REAR PASSENGER SEAT, I WAS SITTING IN THE MIDDLE OF THE BACK
SEAT, PELON WAS SITTING IN THE BACK SEAT ON THE DRIVERS SIDE, CHINA WAS

0179

SITTING ON MY LEFT LEG AND INDIA WAS SITTING ON MY RIGHT LEG.   CREEPER TOLD
JAMIE TO GO TO BRIARGATE WHICH IS A NEIGHBORHOOD ABOUT 4 BLOCKS DOWN GOING
TOWARDS MISSOURI CITY.   WHEN WE GOT TO BRIARGATE, THE LAST STREET, WE TURNED
TO MAKE A LEFT AND GO STRAIGHT DOWN TOWARDS THE ALLMART.   AS WE TURNED THE
CORNER ABOUT THE THIRD STREET DOWN I SAW A GRAY TRUCK WITH THE DRIVER FRONT
END DENTED IN.   THE REAR TIRE ON THE DRIVER SIDE WAS FLAT.   I ALSO SAW A
CUSTOM VAN THAT WAS BLACK GRAY AND BROWN IN COLOR. IT WAS PARKED IN THE
DRIVEWAY ON THE RIGHT SIDE. IN THE STREET, NEXT TO THE DRIVEWAY WAS A CAR AND
THERE WAS A GIRL WITH A BLACK AND GRAY FLANNEL SHIRT SITTING ON THE HOOD OF
THE CAR.

    I HEARD CREEPER COCK THE A.K. AND THEN AS WE PASSED THE GRAY TRUCK, HE
FIRED ABOUT SIX OR SEVEN TIMES. IF YOU PULL THE TRIGGER ONCE ON THE A.K. IT
FIRES THREE OR FOUR SHOTS. IF YOU PULL THE TRIGGER TWICE THEN IT FIRES EIGHT.
WHEN I FIRST HEARD THE SHOTS BEING FIRED, I THOUGHT SOMEONE WAS SHOOTING AT
US AND I GRABBED THE GIRLS AND PULLED THEM DOWN. JAIME TOOK OFF FAST THEN AND
MADE A RIGHT.   I DON'T REMEMBER WHERE WE DROPPED THE OTHERS OFF BUT EVERYONE
GOT OUT OF THE CAR EXCEPT ME AND JAIME. HE THEN DROVE ME TO MY MOTHER'S
HOUSE. I DIDN'T GO TO SLEEP WHEN I GOT THERE. I STAYED UP AND WATCHED THE
NEWS AND SAW THAT THE TWO KIDS  ON CAMPDEN STREET HAD BEEN KILLED. I STAYED
UP CRYING ALL NIGHT. I HAVEN'T TALKED TO CREEPER SINCE THIS HAPPENED AND I
DON'T KNOW WHAT HE DID WITH THE A.K. NO ONE ELSE HAS TALKED TO ME ABOUT WHAT
HAPPENED THAT NIGHT.

    I HAVE BEEN A MEMBER OF LRZ-13 FOR THE PAST TWO YEARS. THE OTHER PEOPLE
THAT I MENTIONED ARE ALL MEMBERS OF LRZ-13 EXCEPT FOR JAIME.


TYPING FINISHED THURSDAY, JANUARY 11, 1996     AT 2:14 HRS.

END OF STATEMENT OF DOMINIC ANTOINE HOLMES.


    INVESTIGATION TO CONTINUE:
     SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
     *****************************************************************
     *   ENTRY DEVICE: AST 386SX 105011 HJM/HJN                     *
     *   ENTRY FROM DATE-012396 TIME-1133   TO  DATE-012396 TIME-1136 *
     *   TRANSFER DEVICE: AST 386SX 105011 HJM/HJN        VER. 2.08-1 *
     *   TRANSFER DATE-012396 TIME-1136   LOAD DATE-012396 TIME-1116 *
     *   LOCATION OF OFFENSE: POLICE DISTRICT-CONFIDENTIAL    DIST-CO *
     *****************************************************************


Supplement entered by =   54242
Report reviewed by-EG                      Employee number-025810
Date cleared- 01/22/96

i

//////////////////////////////////////////////////////////////////////////////////////////////
Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.016
//////////////////////////////////////////////////////////////////////////////////////////////

No-0024

Offense- CAPITAL MURDER  (MULTIPLE HOMICIDES)
                        Street location information
Number-    15431 Name-CAMPDEN HILL          Type-          Suffix-
Apt no-        Name-GLENRIDGE               Type-LN        Suffix-
Date of offense-01/01/96              Date of supplement-01/11/96
Compl(s) Last-RODRIQUEZ       First-DAVID        Middle-
        Last-
                    Recovered stolen vehicles information
 Stored-                        by-              Ph#- (000) 000-0000
 Officer1-M.L. HOLBROOK         Emp#-096994 Shift-2 Div/Station-HOM/CSU

                        SUPPLEMENT NARRATIVE

    ON 01-11-96, A THURSDAY, OFFICER M.L. HOLBROOK, CSU 3, 96994, REMOVED
THE FOLLOWING ITEMS OF CLOTHING FROM M.E. #96-0005, DECEDENT DAVID RODRIGUEZ,
W/M, 9 YOA, FROM THE HOMICIDE DRYING ROOM AND TAGGED THEM INTO THE HPD
PROPERTY ROOM AT 1103 GOLIAD.

M.E. # 96-0005 - DAVID RODRIGUEZ
*******************************
- ONE PAIR ARIZONA BLUE JEANS
- ONE BLACK PALIMAR PULLOVER SHIRT
- ONE PAIR UNDERWEAR
- TWO WHITE SOCKS
- TWO REEBOX BLK/WHI TENNIS SHOES


    OFFICER MAINTAINED THE CARE, CUSTODY AND CONTROL OF THE ABOVE LISTED
EVIDENCE UNTIL DISPOSITION.




Supplement entered by =  96994
Report reviewed by-EG              Employee number-025810
Date cleared- 01/22/96




0181

```
nnnnnn/////////nnnn/nnnn/n//nnn///nnnnnnn/nnnnn////nnnn//nnn/n//nnnn/nnnn//nnn//nnn/n////n/nnnn
Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.017
nnnnnn/////////nnnn/nnnn/n//nnn///nnnnnnn/nnnnn////nnnn//nnn/n//nnnn/nnnn//nnn//nnn/n////n/nnnn
```

No-0025

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                    Street location information
Number-    15431 Name-CAMPDEN HILL          Type-        Suffix-
Apt no-      Name-GLENRIDGE            Type-LN    Suffix-
Date of offense-01/01/96              Date of supplement-01/23/96
Compl(s) Last-RODRIQUEZ      First-DAVID     Middle-
                Recovered stolen vehicles information
  Recovery location-                       District-   Beat-   00
  Stored-                  by-
Officer1-G.J. NOVAK          Emp#-039034 Shift-1 Div/Station-HOMICIDE
Officer2-H.F. CHISHOLM       Emp#-054242 Shift-1
Caller'S name-                    Phone# (713) 000-0000 Ext-0000

                    SUPPLEMENT NARRATIVE


INC# 119296 O

PROGRESS REPORT:
11 JANUARY 1996 / THURSDAY
***************************

ON THIS DATE SERGEANT NOVAK AND OFFICER CHISHOLM CONTINUED THE INVESTIGATION
IN THIS OFFENSE.  SERGEANT NOVAK MET WITH LT. N.J. ZOCH WHO ADVISED THAT HE
WAS GOING TO ASSIGN ADDITIONAL INVESTIGATORS TO THIS CASE. ASSIGNED TO THE
CASE WERE SERGEANTS L.S.OTT, D.A. FERGUSON, E.T. YANCHAK, AND OFFICER
L.D.GARRETSON. SERGEANT NOVAK BRIEFED THEM ON WHAT NEEDED TO BE DONE IN AN
ATTEMPT TO LOCATE POSSIBLE WITNESSES OR SUSPECTS, WHO WERE PRESENT IN THE CAR
AT THE TIME THE COMPLAINANTS HAD BEEN SHOT.  ON THE PREVIOUS EVENING A
SUSPECT IDENTIFIED AS BEING DOMINIC HOLMES HAD BEEN ARRESTED AND MADE A
WRITTEN STATEMENT IN WHICH HE NAMED THE FOLLOWING PERSONS AS BEING IN THE
VEHICLE AT THE TIME THE COMPLAINANTS WERE SHOT: JAMIE MOORE, "PELON", "CHINA"
"INDIA" ALEX PEREZ AND ANTHONY MEDINA.  IT SHOULD BE NOTED THAT PEREZ AND
MEDINA ARE IN JAIL ON A CHARGE OF AGGRAVATED ASSAULT/DEADLY WEAPON IN AN
INCIDENT THAT OCCURRED ON INGOMAR WAY.

JAMIE MOORE IS THE BLACK MALE WHO IS ALLEGED TO BE THE DRIVER OF THE CAR AT
THE TIME OF THE SHOOTING. HOLMES HAD STATED THAT THE SHOOTER WAS ANTHONY
MEDINA.  HOLMES HAD ALSO STATED THAT MOORE IS EMPLOYED AT A PIZZA HUT
RESTAURANT LOCATED ON CHIMNEY ROCK.  SERGEANT OTT AND FERGUSON TOOK THE
ASSIGNMENT TO LOCATE JAMIE MOORE.

SERGEANT NOVAK RECEIVED A CALL FROM SERGEANT OTT WHO ADVISED THAT THEY HAD
LOCATED JAMIE MOORE AT THE PIZZA HUT LOCATED AT 11017-A CHIMNEY ROCK.
SERGEANT WAS ADVISED THAT MOORE WAS DRIVING A BLUE OLDSMOBILE WITH TAPE ON
THE REAR WINDOW.  SERGEANT OTT STATED THAT MOORE WAS DENYING KNOWLEDGE OF A
SHOOTING BUT DID ADMIT THAT HE WAS PRESENT AT THE NEW YEARS EVE PARTY AT A
HOUSE OF A MAN THAT IS CALLED "CANDYMAN". HE STATED THAT MOORE AGREED TO COME
TO THE HOMICIDE OFFICE FOR AN INTERVIEW AND STATEMENT AND THAT MOORE WOULD BE
```

0182

DRIVING HIS CAR TO THE POLICE STATION.

AT APPROXIMATELY 1:45PM JAMIE MOORE ARRIVED IN THE HOMICIDE OFFICE
ACCOMPANIED BY SERGEANTS OTT AND FERGUSON. HE WAS TAKEN TO THE INTERVIEW ROOM
LOCATED IN THE BACK OF LT. ZOCH'S SQUAD AREA.  THERE, SERGEANT NOVAK ENTERED
THE ROOM AND INTRODUCED HIMSELF TO MOORE.  BEFORE BEGINNING ANY QUESTIONING
SERGEANT NOVAK TOOK OUT THE BLUE CARD THAT IS FURNISHED BY THE DISTRICT
ATTORNEYS OFFICE AND READ MOORE HIS LEGAL WARNINGS.  AFTER EACH WARNING MOORE
WAS ASKED IF HE UNDERSTOOD THE RIGHT THAT WAS READ TO HIM. HE REPLIED THAT HE
DID.  THE TIME WAS 1:48 PM.  AFTER READING THE WARNINGS MOORE ASKED WHY HIS
RIGHTS HAD BEEN READ TO HIM.  HE WAS THEN TOLD THAT HE WAS A SUSPECT IN THE
DRIVE-BY SHOOTING THAT OCCURRED ON CAMDEN HILL IN WHICH A 9 YEAR OLD AND A 15
YEAR OLD HAD BEEN KILLED. HE WAS TOLD THAT DOMINIC HOLMES HAD IMPLICATED HIM
AS BEING THE DRIVER OF THE CAR AT THE TIME OF THE SHOOTING.  AT THIS TIME
MOORE BEGAN SOBBING AND STATED "I DID NOT KNOW THAT HE WAS GOING TO SHOOT
THEM KIDS". "WHAT IS GOING TO HAPPEN TO ME IF I TELL WHAT HE DID?" " HE WILL
SHOOT ME AND MY FAMILY".  MOORE THEN ASKED IF HE COULD CALL HIS MOTHER. HE
WAS THEN HANDED A PHONE AND TOLD HE COULD CALL ANYONE HE WANTED TO.  MOORE
ASKED IF HE COULD CALL HIS LAWYER ALSO AND HE WAS TOLD THAT HE COULD.
SERGEANT  NOVAK THEN LEFT THE ROOM ALLOWING MOORE TO PLACE HIS CALLS.  AFTER
APPROXIMATELY 15 MINUTES SERGEANT NOVAK RE-ENTERED THE ROOM AND ASKED MOORE
IF HE HAD MADE THE CALLS.  HE REPLIED THAT HE DECIDED NOT TO CALL ANYONE.  HE
AGAIN BEGAN CRYING AND STATED I WILL TELL YOU EVERYTHING THAT I KNOW. I DON'T
EVEN KNOW THESE PEOPLE, I MET THEM FOR THE FIRST TIME THAT NIGHT AND NOW LOOK
WHAT I GOT INTO.  HE WAS ALLOWED TIM TO REGAIN HIS COMPOSURE AND WAS THEN
ASKED TO ORALLY TELL WHAT HE KNEW ABOUT THE SHOOTING. THIS HE DID.  AFTER
COMPLETING HIS ORAL STATEMENT HE WAS ASKED IF HE WERE WILLING TO MAKE A
WRITTEN STATEMENT.  HE STATED THAT HE WOULD.  SERGEANT  NOVAK AT THIS TIME
BROUGHT A PERSON IN CUSTODY FORM ON THE COMPUTER. AT THE TOP OF THE FORM
APPEAR THE LEGAL WARNINGS. AS EACH APPEARED HE WAS ASKED TO READ THE WARNING
ALLOWED. THIS HE DID AND AFTER EACH WARNING HE WAS ASKED IF HE UNDERSTOOD
WHAT HE JUST READ.  HE REPLIED YES SIR TO EACH.  SERGEANT NOVAK THEN TOOK A
WRITTEN STATEMENT FROM JAMES MOORE. THE STATEMENT BEGAN AT 1438 HOURS AND WAS
COMPLETED AT 1820 HOURS.  AFTER COMPLETING THE STATEMENT HE WAS ASKED TO READ
IT IN ITS ENTIRETY.  THIS HE DID. HE WAS THEN ASKED TO SIGN THE STATEMENT.
THIS HE DID IN THE PRESENCE OF SERGEANTS R.D. ANDERSON AND J.L. WALTMON AT
1830 HRS.. SEE ATTACHED WRITTEN STATEMENT.  DURING THE TAKING OF THE
STATEMENT SERGEANT WAS ADVISED THAT "PELON" WAS PRESENTLY IN THE HOMICIDE
OFFICE.  MOORE WAS ALLOWED TO VIEW "PELON" AND HE IDENTIFIED "PELON" AS BEING
ONE OF THE PERSONS IN HIS CAR AT THE TIME OF THE SHOOTING.  CHINA AND INDIA
WERE ALSO BROUGHT TO THE HOMICIDE OFFICE AND HE WAS ALLOWED TO VIEW THEM.  HE
STATED THAT THESE TWO GIRLS WERE ALSO IN HIS CAR AND HAD BEEN SEATED IN THE
BACK SEAT WITH FLACO AT THE TIME OF THE SHOOTING. THE FOLLOWING IS THE
WRITTEN STATEMENT OF JAMES MOORE:


                    STATEMENT OF PERSON IN CUSTODY                      0183


          THURSDAY, JANUARY 11, 1996          TIME:  1438 HRS.


STATEMENT OF JAMES ALFRED MOORE II TAKEN IN HARRIS COUNTY, TEXAS.

PRIOR TO MAKING THIS STATEMENT I WAS WARNED BY SERGEANT G.J. NOVAK OF THE
HOUSTON POLICE HOMICIDE DIVISION, THE PERSON TO WHOM THIS STATEMENT WAS MADE,

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.019

THAT:
1.)_____    I HAVE THE RIGHT TO REMAIN SILENT AND NOT MAKE ANY STATEMENT AT
             ALL AND ANY STATEMENT I MAKE MAY AND PROBABLY WILL BE USED
             AGAINST ME AT MY TRIAL;
             RESPONSE: YES.
2.)_____    ANY STATEMENT I MAKE MAY BE USED AS EVIDENCE AGAINST ME IN COURT;
             RESPONSE: YES SIR.
3.)_____    I HAVE THE RIGHT TO HAVE A LAWYER PRESENT TO ADVISE ME PRIOR TO
             AND DURING ANY QUESTIONING;
             RESPONSE: YES SIR.
4.)_____    IF I AM UNABLE TO EMPLOY A LAWYER, I HAVE THE RIGHT TO HAVE A
             LAWYER APPOINTED TO ADVISE ME PRIOR TO AND DURING ANY QUESTIONING
             AND;
             RESPONSE: YES SIR.
5.)_____    I HAVE THE RIGHT TO TERMINATE, OR STOP, THIS INTERVIEW AT ANY
             TIME.  RESPONSE: YES SIR.

6.)_____    PRIOR TO AND DURING THE MAKING OF THIS STATEMENT I KNOWINGLY,
             INTELLIGENTLY AND VOLUNTARILY WAIVED, OR GAVE UP, THE RIGHTS SET
             OUT ABOVE AND MADE THE FOLLOWING VOLUNTARY STATEMENT:
             RESPONSE: YES SIR.

MY NAME IS JAMES ALFRED MOORE II.  I AM 22 YEARS OLD.  I WAS BORN IN HOUSTON
, TEXAS ON SEPTEMBER 27, 1973.  I LAST WENT TO SCHOOL AT ROBERT E. LEE HIGH
SCHOOL AND HAVE A TOTAL OF GED YEARS OF FORMAL EDUCATION.


ON NEW YEARS EVE I HAD WORKED UNTIL 3:00 OR 4:00PM.  A GUY THAT I KNOW BY THE
NAME OF DOMINIC PAGED ME. I DO NOT KNOW DOMINIC'S LAST NAME, BUT THEY CALL
HIM "FLACO". I HAVE KNOWN FLACO FOR THE PAST YEAR. I GOT RELEASED FROM THE
PENITENTIARY IN JANUARY 1995 AFTER SERVING TWO YEARS FOR BURGLARY OF A MOTOR
VEHICLE.  ANYWAY, I MET FLACO AGAIN THROUGH A DUDE THAT I HAD BEEN GOING TO
CHURCH WITH.  I GOT TO TALKING WITH FLACO AND TOLD HIM THAT IF HE EVER NEEDED
ANYTHING TO GIVE ME A CALL. I THEN GAVE FLACO MY PHONE NUMBER AND MY PAGER
NUMBER.  FLACO HAS BEEN CALLING ME AND ASKING ME TO TAKE HIM PLACES. FOR THIS
HE GIVES ME A LITTLE GAS MONEY.  FLACO USUALLY PAGES ME AT NIGHT BECAUSE HE
KNOWS THAT I WORK IN THE DAYTIME AND GO TO ITT TECHNICAL SCHOOL.

BACK TO NEW YEARS EVE. FLACO PAGED ME AND I CALLED  HIM BACK. HE ASKED ME IF
I COULD PICK HIM UP AND TAKE HIM OVER TO HIRAM CLARK.  I TOLD HIM THAT I DID
NOT HAVE MUCH GAS AND HE TOLD ME THAT HE WOULD BE ABLE TO GIVE ME TEN OR
TWENTY DOLLARS TO FILL MY CAR. I WENT OVER TO HIS HOUSE ON LITTLE JOHN CIRCLE
AND PICKED HIM UP.  I DO NOT KNOW THE STREET NUMBERS.  IT WAS JUST GETTING
DARK AND I WOULD GUESS THAT IT WAS AROUND 5:30 PM WHEN I PICKED HIM UP.

WHEN FLACO GOT INTO THE CAR FLACO TOLD ME THAT WE WERE GOING TO A PARTY AND
THAT THERE WOULD BE DRINKING AND SHOOTING OFF FIREWORKS.  HE THEN GAVE ME
DIRECTIONS TO A HOUSE OFF ANDERSON. WHEN WE GOT THERE I WALKED AROUND AND
INTRODUCED MYSELF TO EVERYONE.  THE OWNER OF THE HOUSE WAS NAMED CANDYMAN. I
HAD GONE UP TO THE MAN AND TOLD HIM MY NAME AND THIS MAN OLD ME THAT HIS NAME
WAS CANDYMAN. I ALSO MET CANDYMANS WIFE. SHE IS HEAVY SET WITH LONG BLACK
HAIR. THE THING THAT I REMEMBER ABOUT HIS HOUSE IS THAT THEY HAD A OLDER
CHEVROLET MONTE CARLO PARKED IN THE DRIVEWAY THAT IS BURGUNDY IN COLOR.
THERE IS ALSO A BOAT IN THE DRIVEWAY AND AN OLD TRUCK WITH FLAT TIRES.
CANDYMAN IS A HISPANIC DUDE.  FLACO GOT ME A BEER AND WENT BACK AND SET IN
THE CAR. I TURNED ON MY RADIO AND WAS LISTENING TO MUSIC.  I STAYED IN THE

0184

CAR FOR ABOUT TWENTY MINUTES.  I GOT OUT OF THE CAR AND TOLD FLACO THAT I WAS
READY TO GO. FLACO TOLD ME TO WAIT A FEW MORE MINUTES BECAUSE MORE PEOPLE
WERE COMING.  I WAITED FOR ABOUT THIRTY MINUTES MORE, WHEN A JEEP AND A BLUE
HATCHBACK PULLED UP. THE HATCHBACK HAD ABOUT FOUR OR FIVE GIRLS IN IT AND
ABOUT THREE YOUNG HISPANIC BOYS IN IT.   THERE WAS A HEAVY SET GIRL AND A
HEAVY SET HISPANIC MALE IN THE JEEP.  THE PEOPLE IN THE HATCHBACK THEN PULLED
OUT A LOT OF BEER.  THERE WERE TWO OR THREE EIGHTEEN PACKS.  I GOT OUT OF MY
CAR AND GOT ME SOME OF THE BEER.  I GUESS I DRANK THREE OR FOUR BEERS. THE
PEOPLE IN THE HATCHBACK GOT BACK INTO THE CAR AND WERE GOING TO LEAVE.  I
WENT TO FLACO AGAIN AND TOLD HIM THAT I WAS READY TO GO.  FLACO TOLD ME TO
GIVE  HIM A LITTLE MORE TIME AND FOR ME TO WAIT UNTIL THE PEOPLE IN THE
HATCHBACK GOT BACK. FLACO TOLD ME THAT THEY WOULD BE BACK IN ABOUT TWENTY
MINUTES OR SO.  I THEN ASKED FLACO ABOUT THE FIRECRACKERS AND HE THEN WENT
OVER TO CANDYMAN  AND SAID SOMETHING TO HIM. CANDYMAN THEN WENT INTO THE
HOUSE AND CAME BACK WITH A LARGE BARREL FULL OF FIRECRACKERS.  PEOPLE BEGAN
POPPING THE FIRECRACKERS.  WE ALL STOOD OUTSIDE POPPING THE FIRECRACKERS AND
DRINKING BEER.  I WAS IN THE STREET LIGHTING A FIRECRACKER WHEN I HEARD A
REAL LOUD "BOOM". I LOOKED OVER AND SAW ANOTHER BLACK DUDE THAT APPEARED TO
BE REAL YOUNG WITH A BALD HEAD WITH A SAWED OFF SHOTGUN WITH BLACK TAPE ON
THE END.  THE BLACK DUDE SHOT THE GUN IN THE AIR.  THE BLACK DUDE THEN TOOK
THE GUN BACK INTO THE HOUSE AND PUT THE GUN UP.  CANDYMAN BEGAN COMPLAINING
THAT THEY DID NOT HAVE ANYMORE BULLETS FOR THE GUN.  AFTER HE SHOT THE GUN I
STOPPED POPPING FIRECRACKERS I WENT OVER TO FLACO AND TOLD HIM THAT I WAS
READY TO GO WHETHER HE WANTED TO GO OR NOT.  ABOUT THIS TIME THE BLUE
HATCHBACK CAME SPEEDING DOWN THE ROAD.  THE HATCHBACK WHIPPED INTO THE
DRIVEWAY AND THATS WHEN THE GIRLS AND ALL THEM GUYS GOT OUT.  THE DRIVER OF
THE HATCHBACK WAS A LITTLE CHINESE DUDE. THERE WERE FOUR GIRLS AND FOUR OR
FIVE GUYS. ONE OF THE GUYS HAD ON A TRENCH COAT.  THE LITTLE CHINESE DUDE
LEFT WITH ANOTHER DUDE THEN LEFT. I DID NOT SEE THIS DUDE AGAIN THAT NIGHT.
THERE WAS A LITTLE DUDE THERE THAT THEY WERE CALLING TINY. HE WALKED INTO THE
HOUSE AND GOT THE GAUGE. HE CAME BACK OUTSIDE AND WAS JUST PLAYING WITH IT.
HE KEPT DROPPING THE BARREL AND THEN HE WOULD SNAP IT BACK UP.  EVERYBODY
WAS OUTSIDE DRINKING AND ACTING CRAZY. WHEN MIDNIGHT CAME AROUND THE GIRLS
STARTED WALKING AROUND AND WAS HUGGING ON EVERYBODY, SAYING HAPPY NEW YEARS.
AFTER THAT WE STAYED AROUND FOR A LITTLE MORE JUST FINISHING OFF THE DRINKS.
IT WAS ABOUT 12:15 AM WHEN WE FINISHED OFF THAT BEER.  I WENT BACK TO FLACO
AND TOLD HIM I WAS READY TO GO. I TOLD HIM THAT THIS WAS FOR REAL THIS TIME.
FLACO HAD PAID ME $11.00 DOLLARS FOR MY GAS.  SOME OF THE GIRLS CAME UP TO ME
AND ASKED ME IF I COULD TAKE THEM SOMEWHERE ELSE. THEY GAVE ME $2.00 DOLLARS
FOR GAS AND TOLD ME THAT THEY NEEDED TO GO JUST AROUND THE CORNER.  I AGREED
TO TAKE THEM AROUND THE CORNER.  THERE WAS A REAL SHORT PRETTY LITTLE MEXICAN
GIRL WITH LONG SHOULDER LENGTH BLACK HAIR THAT GOT INTO THE FRONT SEAT OF MY
CAR.  I SAW THE HISPANIC DUDE WITH THE TRENCH COAT GET INTO THE FRONT SEAT
NEXT TO THE GIRL. A LITTLE YOUNG DUDE GOT INTO THE BACK SEAT WITH FLACO AND
TWO OTHER GIRLS WERE SEATED IN THE BACK WITH FLACO.  THEY WERE ALL GIVING ME
DIRECTIONS ON WHERE TO DRIVE.  I HEARD A MALE VOICE TELL ME TO GO THROUGH
THIS LITTLE SUB-DIVISION. WE TURNED OFF OF ANDERSON ROAD NEAR A LITTLE GAS
STATION.  WE WERE FOLLOWING CANDYMANS WIFE IN THE RED MONTE CARLO AND THOMAS
AND SOMEONE ELSE IN THOMAS'S BLACK TRUCK.  THOMAS AND CANDYMANS WIFE
CONTINUED DRIVING STRAIGHT DOWN ANDERSON ROAD AND I WAS TOLD TO TURN OFF BY
THE GAS STATION.  WE WENT DOWN THE STREET FOR A PRETTY GOOD WAYS. WE WENT
OVER TO A HOUSE THAT HAD A HORSESHOE SHAPED THING ACROSS THE DRIVEWAY THAT
WAS DECORATED WITH CHRISTMAS LIGHTS. I STOPPED IN FRONT OF THE HOUSE AND THE
GIRLS GOT AND WENT INSIDE.  THEY WERE IN THE HOUSE FOR ABOUT THREE MINUTES
WHEN THIS HEAVY SET HISPANIC WOMAN CAME OUT AND TOLD US TO GET OUT AND COME
INSIDE. WE GOT OUT AND WENT INSIDE. THE DUDE WITH THE TRENCH COAT STAYED

INSIDE JUST SITTING IN THE CAR. FLACO THE THREE GIRLS AND THE LITTLE MEXICAN
DUDE AND MYSELF WENT INTO THE HOUSE. THEY ALL ATE SOME MUNUDO. I SET THERE
AND THEY ASKED ME IF I WANTED SOMETHING TO DRINK.   I DRANK A BEER.  WE SET
AROUND FOR A WHILE TALKING.  I WOULD SAY WE WERE THERE ABOUT 20 TO 25 MINUTES
WHEN WE LEFT.  THIS HOUSE BELONGED TO ONE OF THE LITTLE MEXICAN GIRLS. THIS
IS THE MEXICAN GIRL WITH THE DARK SHOULDER LENGTH HAIR. SHE HAD TOLD ME THAT
HER MOTHER HAD KICKED HERR OUT OF THE HOUSE.  AFTER LEAVING THE HOUSE I ASKED
THEM WHICH WAY TO GO.  A MALE VOICE THEN TOLD ME TO TURN BACK AROUND BY
MAKING A U-TURN AND GO BACK DOWN THE SAME STREET. WE WENT UP A COUPLE OF
STREETS AND THE SAME MALE VOICE TOLD ME TO MAKE A LEFT AND GO BACK TOWARDS
ANDERSON ROAD.  WE WERE GOING DOWN THE STREET AND I SAW A LOT OF CARS PARKED
ON THE SHOULDER OF THE ROAD. I SAW A LOT OF PEOPLE STANDING BY THE CARS. I
SAW A REAL HEAVY SET GIRL STANDING BY A RED CAR THAT WAS PARKED TO MY RIGHT.
I STARTED MOVING OVER TO MY LEFT TO GO AROUND THE PARK CARS. I WAS DRIVING AT
ABOUT TWENTY TO THIRTY MILES AND HOUR. I AM CONCENTRATING ON MY DRIVING AND
ALL OF A SUDDEN I HEARD 9 TO 10 SHOTS. I LOOKED OVER AND I SAW THE FLASHES
FROM THE GUN. THE SHOTS WERE REAL RAPID. WHEN I LOOKED OVER I SAW THE DUDE IN
THE TRENCH COAT LEANING OUT THE WINDOW SHOOTING THE GUN. I SAW HIS ELBOWS
COCKED UP. HE WAS SHOOTING THE "AK". I WAS SHOWN A GROUP OF PHOTOS AND I
POINTED OUT THE MAN THAT WAS SHOOTING THE GUN AS BEING NAMED ANTHONY MEDINA.
WHILE LOOKING AT THE DUDE THAT WAS SHOOTING THE GUN I MUST HAVE HIT THE CURB
OR SOMETHING BECAUSE I FELT A BUMP AND THEN CORRECTED MY STEERING.

THE DUDE THEN CAME BACK IN AND I SAW HIM SET SOMETHING ON THE FLOORBOARD
BETWEEN HIS LEGS. HE THEN COVERED IT UP REAL FAST WITH HIS TRENCH COAT.
EVERYBODY STARTED SCREAMING AND HOLLERING REAL LOUD FOR ME TO GO. THEY WERE
TELLING ME THIS OVER AND OVER. I HEARD FLACO HOLLERING SOMETHING LIKE " O MY
GOD". I WAS REALLY CONFUSED AND WAS CONCENTRATING ON MY DRIVING SO WE WOULD
NOT WRECK THE CAR. THEY STARTED GIVING ME DIRECTIONS AND WE WERE BACK AT
CANDYMANS HOUSE.  EVERYBODY GOT OUT OF THE CAR AND THE DUDE WITH THE TRENCH
COAT GOT OUT AND WENT INTO THE HOUSE. I SAW THAT THOMAS'S TRUCK WAS PARKED
ACROSS THE STREET. I SAW THE RED MONTE CARLO BACKED INTO THE GARAGE. THE DUDE
CAME BACK OUTSIDE AND WENT OVER TO THOMAS'S TRUCK. HE WAS HOLDING THE TRENCH
COAT CLOSED. THE DUDE THEN WALKED INTO THE BUSHES. HE STAYED OVER THERE FOR
A GOOD FIVE OR SIX MINUTES BY HIMSELF. FLACO WALKED OVER AND STARTED TALKING
TO ME.  FLACO THEN STARTED TELLING ME THAT I DIDN'T SEE NOTHING, I DIDN'T
HEAR NOTHING AND THAT EVERYTHING WOULD BE ALL RIGHT. THE GIRLS WERE HUDDLED
TOGETHER AND THE GIRL WITH THE SHORT BLACK HAIR WAS STANDING THERE WITH TEARS
IN HER EYES AND HER HANDS OVER HER MOUTH.  I DID NOT SAY ANYTHING BACK TO
FLACO BECAUSE I WAS STANDING THERE ALL NERVOUS AND SHAKEY.  WE STAYED THERE
FOR A WHILE AND CANDYMAN THEN CAME OUT AND TOLD US THAT WE ALL HAD TO GO. HE
TOLD US THAT WE COULD NOT STAY THERE ANY LONGER AND THAT HIS FATHER-IN-LAW
WANTED US TO LEAVE. FLACO THEN TOLD ME THAT I NEEDED TO GIVE EVERYBODY A
RIDE. I TOLD HIM THAT I WASN'T GIVING ANYONE A RIDE. THE GIRLS THEN WALKED
OVER AND I COULD TELL THAT THEY HAD BEEN CRYING. I WENT AHEAD AND LET THEM
IN. THE DUDE IN THE BLACK TRENCH COAT THEN WALKED OVER TO THE CAR. HE TRIED
GETTING INTO THE CAR AND I WOULD NOT LET HIM IN.  THE DUDE THEN TURNED AND
WALKED AWAY. HE WALKED OVER TO THE BLACK TRUCK AND JUMPED UP ON THE BACK OF
THE TRUCK. FLACO AND THE LITTLE DUDE ALONG WITH THE THREE GIRLS THEN GOT INTO
MY CAR. FLACO TOLD ME THAT I SHOULD NOT GET THE DUDE MAD AT ME AND FOR ME TO
LEAVE HIM ALONE.  WE THEN WENT DOWN POST OAK ND ONE OF THE GIRL HOLLERED AT
ME TO STOP AT CHI CHONNA'S HOUSE BECAUSE THERE WAS A PARTY GOING ON. I PULLED
OFF POST OAK AND THEY TOLD ME TO STOP. I STOPPED THE CAR IN A LITTLE CIRCLE
AND WE GOT OUT AND WENT TO THE HOUSE WITH THE PARTY. FLACO AND ME WERE
LAGGING BEHIND AND HE WAS STILL TRYING TO GET ME CALM DOWN. I SAW THE BLACK
TRUCK PULL ONTO THE STREET AND STOP. THEY WERE TALKING TO SOME OF THE PEOPLE

THAT WERE AT THE PARTY AND I LOOKED OVER AND SAW THE DUDE IN THE BLACK TRENCH
COAT WITH A RIFLE WITH A KNIFE ON THE END. HE WAS PLAYING WITH THE GUN AND
WAS PUTTING IT ON BOTH SHOULDERS.   I SAW HIM PUT THE GUN DOWN HIS PANTS ONCE.
I THEN SAW SOMEBODY GO TO THE GROUND.   I COULD NOT TELL IF IT WAS ONE OF THE
GIRLS OR NOT BUT THIS PERSON HAD REAL LONG HAIR.   I THEN SAW SEVERAL PEOPLE
FIGHTING AND I JUST BEGAN TO BACK OFF BACK TOWARDS MY CAR BECAUSE THIS WAS
NOT MY FIGHT.   THERE WAS A LOT OF FUSSING AND YELLING GOING ON.   I THEN SAW
THEN THE DUDE IN THE TRENCH COAT GOING AT THE PEOPLE WITH THE "AK". HE WAS
HOLDING THE GUN BY ITS BARREL AND WAS HITTING PEOPLE WITH IT. HE WAS YELLING
FOR SOMEONE TO GET THEM OFF OF HIM  BECAUSE THEY DON'T KNOW HOW I AM.   I
OPENED THE CAR DOOR AND WAS GOING TO DRIVE OFF.   I STARTED THE CAR AND I
HEARD A REAL LOUD SHOT. I TURNED THE CAR AROUND AND WAS GOING TO LEAVE WITH
OR WITHOUT FLACO. AS I STARTED BACK DOWN THE STREET I SAW THE TINE DUDE
POINTING THE GUN AT THE PEOPLE WHO WERE FIGHTING.   A DUDE THAT WAS AT THE
PARTY THEN JUMPED IN FRONT OF MY CAR AND STARTED YELLING AT ME TO TAKE THEM
AWAY FROM.   ALL OF A SUDDEN EVERYBODY STARTED PILING INTO MY CAR. I THINK THE
LITTLE DUDE THREW THE GUN ONTO THE BACK OF THE BLACK TRUCK.   I LEFT THE PARTY
WITH THE DUDE IN THE BLACK TRENCH COAT, THE LITTLE DUDE, THREE MEXICAN GIRLS
AND A SHORT FAT MEXICAN DUDE AND FLACO.   I TOOK THEM TO A STREET BY THE RICE
FOODMARKET.   I STOPPED BY A BRIDGE THAT HAD A LOT OF GANG WRITING PAINTED ON
IT. I LET THEM ALL OF THE CAR.   FLACO STARTED WALKING OFF WITH THEN AND I
GRABBED HIM AND TOLD HIM I WAS LEAVING. FLACO AND I THEN LEFT. WE THEN WENT
OVER TO MY SISTERS HOUSE ON WEST AIRPORT. MY SISTER LIVES IN SOME APARTMENTS
ON WEST AIRPORT IN APARTMENT 14B.

I DID NOT KNOW ANY OF THE PEOPLE THAT WERE WITH ME THAT NIGHT. THE ONLY
PERSON THAT I KNEW WAS FLACO. I KNEW THAT FLACO WAS IN A GANG CALLED THE
"LRZ". I WAS SHOWN SEVERAL PHOTOS AND I WAS ABLE TO IDENTIFY A FEMALE WHOSE
NAME WAS ON THE BACK. HER NAME IS SCHARLENE POORAN, A SECOND GIRL THAT I
IDENTIFIED WAS REGINA JUAREZ, VERONICA PONCE, WAS THE FEMALE SEATED IN THE
CAR NEXT TO ME. THE LITTLE CHINESE BOY,VESTER JIAZ, WAS DRIVING THE BLUE
HATCHBACK. ANTHONY MEDINA, THE DUDE IN THE BLACK TRENCH COAT AND WHO WAS
SHOOTING THE "AK" FROM THE INSIDE OF MY CAR.

THE PHOTOS THAT I IDENTIFIED WERE IN A BLACK NOTEBOOK BINDER.   SERGEANT NOVAK
ASKED ME TO PLACE MY INITIALS AND THE DATE AND TIMES ON THE PHOTOS I
IDENTIFIED.   I WAS ALSO SHOWN SEVERAL LOOSE PHOTOS AND I PICKED OUT FOUR (4)
MORE PHOTOS. THE NAMES ON THE BACK OF THESE PHOTOS WERE JESSICA RAMIREZ, LISA
GOMEZ, GUADALUPE LUNA AND OSCAR RABADAN. THESE PEOPLE WERE AT CANDYMANS AND
AT THE FIGHT.

YESTERDAY AFTERNOON, AT AROUND 2:30 PM. , FLACO PAGED ME FROM MY SISTERS
HOUSE. I WAS AT MY HOUSE. I CALLED HIM BACK AND HE WANTED ME TO TAKE SOMEONE
SOMEWHERE. HE TOLD ME THAT THEIR NAMES WERE CHEENA AND INDIA. HE TOLD ME THAT
THEY WANTED TO GO TO HIRAM CLARK. I WENT OVER AND PICKED FLACO AND ANOTHER
DUDE BY THE NAME OF TYRONE FREDRICKS. TYRONE IS AN AUTO THIEF AND I HAVE
KNOWN HIM SINCE HIGH SCHOOL.   TYRONE LIVES IN THE SAME APARTMENTS THAT MY
SISTER LIVES IN. AFTER PICKING THEM UP WE THEN DROVE OVER TO SOME APARTMENTS
ON STELLA LINK AND LOOP 610. WHEN I GOT THERE, THERE WERE TWO GIRLS THERE.
THEIR NAMES WERE CHEENA AND INDIA. THESE WERE THE SAME TWO GIRLS THAT WERE IN
MY CAR WHEN THE SHOOTING HAPPENED.   I THEN DROVE THEM TO A HOUSE OFF HIRAM
CLARK. THE HOUSE IS LOCATED ON THE CORNER NEAR A AUTO PARTS HOUSE.   WHEN WE
GOT THERE THE BALD HEADED BLACK DUDE WAS THERE AND ANOTHER MEXICAN DUDE WITH
A SCAR ON HIS FACE NEAR HIS MOUTH. THE DUDE HAD WILD LOOKING HAIR.   I LET THE
TWO GIRLS OFF THERE. I TOOK FLACO AND TYRONE OVER TO A STORE THAT IS LOCATED
OVER BY MY SISTERS HOUSE. THEY TOLD ME THAT THEY WANTED TO GET OUT THERE.   I

"""""""////////''''''''''''''/'''''''////''/'''/'''''/''''''''''''''''''/''''''''''/''/'''''''/'''/''/''/''''''''/''''''''/''''''/''''''''''''

Incident no. 000119296 O        OFFENSE REPORT                    PAGE 1.023
"""""""////////''''''''''''''/'''''''////''/'''/'''''/''''''''''''''''''/''''''''''/''/'''''''/'''/''/''/''''''''/''''''''/''''''/''''''''''''

THEN LEFT AND WENT TO MY AUNTIES HOUSE. THATS IT.

MOORE WAS ASKED IF HE WERE WILLING TO ALLOW SERGEANTS TO SEARCH HIS CAR FOR
PHYSICAL EVIDENCE AND HE REPLIED THAT HE WOULD. SERGEANTS COMPLETED A CONSENT
TO SEARCH FORM WHICH HE READ AND THEN SIGNED IN THE PRESENCE OF SERGEANT E.
T. YANCHAK AND OFFICER H.F. CHISHOLM AT 1600 HOURS. SEE ATTACHED CONSENT TO
SEARCH FORM. THE VEHICLE WAS THEN TOWED TO THE HPD PRINT STALL FOR
PROCESSING.

MOORE WAS THE ALLOWED TO CALL HIS MOTHER AND HE WAS RELEASED AT THIS TIME
WITH NO CHARGES.

INV. GARRETSON AND SGT. YANCHAK WERE ASSIGNED BY LT. ZOCH TO ASSIST SGT.
NOVAK AND INV. CHISHOLM IN LOCATING A JOHNNY "PELON" VALADEZ. WE WERE
ADVISED THAT "PELON'S" MOTHER IS THE APARTMENT MANAGER FOR THE LA PEAK
APARTMENTS LOCATED AT 5525 GASMER.

WE LEFT THE HOMICIDE OFFICE AND DROVE TO 5525 GASMER. UPON ENTERING THE
MANAGER'S OFFICE, THERE WERE TWO HISPANIC FEMALES IN THE OFFICE. WE
IDENTIFIED OURSELVES AS POLICE OFFICERS AND ASKED THEM IF ONE OF THEM HAD A
SON BY THE NAME OF "PELON". AT THIS TIME, ONE OF THE HISPANIC FEMALES LATER
IDENTIFIED AS DELFINA VALADEZ, H/F, 5525 GASMER #25, STATED SHE HAD A SON
THAT GOES BY THE NAME OF "PELON". MRS. VALADEZ IMMEDIATELY BECAME REAL
DEFENSIVE AND WANTED TO KNOW WHY WE WANTED TO TALK WITH HIM. I, SGT.
YANCHAK, ADVISED MRS. VALADEZ THAT HER SON'S NAME HAD COME UP IN A DRIVE-BY
SHOOTING AND THAT WE NEEDED TO SPEAK WITH HIM CONCERNING THIS MATTER. MRS.
VALADEZ WANTED TO KNOW IF WE HAD THE RIGHT "PELON" AND STATED THERE IS
ANOTHER HISPANIC MALE THAT GOES BY THE NAME OF "PELON". WE ASKED MRS.
VALADEZ WHAT APARTMENT SHE LIVED IN AND SHE STATED APARTMENT #25. I ADVISED
HER THAT THIS WAS THE SAME APARTMENT WE HAD ON THE "PELON" THAT WE WERE
LOOKING FOR. IT WAS AT THIS TIME MRS. VALADEZ TOLD US THAT HER SON WAS
IN SCHOOL. SHE STATED THAT HE WAS IN THE 6TH GRADE AT JOHNSTON MIDDLE
SCHOOL. MRS. VALADEZ GAVE US DIRECTION ON HOW TO GET TO THE SCHOOL. SHE
STATED THE SCHOOL WAS LOCATED WEST OF WILLOWBEND OFF OF CHIMNEY ROCK. PRIOR
TO LEAVING THE OFFICE, WE ASKED MRS. VALADEZ IF WE MIND IF WE CHECKED HER
SON OUT OF SCHOOL TO TAKE HIM TO THE HOMICIDE OFFICE TO INTERVIEW HIM. MRS.
VALADEZ STATED THAT SHE DIDN'T MIND. WE ASKED HER FOR HER BUSINESS PHONE
NUMBER AND ADVISED HER THAT WE WOULD HAVE THE SCHOOL PRINCIPAL CALL HER ABOUT
CHECKING HER SON OUT OF SCHOOL. MRS. VALADEZ WAS ASKED IF SHE WANTED TO COME
ALONG WITH US WHEN WE WENT TO THE SCHOOL. SHE STATED THAT SHE HAD JUST
GOTTEN BACK FROM HER LUNCH BREAK. SHE STATED SHE COULDN'T LEAVE HER JOB. WE
ADVISED HER THAT WE WOULD HAVE THE SCHOOL PRINCIPAL CALL HER PRIOR TO US
CHECKING HER SON OUT OF SCHOOL.

WE DROVE TO THE AREA OF WILLOWBEND AND CHIMNEY ROCK AND LOCATED THE JOHNSTON
MIDDLE SCHOOL. WE FOUND THE CORRECT LOCATION TO BE 10410 MANHATTAN. WE
SPOKE WITH MS. PEARL MANGON, THE 7TH GRADE PRINCIPAL. WE APPRISED MS. MANGON
OF THE INVESTIGATION AND THE FACT THAT JOHNNY VALADEZ'S NAME HAD COME UP IN
THE INVESTIGATION. WE ADVISED HER THAT WE NEEDED TO CHECK HIM OUT OF SCHOOL
THAT WE NEEDED TO SPEAK WITH HIM CONCERNING THE DRIVE-BY SHOOTING WHERE THE
TWO JUVENILES WERE KILLED. JOHNNY IMMEDIATELY BEGAN TO DENY ANY INVOLVEMENT
AND STATED THAT HE DID NOT KNOW ANYTHING ABOUT THE SHOOTING. WE ADVISED HIM
THAT WE HAVE INFORMATION THAT HE WAS IN THE VEHICLE ALONG WITH SEVERAL OTHER
PERSONS. JOHNNY DENIED THIS ALSO. WE ADVISED JOHNNY THAT HE WOULD HAVE TO
COME WITH US TO THE HOMICIDE OFFICE. PRIOR TO LEAVING THE SCHOOL, JOHNNY WAS
ALLOWED TO CALL HIS MOTHER AT HER WORK. JOHNNY SPOKE WITH HIS MOTHER FOR

0188

ıııııı/ı/ı/ı/ı/ıınıı/ınıı/ın//ınıı//ıınnnını/nnnn/ı//ınnı//ınıı/ın/ınnı/ınnı//ınıı//ınnı//ın/nnnn

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.024
ıııııı/ı/ı/ı/ı/ıınıı/ınıı/ın//ınıı//ıınnnını/nnnn/ı//ınnı//ınıı/ın/ınnı/ınnı//ınıı//ınnı//ın/nnnn

SEVERAL MINUTES.  HE THEN ADVISED ME THAT HIS MOTHER WANTED TO TALK TO ME.
I, SGT. YANCHAK SPOKE WITH MRS. VALADEZ BY PHONE.  UPON SPEAKING WITH MRS.
VALADEZ, SHE STATED THAT SHE HAD CHANGED HER MIND AND THAT SHE WANTED TO BE
PRESENT WHEN WE INTERVIEWED HER SON.  I THEN ADVISED HER THAT SHE COULD MEET
US IN THE HOMICIDE OFFICE ON MYKAWA.  I FURTHER ADVISED HER THAT JOHNNY IS
GOING TO SHOW US SOME OTHER LOCATIONS WHERE OTHER PERSONS (CHINA AND INDIA)
INVOLVED IN THIS INCIDENT MAY LIVE.  I ADVISED HER THAT WE WOULD MEET HER IN
THE HOMICIDE OFFICE.          WE LEFT THE JOHNSTON MIDDLE SCHOOL AT APPROXIMATELY
12:50 PM.

WHILE ENROUTE TO THE HOMICIDE OFFICE, "PELON" STATED THAT "CHINA" AND "INDIA"
MAY BE STAYING AT THE HOME OF REGINA JUAREZ, KNOWN AS "CHAPARRA".  "PELON"
DIRECTED INVESTIGATORS TO A RESIDENCE LOCATED AT 3511 DALMATIAN AT ALMEECE.
THIS IS THE SAME LOCATION THAT THELMA SANCHEZ HAD ADVISED GARRETSON THAT THE
BLUE OLDSMOBILE WAS PARKED AT ON THE NIGHT OF 1/10/96.

KNOCKING ON THE DOOR, GARRETSON AND SGT. YANCHAK WAS MET BY NORMA JUAREZ, THE
MOTHER OF "CHAPARRA".  MRS. JUAREZ STATED THAT SHE HAD REPORTED HER DAUGHTER
AS A RUNAWAY AND, WHEN SHE CAME BACK HOME ON 1/1/96, HAD REPORTED THAT SHE
HAD RETURNED HOME, TAKING HER OFF OF THE RUNAWAY LIST.  MRS. JUAREZ STATED
THAT HER DAUGHTER HAS ONLY COME HOME TO "VISIT" A COUPLE OF TIMES SINCE THE
FIRST OF JANUARY.  GARRETSON INQUIRED IF "CHAPARRA" HAD COME HOME TO "VISIT"
LAST NIGHT (1/10/96) AND MRS. JUAREZ STATED THAT SHE HAD.  HOWEVER, MRS.
JUAREZ DID NOT KNOW WHO WAS WITH HER DAUGHTER, NOR WHAT VEHICLE HER DAUGHTER
WAS RIDING IN.  GARRETSON LEFT A BUSINESS CARD SO THAT  MRS. JUAREZ COULD
CONTACT GARRETSON WHENEVER REGINA RETURNED HOME.  THE JUAREZ TELEPHONE NUMBER
IS 434-2595.

WE ARRIVED IN THE HOMICIDE OFFICE AT 1415 HOURS.  UPON RETURNING TO THE
HOMICIDE OFFICE, INVESTIGATORS FOUND JAMES MOORE BEING INTERVIEWED BY SGT.
NOVAK.  JAMES "JAMIE" MOORE IS THE OWNER OF THE VEHICLE THAT TONY MEDINA WAS
RIDING IN WHEN DIANE AND DAVID RODRIGUEZ WAS SHOT.  WE THEN HAD JAMIE MOORE
LOOK AT JOHNNY VALADEZ AND HE IDENTIFIED HIM AS BEING A PASSENGER IN HIS
VEHICLE ON THE NIGHT THIS SHOOTING OCCURRED.

JOHNNY VALADEZ WAS PLACED IN THE INTERVIEW ROOM NEAR THE CASE FILE ROOM.  HE
WAS INTERVIEWED BY INV. CHISHOLM WHO IS ONE OF THE ORIGINAL SCENE
INVESTIGATORS AND IS FAMILIAR WITH ALL THE NAMES INVOLVED IN THIS INCIDENT.
 INV. CHISHOLM WENT OVER WITH JOHNNY ALL THE NAMES OF THE OTHER PERSONS
INVOLVED AND THE INFORMATION WE HAD CONCERNING HIS INVOLVEMENT.  INV.
CHISHOLM FURTHER DISCUSSED WITH JOHNNY THE FACT THAT HE MAY HAVE THE MURDER
WEAPON USED IN THIS INCIDENT.  IT WAS AT THIS TIME, THAT JOHNNY VALADEZ
ADMITTED BEING A PASSENGER IN THE CAR, BUT HE DENIED HAVING THE MURDER
WEAPON.  AT THIS TIME, THE INTERVIEW CEASED AND JOHNNY VALADEZ AND THE
NECESSARY JUVENILE FORMS WERE COMPLETED TO TAKE THE SUSPECT BEFORE A
MAGISTRATE TO HAVE HIS WARNINGS READ TO HIM.  PRIOR TO LEAVING THE HOMICIDE
OFFICE, MRS. VALADEZ CALLED THE OFFICE CONCERNING HER SON.  THE TIME OF THIS
CALL WAS NOTED AT 1510 HOURS. I, SGT. YANCHAK SPOKE WITH MRS. VALADEZ.  I
ADVISED HER THAT HER SON HAD ADMITTED TO US THAT HE WAS A PASSENGER IN THE
CAR ON THE NIGHT OF THE DRIVE-BY SHOOTING.  I ADVISED HER THAT WE NEEDED TO
TAKE A WRITTEN STATEMENT FROM HIM CONCERNING HIS INVOLVEMENT.  I FURTHER
EXPLAINED TO HER THE JUVENILE PROCEDURES CONCERNING TAKING HIM BEFORE A
MAGISTRATE.  AFTER TALKING WITH MRS. VALADEZ, MYSELF AND INV. CHISHOLM LEFT
THE HOMICIDE OFFICE AND DROVE TO #49 SAN JACINTO TO PROBABLE CAUSE HEARING
COURT FOR THE SUSPECT'S JUVENILE WARNING BY A JUDGE.  WE LEFT  THE HOMICIDE
OFFICE AT 1520 HOURS.  WE ARRIVED AT #49 SAN JACINTO AT 1545 HOURS.  THE

SUSPECT JOHNNY VALADEZ WAS TAKEN BEFORE JUDGE TRAVIS W. LEWIS SR.  JUDGE
LEWIS TOOK THE SUSPECT IN HIS PRIVATE CHAMBERS TO GIVE HIM HIS MAGISTRATE
WARNINGS.  JUDGE LEWIS COMPLETE THE MAGISTRATE WARNINGS AT 1620 HOURS.  WE
LEFT #49 SAN JACINTO AND ARRIVED BACK IN THE HOMICIDE OFFICE AT 8300 MYKAWA
AT 1645 HOURS.

UPON ARRIVING BACK IN THE HOMICIDE OFFICE, THE SUSPECT JOHNNY VALADEZ GAVE A
WRITTEN STATEMENT TO INV. CHISHOLM.  THE STATEMENT BEGAN AT 1655 HOURS AND
ENDED AT 1820 HOURS.  AT 1830 HOURS WE, SGT YANCHAK AND INV CHISHOLM LEFT THE
HOMICIDE OFFICE TO RETURN BACK TO #49 SAN JACINTO TO TAKE THE SUSPECT AND HIS
STATEMENT TO JUDGE LEWIS.  WE ARRIVED AT #49 SAN JACINTO AT 1855 HOURS.  THE
SUSPECT WAS TURNED OVER TO JUDGE LEWIS WHO AGAIN TOOK THE SUSPECT INTO HIS
PRIVATE CHAMBERS.  JUDGE LEWIS COMPLETED HIS SECOND MAGISTRATE WARNINGS WITH
THE SUSPECT AT 1910 HOURS WHERE THE SUSPECT SIGNED THE WRITTEN CONFESSION.
JUDGE LEWIS GAVE US THE SIGNED CONFESSION.  WE LEFT HIS OFFICE AT 2115 HOURS.
PRIOR TO RETURNING TO THE HOMICIDE OFFICE, THE SUSPECT JOHNNY VALADEZ STATED
THAT HE WAS HUNGRY.  WE ASKED HIM IF HE WANTED TO EAT SOME HOT DOGS.  HE
STATED HE WOULD.  WE STOPPED AT THE JAMES CONEY ISLAND  ON THE GULF FREEWAY
NEAR WOODRIDGE.  INV CHISHOLM PURCHASED A #1 DINNER FOR JOHNNY VALADEZ, WHICH
CONSISTED OF TWO (2) HOT DOGS, FRENCH FRIES WITH CHILI AND CHEESE AND A
MEDIUM DRINK.  AFTER COMPLETING THE MEAL, WE RETURNED BACK TO THE HOMICIDE
OFFICE.  I, SGT YANCHAK, CALLED THE DISTRICT ATTORNEY'S OFFICE AND SPOKE WITH
THE CHIEF ON DUTY, MR. DON STRICKLIN.  I ADVISED MR. STRICKLIN OF THE FACT
THAT THE SUSPECT WAS A PASSENGER IN THE VEHICLE WHEN THIS OFFENSE OCCURRED.
I FURTHER ADVISED HIM THAT WE HAD INFORMATION FROM "FLACO" THAT THIS SUSPECT
MAY HAVE OR DISPOSED OF THE MURDER WEAPON IN THIS OFFENSE.  I ASKED MR.
STRICKLIN WHAT WE NEEDED TO DO TO PUT THIS SUSPECT IN THE JOT (JUVENILE
OFFENSE TRACKING) SYSTEM.  MR. STRICKLIN ASKED ME WHAT WAS THE SUSPECT'S
CULPABILITY OTHER THEN BEING IN THE VEHICLE WHEN THIS OFFENSE OCCURRED.  I
ADVISED HIM THAT THIS SUSPECT WAS NOT THE ACTUAL SHOOTER.  HE WAS JUST
PRESENT IN THE VEHICLE WHEN THIS OFFENSE OCCURRED AND THAT HE MAY HAVE OR
KNOW WHERE THE MURDER WEAPON IS.  MR. STRICKLIN ADVISED ME TO PLACE THE
SUSPECT IN THE JOT SYSTEM UNDER HIS AUTHORITY.  THE SUSPECT WAS PLACED IN THE
JOT SYSTEM BY SGT YANCHAK, JOT # 000342.  AFTER PLACING THE SUSPECT IN THE
JOT SYSTEM, THE SUSPECT WAS TAKEN TO THE IDENTIFICATION DIVISION BY SGT TED
BLOYD TO BE FINGERPRINTED AND TO OBTAIN AN AFIS (AUTOMATIC FINGERPRINT
IDENTIFICATION SYSTEM) NUMBER.  AFTER OBTAINING THE AFIS NUMBER THE SUSPECT
WAS TAKEN TO THE JUVENILE DIVISION BY SGT. BLOYD.  THIS WAS AT 2100 HOURS.


THE FOLLOWING IS THE WRITTEN STATEMENT GIVEN BY JOHNNY "PELON" VALADEZ:


                          JUVENILE CONFESSION

DATE:  JANUARY 11, 1996
TIME:  1655 HRS.

THIS IS THE STATEMENT OF JOHNNY VALADEZ, TAKEN AT THE SOTHEAST COMMAND
STATION BUILDING IN HOUSTON, HARRIS COUNTY, TEXAS.

ON THIS DATE, JANUARY 11, 1996 A.D., AT 1600 HRS., I, JOHNNY VALADEZ, WAS
TAKEN BEFORE TRAVIS E. LEWIS, A MAGISTRATE, AT HIS/HER OFFICE IN HOUSTON,
HARRIS COUNTY.  THE MAGISTRATE INFORMED ME THAT:
    I MAY REMAIN SILENT AND NOT MAKE ANY STATEMENT AT ALL, ANY STATEMENT I
MAKE MAY BE USED IN EVIDENCE AGAINST ME;  I HAVE THE RIGHT TO HAVE AN

0190

```
"""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""
```
Incident no. 000119296 O          OFFENSE REPORT                PAGE 1.026
```
"""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""
```

ATTORNEY PRESENT TO ADVISE ME EITHER PRIOR TO ANY QUESTIONING OR DURING THE
QUESTIONING;  IF I AM UNABLE TO EMPLOY AN ATTORNEY, I HAVE THE RIGHT TO HAVE
AN ATTORNEY APPOINTED TO COUNSEL WITH ME PRIOR TO OR DURING ANY INTERVIEWS
WITH PEACE OFFICERS OR ATTORNEYS REPRESENTING THE STATE;  I HAVE THE RIGHT TO
TERMINATE THE INTERVIEW AT ANY TIME;  IF I AM 15 YEARS OF AGE OR OLDER AT THE
TIME OF THE VIOLATION OF A PENAL LAW OF THE GRADE OF FELONY THE JUVENILE
COURT MAY WAIVE ITS JURISDICTION, AND I MAY BE TRIED AS AN ADULT.

ADDITIONALLY, I MAY BE SENTENCED TO COMMITMENT IN THE TEXAS YOUTH COMMISSION
WITH A TRANSFER TO THE TEXAS DEPARTMENT OF CORRECTIONS FOR A TERM NOT TO
EXCEED 40 YEARS IF I AM FOUND TO HAVE ENGAGED IN DELINQUENT CONDUCT ALLEGED
IN A PETITION APPROVED BY A GRAND JURY WHICH ALLEGES A COMMISSION OF ONE OR
MORE OF THE FOLLOWING OFFENSES, TO WIT:  MURDER, CAPITAL MURDER, AGGRAVATED
KIDNAPPING, AGGRAVATED SEXUAL ASSAULT, DEADLY ASSAULT ON A LAW ENFORCEMENT
OFFICER, CORRECTIONS OFFICER, OR COURT PARTICIPANT, OR CRIMINAL ATTEMPT IF
THE OFFENSE ATTEMPTED WAS CAPITAL MURDER.

I DO NOT WANT TO CONSULT WITH A LAWYER BEFORE I MAKE THIS STATEMENT, AND I DO
NOT WANT TO REMAIN SILENT, AND I NOW FREELY AND VOLUNTARILY WAIVE MY RIGHT TO
A LAWYER AND TO REMAIN SILENT AND I NOW KNOWINGLY MAKE THE FOLLOWING
VOLUNTARY STATEMENT:


     I AM CURRENTLY IN THE HOMICIDE OFFICE TO TELL OFFICER CHISHOLM WHAT I
SAW HAPPEN TO THE HOUSE WHERE THE LITTLE BOY AND THE GIRLS WERE SHOT AT ON
NEW YEARS DAY.

     I SPENT THE NIGHT WITH A FELLOW "LRZ" GANG MEMBER NAMED "CHINO".  I DO
NOT KNOW "CHINO'S" REAL NAME OR THE EXACT ADDRESS WHERE HE LIVES.  I DO KNOW
HE LIVES CLOSE TO MEYER PARK.  CHINO TOOK ME TO A PARTY AT  CHINCHONA'S
HOUSE.  WE WERE IN CHINO'S CAR.  IN THE CAR WERE MYSELF, OMAR, CHINO AND
SMURF.  WHEN WE ARRIVED AT CHICHANO'S HOUSE THERE WERE A FEW PEOPLE ALREADY
THERE.  WE WERE ALL OUTSIDE IN FRONT OF THE GARAGE.  WHILE WE WERE OUTSIDE
THERE WAS AN ARGUMENT THAT STARTED.  THE PERSONS THAT WERE ARGUING DID NOT
WANT TO CHILL OUT SO WE JUST GOT IN OUR CAR AND LEFT.  WE FOLLOWED ANOTHER
PERSON IN ANOTHER CAR TO "CANDYMAN'S" HOUSE.  I DO NOT KNOW NOT KNOW WHO WAS
IN THE OTHER CAR.  CHINO DROVE HIS MOTHERS BLUISH/GRAY NISSAN TO THE PARTY.
WE GOT TO THE PARTY AND CREEPER, A GUY NAMED TONY, ANOTHER BLACK GUY WAS
THERE AND IS A MEMBER OF THE "LRZ", THEY CALL HIM "WICKED", SLIM, HIS REAL
NAME IS ALEX, CHINO, FLACO, AND A BIG BLACK GUY WHO WAS WEARING GLASSES,
SMURF, CHINA, HER REAL NAME IS VERONICA, GINA, HER REAL NAME IS REGINA,
INDIA.  I SAW FLACO AND THE BIG BLACK GUY WITH GLASSES COME TO THE PARTY IN
A MAROON, 4 DOOR CAR.  THIS CAR WAS DENTED IN THE BACK AND THE BIG BLACK GUY
WITH GLASSES WAS DRIVING THE CAR.   I HAVE KNOWN THESE PEOPLE FOR ABOUT A
MONTH WHEN I GOT "CLIQUED" INTO THE "LRZ" GANG.  I GOT " CLIQUED" INTO THE
GANG AROUND THE FIRST OF DECEMBER 1995.  I DO NOT KNOW THE EXACT DAY.  WE GOT
TO THE PARTY AFTER DARK, IT WAS NOT REAL LATE AND I DON'T REMEMBER THE TIME
WE GOT THERE.  EVERYBODY WAS DRINKING EXCEPT ME AND SMURF.  WE STAYED AT THE
PARTY FOR AWHILE AND EVERYBODY STARTED TO LEAVE AND I WAS TOLD TO GET IN THE
MAROON 4 DOOR CAR.  THE BIG BLACK GUY WITH GLASSES WAS DRIVING AND WE LEFT
THE PARTY.  NOBODY SAID ANYTHING.  THE PERSONS IN THE MAROON CAR WHEN WE LEFT
CANDYMAN'S HOUSE WAS MYSELF,FLACO, INDIA, SLIM, AND CREEPER.  I WAS IN THE
BACK SEAT IN THE MIDDLE.  FLACO WAS NEXT TO ME ON THE DRIVER'S SIDE.  INDIA
WAS SITTING NEXT TO THE WINDOW ON THE DRIVERS SIDE.  SLIM WAS ALEX (SLIM) WAS
IN THE BACK SEAT ON THE PASSENGER SIDE BY THE WINDOW.  CREEPER WAS IN THE
FRONT SEAT NEXT TO THE PASSENGER WINDOW.  AS THE CAR WAS COMING DOWN THE

Incident no. 000119296 O          OFFENSE REPORT                 PAGE 1.027

STREET   CREEPER JUST STARTED SHOOTING AT A HOUSE.  AS CREEPER WAS SHOOTING I
SAW A RED CAR SITTING ON THE STREET.  I THINK I SAW A GIRL LEANING ON THE RED
CAR.  I THINK THE GIRL HAD ON BLACK CLOTHES.  I THINK I HEARD MUSIC AND AS WE
GOT PAST THE HOUSE AFTER CREEPER HAD SHOT I THINK I HEARD SCREAMING.  I SAW
THE GUN AS CREEPER WAS BRINGING HIS HANDS BACK IN THE WINDOW AFTER THE
SHOOTING.  I DID NOT SEE THE GUN BUT I WAS TOLD LATER THAT THE GUN CREEPER
SHOT WAS AN "AK" RIFLE.    WE THEN WENT BACK TO CANDYMAN'S HOUSE TO "CHILL"
AND STAYED FOR ABOUT 5 MINUTES.

    WE THEN LEFT AND WENT BACK TO CHICHONA'S.  WE STAYED IN THE STREET AT
CHICHONA'S AND I WAS TALKING TO SOMEBODY AND A FIGHT BROKE OUT.  I KNOW
CREEPER HAD THE GUN WITH HIM BUIT I DID NOT SEE HIM PULL IT OUT AND SHOOT IT.
WE LEFT CHICHONA'S HOUSE AND I DON'T REMEMBER IF I STAYED AT A FRIENDS HOUSE
OR IF I WAS DROPPED OFF AT HOME.

    ABOUT 4 DAYS AFTER THE SHOOTING MY MOM TOLD ME ABOUT SOME KIDS GETTING
KILLED IN A DRIVE BY SHOOTING.  I DIDN'T KNOW IF THIS WAS THE KIDS THAT
CREEPER SHOT AT OR NOT.  THAT IS ALL I KNOW ABOUT WHAT HAPPENED.

DURING THE TIME THAT SGT. YANCHAK AND INV. CHISHOLM WAS INTERVIEWING JOHNNY
VALADEZ, LT. ZOCH ASSIGNED GARRETSON TO GET THE VEHICLE INFORMATION OFF OF
JAMES' VEHICLE AND TO REQUEST THAT AN HPD WRECKER COME TO THE COMMAND CENTER
TO TOW THE VEHICLE TO THE HPD VEHICLE EXAMINATION BUILDING.  AT THIS TIME,
THIS VEHICLE WAS PARKED IN THE FRONT PARKING LOT OF THE S.E. COMMAND CENTER.
JAMES DROVE THE VEHICLE IN ORDER TO MEET SGT. NOVAK.  THE VEHICLE WILL BE
SUBMITTED TO BE EXAMINED FOR GUN POWDER PARTICLES AND OTHER EVIDENCE IN
RELATION TO THE CAMPDEN HILL SHOOTING.   THE FOLLOWING INFORMATION WAS
OBTAINED FROM JAMES MOORE'S VEHICLE:

    1989 OLDSMOBILE EIGHTY-EIGHT ROYAL, 4 DOOR, (TX         , BLACK IN COLOR
    WITH RED PIN STRIPING, CHROME WIRE WHEEL HUBCAPS, REAR PASSENGER DOOR
    WING WINDOW BROKEN OUT AND CLEAR PLASTIC TAPED OVER THE MISSING WINDOW,
    DAMAGE TO REAR TRUNK LID, PASSENGER REAR VIEW MIRROR MISSING, DAMAGE TO
    PASSENGER SIDE FRONT QUARTER PANEL, DAMAGE TO PASSENGER SIDE REAR
    QUARTER PANEL, INTERIOR IS OF A RED VALOUR MATERIAL.

WHILE WAITING FOR THE HPD WRECKER, GARRETSON AND SGT. BLOYD RECEIVED AN
ASSIGNMENT FROM LT. ZOCH TO ATTEMPT TO LOCATE "CHINA", VERONICA POUNCE,  AND
"INDIA", SCHARLENE POORAN.  SGT. L.S. OTT WILL MEET WITH THE HPD WRECKER AND
WILL FOLLOW THE TOWED VEHICLE TO THE HPD VEHICLE EXAMINATION BUILDING.  SGT.
OTT WILL THEN SUBMIT THE VEHICLE TO BE EXAMINED.


AT 1430 HRS, GARRETSON AND SGT. BLOYD LEFT THE HOMICIDE OFFICE AND WENT TO
THE APARTMENT OF CLEO SANCHEZ, THE AUNT OF "CHINA", VERONICA POUNCE, LOCATED
AT 9701 STELLA LINK #64.  INVESTIGATORS KNOCK ON THE DOOR WAS ANSWERED BY
CLEO, WHO STATED THAT VERONICA HAD JUST CALLED AND HUNG UP BECAUSE CLEO WAS
TALKING TO HER FATHER.  WHILE INVESTIGATORS WERE SPEAKING TO CLEO, THE PHONE
RANG.  THE CALLER WAS VERONICA AND CLEO PUT THE PHONE SPEAKER ON SO THAT
INVESTIGATORS COULD HEAR.  VERONICA TOLD CLEO THAT SHE WAS OVER AT HER OTHER
AUNTS' HOUSE, LOCATED AT CAMPDEN HILL.  CLEO TOLD VERONICA THAT SHE WAS
DRIVING OVER TO THE LOCATION TO PICK UP VERONICA.

INVESTIGATORS FOLLOWED CLEO OVER TO VERONICA'S AUNT'S, NAOMI GUERRERO,

RESIDENCE ON CAMPDEN HILL AND OBSERVED VERONICA GET INTO CLEO'S CAR.  CLEO
THEN PROCEEDED TO 5847 LOMA LINDA, SCHARLENE "INDIA" POORAN'S HOME.  WHEN
CLEO PULLED INTO THE LOMA LINDA LOCATION, GARRETSON APPROACHED THE VEHICLE
AND ADVISED VERONICA THAT INVESTIGATORS NEEDED TO TAKE HER TO THE HOMICIDE
OFFICE IN ORDER TO MAKE A STATEMENT ABOUT THE SHOOTING ON CAMPDEN HILL.  SGT.
BLOYD WENT TO THE FRONT DOOR OF THE RESIDENCE AND SCHARLENE MET HIM AT THE
DOOR.  SGT. BLOYD ALSO REQUESTED THAT SHE ACCOMPANY US AND VERONICA TO THE
HOMICIDE OFFICE FOR A STATEMENT.  THE DETECTIVE DISPATCHER WAS ADVISED THAT
INVESTIGATORS WERE TRANSPORTING TWO FEMALES TO THE HOMICIDE OFFICE ON MYKAWA.


STATEMENT OF VERONICA "CHINA" POUNCE:
=====================================
ARRIVING AT THE HOMICIDE OFFICE, VERONICA WAS SEATED AT SGT. NOVAK'S DESK AND
INTERVIEWED BY SGT. NOVAK.  THE FOLLOWING IS VERONICA POUNCE'S STATEMENT:

MY NAME IS VERONICA PONCE.  I AM A WHITE FEMALE AND I AM 13 YEARS OLD.  MY
BIRTHDAY IS ON FEBRUARY 4, 1982.  I LIVE WITH MY MOTHER, LOURDES C. PONCE.  MY
HOME ADDRESS IS 9701 STELLA LINK # 64 AND MY HOME TELEPHONE NUMBER IS 667-
7183.  I CAN ALSO BE REACHED BY CALLING 433-8428.  MY SOCIAL SECURITY NUMBER
IS UNKNOWN.  I GO TO SCHOOL AT MCCUALLIFE MIDDLE SCHOOL WHERE I AM IN THE 7TH
GRADE.

MY NAME IS VERONICA PONCE.  I AM A MEMBER OF A STREET GANG THAT IS CALLED THE
"LRZ". I HAVE BEEN A MEMBER OF THIS GANG FOR ABOUT ONE YEAR.  ON NEWS YEAR I
WAS AT MY REGINA'S JUAREZ'S HOUSE. SHE LIVES ON DALMATION STREET.  WE WERE
INVITED TO A NEW YEARS EVE PARTY AT ANOTHER "LRZ" MEMBERS HOUSE BY THE NAME
OF CANDYMAN.  WE WERE PICKED UP REGINA'S BY A GUY THAT WE CALL "CHINO". CHINO
DRIVES A LITTLE GREY CAR. WHEN CHINO GOT THERE HE WAS WITH INDIA AND TINY.  WE
THEN DROVE OVER TO CANDYMANS. WE LEFT AFTER ABOUT TWO OR THREE HOURS LATER
AND WENT OVER TO AN AUNTS HOUSE.  WE WENT OVER THERE IN A BLACK DUDES CAR.
THIS DUDE IS CALLED JAMIE.  JAMIE DRIVES A DARK BLUE CAR.  WHEN WE LEFT
CANDYMANS HOUSE JAMIE WAS DRIVING.  IN THE FRONT SEAT WITH JAMIE WAS FLACO AND
ME.  I WAS SITTING IN THE MIDDLE AND FLACO WAS SITTING BY THE DOOR.  FLACO IS
A BLACK MALE THAT IS ALSO IN THE "LRZ".  IN THE BACK SEAT OF THE CAR WAS TONY
MEDINA.  TONY IS CALLED THE CREEPER.  HE IS IN THE "LRZ".  HE WAS WEARING A
BLACK OVERCOAT.  HE WAS SITTING ON THE PASSENGER SIDE NEAR THE DOOR.  IN THE
MIDDLE WAS A LITTLE DUDE THAT WE CALL "PELON".  A GIRL NAMED INDIA WAS SITTING
NEXT TO PELON.  INDIA'S REAL NAME IS CHARLENE.  THERE WAS ANOTHER DUDE THAT
IS CALLED SLIM.  HIS REAL NAME IS ALEX PEREZ.  WE DROVE OVER TO MY AUNTS HOUSE
ON CAMPDEN HILL.  MY AUNTS NAME IS NAOMI GUERRERA.  I DO NOT KNOW HER ADDRESS.
WHEN WE GOTR THERE NOT EVERYBODY GOT OFF. ME, INDIA, JAMIE AND FLACO GOT OFF
THE CAR, WHILE CREEPER AND SLIM WAITED IN THE CAR.  WE ATE SOME MUNUDO AND
TALKED WITH MY AUNT.  I WOULD SAY THAT WE STAYED THERE FOR ABOUT THIRTY
MINUTES.  WE CAME BACK OUTSIDE AND GOT BACK INTO THE CAR.  CREEPER THEN GOT
INTO THE FRONTSEAT, JAMIE WAS DRIVING.  FLACO WAS SITTING IN THE BACK SEAT
BEHIND CREEPER. PELON WAS SITTING IN THE MIDDLE NEXT TO FLACO. INDIA WAS
SEATED NEXT TO PALON. I WAS SEATED BY INDIA AND THEN THERE WAS SLIM BEHIND
THE DRIVER.  WE DROVE OFF BACK TOWARDS ANDERSON ROAD.

WHEN WE HAD DRIVEN BY EARLIER GOING TO MY AUNTS HOUSE WE SAW A BUNCH OF
PEOPLE STANDING OUTSIDE THIS HOUSE.  I KNOW THIS HOUSE TO BE THE HOUSE OF A
GANG MEMBER.  I KNOW HIM ONLY BY THE NAME OF "BLUE". "BLUE IS IN THE "HTC".
"BLUES" GANG IS THE ONE THAT KILLED MY HOMEBOY, HECTOR LOPEZ. HECTOR WAS
KILLED AT THE MEYER THEATER LAST YEAR.  ANYWAY ONCE WE GOT BY THE HOUSE WE
SAW THAT THEY WERE ALL STILL OUTSIDE.  THERE WAS A BUNCH OF CARS AND THE

"""""""""/////////""""/""""/""/""""//"""""""/"""""//""""/""""/"/""/"/"/"""""
Incident no. 000119296 O          OFFENSE REPORT                PAGE 1.029
"""""""""/////////""""/""""/""/""""//"""""""/"""""//""""/""""/"/""/"/"/"""""

PEOPLE WERE STANDING IN THE DRIVEWAY NEAR THE STREET.   WHEN WE GOT BY THE
HOUSE "CREEPER" TOLD BLUE TO SLOW DOWN.   CREEPER THEN LEANED OUT THE WINDOW
AND STARTED BLASTING THE PEOPLE IN THE DRIVEWAY. I DON'T KNOW MUCH ABOUT
GUNS, BUT "CREEPER SHOT IT AT LEAST 5 TO 7 TIMES.  WE THEN DROVE OFF AND WENT
BACK OVER TO CANDYMANS HOUSE.   CANDYMAN CAME OUT AND WE ALL TOLD CANDYMAN
WHAT HAPPENED.  CANDYMANS MOTHER AND DADDY WERE COMING HOME AND HE TOLD US
THAT WE WOULD NEED TO LEAVE.  WE THEN GOT BACK INTO JAMIE'S CAR AND LEFT.
SLIM AND CREEPER GOT INTO THE BACK OF THOMAS'S GIRLS RIDE. HIS GIRL DRIVES A
TRUCK THAT IS BLACK.  WE THEN WENT OVER TO CHI CHONA'S HOUSE ON INGOMAR WAY.
WHEN WE GOT THERE WE WERE CHILLING OUT.  WE HAD NOT BEEN THERE LONG WHEN A
FIGHT STARTED.  WHAT HAPPENED IS THAT ALEX PEREZ AND ONE OF THEIR HOMEBOYS
WERE TALKING. THEN A GUY THAT ALEX WAS TALKING TO, HIS HOMEBOY, WAS SAYING
"COME ON LETS GO". I SAID SOMETHING LIKE "WAIT HE'S BUSY". THEN THAT GUY GOT
MAD BECAUSE HE WAS DRUNK. HE SAID "FUCK THAT BITCH" AND THREW HIS BEER DOWN.
ALEX STARTED TOWARDS THE GUY AND I FOLLOWED ALEX. I WAS STANDING THERE IN
FRONT OF THE GUY AND THAT HIS WHEN THIS GUY HIT ME.   THAT IS WHEN EVERYBODY
STARTED FIGHTING EVERYWHERE.  I WAS FIGHTING LIKE EVERYONE ELSE.  SOME GHUY
CAME OUT OF THE HOUSE AND TOLD US TO LEAVE. THIS GUY HAD A GUN.  WE THEN LEFT
IN JAMIES CAR.  ME, TONY JAMIE, FLACO, THOMAS INDIA, GINA, TINY AND PALON
WERE IN JAMIE'S CAR.  WE THEN WENT TO THE DEAD-END OVER BY ALEX'S HOUSE. WE
CHILLED THERE UNTIL ALEX WENT TO HIS HOUSE AND GOT HIS MOTHERS CAR. I DID NOT
SEE THE GUN ANYMORE.  JAMIE, FLACO AND TINY WENT HOME IN JAMIE'S CAR.  ME,
GINA, SLIM, TONY, THOMAS, PALON AND INDIA ALL GOT INTO ALEX'S MOMS CAR AND
WENT TO THE PARK BY RIDGEMONT ELEMENTARY. WE STAYED THERE FOR ABOUT AN HOUR.
WE THENWENT AND DROPED TONY AND THOMAS OFF AT TONY'S HOUSE. ME, REGINA,
PALON, ALEX AND INDIA THEN WENT TO MY AUNTS HOUSE ON STELLA LINK. WE STAYED
THE NIGHT THERE. THATS ABOUT IT.
          ..............................

STATEMENT OF SCHARLENE "INDIA" POORAN:
=====================================
SCHARLENE "INDIA" POORAN WAS SEATED IN THE HALLWAY INTERVIEW ROOM AND LATER
MOVED TO THE INTERVIEW ROOM AT THE REAR OF THE SQUAD ROOM.  SGT. YANCHAK WAS
ABLE TO OBTAIN THE FOLLOWING STATEMENT FROM SCHARLENE POORAN:

MY NAME IS SCHARLENE CHERYL POORAN.  I AM A W F AND I AM 16 YEARS OLD, HAVING
BEEN BORN 02-19-79.  MY HOME ADDRESS IS 5847 LOMA LINDA AND MY HOME TELEPHONE
NUMBER IS NONE.   I CAN ALSO BE REACHED BY CALLING 729-0114 (GRANDMOTHER).   MY
DRIVERS LICENSE NUMBER IS NONE AND MY SOCIAL SECURITY NUMBER IS ████████████.
I AM ATTENDING NONE--TAKING G.E.D. WHERE I AM IN THE/MY 9TH GRADE/YEAR.

I AM PRESENTLY IN THE HOMICIDE OFFICE OF THE HOUSTON POLICE DEPARTMENT TO
GIVE A STATEMENT CONCERNING A DRIVE BY SHOOTING THAT OCCURRED ON NEW YEARS
DAY IN THE EARLY MORNING HOURS.  I AM A MEMBER OF LRZ 13 GANG.  I HAVE BEEN
A MEMBER FOR ABOUT THREE YEARS.   EARLIER IN THE NIGHT WE WENT TO CHICHONA
HOUSE WHO LIVES AT 5523 INGOMAR WAY.  I WAS WITH CHINO, SMURF, OMAR, AND
PELON.  WE WERE IN CHINO'S CAR.  CHINO WAS DRIVING A DARK GRAY HONDA.  THIS
WAS AROUND 10:30 PM.  WHEN WE WERE AT CHICHONA HOUSE, I NOTICED SEVERAL
PERSONS IN THE DRIVEWAY AND THEY WERE ALL ARGUING.  WE DID NOT WANT TO HAVE
ANYTHING TO DO WITH THE ARGUMENT SO WE ALL LEFT.  ROBERT LUCIO LEFT IN HIS
CAR.  HE DRIVES A BLACK COLOR CAR.  I DO NOT KNOW WHAT MAKE OR MODEL.  SO WE
ALL LEFT AND WENT TO CANDYMAN'S HOUSE.  I DO NOT KNOW THE EXACT ADDRESS, BUT
HE LIVES SOMEWHERE BEHIND THE ALLMART STORE LOCATED ON W. FUQUA.  WHEN WE
ARRIVED AT CANDYMAN'S HOUSE, CHINO AND I DROPPED OFF SMURF, OMAR AND PELON.
ROBERT AND INDIO REMAINED AT CANDYMAN'S HOUSE.  MYSELF AND CHINO LEFT AND

0194

″″″″∕∕∕∕∕∕″″″∕″∕∕″″∕∕∕∕″″″″″∕″″″∕∕∕″″∕∕″∕″∕″″∕″″″∕∕″″∕∕″∕∕″∕″∕″∕∕″∕″″″
Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.030
″″″″∕∕∕∕∕∕″″″∕″∕∕″″∕∕∕∕″″″″″∕″″″∕∕∕″″∕∕″∕″∕″″∕″″″∕∕″″∕∕″∕∕″∕″∕″∕∕″∕″″″

WENT TO GO PICK UP REGINA AND CHINA FROM REGINA MOM'S HOUSE.  WHEN WE PICKED
UP REGINA AND CHINA, WE DROVE BACK TO CANDYMAN'S HOUSE.  WHILE WERE ARRIVING
AT CANDYMAN'S. ROBERT LUCIO AND INDIO WERE LEAVING IN ROBERT'S CAR.
WHEN WE ARRIVED BACK TO CANDYMAN'S HOUSE EVERYBODY WAS ALREADY THERE.  WHEN
WE ARRIVED THERE I NOTICED WICKED, SLIM, FLACO, JAMIE, PELON, AND TONY WAS
ALREADY THERE.  THERE WERE MORE PEOPLE THERE BUT I DON'T REMEMBER ALL THEIR
NAMES.

A SHORT WHILE LATER, MYSELF, SLIM, TONY AND CHINO LEFT TO GO BUY SOME BEER
BEFORE 12 MID NIGHT.  THIS WAS AROUND 11:50 PM.  WE BOUGHT SOME BEER AND WENT
BACK TO CANDYMAN'S HOUSE.  WE REMAINED AT CANDYMAN'S HOUSE FOR A WHILE
DRINKING BEER.  WE WERE JUST OUTSIDE DRINKING BEER AND CHILLING OUT WHENEVER
WE DECIDED TO LEAVE CANDYMAN'S HOUSE.  THIS WAS AROUND 1:00 AM IN THE
MORNING.  WHEN WE LEFT CANDYMAN'S HOUSE WE WERE IN JAMIE'S CAR.  HE HAS A
FOUR DARK BLUE OLDSMOBILE CUTLASS.  JAMIE WAS DRIVING.  TONY WAS IN THE BACK
SEAT AT FIRST, BUT THEN HE GOT IN THE FRONT PASSENGER SEAT.  MYSELF, FLACO,
PELON, AND SLIM WAS IN THE BACK SEAT OF THE CAR.  SLIM WAS NEAR THE BACK
WINDOW ON THE PASSENGER SIDE.  I WAS SITTING NEXT TO SLIM.  PELON WAS SEATED
NEXT TO THE WINDOW ON THE DRIVER'S SIDE.  FLACO WAS SEATED NEXT TO PELON.
EARLIER WHEN WE WERE AT CANDYMAN'S HOUSE AND MYSELF AND CHINA LEFT TO GO EAT
AT MY AUNT'S HOUSE, WE DROVE BY THIS HOUSE ON CAMPDEN HILL.  THERE WAS A GUY
BY THE NAME OF "BLUE" WHOSE GIRLFRIEND LIVES THERE THAT WE DO NOT LIKE.
"BLUE" IS A MEMBER OF THE "HTC" (H-TOWN CRIPTS) GANG AND THEY KILLED MY
HOMEBOY.  THE HOMEBOY THEY KILLED WAS HECTOR LOPEZ.  THIS HAPPENED LAST YEAR
IN THE MONTH OF JANUARY.  WE DROVE BY THERE TO DO A DRIVE BY ON "BLUE" THAT
NIGHT.  WHEN WE DROVE BY THE HOUSE ON CAMPDEN HILL THERE WERE SEVERAL PEOPLE
OUTSIDE IN THE FRONT YARD.  TONY HAD THE GUN IN THE FRONT SEAT OF THE CAR.
TONY STUCK THE GUN OUT THE CAR WINDOW ON THE PASSENGER SIDE AND STARTED
FIRING AT THE PEOPLE IN THE FRONT YARD OF THE HOUSE ON CAMPDEN HILL.  TONY
HAD AN "AK" GUN.  I DON'T KNOW THE EXACT NUMBER OF SHOTS HE FIRED, BUT I DO
KNOW IT WAS A LOT.  AFTER THE SHOOTING, WE LEFT AND WENT BACK TO CANDYMAN'S
HOUSE.  WE REMAINED AT CANDYMAN'S HOUSE UNTIL HIS PARENTS CAME HOME.  WE THEN
LEFT CANDYMAN'S HOUSE AND WENT BACK TO CHICHONA HOUSE.  THIS WAS AROUND 2:00
OR 2:30 AM.  THE LAST TIME I SAW THE "AK" GUN IT WAS AT CANDYMAN'S HOUSE.
WHEN WE LEFT TO GO TO CHICHONA'S HOUSE, TONY WAS IN A DIFFERENT RIDE.  I
DON'T KNOW IF HE TOOK THE GUN TO CHICHONA'S HOUSE OR NOT. I DO NOT KNOW WHERE
THE GUN IS AT THIS TIME.
END OF STATEMENT OF SCHARLENE CHERYL POORAN TAKEN ON PC2 (POORAN.STA).
..........................................

UPON COMPLETION OF THEIR STATEMENTS, VERONICA WAS ALLOWED TO CONTACT HER
MOTHER TO GET A RIDE FOR HERSELF AND SCHARLENE.  VERONICA'S MOTHER COULD NOT
COME GET THEM, SO VERONICA CONTACTED HER GRANDFATHER, JUAN SANCHEZ.
GARRETSON ATTEMPTED TO CONTACT MR. POORMAN A NUMBER OF TIMES BY CALLING THE
PHONE NUMBER 728-5825, WHICH IS LISTED ON A MISSING JUVENILE REPORT (INC#
98089094); HOWEVER, GARRETSON ALWAYS RECEIVED A BUSY SIGNAL.  SCHARLENE
STATED THAT THEY DO NOT HAVE A TELEPHONE ANYMORE.  MR. SANCHEZ CAME TO THE
HOMICIDE OFFICE AND PICKED UP BOTH VERONICA AND SCHARLENE.  VERONICA WENT
HOME WITH HER GRANDFATHER AND SCHARLENE WAS TAKEN TO HER HOUSE AT 5847 LOMA
LINDA.
..........................................

INVESTIGATION TO CONTINUE.......

0195

```
"""""/////////""""/"""""/"/"""/////""""""/""""""//////"""/""""/"/"""/""""//"""/"""/"/""/""""
```
Incident no. 000119296 O         OFFENSE REPORT                  PAGE 1.031
```
"""""/////////""""/"""""/"/"""/////""""""/""""""//////"""/""""/"/"""/""""//"""/"""/"/""/""""
```

```
       SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
       ****************************************************************
       *   ENTRY DEVICE: AST 386SX 105011 HJM/HJN                     *
       *   ENTRY FROM DATE-012396 TIME-0911  TO  DATE-012396 TIME-0914 *
       *   TRANSFER DEVICE: AST 386SX 105011 HJM/HJN        VER. 2.08-1 *
       *   TRANSFER DATE-012396 TIME-0914   LOAD DATE-012396 TIME-0857  *
       *   LOCATION OF OFFENSE: POLICE DISTRICT-CONFIDENTIAL    DIST-CO  *
       ****************************************************************
```

```
Supplement entered by =   39034
Report reviewed by-EG                    Employee number-025810
Date cleared- 01/22/96
```
-------------------------------------------------------------------------------

0196

```
""""""//////////""""/""""/"//""//""""/"""""//""""/""/"/""""/""""/"""/""/""/""""
```

ORIGINAL INFORMATION REPORT NON-PUBLIC
```
""""""//////////""""/""""/"//""//""""/"""""//""""/""/"/""""/""""/"""/""/""/""""
```

HOUSTON POLICE DEPARTMENT                    PAGE 1.001
OFFENSE REPORT          Incident no. 000119296 O
```
""""""//////////""""/""""/"//""//""""/"""""//""""/""/"/""""/""""/"""/""/""/""""
```

SUPPLEMENT(S)

No-0026

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                    Street location information
Number-    15431 Name-CAMPDEN HILL          Type-        Suffix-
Apt no-     Name-GLENRIDGE             Type-LN    Suffix-
Date of offense-01/01/96            Date of supplement-01/11/96
Compl(s) Last-RODRIQUEZ      First-DAVID     Middle-
         Last-
               Recovered stolen vehicles information
 Stored-                      by-              Ph#- (000) 000-0000
Officer1-TL HICKERSON, JR.     Emp#-102049 Shift-2 Div/Station-JUV/SE

                    SUPPLEMENT NARRATIVE

INTRODUCTION
************
 OFFICER T.L. HICKERSON, JR., WHILE ASSIGNED TO JUVENILE DIVISION, WAS GIVEN
THIS CASE FOR FOLLOW-UP INVESTIGATION ON 1/11/96. THE JUV SUSP WAS ARRESTED FOR
CAPITAL MURDER AT 10410 MANHATTAN BY OFFICER E.T.YANCHAK(30533) AND TRANSPORTED
TO JUVENILE DIVISION. UPON ARRIVAL, THE JUV SUSP WAS SEARCHED AND PLACED INTO A
HOLDING CELL. THE JUV SUSP APPEARED TO BE IN GOOD PHYSICAL AND MENTAL CONDITION.
THE JUV SUSP WAS ALSO TAKEN TO SE AFIS ROOM TO BE FINGERPRINTED.

DETAILS OF OFFENSE
******************
 SEE THE ORIGINAL REPORT FOR DETAILS.

INTERVIEW OF SUSPECT(S)
***********************
 THE JUV SUSP DID NOT MAKE A STATEMENT TO OFFICER HICKERSON

OFFICERS INVESTIGATION
**********************
 AFTER RECEIVING THIS CASE, OFFICER HICKERSON READ THE ORIGINAL REPORT AND
ASCERTAINED THAT THE JUV SUSP COULD BE CHARGED WITH CAPITAL MURDER. OFFICER HAD
THE JUV SUSP PRE-BOOKED AT H.C.J.P. OFFICER ALSO ATTEMPTED TO CONTACT THE JUV
SUSP MOTHER BUT WAS UNSUCCESSFUL. OFFICER LINKED THE JUV SUSP AND COMPLETED THIS
SUPPLEMENT.

DISPOSITION
***********
 VALADEZ, JOHNNY 1/4/82 JID#-0157288
 CHARGED WITH CAPITAL MURDER(F1)
 TRANSPORTED AND RELEASED TO H.C.J.P.

*********************CASE CLEARED*********************************************
```

0197

&&&&

```
""""""""/////////""""""/"""/""/"""/""/""""""""/""""""////////"""/"""/""/"""/"""/"""/"""/""/""/"""""""
```
Incident no. 000119296 O       OFFENSE REPORT                    PAGE 1.002
```
""""""""/////////""""""/"""/""/"""/""/""""""""/""""""////////"""/"""/""/"""/"""/"""/"""/""/""/"""""""
```

Supplement entered by = 102049
Report reviewed by-EG                    Employee number-025810
Date cleared- 01/22/96

No-0027


Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                    Street location information
Number-    15431 Name-CAMPDEN HILL              Type-          Suffix-
Apt no-      Name-GLENRIDGE              Type-LN      Suffix-
Date of offense-01/01/96              Date of supplement-01/12/96
Compl(s) Last-RODRIQUEZ       First-DAVID      Middle-
          Last-
                    Recovered stolen vehicles information
 Stored-                      by-              Ph#- (000) 000-0000
 Officer1-R.L.COLLINS         Emp#-020359 Shift-1 Div/Station-HOM

                    SUPPLEMENT NARRATIVE

THIS OFFICER ASSIGNED TO THE VEH EXAM BLDG PROCESSED THE BELOW VEH ON 1/12/96
IN STALL 2,PARKED INSIDE.OFFICER CONTACTED SGT.NOVAK,HOMICIDE,AND LEARNED THE
DETAILS OF THE CASE.OFFICER TOOK 1 ROLL OF COLOR 35MM FILM OF THE VEH USING
A NIKON 4004S CAMERA WITH FLASH.THE FILM WAS TAGGED IN THE PHOTO LOCK BOX
IN I.D.OFFICER CHECKED THE VEH FOR CARTRIDGE CASES,NONE RECOVERED.OFFICER
RECOVERED AND TAGGED IN THE FIREARMS LOCK BOX IN THE CSU OFFICE THE FOLLOWING
EVIDENCE:
POWDER RESIDUE SAMPLES:1.PASS FRONT DOOR(INSIDE)GLASS OPENING SECTION
                       2.PASS FRONT DOOR(OUTSIDE)GLASS OPENING SECTION
                       3.PASS REAR DOOR(OUTSIDE)GLASS/GLASS OPENING SECTION
                       4.PASS REAR DOOR(INSIDE)GLASS OPENING SECTION
THE VEH WAS PLACED IN THE UNSECURED PARKING AREA TO BE TOWED TO 1300 DART
OR PICKED UP BY THE OWNER.
VEH:89 OLDS 88 4 DOOR COLOR:BLK TX:LKX28H VIN:1G3HY5400K1801120

Supplement entered by =  20359
Report reviewed by-EG                    Employee number-025810
Date cleared- 01/22/96

-----------------------------------------------------------------------------

No-0028

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                    Street location information
Number-    15431 Name-CAMPDEN HILL              Type-          Suffix-
Apt no-      Name-GLENRIDGE              Type-LN      Suffix-
Date of offense-01/01/96              Date of supplement-01/19/96
Compl(s) Last-RODRIQUEZ       First-DAVID      Middle-
                    Recovered stolen vehicles information
 Recovery location-                      District-  Beat-    00
 Stored-                      by-
 Officer1-L.D. GARRETSON, INV. Emp#-061099 Shift-1 Div/Station-HOMICIDE
 Officer2-T.C. BLOYD, SGT.     Emp#-053412 Shift-1

                                                       0198

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.003

SUPPLEMENT NARRATIVE

PROGRESS REPORT:
17 JANUARY 1996 / WEDNESDAY
****************************

INVESTIGATOR (INV.) GARRETSON AND SERGEANT (SGT.) BLOYD, ALONG WITH
SGT. NOVAK AND INV. CHISHOLM, MADE LOCATION CHECKS IN AN ATTEMPT TO LOCATE
A BAYOU BRIDGE WHERE MEMBERS OF THE LRZ-13 HAD STATED THAT THEY CONGREGATE
AT DIFFERENT TIMES.   THE MEMBERS HAD STATED THAT A LARGE AMOUNT OF GRAFITTI
DEPICTING THE LRZ-13 IS PRESENT.   ACCORDING TO INFORMATION RECEIVED,
THROUGH INTERVIEWS WITH GANG MEMBERS, IT IS A POSSIBILITY THAT THE WEAPON
WAS PLACED UNDER THE WATER OF THE BAYOU TRIBUTARY IN AN ATTEMPT TO HIDE THE
WEAPON.

INVESTIGATORS LOCATED THE AREA OF THE BAYOU WHERE THE MEMBERS CONGREGATED.
THIS LOCATION IS AT A POINT WHERE TWO BAYOU TRIBUTARIES FORK, JUST SOUTH OF
THE SOUTH BELT AND TO THE EAST OF THE 5100 BLOCK OF CASTLECREEK.   (ALEX
PEREZ LIVES AT 5054 CASTLECREEK).   THE PRIMARY BAYOU TRIBUTARY RUNS NORTH
TO SOUTH, PASSING UNDERNEATH THE SOUTH BELT AND CONTINUING NORTH WHERE IT
CONNECTS WITH SIMS BAYOU.   A SECONDARY TRIBUTARY FORKS TO THE WEST AND RUNS
PARALLEL WITH CASTLECREEK, WHICH IS TO THE SOUTH.

SINCE BOTH BAYOU TRIBUTARIES CONTAINED ANYWHERE FROM 1 TO 3 FEET OF WATER,
ARRANGEMENTS WERE MADE WITH THE HPD DIVE TEAM TO MEET AT THE INTERSECTION
OF S. POST OAK AND RIDGECREST AT 1300 HRS.   FROM THAT LOCATION, THE DIVE
TEAM FOLLOWED GARRETSON EAST ON THE SOUTH BELT TO A TEMPORARY DIRT ROAD
THAT RUNS SOUTH ALONG THE EAST BANK OF THE PRIMARY BAYOU TRIBUTARY.
MEMBERS OF THE DIVE TEAM ARE AS FOLLOWS:

         A.M.  OATES, SGT.      71904   RADIO# 906D
         D.G.  RITCHY, OFF.     67786
         M.A.  PAVEY, OFF.      63047
         D.C.  OWINGS, OFF.     87320
         D.C.  LAMBERT, OFF.    99672
         W.A.  WALLACE, OFF.    87336
         S.    BORGSTEDTE, OFF. 102605

DIVE TEAM MEMBERS WERE BRIEFED AS TO WHAT TYPE OF A WEAPON THAT WAS BEING
SEARCH FOR AND A SEARCH PATTERN WAS SET UP.   THIS SEARCH PATTERN CONSISTED
OF THE DIVERS ENTERING THE BAYOU TRIBUTARIES AT THE BRIDGES LOCATED AT
RIDGECREEK, BEECHAVEN, AND THE SOUTH BELT.   FROM THE BRIDGES, THE DIVERS
CONDUCTED THEIR SEARCH, ON HANDS AND KNEES, UNTIL REACHING THE POINT WHERE
THE TWO TRIBUTARIES MEET, WHICH IS THE LOCATION WHERE THE GANG MEMBERS HAD
CONGREGATED IN THE PAST.   IN ADDITION TO THE TRIBUTARIES, LARGE CONDUITS
DRAIN INTO THE TRIBUTARIES.   THESE 5 FOOT IN DIAMETER CONDUITS WERE ENTERED
AND SEARCHED BY THE DIVERS.

THE SEARCH FOR THE WEAPON WAS NEGATIVE.
          ......................................

0199

```
////////////////////////////////////////////////////////////////////////////////
Incident no. 000119296 O          OFFENSE REPORT                      PAGE 1.004
////////////////////////////////////////////////////////////////////////////////
         SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
         ***********************************************************************
         *  ENTRY DEVICE: AST 386 111139                                      *
         *  ENTRY FROM DATE-011996 TIME-0746  TO  DATE-011996 TIME-0747       *
         *  TRANSFER DEVICE: AST 386SX 105011 HJM/HJN       VER. 2.08-1       *
         *  TRANSFER DATE-011996 TIME-0758   LOAD DATE-011996 TIME-0759       *
         *  LOCATION OF OFFENSE: POLICE DISTRICT-CONFIDENTIAL     DIST-CO      *
         ***********************************************************************
```

Supplement entered by =  61099
Report reviewed by-EG                    Employee number-025810
Date cleared- 01/22/96

------------------------------------------------------------------------------

No-0029

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                         Street location information
Number-    15431 Name-CAMPDEN HILL            Type-          Suffix-
Apt no-    Name-GLENRIDGE                     Type-LN    Suffix-
Date of offense-01/01/96           Date of supplement-01/22/96
Compl(s) Last-RODRIQUEZ      First-DAVID      Middle-
                  Recovered stolen vehicles information
Recovery location-                            District-   Beat-    00
Stored-                         by-
Officer1-G.J.NOVAK,SGT      Emp#-039034 Shift-1 Div/Station-HOMICIDE
Officer2-H.F.CHISHOLM       Emp#-054242 Shift-1
Caller'S name-                       Phone# (713) 000-0000 Ext-0000

                         SUPPLEMENT NARRATIVE

PROGRESS REPORT- TUESDAY
JANUARY 16,1996

SERGEANT NOVAK AND OFFICER CHISHOLM CONTINUED THE INVESTIGATION INTO THIS
OFFENSE.  SERGEANT RECEIVED A PHONE CALL FROM A FEMALE, WHO IDENTIFIED
HERSELF AS NORMA JUAREZ.  MRS. JUAREZ ASKED SERGEANT NOVAK IF THE POLICE WERE
LOOKING FOR HER DAUGHTER, REGINA JUAREZ.  SERGEANT ADVISED MRS.JUAREZ THAT WE
NEEDED TO SPEAK WITH HER DAUGHTER CONCERNING THE DRIVE-BY SHOOTING THAT
OCCURRED ON CAMPDEN HILL ON JANUARY 1, 1996. SHE WAS FURTHER ADVISED THAT WE
HAD INFORMATION THAT HER DAUGHTER MIGHT HAVE KNOWLEDGE OF THIS INCIDENT AND
MAY HAVE POSSIBLY BEEN A PASSENGER IN THE VEHICLE AT THE TIME OF THE
SHOOTING.  MRS. JUAREZ AGREED TO BRING HER DAUGHTER TO THE HOMICIDE OFFICE
FOR THE PURPOSE OF THE INTERVIEW.

                                                          0200

"""""""////""""/""""/"""//""""/""""//""""""""""/""""//""""//""""/""""//""""/"""//"/"/""""""

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.005
"""""""////""""/""""/"""//""""/""""//""""""""""/""""//""""//""""/""""//""""/"""//"/"/""""""

AT 1100 HOURS MRS JUAREZ ALONG WITH HER DAUGHTER REGINA ARRIVED IN THE
HOMICIDE OFFICE.  THEY WERE BOTH ESCORTED TO THE INTERVIEW ROOM THAT IS
LOCATED IN REAR OF LT. N.J. ZOCH'S SQUAD AREA.   THERE, REGINA WAS INTERVIEWED
BY SERGEANT NOVAK AND OFFICER CHISHOLM IN THE PRESENCE OF HER MOTHER.

AT FIRST REGINA DENIED ANY KNOWLEDGE CONCERNING THIS OFFENSE. SHE WAS THEN
TOLD THAT WRITTEN STATEMENTS HAD BEEN TAKEN FROM "CHINA", "INDIA" AND SEVERAL
OTHER PERSONS THAT WERE EITHER PRESENT AT THE NEW YEARS EVE PARTY THROWN BY
"CANDYMAN" OR WAS IN THE CAR AT THE TIME OF THE DRIVE-BY SHOOTING.  SHE WAS
THEN ASKED IF SHE WERE A MEMBER OF THE "LRZ" STREET GANG.  SHE REPLIED THAT
SHE HAS BEEN A MEMBER FOR THE PAST THREE TO FOUR YEARS.   SHE WAS AGAIN ASKED
TO TELL WHAT SHE KNEW OF THE SHOOTING.  REGINA THEN ORALLY STATED THAT SHE
HAD BEEN AT THE PARTY AT "CANDYMAN'S" HOUSE.  SHE STATED THAT A BLACK MALE
SHE KNOWS BY THE NAME OF JAMIE CAME DRIVING UP AND THAT IS THE CAR THERE WERE
SEVERAL OF HER FRIENDS. SHE GAVE THEIR NAMES AS: "CREEPER" AKA TONY MEDINA,
"SLIM" ALEX PEREZ, "PALON" AKA JOHNNY, LAST NAME UNKNOWN, "FLACO" AKA DOMINIC
HOLMES, "CHINA" AKA VERONICA PONCE, AND "INDIA" AKA SCHARLENE POORAN.   SHE
STATED THAT WHEN THEY GOT THERE THEY BEGAN TALKING ABOUT DOING A DRIVE-BY AT
A HOUSE THAT A RIVAL GANG MEMBER BY THE NAME OF "BLUE" WAS AT. SHE STATED
THAT SHE KNEW "BLUE BELONGED TO A GANG CALLED THE "HTC" AND THAT THE "HTC"
WAS RESPONSIBLE FOR A FRIEND OF HERS BEING STABBED TO DEATH AT THE MEYER
CINEMA LAST YEAR.   SHE STATED THAT SHE KNEW THAT "BLUE" DID NOT ACTUALLY LIVE
AT THE HOUSE, BUT THAT HE HAD A GIRLFRIEND THAT LIVED THERE. SHE STATED THAT
"CREEPER" CAME TO HER AND TOLD HER THAT HE DID THE SHOOTING AND THAT SHE
OVERHEARD SOMEONE TALKING ABOUT SEEING BLOOD COMING FROM ONE OF THE GIRLS WHO
HAD BEEN SHOT THERE.   SHE STATED THAT THEY "CHILLED" AT "CANDYMANS" FOR A
WHILE AND THAT THEY ALL DECIDED TO GO TO A PARTY AT A FRIENDS HOUSE BY THE
NAME OF "CHA CHONAS". WHEN THEY GOT THERE SHE STATED THAT A FIGHT BROKE OUT
BETWEEN "SLIM " AND ONE OF THE PEOPLE WHO WERE INVITED TO THE PARTY AND THAT
EVERYONE BEGAN FIGHTING UNTIL "CHA CHONAS" MOTHER CAME OUT AND RAN THEM OFF.
SHE STATED THAT "CREEPER" STILL HAD THE "AK" AND THAT HE SHOT THE GUN ONE
TIME BEFORE LEAVING THE PARTY.  SHE STATED THAT THEY THEN ALL LEFT IN JAMIE'S
CAR AND THAT JAMIE AND FLACO TOOK THEM OVER TO THE BAYOU NEAR "SLIM'S" HOUSE.
SHE STATED THAT SHE LAST SAW THE "AK" LAYING IN THE GRASS NEAR THE BAYOU AND
THAT "SLIM AND "CREEPER" WERE TALKING ABOUT THROWING THE GUN INTO THE BAYOU.
SHE STATED THAT SHE DID NOT SEE THEM THROW THE GUN INTO THE BAYOU AND IS NOT
SURE IF THEY DID.

SHE WAS THEN ASKED IF SHE WERE WILLING TO MAKE A WRITTEN STATEMENT CONCERNING
THE FACTS JUST RELATED AND SHE REPLIED THAT SHE WOULD.  A TWO (2) PAGE TYPED
WRITTEN STATEMENT WAS THEN TAKEN FROM REGINA JUAREZ, AGAIN IN THE PRESENCE OF
HER MOTHER.  THE STATEMENT WAS TAKEN BY OFFICER H.F. CHISHOLM.  THE FOLLOWING
IS THE STATEMENT OF REGINA JUAREZ:

0201

HOUSTON POLICE DEPARTMENT

HOMICIDE DIVISION

W I T N E S S   S T A T E M E N T

COUNTY OF HARRIS                    STATE OF TEXAS

```
"""""//////////""""/"""////"/////""""""/""""////""""/"""//"/////""""/""""/"""/"""/"/"/"""""
```
Incident no. 000119296 O          OFFENSE REPORT                          PAGE 1.006
```
"""""//////////""""/"""////"/////""""""/""""////""""/"""//"/////""""/""""/"""/"""/"/"/"""""
```

             DATE:  MONDAY, JANUARY 15, 1996          TIME:  1118 HRS.

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED REGINA
JUAREZ, BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO AFTER BEING SWORN UPON
HIS/HER OATH, DID DEPOSE AND SAY:

MY NAME IS REGINA JUAREZ.  I AM A HISPANIC FEMALE AND I AM 15 YEARS OLD.  MY
BIRTHDAY IS ON 3-9-80.  I LIVE WITH MY MOTHER, NORMA JUAREZ.  MY HOME ADDRESS
IS 3511 DALMATION AND MY HOME TELEPHONE NUMBER IS 434-2595.  I CAN ALSO BE
REACHED BY CALLING 264-4066.  MY SOCIAL SECURITY NUMBER IS UNKNOWN.  I GO TO
SCHOOL AT MADISON HIGH SCHOOL WHERE I AM IN THE 9TH GRADE.

     I AM CURRENTLY IN THE HOMICIDE OFFICE TO TELL OFFICER CHISHOLM WHAT I
KNOW ABOUT THE LITTLE BOY AND GIRL THAT WERE KILLED ON NEW YEARS DAY.

     I ATTENDED A PARTY AT "CANDYMAN'S" HOUSE OFF OF ANDERSON ROAD.  I WAS AT
MY HOUSE WITH CHINA AND CHINO, INDIA AND TINY PICKED ME AND CHINA UP AT MY
HOUSE AT AROUND 11:00 PM OR 11:15 PM ON NEW YEARS EVE NIGHT.  WE WERE IN
CHINO'S GRAY HONDA.  WHEN WE GOT TO CANDYMAN'S PARTY AT ABOUT 11:30 PM AND
WICKED, CANDYMAN, FLACO, PELON, SMURF, TINY, SLIM, CREEPER, CHINA, INDIA,
BABY J, CHINO, FLACO'S COUSIN JAMIE, THOMAS FLORES "HITMAN", CANDYMAN'S
GIRLFRIEND WHOSE NAME I DO NOT KNOW.  WHILE AT THE PARTY WE WERE DRINKING
EXCEPT FOR SMURF.

     AT A LITTLE AFTER MIDNIGHT, I CALLED HOME AND SPOKE TO MY FATHER AND
WISHED EVERYONE A HAPPY NEW YEAR.  THOMAS AND HIS GIRLFRIEND DROVE ME TO MY
HOUSE AROUND 1:00AM SO I COULD GET SOME MONEY FOR ICE AND WE STOPPED AT
THOMAS'S GIRLFRIENDS HOUSE AND PICKED UP HER TRUCK, A BLACK CHEVROLET PICKUP
TRUCK.  WE THEN RETURNED BACK TO THE CANDYMAN'S HOUSE.  BEFORE WE GOT THERE
WE STOPPED AND GOT ICE BUT I DON'T REMEMBER WHERE.  WE RETURNED TO CANDYMAN'S
HOUSE SOMETIME AFTER 2:30 AM.  I WAS INSIDE THE HOUSE USING THE TELEPHONE FOR
ABOUT 10 MINUTES AND I CAME OUTSIDE AND EVERYONE WAS IN A CROWD TALKING ABOUT
A DRIVE-BY SHOOTING.  EVERYBODY WAS TALKING ABOUT SHOOTING "BLUE" AN "HTC"
MEMBER.  I HEARD SOMEONE SAY THEY COULD SEE THE BLOOD COME OFF OF THE GIRL
WHEN THEY SHOT HER.  THEY STARTED CHANGING THE SUBJECT BECAUSE WE WERE
GETTING READY TO LEAVE.  I ASKED "WHO SHOT" AND TONY SAID " HE DID".  I KNOW
THE REASON THEY SHOT AT THE HOUSE ON CAMPDEN HILL IS BECAUSE "BLUE" OR HIS
GIRLFRIEND LIVES THERE.  I KNOW THAT CHINA'S AUNT LIVES ON CAMPDEN HILL AND
I THINK THEY WENT CHINA'S AUNT TO GET SOME FOOD BECAUSE THEY BROUGHT "MENUDO"
BACK TO CANDYMAN'S HOUSE.  TONY HAD THE GUN AN "AK", THE GUN HAS BROWN WOOD
AND A BLACK FINISH WITH A KNIFE ON THE END OF IT.  THE GUN IS ALMOST AS TALL
AS ME.  CANDYMAN'S MOM CAME HOME AND WE ALL LEFT CANDYMAN'S AND WENT OVER TO
CHICHONA'S HOUSE ON INGOMAR WAY.  I RODE OVER TO THE PARTY IN JAMIE'S CAR
WITH JAMIE DRIVING, ME AND TONY WERE IN THE FRONT, FLACO, PELON, CHINA, BABY
J, INDIA AND TINY WERE IN THE BACK SEAT.  THOMAS WAS DROPPED OFF AT THE PARTY
BY HIS GIRLFRIEND.  WHEN WE GOT THERE WE GOT INTO A FIGHT AFTER SOME GUY HIT
CHINA IN THE FACE AND KNOCKED HER INTO THE DITCH.  I TRIED TO GET THE GUY OFF
OF CHINA AND THOMAS JUMPED IN AND BEAT THE GUY UP.  I STARTED KICKING THE GUY
AND HIS FRIEND GRABBED ME AND PULLED ME OFF AND I TOLD THE GUY NOT TO TOUCH
ME AGAIN BECAUSE I WOULD HIT HIM.  THE GUY HIT ME AND THEN FLACO GOT HIM.
FLACO TOOK HIM INTO THE STREET AND THE GUY STARTED RUNNING TOWARDS THE HOUSE.
THEY ALL RAN INSIDE THE HOUSE AND WE WERE KNOCKING AT THE DOOR, THAT'S WHEN
CHICHONA'S MOM CAME OUT AND TOLD EVERYBODY TO LEAVE.  AS WE WERE LEAVING TONY
PULLED OUT THE "AK".  I TOLD TONY NOT TO SHOOT AT THE HOUSE AND HE JUST SHOT
THE GUN INTO THE AIR.  JAMIE DROVE US TO SLIM'S HOUSE.  SLIM GOT INTO HIS CAR

0202

```
''''''''/////////''''''/''''/'''/'''//'''''''''''''/'''''''/'''''/'''/'''''''''/'''''''''/'''/'''/'''/''/''/'''''''''
```
Incident no. 000119296 O          OFFENSE REPORT                          PAGE 1.007
```
''''''''/////////''''''/''''/'''/'''//'''''''''''''/'''''''/'''''/'''/'''''''''/'''''''''/'''/'''/'''/''/''/'''''''''
```
AND TOOK TONY AND THOMAS TO TONY'S HOUSE AND THE REST OF US TO CLEO'S HOUSE
WHICH IS CHINA'S AUNT.  WE ALL STAYED THERE.

WHILE WE WERE ALL AT SLIM'S HOUSE I SAW THE GUN BY THE BANKS OF THE
BAYOU AND I THINK THAT THEY EITHER THREW IT INTO THE WATER OR SLIM DID
SOMETHING WITH IT.

I HAD LEFT FOR OKLAHOMA ON THURSDAY, JANUARY 11, 1996 AND RETURNED LAST
NIGHT AROUND 6:00 PM BEING MONDAY, JANUARY 15, 1996.  CHINA CALLED ME ABOUT
8:00 PM AND SAID THAT THEY HAD FILED CHARGES ON TONY AND THAT THE GUY JAMIE
WAS THE ONE SNITCHING AND THAT THE LAWS HAD TOLD HER THAT IF ANYTHING HAPPENS
TO JAMIE, THEY WERE GOING TO COME AFTER HER AND INDIA.

I HAVE BEEN A MEMBER OF THE "LRZ" GANG SINCE CINCO DE MAYO DAY IN MAY OF
1994.

I HAVE BEEN INFORMED THAT UNDER THE PENAL CODE OF THE STATE OF TEXAS, SECTION
37.02:  A PERSON COMMITS THE OFFENSE OF PERJURY IF, WITH INTENT TO DECEIVE
AND WITH KNOWLEDGE OF THE STATEMENT'S MEANING; HE/SHE MAKES A FALSE STATEMENT
UNDER OATH OR SWEARS TO THE TRUTH OF A FALSE STATEMENT PREVIOUSLY MADE; AND
THE STATEMENT IS REQUIRED OR AUTHORIZED BY LAW TO BE MADE UNDER OATH.

FOR DETAILS SEE WRITTEN STATEMENT OF REGINA JUAREZ ATTACHED TO THIS REPORT.

AFTER COMPLETING THE STATEMENT SHE WAS ASKED IF SHE WOULD SHOW INVESTIGATORS
THE LOCATION OF "CANDYMAN'S" HOUSE. SHE REPLIED THAT SHE WOULD.   REGINA
ALONG WITH HER MOTHER THEN TOOK INVESTIGATORS TO A LOCATION OF A RESIDENCE ON
THE CORNER OF WHITE HEATHER AND HIGH POINT.  REGINA POINTED TO A RESIDENCE
LOCATED ON THE SOUTHEAST CORNER. THE HOUSE BORE NO STREET NUMBERS.  IN THE
BACK OF THE RESIDENCE INVESTIGATORS OBSERVED A BOAT AND A BROKEN DOWN TRUCK
IN THE BACK OF THE RESIDENCE AS DESCRIBED BY JAMES MOORE.

INVESTIGATION TO CONTINUE.....
        SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
        *****************************************************************
        *   ENTRY DEVICE: AST 386SX 105010 X07                         *
        *   ENTRY FROM DATE-012296 TIME-0850  TO  DATE-012296 TIME-0852 *
        *   TRANSFER DEVICE: AST 386SX 105010 X07            VER. 2.08-1 *
        *   TRANSFER DATE-012296 TIME-0852    LOAD DATE-012296 TIME-0856 *
        *   LOCATION OF OFFENSE: POLICE DISTRICT-CONFIDENTIAL    DIST-CO *
        *****************************************************************

Supplement entered by = 39034
Report reviewed by-EG
Date cleared- 01/22/96                  Employee number-025810

                                                            0203

```
IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII
Incident no. 000119296 O        OFFENSE REPORT                    PAGE 1.008
IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII
```

No-0030

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                  Street location information
Number-    15431 Name-CAMPDEN HILL          Type-        Suffix-
Apt no-      Name-GLENRIDGE               Type-LN     Suffix-
Date of offense-01/01/96            Date of supplement-01/23/96
Compl(s) Last-RODRIQUEZ       First-DAVID      Middle-
                  Recovered stolen vehicles information
  Recovery location-                          District-   Beat-   00
  Stored-                        by-
Officer1-G.J. NOVAK           Emp#-039034 Shift-1 Div/Station-HOMICIDE
Officer2-H.F. CHISHOLM        Emp#-054242 Shift-1
Caller's name-                  Phone# (713) 000-0000 Ext-0000


                     SUPPLEMENT NARRATIVE


PROGRESS REPORT-MONDAY
JANUARY 22,1996

SERGEANT NOVAK AND OFFICER CHISHOLM CONTINUED THE INVESTIGATION IN THIS
OFFENSE BY DRIVING TO 4035 HIGH POINT, THE RESIDENCE OF CANDELARIO GUERRERO,
AKA "CANDYMAN".  UPON ARRIVING AT THE LOCATION INVESTIGATORS OBSERVED A
HISPANIC MALE AT THE REAR OF THE RESIDENCE.  INVESTIGATORS APPROACHED THE
MALE AND IDENTIFIED THEMSELVES TO HIM.  THIS MALE WAS IDENTIFIED AS
CANDELARIO GUERRERO H/M 20 DOB 11-9-75.  HE WAS TOLD THE REASON FOR
INVESTIGATORS PRESENCE AND HE WAS THEN ASKED ABOUT THE NEW YEARS EVE PARTY
THAT WAS HELD AT HIS RESIDENCE.  HE ORALLY ADMITTED THAT HE AT ONE TIME WAS
A MEMBER OF A GANG CALLING THEMSELVES THE "LRZ", HE STATED THAT HE HAS HAD
NOTHING TO DO WITH THE GANG FOR THE PAST SIX OR SEVEN MONTHS.  HE STATED THAT
ON NEW YEARS EVE A FRIEND, ROBERT LUCIO, CAME TO HIS HOUSE AND ASKED IF SOME
OF HIS "HOMEBOYS" COULD CHILL AT HIS HOUSE. HE STATED THAT HE TOLD ROBERT
THAT IT WOULD BE O.K.  HE STATED THAT THROUGHOUT THE NIGHT SEVERAL CARLOADS
OF YOUNG HISPANIC MALES, MOST OF WHOM HE DID NOT KNOW KEPT COMING AND GOING
FROM HIS HOUSE.  HE STATED THAT A GUY THAT HE KNOWS BY THE NAME OF ANTHONY
MEDINA CAME OVER TO HIS HOUSE AND HE HAD IN HIS POSSESSION A LONG GUN THAT
LOOKED LIKE A MACHINE GUN.  HE STATED THAT THIS MALE IS ALSO CALLED "CREEPER"
AND HE TOO HIS A MEMBER OF THE "LRZ".  HE STATED THAT MEDINA HAD LEFT HIS
HOUSE ON A FEW OCCASIONS AND THAT HE NEVER ASKED ANY OF THEM WHERE THEY WERE
GOING OR WHAT THEY WERE DOING.  HE STATED THAT HE NEVER LEFT WITH ANY OF THEM
BECAUSE HE WAS AWAY FROM THE GANG BECAUSE HIS WIFE JUST HAD A BABY GIRL AND
HE DID NOT WANT ANY TROUBLE.  HE STATED THAT HIS FATHER-IN-LAW CAME HOME AT
A LITTLE AFTER 2:30 AM AND HE TOLD HIS WIFE THAT THEIR FRIENDS HAD TO LEAVE.
HE STATED THAT HIS WIFE CAME TO HIM AND TOLD HIM WHAT HER FATHER TOLD HER.
HE STATED THAT HE WENT TO CREEPER, WHO WAS SEATED IN THE REAR OF A BLACK
TRUCK THAT THEY HAD TO LEAVE.  HE STATED THAT CREEPER DID NOT SAY ANYTHING
AND THAT THEY JUST LEFT. HE STATED THAT THE LAST TIME HE SAW THE GUN WAS WHEN
CREEPER LEFT WITH IT.  HE STATED THAT THE TRUCK THAT CREEPER LEFT IN BELONGED
TO A GUY HE KNOWS BY THE NAME OF THOMAS. HE STATED THAT THE TRUCK BELONGED TO
THOMAS'S GIRLFRIEND. HE CONTINUED BY SAYING THAT HE HEARD OF THE DRIVE-BY FOR
THE FIRST TIME ON THE MORNING NEWS. ABOUT A WEEK AFTER THE SHOOTING HE STATED
THAT ROBERT LUCIO CALLED HIM AND TOLD HIM THAT CREEPER WAS THE ONE WHO DID

                                                          0204

Incident no. 000119296 O          OFFENSE REPORT                    PAGE 1.009

THE SHOOTING.

GUERRERO WAS ASKED IF HE WERE WILLING TO COME TO THE POLICE STATION FOR THE
PURPOSE OF MAKING A WRITTEN STATEMENT AND HE REPLIED THAT HE WOULD.  WHILE AT
THE HOMICIDE OFFICE HE WAS SHOWN THE GANG NOTEBOOK AND THE MISCELLANEOUS
PHOTOS OF KNOWN "LRZ" GANG MEMBERS. HE IDENTIFIED THE FOLLOWING PERSONS AS
BEING PRESENT AT HIS HOUSE DURING THE NEW YEARS EVE PARTY.  ANTHONY MEDINA,
ROBERT LUCIO, ALEX PEREZ, DALLAS NACOSTE, DOMINIC HOLMES, CHINA, INDIA. HE
STATED THAT THERE WERE SEVERAL MORE PEOPLE AT THE PARTY BUT THAT HE DID NOT
RECOGNIZE ANY OF THE OTHER PICTURES.  HE STATED THAT THERE WAS ANOTHER BLACK
MALE AT THE PARTY. HE DESCRIBED THE BLACK MALE AS BEING TALL, SLIM, WITH A
BALD HEAD AND WEARING THICK GLASSES.  HE STATED THAT SOME OF THOSE AT THE
PARTY WERE REFERRING TO THIS MALE BY THE NAME OF "TO MUCH".  HE STATED THAT
THIS BLACK MALE WAS DRIVING A BLUE CADILLAC OR OLDSMOBILE 4DR.

A TWO PAGED TYPED WRITTEN STATEMENT WAS TAKEN FROM CANDELARIO GUERRERO BY
SERGEANT NOVAK. THE FOLLOWING IS THE STATEMENT MADE:

                          HOUSTON POLICE DEPARTMENT

                              HOMICIDE DIVISION

                    W I T N E S S   S T A T E M E N T

          COUNTY OF HARRIS               STATE OF TEXAS

      DATE:  MONDAY, JANUARY 22, 1996          TIME:  1128 HRS.

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED
CANDELARIO GUERRERO, BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO AFTER BEING
SWORN UPON HIS/HER OATH, DID DEPOSE AND SAY:

MY NAME IS CANDELARIO GUERRERO.  I AM A WHITE MALE  AND I AM 20 YEARS OLD,
HAVING BEEN BORN NOVEMBER 9, 1975.  MY HOME ADDRESS IS 4035 HIGH POINT AND MY
HOME TELEPHONE NUMBER IS 433-7229.  I CAN ALSO BE REACHED BY CALLING NONE.
MY N/A DRIVERS LICENSE NUMBER IS NONE AND MY SOCIAL SECURITY NUMBER IS ███████
███████.  I HAVE ATTAINED 10 YEARS OF FORMAL EDUCATION.  I AM UNEMPLOYED AT
THIS TIME.

I WOULD LIKE TO START BY SAYING THAT AT ONE TIME I WAS A MEMBER OF THE STREET
GANG CALLING THEMSELVES THE "LRZ". I HAVE NOT ASSOCIATED WITH THE GANG FOR
ABOUT THE PAST SIX MONTHS OR SO.  I HAVE NOT YET BEEN CLICKED OUT THOUGH.

THIS PAST NEW YEARS EVE, ROBERT LUCIO CAME OVER TO MY HOUSE AND ASKED IF SOME
OF HIS HOMEBOYS COULD COME OVER TO MY HOUSE TO CHILL OUT.  ROBERT IS THE
CURRENT LEADER OF THE "LRZ".  ANYWAY I TOLD ROBERT THAT IT WOULD BE O.K. FOR
THEM TO COME OVER.  AT AROUND 9:00PM SEVERAL CAR LOADS OF YOUNG DUDES WHO I
HAVE NEVER MET BEFORE STARTED COMING TO THE HOUSE.  ROBERT WAS THE FIRST ONE
TO ARRIVE. AS THEY GOT THERE ROBERT WOULD INTRODUCE ME AS THE HOMEBOY
"CANDYMAN " AND HE WOULD TELL ME THAT THESE WERE HIS HOMEBOYS. HE DID NOT
TELL ME THERE NAMES, BUT A FEW OF THEM WERE REALLY YOUNG.  ANTHONY MEDINA AND
ALEX PEREZ  GOT THERE ABOUT TWENTY OR SO MINUTES LATER.  ANTHONY IS CALLED
"CREEPER" AND PEREZ IS CALLED "SLIM". I ASKED SLIM WHAT HAD HAPPENED TO HIS
CAR. SLIM USED TO DRIVE A RED CHEVROLET CONVERTIBLE WITH A WHITE TOP.  SLIM
THEN TOLD ME THAT HE HAD MESSED UP THE MOTOR OR SOMETHING LIKE THAT.  I CAN'T

                                                            0205

"""""""//////////"""""/"""""/""/"""/"""""""""""""/"""""""//""""""/""""/""""/""/""/""/""/""/""/"""""""

"""""""//////////"""""/"""""/""/"""/"""""""""""""/"""""""//""""""/""""/""""/""/""/""/""/""/""/"""""""

REALLY REMEMBER WHAT HE TOLD ME ABOUT THE CAR BECAUSE I WAS NOT PAYING THAT
MUCH ATTENTION.  I THINK THAT CREEPER AND SLIM CAME OVER TO THE HOUSE IS A
LITTLE BROWN OR GREY CAR.  I DO NOT KNOW WHOSE CAR IT WAS, BUT THERE WAS A
LITTLE MEXICAN DUDE DRIVING THE CAR.  EVERYBODY KEPT COMING AND GOING IN THIS
CAR.  A LITTLE LATER A BLACK GUY WITH A BALD HEAD AND THICK GLASSES CAME OVER
TO THE HOUSE. HE WAS WITH ANOTHER SKINNY BLACK DUDE.  THEY WERE IN A BLUE 4
DR. EITHER A CADILLAC OF A OLDSMOBILE.  I HAD NEVER SEEN THE DUDE WITH THE
GLASSES BEFORE THIS NIGHT, BUT I HAD SEEN THE OTHER BLACK DUDE ON A COUPLE OF
OCCASIONS.  I THINK THEY WERE CALLING THE OTHER BLACK DUDE WITH THE GLASSES
"TO MUCH".  WE SET AROUND THE HOUSE DRINKING BEER AND POPPING FIRECRACKERS.
LIKE I WAS SAYING THESE PEOPLE WERE ALWAYS LEAVING AND COMING BACK.  THEY
NEVER DID TELL ME WHERE THEY WERE GOING NOR DID I ASK THEM. THERE WEREN'T
THAT MANY GIRLS AT MY HOUSE. I WOULD SAY THAT THERE WERE AT LEAST THREE GIRLS
THERE. TWO OF THEM OR CALLED "CHINA" AND "INDIA".

ON THIS NIGHT I REMEMBER SEEING AT LEAST THREE GUNS AT THE PARTY.  ONE WAS A
SAWED OFF SINGLE SHOT SHOTGUN. SLIM HAD THE SHOTGUN.  CREEPER HAD A MACHINE
GUN WITH A BANANA CLIP IN IT.  ONE OF THE YOUNGER MEXICAN DUDES HAD EITHER A
22 OR 25 CALIBRE AUTOMATIC.

AFTER ONE OF THE TIMES WHEN ALL OF THEM LEFT I REMEMBER CREEPER COMING BACK
AND HE WAS SITTING ON THE BACK OF THE BLACK TRUCK THAT THOMAS'S GIRLFRIEND
WAS DRIVING.  THE TAILGATE WAS DOWN AND CREEPER WAS SITTING THERE HOLDING THE
MACHINE GUN POINTING IT IN THE AIR.  EVERY TIME A CAR WOULD COME DOWN THE
STREET, CREEPER WOULD HIDE THE GUN IN SOME BUSHES NEAR WHERE THE TRUCK WAS
PARKED.    I WAS PRETTY DRUNK AND I CAN'T REMEMBER HIM TELLING ME ABOUT DOING
A DRIVE-BY SHOOTING.  HE MIGHT HAVE BUT I JUST DON'T REMEMBER.  AT AROUND
2:30 IN THE MORNING MY FATHER-IN-LAW, ROBERT MARTINEZ AND MY MOTHER-IN-LAW,
JOANE MARTINEZ CAME HOME.  ME AND MY WIFE AND BABY ARE LIVING IN THEIR HOUSE.
ANYWAY, WHEN MY FATHER-IN-LAW GOT HOME HE TOLD MY WIFE, ADELLA MOYA, TO TELL
ME THAT EVERYONE HAD TO LEAVE.  I THEN WENT OVER TO WHERE CREEPER WAS SITTING
ON THE BACK OF THE TRUCK AND TOLD HIM TO LEAVE.  HE LEFT IN THE TRUCK WITH
THOMAS, THOMAS'S GIRLFRIEND AND TWO OTHER LITTLE HISPANIC DUDES. I DON'T
REMEMBER ANY OTHER CARS BEING THERE AT THE TIME I TOLD CREEPER HE HAD TO
LEAVE. CREEPER HAD THE GUN IN THE BED OF THE TRUCK WHEN HE LEFT.  I FOUND OUT
ABOUT THE SHOOTING THE DAY AFTER IT HAPPENED. I FOUND OUT THAT CREEPER HAD
SHOT THE KIDS FROM ROBERT LUCIO ABOUT A WEEK AFTER THE SHOOTING. ROBERT TOLD
ME THAT CREEPER DID THE DRIVE-BY ON THE LITTLE BOY AND HIS SISTER.  ROBERT
DID NOT GO IN TO ANY DETAIL WITH ME ABOUT IT THOUGH.  THIS IS ALL THAT I CAN
TELL YOU ABOUT THAT NIGHT.  I WAS NOT INVOLVED IN  THE SHOOTING AND LIKE I
WAS SAYING SO MANY PEOPLE WERE AT THE PARTY AND THEY JUST KEPT COMING AND
GOING. THERE WERE A LOT OF DIFFERENT CARS THERE AT THE HOUSE AND I CAN'T
REMEMBER WHO LEFT IN WHICH CAR.


FOR DETAILS SEE WRITTEN STATEMENT OF CANDELARIO GUERREREO ATTACHED TO THIS
REPORT.

AFTER COMPLETING THE STATEMENT GUERRERO WAS RETURNED TO HIS RESIDENCE.

INVESTIGATION TO CONTINUE.............................

```
ииии//////////ииии/ии//ии//ии///ииииии/иииии///////иии//ии//ии//иии/ииии////ии//иии///ии/ииии
Incident no. 000119296 O        OFFENSE REPORT                     PAGE 1.011
ииии////////////ии//////ии//ии///ии//////иииии////иии//ии//ии//иии/ииии////ии//иии///ии/ииии
         SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
      *******************************************************************
      *   ENTRY DEVICE: AST 386SX 105011 HJM/HJN                      *
      *   ENTRY FROM DATE-012396 TIME-0921  TO  DATE-012396 TIME-0922 *
      *   TRANSFER DEVICE: AST 386SX 105011 HJM/HJN        VER. 2.08-1 *
      *   TRANSFER DATE-012396 TIME-0922   LOAD DATE-012396 TIME-0903 *
      *   LOCATION OF OFFENSE: POLICE DISTRICT-CONFIDENTIAL   DIST-CO  *
      *******************************************************************
```

Supplement entered by =  39034
Report reviewed by-EG                  Employee number-025810
Date cleared- 01/22/96

0207

en

OF RINAL INFORMATION REPORT N  PUBLIC

HOUSTON POLICE DEPARTMENT                    PAGE 1.001
OFFENSE REPORT          Incident no. 000119296 O

SUPPLEMENT(S)

No-0031

Offense- CAPITAL MURDER  (MULTIPLE HOMICIDES)
Street location information
Number-    15431 Name-CAMPDEN HILL          Type-          Suffix-
Apt no-                                Type-LN      Suffix-
Name-GLENRIDGE
Date of offense-01/01/96          Date of supplement-01/23/96
Compl(s) Last-RODRIGUEZ      First-DAVID      Middle-
Recovered stolen vehicles information
Recovery location-                          District-  Beat-    00
Stored-                      by-
Officer1-G.J. NOVAK          Emp#-039034 Shift-1 Div/Station-HOMICIDE
Officer2-H.F. CHISHOLM       Emp#-054242 Shift-1
Caller's name-                    Phone# (713) 000-0000 Ext-0000

SUPPLEMENT NARRATIVE

PROGRESS REPORT-MONDAY
JANUARY 22,1996

SERGEANT NOVAK AND OFFICER CHISHOLM CONTINUED THE INVESTIGATION IN THIS
OFFENSE BY DRIVING TO 4035 HIGH POINT, THE RESIDENCE OF CANDELARIO GUERRERO,
AKA "CANDYMAN".  UPON ARRIVING AT THE LOCATION INVESTIGATORS OBSERVED A
HISPANIC MALE AT THE REAR OF THE RESIDENCE.  INVESTIGATORS APPROACHED THE
MALE AND IDENTIFIED THEMSELVES TO HIM.  THIS MALE WAS IDENTIFIED AS
CANDELARIO GUERRERO H/M 20 DOB 11-9-75.  HE WAS TOLD THE REASON FOR
INVESTIGATORS PRESENCE AND HE WAS THEN ASKED ABOUT THE NEW YEARS EVE PARTY
THAT WAS HELD AT HIS RESIDENCE.  HE ORALLY ADMITTED THAT HE AT ONE TIME WAS
A MEMBER OF A GANG CALLING THEMSELVES THE "LRZ", HE STATED THAT HE HAS HAD
NOTHING TO DO WITH THE GANG FOR THE PAST SIX OR SEVEN MONTHS.  HE STATED THAT
ON NEW YEARS EVE A FRIEND, ROBERT LUCIO, CAME TO HIS HOUSE AND ASKED IF SOME
OF HIS "HOMEBOYS" COULD CHILL AT HIS HOUSE. HE STATED THAT HE TOLD ROBERT
THAT IT WOULD BE O.K.  HE STATED THAT THROUGHOUT THE NIGHT SEVERAL CARLOADS
OF YOUNG HISPANIC MALES, MOST OF WHOM HE DID NOT KNOW KEPT COMING AND GOING
FROM HIS HOUSE.  HE STATED THAT A GUY THAT HE KNOWS BY THE NAME OF ANTHONY
MEDINA CAME OVER TO HIS HOUSE AND HE HAD IN HIS POSSESSION A LONG GUN THAT
LOOKED LIKE A MACHINE GUN.  HE STATED THAT THIS MALE IS ALSO CALLED "CREEPER"
AND HE TOO HIS A MEMBER OF THE "LRZ".  HE STATED THAT MEDINA HAD LEFT HIS
HOUSE ON A FEW OCCASIONS AND THAT HE NEVER ASKED ANY OF THEM WHERE THEY WERE
GOING OR WHAT THEY WERE DOING.  HE STATED THAT HE NEVER LEFT WITH ANY OF THEM
BECAUSE HE WAS AWAY FROM THE GANG BECAUSE HIS WIFE JUST HAD A BABY GIRL AND
HE DID NOT WANT ANY TROUBLE.  HE STATED THAT HIS FATHER-IN-LAW CAME HOME AT
A LITTLE AFTER 2:30 AM AND HE TOLD HIS WIFE THAT THEIR FRIENDS HAD TO LEAVE.
HE STATED THAT HIS WIFE CAME TO HIM AND TOLD HIM WHAT HER FATHER TOLD HER.
HE STATED THAT HE WENT TO CREEPER, WHO WAS SEATED IN THE REAR OF A BLACK
TRUCK THAT THEY HAD TO LEAVE.  HE STATED THAT CREEPER DID NOT SAY ANYTHING
AND THAT THEY JUST LEFT. HE STATED THAT THE LAST TIME HE SAW THE GUN WAS WHEN
CREEPER LEFT WITH IT.  HE STATED THAT THE TRUCK THAT CREEPER LEFT IN BELONGED
TO A GUY HE KNOWS BY THE NAME OF THOMAS. HE STATED THAT THE TRUCK BELONGED TO
THOMAS'S GIRLFRIEND. HE CONTINUED BY SAYING THAT HE HEARD OF THE DRIVE-BY FOR
THE FIRST TIME ON THE MORNING NEWS. ABOUT A WEEK AFTER THE SHOOTING HE STATED
THAT ROBERT LUCIO CALLED HIM AND TOLD HIM THAT CREEPER WAS THE ONE WHO DID

Incident no. 000119296          OFFENSE REPORT                    PAGE 1.002

THE SHOOTING.

GUERRERO WAS ASKED IF HE WERE WILLING TO COME TO THE POLICE STATION FOR THE
PURPOSE OF MAKING A WRITTEN STATEMENT AND HE REPLIED THAT HE WOULD.  WHILE AT
THE HOMICIDE OFFICE HE WAS SHOWN THE GANG NOTEBOOK AND THE MISCELLANEOUS
PHOTOS OF KNOWN "LRZ" GANG MEMBERS. HE IDENTIFIED THE FOLLOWING PERSONS AS
BEING PRESENT AT HIS HOUSE DURING THE NEW YEARS EVE PARTY.  ANTHONY MEDINA,
ROBERT LUCIO, ALEX PEREZ, DALLAS NACOSTE, DOMINIC HOLMES, CHINA, INOIA. HE
STATED THAT THERE WERE SEVERAL MORE PEOPLE AT THE PARTY BUT THAT HE DID NOT
RECOGNIZE ANY OF THE OTHER PICTURES. HE STATED THAT THERE WAS ANOTHER BLACK
MALE AT THE PARTY. HE DESCRIBED THE BLACK MALE AS BEING TALL, SLIM, WITH A
BALD HEAD AND WEARING THICK GLASSES.  HE STATED THAT SOME OF THOSE AT THE
PARTY WERE REFERRING TO THIS MALE BY THE NAME OF "TO MUCH".  HE STATED THAT
THIS BLACK MALE WAS DRIVING A BLUE CADILLAC OR OLDSMOBILE 4DR.

A TWO PAGED TYPED WRITTEN STATEMENT WAS TAKEN FROM CANDELARIO GUERRERO BY
SERGEANT NOVAK. THE FOLLOWING IS THE STATEMENT MADE:


                        HOUSTON POLICE DEPARTMENT

                          HOMICIDE DIVISION

                   W I T N E S S   S T A T E M E N T

          COUNTY OF HARRIS              STATE OF TEXAS     _____

        DATE: MONDAY, JANUARY 22, 1996        TIME:  1128 HRS.

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED
CANDELARIO GUERRERO, BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO AFTER BEING
SWORN UPON HIS/HER OATH, DID DEPOSE AND SAY:

MY NAME IS CANDELARIO GUERRERO.  I AM A WHITE MALE  AND I AM 20 YEARS OLD,
HAVING BEEN BORN NOVEMBER 9, 1975.  MY HOME ADDRESS IS 4035 HIGH POINT AND MY
HOME TELEPHONE NUMBER IS 433-7229.  I CAN ALSO BE REACHED BY CALLING NONE.
MY N/A DRIVERS LICENSE NUMBER IS NONE AND MY SOCIAL SECURITY NUMBER IS ████
████████.  I HAVE ATTAINED 10 YEARS OF FORMAL EDUCATION.  I AM UNEMPLOYED AT
THIS TIME.

I WOULD LIKE TO START BY SAYING THAT AT ONE TIME I WAS A MEMBER OF THE STREET
GANG CALLING THEMSELVES THE "LRZ". I HAVE NOT ASSOCIATED WITH THE GANG FOR
ABOUT THE PAST SIX MONTHS OR SO. I HAVE NOT YET BEEN CLICKED OUT THOUGH.

THIS PAST NEW YEARS EVE, ROBERT LUCIO CAME OVER TO MY HOUSE AND ASKED IF SOME
OF HIS HOMEBOYS COULD COME OVER TO MY HOUSE TO CHILL OUT.  ROBERT IS THE
CURRENT LEADER OF THE "LRZ".  ANYWAY I TOLD ROBERT THAT IT WOULD BE O.K. FOR
THEM TO COME OVER.  AT AROUND 9:00PM SEVERAL CAR LOADS OF YOUNG DUDES WHO I
HAVE NEVER MET BEFORE STARTED COMING TO THE HOUSE.  ROBERT WAS THE FIRST ONE
TO ARRIVE. AS THEY GOT THERE ROBERT WOULD INTRODUCE ME AS THE HOMEBOY
"CANDYMAN " AND HE WOULD TELL ME THAT THESE WERE HIS HOMEBOYS. HE DID NOT
TELL ME THERE NAMES, BUT A FEW OF THEM WERE REALLY YOUNG.  ANTHONY MEDINA AND
ALEX PEREZ  GOT THERE ABOUT TWENTY OR SO MINUTES LATER.  ANTHONY IS CALLED
"CREEPER" AND PEREZ IS CALLED "SLIM". I ASKED SLIM WHAT HAD HAPPENED TO HIS
CAR. SLIM USED TO DRIVE A RED CHEVROLET CONVERTIBLE WITH A WHITE TOP.  SLIM
THEN TOLD ME THAT HE HAD MESSED UP THE MOTOR OR SOMETHING LIKE THAT.  I CAN'T

Incident no. 000119296                OFFENSE REPORT                        PAGE 1.003

REALLY REMEMBER WHAT HE TOLD ME ABOUT THE CAR BECAUSE I WAS NOT PAYING THAT
MUCH ATTENTION.  I THINK THAT CREEPER AND SLIM CAME OVER TO THE HOUSE IS A
LITTLE BROWN OR GREY CAR.  I DO NOT KNOW WHOSE CAR IT WAS, BUT THERE WAS A
LITTLE MEXICAN DUDE DRIVING THE CAR.  EVERYBODY KEPT COMING AND GOING IN THIS
CAR.  A LITTLE LATER A BLACK GUY WITH A BALD HEAD AND THICK GLASSES CAME OVER
TO THE HOUSE. HE WAS WITH ANOTHER SKINNY BLACK DUDE.  THEY WERE IN A BLUE 4
DR. EITHER A CADILLAC OF A OLDSMOBILE.  I HAD NEVER SEEN THE DUDE WITH THE
GLASSES BEFORE THIS NIGHT, BUT I HAD SEEN THE OTHER BLACK DUDE ON A COUPLE OF
OCCASIONS.  I THINK THEY WERE CALLING THE OTHER BLACK DUDE WITH THE GLASSES
"TO MUCH".  WE SET AROUND THE HOUSE DRINKING BEER AND POPPING FIRECRACKERS.
LIKE I WAS SAYING THESE PEOPLE WERE ALWAYS LEAVING AND COMING BACK.  THEY
NEVER DID TELL ME WHERE THEY WERE GOING NOR DID I ASK THEM. THERE WEREN'T
THAT MANY GIRLS AT MY HOUSE. I WOULD SAY THAT THERE WERE AT LEAST THREE GIRLS
THERE. TWO OF THEM OR CALLED "CHINA" AND "INDIA".

ON THIS NIGHT I REMEMBER SEEING AT LEAST THREE GUNS AT THE PARTY.  ONE WAS A
SAWED OFF SINGLE SHOT SHOTGUN. SLIM HAD THE SHOTGUN.  CREEPER HAD A MACHINE
GUN WITH A BANANA CLIP IN IT.  ONE OF THE YOUNGER MEXICAN DUDES HAD EITHER A
22 OR 25 CALIBRE AUTOMATIC.

AFTER ONE OF THE TIMES WHEN ALL OF THEM LEFT I REMEMBER CREEPER COMING BACK
AND HE WAS SITTING ON THE BACK OF THE BLACK TRUCK THAT THOMAS'S GIRLFRIEND
WAS DRIVING.  THE TAILGATE WAS DOWN AND CREEPER WAS SITTING THERE HOLDING THE
MACHINE GUN POINTING IT IN THE AIR.  EVERY TIME A CAR WOULD COME DOWN THE
STREET, CREEPER WOULD HIDE THE GUN IN SOME BUSHES NEAR WHERE THE TRUCK WAS
PARKED.  I WAS PRETTY DRUNK AND I CAN'T REMEMBER HIM TELLING ME ABOUT DOING
A DRIVE-BY SHOOTING.  HE MIGHT HAVE BUT I JUST DON'T REMEMBER.  AT AROUND
2:30 IN THE MORNING MY FATHER-IN-LAW, ROBERT MARTINEZ AND MY MOTHER-IN-LAW,
JOANE MARTINEZ CAME HOME.  ME AND MY WIFE AND BABY ARE LIVING IN THEIR HOUSE.
ANYWAY, WHEN MY FATHER-IN-LAW GOT HOME HE TOLD MY WIFE, ADELLA MOYA, TO TELL
ME THAT EVERYONE HAD TO LEAVE.  I THEN WENT OVER TO WHERE CREEPER WAS SITTING
ON THE BACK OF THE TRUCK AND TOLD HIM TO LEAVE.  HE LEFT IN THE TRUCK WITH
THOMAS, THOMAS'S GIRLFRIEND AND TWO OTHER LITTLE HISPANIC DUDES. I DON'T
REMEMBER ANY OTHER CARS BEING THERE AT THE TIME I TOLD CREEPER HE HAD TO
LEAVE. CREEPER HAD THE GUN IN THE BED OF THE TRUCK WHEN HE LEFT.  I FOUND OUT
ABOUT THE SHOOTING THE DAY AFTER IT HAPPENED. I FOUND OUT THAT CREEPER HAD
SHOT THE KIDS FROM ROBERT LUCIO ABOUT A WEEK AFTER THE SHOOTING. ROBERT TOLD
ME THAT CREEPER DID THE DRIVE-BY ON THE LITTLE BOY AND HIS SISTER. ROBERT
DID NOT GO IN TO ANY DETAIL WITH ME ABOUT IT THOUGH.  THIS IS ALL THAT I CAN
TELL YOU ABOUT THAT NIGHT.  I WAS NOT INVOLVED IN  THE SHOOTING AND LIKE I
WAS SAYING SO MANY PEOPLE WERE AT THE PARTY AND THEY JUST KEPT COMING AND
GOING. THERE WERE A LOT OF DIFFERENT CARS THERE AT THE HOUSE AND I CAN'T
REMEMBER WHO LEFT IN WHICH CAR.


FOR DETAILS SEE WRITTEN STATEMENT OF CANDELARIO GUERREREO ATTACHED TO THIS
REPORT.

AFTER COMPLETING THE STATEMENT GUERRERO WAS RETURNED TO HIS RESIDENCE.

INVESTIGATION TO CONTINUE...............................

0210

```
'''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''
Incident no. 000019296 _          OFFENSE REPORT                     PAGE 1.004
'''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''
    SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
    ***************************************************************
    *  ENTRY DEVICE: AST 386SX 105011 HJM/HJN                       *
    *  ENTRY FROM DATE-012396 TIME-0921  TO  DATE-012396 TIME-0922  *
    *  TRANSFER DEVICE: AST 386SX 105011 HJM/HJN        VER. 2.08-1 *
    *  TRANSFER DATE-012396 TIME-0922   LOAD DATE-012396 TIME-0903  *
    *  LOCATION OF OFFENSE: POLICE DISTRICT-CONFIDENTIAL    DIST-CO *
    ***************************************************************
```

Supplement entered by =   39034
Report reviewed by-EG                       Employee number-025810
Date cleared- 01/22/96

---------------------------------------------------------------------------

No-0032

Offense- CAPITAL MURDER  (MULTIPLE HOMICIDES)
                         Street location information
Number-   15431 Name-CAMPDEN HILL            Type-          Suffix-
Apt no-     Name-GLENRIDGE            Type-LN     Suffix-
Date of offense-01/01/96          Date of supplement-01/25/96
Compl(s) Last-RODRIQUEZ'     First-DAVID     Middle-
         Last-
                   Recovered stolen vehicles information
 Stored-                      by-          Ph#- (000) 000-0000
Officer1-H.L. HOPE             Emp#-022237 Shift-1 Div/Station-ID DIV.

                      SUPPLEMENT NARRATIVE


FINGERPRINTS OF DIANE RODRIGUEZ DECEASED SUBJECT WERE SUBMITTED TO THIS DIVISI
BY OFFICER A.G. RIDDLE.   A SEARCH OF THE FINGERPRINT FILES REFLECT NO LOCAL
RECORD.

              FPC: - / I 31 W IMO 13
                    I 28 W III 10


Supplement entered by =   85079
Report reviewed by-EG                       Employee number-025810
Date cleared- 01/22/96

0211

Incident no. 000119296         OFFENSE REPORT                    PAGE 1.005

No-0033

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                           Street location information
Number-    15431 Name-CAMPDEN HILL          Type-        Suffix-
Apt no-      Name-GLENRIDGE              Type-LN    Suffix-
Date of offense-01/01/96                  Date of supplement-01/25/96
Compl(s) Last-RODRIQUEZ        First-DAVID      Middle-
            Last-
                    Recovered stolen vehicles information
  Stored-                     by-                    Ph#- (000) 000-0000
Officer1-H.HOPE            - Emp#-022237 Shift-1 Div/Station-ID DIV.

                         SUPPLEMENT NARRATIVE


FINGERPRINTS OF DAVID RODRIGUEZ DECEASED SUBJECT WERE SUBMITTED TO THIS DIVISIC
BY OFFICER AG RIDDLE.   A SEARCH OF THE FINGERPRINT FILES REFLECT NO LOCAL
RECORD.


           FPC: 10/  M 16 U 000 19
                     O 22 U OIO  -



Supplement entered by =  85079
Report reviewed by-EG                  Employee number-025810
Date cleared- 01/22/96


----------------------------------------------------------------------

No-0034

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                           Street location information
Number-    15431 Name-CAMPDEN HILL          Type-        Suffix-
Apt no-      Name-GLENRIDGE              Type-LN    Suffix-
Date of offense-01/01/96                  Date of supplement-01/29/96
Compl(s) Last-RODRIQUEZ        First-DAVID      Middle-
            Last-
                    Recovered stolen vehicles information
  Stored-                     by-                    Ph#- (000) 000-0000
Officer1-SGT.A.D.MOORE        Emp#-051658 Shift-1 Div/Station-JUV-SE


                                                    0212

Incident no. 000119296 L          OFFENSE REPORT                    PAGE 1.006

SUPPLEMENT NARRATIVE

SGT. MOORE RECEIVED THE FINGERPRINT CARD ON SUSPECT JOHNNY VALDEZ FROM
INDENTIFICATION DIVISION BECAUSE THE CJIS REPORT WOULD NOT PRINT. SGT. MOORE
CHECKED THE JOT SYSTEM AND FOUND THAT THE JUVENILE DISTRICT ATTORNEY OFFICE
HAD REJECTED CHARGS ON SUSPECT VALDEZ. THE REASON LISTED WAS NO EVIDENCE,
SUSPECT PASSENGER IN VEHICLE.

SINCE THE D.A. OFFICE REJECTED CHARGES THE FAMILY CODE REQUIRES THAT THE
FINGERPRINTS AND PHOTOGRAPHS BE DELETED. SGT. MOORE WILL HAVE THE PRINTS AND
PHOTOGRAPHS DELETED FOR SUSPECT JOHNNY VALDEZ, JID# 157288.

SGT. MOORE MODIFIED THE JUVENILE RECORDS TO INDICATED INSUFF. EVIDENCE FOR
THIS CASE.


Supplement entered by = 51658
Report reviewed by-EG                     Employee number-025810
Date cleared- 01/22/96

_____

No-0036

Offense- CAPITAL MURDER  (MULTIPLE HOMICIDES)
                       Street location information
Number-    15431 Name-CAMPDEN HILL          Type-          Suffix-
Apt no-    Name-GLENRIDGE                    Type-LN     Suffix-
Date of offense-01/01/96              Date of supplement-01/31/96
Compl(s) Last-RODRIQUEZ       First-DAVID        Middle-
         Last-
                    Recovered stolen vehicles information
 Stored-                     by-               Ph#- (000) 000-0000
Officer1-J.L. SCHRAUB        Emp#-058696 Shift-1 Div/Station-LATENT LAB.

                       SUPPLEMENT NARRATIVE

L/L# 97-96
LISTED BELOW ARE ITEMS SUBMITTED TO THE LATENT LABORATORY ON 01-01-96, BY
OFFICER    A.G. RIDDLE      , TO BE EXAMINED FOR LATENT PRINTS AS
EVIDENCE IN CONNECTION WITH THIS OFFENSE:
    EIGHT (8) CARTRIDGE CASES
EXAMINATION OF THIS EVIDENCE REVEALED     NO      LATENT PRINT(S) CON-
TAINING SUFFICIENT CHARACTERISTICS TO EFFECT AN IDENTIFICATION.

DISPOSITION OF EVIDENCE:  SUBMITTED TO THE POLICE FIREARMS LABORATORY.


J.L. SCHRAUB 058696
LATENT PRINT EXAMINER
IDENTIFICATION DIVISION&&&&

                                                    0213

Incident no. 000119296          OFFENSE REPORT                    PAGE 1.007

Supplement entered by = 58696
Report reviewed by-EG
Date cleared- 01/22/96                    Employee number-026810

No-0036

Offense- CAPITAL MURDER   (MULTIPLE HOMICIDES)
                    Street location information
Number-    16431 Name-CAMPDEN HILL        Type-        Suffix-
Apt no-    Name-GLENRIDGE                 Type-LN    Suffix-
Date of offense-01/01/96            Date of supplement-02/08/96
Compl(s) Last-RODRIQUEZ      First-DAVID      Middle-
          Last-
                    Recovered stolen vehicles information
Stored-                       by-                  Ph#- (000) 000-0000
Officer1-G.J.NOVAK            Emp#-039034 Shift-1 Div/Station-HOMICIDE

                    SUPPLEMENT NARRATIVE

PROGRESS REPORT-WEDNESDAY
FEBRUARY 7, 1996

ON THIS DATE SERGEANT NOVAK CONTINUED THIS INVESTIGATION BY INTERVIEWING A
JUVENILE BY THE NAME OF JAMES RAYMOND PALLADINA, WHO IS A KNOWN MEMBER OF THE
STREET GANG "LRZ".  PALLADINA GOES BY THE STREET NAME OF "SMURF" AND IT IS
BELIEVED THAT "SMURF" WAS IN ATTENDANCE AT THE NEW YEARS EVE PARTY AT
"CANDYMANS" HOUSE.  PALLADINA ARRIVED AT THE HOMICIDE OFFICE AT APPROXIMATELY
4:00PM ALONG WITH HIS MOTHER AND FATHER, ROWENA AND RICHARD PALLADINA. JAMES WA
TAKEN TO THE OFFICE OF SERGEANT NOVAK WHILE HIS PARENTS WAITED IN THE LOBBY ARE
OF THE HOMICIDE OFFICE.

THE INTERVIEW BEGAN WITH JAMES DENYING HAVING ANY KNOWLEDGE OF ANYTHING OTHER
THAN HIS BEING AT A PARTY FOR A SHORT TIME AT "CANDYMANS". HE DENIED HAVING
EVER SEEING THE "AK" OTHER THAN SEEING THE CLIP TO THE GUN.  WHEN CONFRONTED
WITH THE FACTS OF THIS CASE PALLADINA CHANGED HIS MIND AND STATED THAT HE WAS
THERE AT THE PARTY AND AT THE FIRST FIGHT ON INGOMAR WAY. HE STATED THAT HE
RETURNED TO "CANDYS" HOUSE AND FROM THERE LEFT WITH "CHINO", OMAR AND DALLAS
NACOSTE. THEY LEFT THE PARTY TO TAKE DALLAS HOME BECAUSE OF HIS CURFEW.  HE
FURTHER STATED THAT AFTER DRIVING OUT 290 THEY RETURNED TO "CANDYS" AND THAT
EVERYONE WHO HAD BEEN AT THE PARTY HAD LEFT.  HE STATED THAT THEY STAYED AROUND
FOR A WHILE AND THEY THEN LEFT TO GO OVER TO OMAR'S HOUSE.  OMAR IS SAID TO BE
LIVING OVER OFF OF CAMDEN HILL. WHILE DRIVING OVER TO OMAR'S THEY NOTICED A LOT
OF POLICE CARS IN FRONT OF A HOUSE AND WERE WONDERING WHAT HAD HAPPENED.  HE
STATED THAT ABOUT AN HOUR AFTER GETTING TO OMAR'S A BLACK GUY THAT HE SAW FOR
THE FIRST TIME THAT NIGHT CAME OVER TO THE HOUSE WITH ANOTHER GANG MEMBER BY
THE NAME OF DOMINIC HOLMES. DOMINIC IS ALSO CALLED "FLACO" ACCORDING TO
PALLADINA.  HE STATED THAT BOTH ARE BLACK MALES. AFTER GETTING TO THE HOUSE
BOTH FLACO AND THE BLACK MALE WERE TALKING ABOUT WHAT HAPPENED OVER AT
"CHI CHONAS" HOUSE ON INGOMAR WAY. HE STATED THAT THEY TALKED ABOUT HOW THEY
HAD GONE BACK THERE AND A FIGHT BETWEEN SEVERAL GANG MEMBERS AND THE PEOPLE
AT THE PARTY.  HE STATED THAT THEY THEN ASKED THEM IF THEY HAD SEEN THE POLICE
CARS OVER ON CAMDEN HILL AND BOTH THEN MADE MENTION THAT "THEY DID A DRIVE-BY
AT THE HOUSE AND THAT TONY HAD SHOT A BUNCH OF PEOPLE THAT WERE STANDING IN THE
FRONT YARD". HE STATED THAT THEY DID NOT ASK ANY QUESTIONS BECAUSE "YOU JUST

0214

```
Incident no. 000119296 C        OFFENSE REPORT                    PAGE 1.008
```

DON'T TALK ABOUT THOSE THINGS" HE STATED THAT A COUPLE OF DAYS LATER HE HEARD
SOME MORE TALK ABOUT TONY SHOOTING UP THE HOUSE BUT COULD NOT REMEMBER WHO TOLD
HIM ABOT IT.

HE WAS THEN ASKED IF HE KNEW OF A SHOOTING THAT TOOK PLACE A COUPLE OF WEEKS
PRIOR TO THE SHOOTING ON CAMDEN HILL IN WHICH A 707 BROWN GANG MEMBER HAD BEEN
SHOT. HE STATED THAT HE WAS AT THE SHOOTING JUST BEFORE IT HAPPENED. AGAIN HE
STATES THAT HE WAS NOT THERE WHEN THE ACTUAL SHOOTING TOOK PLACE BUT ADMITS
BEING CLOSE ENOUGH TO HEAR THE GUNSHOTS. HE GOES INTO DETAILS BY SAYING THAT H
WAS IN "CHINO'S" CAR ALONG WITH BOBBY AND OMAR. HE STATED THT THEY WERE
FOLLOWING BEHIND A BLUE VAN BEING DRIVEN BY A GUY NAMED HECTOR AND ANOTHER
GUY THAT THEY CALL "PONY BOY" WAS SEATED IN THE PASSENGER SIDE IF THE VAN. IN
FRONT OF THE VAN WAS A CAR BEING DRIVEN BY ALEX PEREZ AND TONY MEDINA WAS SEATE
ON THE PASSENGER SIDE. HE STATED THAT ALEX DROVE A RED CHEVROLET CONVERTIBLE.
HE STATES THAT THEY WERE OUT LOOKING FOR 707 BROWNS AND THAT THE VAN AND
CONVERTIBLE TURNED IN TO A SUBDIVISION WHERE KNOWN 707 GANG MEMBERS LIVE. HE
STATED THAT CHINO CONTINUED NORTH ON POST OAK AND THAT THEY AGAIN MET UP WITH
ALEX AND HECTOR. HE STATES THAT AS THEY WERE PASSING THE CHEVRON THEY NOTICED A
GROUP OF 707 GANG MEMBERS INSIDE AND WHEN THEY (707) SAW THEM THE 707'S RAN TO
THEIR CARS AND WERE TAKING SOMETHING OUT OF THE TRUNK HE STATED THAT THE 707'S
THEN JUMPED INTO A WHITE REGAL AND A BLUE CHEVETTE AND FELL IN BEHIND THE VAN.
HE STATES THAT THEY WERE FOLLOWING ALL OF THE VEHICLES AND THAT HE SAW THEM
TURN INTO WINDSOR PLAZA AND THAT THEY THEN TURNED OFF AND WENT OVER TO OMARS
HOUSE. HE STATED THAT HE THEN HEARD A GAUGE GO OFF AND THEN THE SOUND OF THE
"AK" GOING OFF. HE STATED THAT HE HEARD THAT "PONY BOY" FIRST SHOT AT THE 707'
BUT MISSED AND THAT HE THEN RAN TO THE CAR OCCUPIED BY ALEX AND TONY AND THAT
TONY THEN TOOK THE GUN AND SHOT AT THE 707'S.

SERGEANT NOVAK THEN TOOK A THREE PAGE TYPE WRITTEN STATEMENT FROM PALLADINA. TH
FOLLOWING IS THE STATEMENT MADE:

MY NAME IS JAMES PALLADINA. I LIVE AT 10713 WILLOWISP WITH MY PARENTS, RICHARD
AND ROWENA PALLADINA. I HAVE A BROTHER AND SISTER ALSO LIVING WITH US. I AM NO
IN ANY GANG, BUT I DO HANG AROUND WITH SOME FRIENDS THAT ARE IN A GANG THAT
CALLS THEMSELVES THE "LRZ". I KNOW THAT THE LEADER OF THIS GANG IS A MAN THAT I
NAMED JUAN LUCIO. JUAN IS CURRENTLY IN JAIL. I DO NOT KNOW WHAT FOR THOUGH.
JUAN'S BROTHER, ROBERT LUCIO IS PRESENTLY IN CHARGE OF THE GANG. I WAS
CONTACTED BY THE POLICE AND WAS ASKED IF I WOULD COME TO THE POLICE STATION AND
TALK WITH THEM ABOUT WHAT I KNOW ABOUT A DRIVE-BY SHOOTING THAT HAPPENED ON NEW
YEARS EVE ON CAMPDEN HILL. I WAS BROUGHT TO THE POLICE STATION BY MY MOTHER AN
FATHER. BEFORE I WAS CONTACTED BY THE POLICE I HAD NOT TOLD EITHER OF MY PARENT

ABOUT THIS INCIDENT.

ON NEW YEARS EVE I WAS AT MY HOME WHEN A FRIEND OF MINE CAME OVER AND ASKED ME
IF I WANTED TO GO TO A NEW YEARS EVE PARTY. THIS PARTY WAS BEING HELD AT A
HOUSE ON INGOMAR WAY. THERE IS A GIRL LIVING THERE THAT THEY CALL "CHI CHONA".
THIS FRIEND IS NAMED VESENA, VESENA IS CHINESE AND THEY CALL HIM "CHINO". CHINO
WAS IN HIS MOTHERS GREY HONDA ACCURA. ALSO IN THE CAR WHEN HE GOT TO MY HOUSE
WERE OMAR AND ANOTHER KID CALLED JOHNNY. JOHNNY GOES BY THE NAME OF "PELON".
I KNOW THAT "PELON" IS A MEMBER OF THE "LRZ". VESENA AND OMAR, AS FAR AS I KNOW
ARE NOT IN THE GANG, BUT THEY HANG AROUND WITH MEMEBRS OF THE "LRZ". WE THEN LE
T MY HOUSE ADN DROVE OVER TO "CHI CHONA'S HOUSE. WHEN WE GOT THERE SHE WAS NOT
THERE . THERE WERE SEVERAL GANG MEMBERS THERE AND I SAW THAT THERE WAS AN
ARGUMENT BETWEEN SOME OF THE GANG MEMEBERS AND THE PEOPLE THAT WERE AT THE
PARTY. THE GANG MEMBERS THAT I REMEMBER BEING THERE WERE: TONY MEDINA, ALEX
PEREZ, ROBERT LUCIO, A GUY CALLED THOMAS, AND A WHITE GUY IN A WHITE CAR. THERE

WAS A BLACK GUY THERE BY THE NAME OF DALLAS AND A LITTLE WHITE KID THAT THEY
CALL "TINY".  DURING THE ARGUMENT I SAW THE DALLAS WAS HOLDING A SHOTGUN DOWN
HIS LEG.  I DID NOT SE HIM POINT THE GUN IN ANYONES DIRECTION.  I DID NOT SEE
ANY OTHER GUNS AT THAT TIME. I KNOW THAT "TINY" CARRIES A .25 CALIBRE AUTOMATI
I KNOW THAT "TINY" WAS ARRESTED A WEEK OR SO AGO FOR HAVING THE GUN AT SCHOOL.
WE DID NOT STAY AT THE PARTY THAT LONG.  EVERYONE BEGAN PILING INTO CARS. ME,
OMAR, AND ROBERT LUClO WERE IN ROBERTS CAR WHICH IS A BLACK REGAL. I DO NOT KN
WHO WAS IN THE OTHER CARS. WE LEFT THERE AND DROVE OVER TO "CANDYMANS" HOUSE
WHICH IS OVER OFF OF ANDERSON ROAD. ME, OMAR AND ROBERT WERE TALKING WITH
"CANDYMAN". AFTER A WHILE A BLUE FOUR DOOR CAR CAME DRIVING UP. THIS CAR WAS
BEING DRIVEN BY A BIG BLACK GUY TAHT I HAD NEVER SEEN BEFORE.  ALSO IN THE CAR
WAS ANOTHER BLACK GUY THAT TEHY CALL "FLACO". "FLACO'S" REAL NAME IS DOMINIC
HOLMES. AFTER THAT IS WHEN THE WHITE CAR CAME AND "CHINO" PULLED UP ABOUT THE
SAME TIME.  AFTER ABOUT AN HOUR OR SO ME, VESENA OMAR LEFT TO TAKE DALLAS HOME
DALLAS IS ON PROBATION AND A CURFEW AND HE HAD TO GO HOME BEFORE THE CURFEW. W
LEFT IN "CHINO'S" CAR. DALLAS LIVES OFF 290 AND MANGUM.  IT TOOK ABOUT THIRTY
MINUTES OR SO TO GET THERE.  AFTER LETTING HIM OFF WE STARTED BACK, BUT WE DID
NOT GO BACK ON A STRAIGHT ROUTE.  WE STARTED DRIVING AROUND AND STUFF AND I
WOULD SAY IT WAS ABOUT TWO HOURS BEFORE WE FINALLY GOT BACK TO "CANDYMANS" HOUS

WHEN WE GOT THERE HE WAS THE ONLY ONE THERE.  WE TALKED WITH HIM FOR ABOUT
FIFTEEN MINUTES. HE DID NOT SAY WHERE THE OTHERS WERE ATNOR DID WE ASK.
"CANDYMAN" WAS PRETTY DRUNK AND HE WAS JUST TALKING.  WE LEFT AND DROVE AROUND
SOME MORE.  WE DROVE OVER TO OMAR'S HOUSE WHICH IS OFF ANDERSON ROAD NEAR
CAMPDEN HILL.  WHILE DRIVING OVER THERE WE SAW A LOT OF POLICE CARS AT A HOUSE
ON CAMPOEN HILL. WHEN WE GOT TO OMAR'S WE ALL WENT INSIDE.  THE ONLY PERSONS
THERE WERE ME, VESENA, AND OMAR. ABOUT AN HOUR OR SO LATER, DOMINIC AND THE
BIG BLACK GUY CAME DRIVING UP.  THEY CAME INSIDE AND STARTED TALKING ABOUT A
FIGHT THAT HAPPENED AT "CHI CHONA'S" HOUSE. THE BIG BLACK WAS DRIVING AND HE AN
FLACO STARTED TALKING ABOUT THE SHOOTING ON CAMPDEN HILL. WE ASKED THEM IF
THEY HAD SEEN THE POLICE CARS OVER ON CAMPDEN HILL AND THEY TOLD US YES. BOTH C
THEM STARTED TALKING ABOUT THE DRIVE-BY SHOOTING THAT TOOK PLACE OVER THERE.
THEY TOLD US THAT TONY HAD SEEN A LOT OF PEOPLE STANDING AROUND IN FRONT OF THE
HOUSE AND WHEN THEY DROVE BY HE STARTED SHOOTING THE PEOPLE.  THEY DID NOT SAY
WHO WAS ALL IN THE CAR AND WE REALLY DIDN'T ASK THEM A LOT ABOUT IT. THE BIG
BLACK GUY THEN LEFT AND DOMINIC STAYED AT THE HOUSE FOR ABOUT TEN MINUTES OR
SO.  ME AND VESENA THEN DROPPED FLACO OFF AT HIS GIRLFRIENDS HOUSE IN BELLAIRE.
ME AND VESENA CAME BACK TO OMAR'S HOUSE WHERE WE SPENT THE NIGHT.  THIS IS ALL
THAT I KNOW ABOUT THIS SHOOTING.

A FEW WEEKS BEFORE THIS HAPPENED I WAS WITH VESENA, BOBBY AND OMAR. WE WERE
FOLLOWING A BLUE VAN THAT WAS DRIVEN BY A GUY THEY CALL HECTOR. A GUY THEY CALL
"PONY" WAS ALSO IN THE VAN. ALEX PEREZ WAS DRIVING HIS RED CHEVROLET CONVERTIBL
ALSO WITH HIM WAS TONY MEDINA.  WE WERE DRIVING DOWN FUQUAY AND TONY AND THE VA
HAD MADE A RIGHT TURN TO GO ONTO A STREET NEAR TIFFANY STREET.  I KNOW TAHT TONY
AND THE OTHERS WERE LOOKING FOR SOME 707 BROWNS. I KNOW THIS BECAUSE THERE ARE
ONLY THREE STREETS IN THIS NEIGHBORHOOD AND THAT IS ALL THAT LIVES THERE.  WE
CONTINUED DRIVING STRAIGHT. WE WERE SUPPOSED TO MEET LATER.  WE WERE DRIVING
NORTH ON POST OAK WHEN WE SAW TONY AND THE VAN TURNING INTO WINDSOR VILLAGE NEA
THE CHEVRON.  I SAW THAT THERE WERE SOME 707 MEMBERS AT THE CHEVRON. I KNOW THA
THEY ARE 707 MEMBERS BECAUSE I KNOW A LOT OF THEM BY FACE.  ALL OF A SUDDEN I
SAW A BUNCH RUNNING TO THE TRUNK OF A WHITE BUICK REGAL THAT WAS PARKED NEAR TH
GAS STATION. THERE WAS ALSO A DARK BLUE CHEVETTE.  I KNOW WHO OWNS THIS CAR.
THIS CAR IS OWNED BY A 707 MEMBER BY THE NAME OF FELIX. I DID NOT SEE THEM TAKE
GUNS FROM THE TRUNK BUT I DID SEE THEM TAKE OFF BEHIND ALEX'S CAR AND THE VAN.
WE FELL IN BEHIND ALL OF THEM. WE THEN PEELED OFF AND DROVE OVER TO RUDY'S
HOUSE. WHILE DRIVING OVER THERE WE HEARD SEVERAL GUNSHOTS. I WOULD SAY THAT I

0216

Incident no. 000119296 ⌐          OFFENSE REPORT                    PAGE 1.010

HEARD AT LEAST SIX SHOTS. I KNOW THAT 707 SHOT FIRST AT TONY AND ALEX WITH THE
GAUGE. I KNOW THAT THE "AK" WAS IN THE VAN AND THAT "PONY BOY" JUMPED OUT OF TH
VAN AND SHOT AT THE 707 M,EMEBERS. I DO NOT KNOW WHICH CAR HE SHOT AT THOUGH.
"PONY BOY" THEN JUMPED INTO ALEX'S CAR AND A LITTLE LATER TONY JUMPED OUT AND
SHOT AT TEHM AGAIN. I DIO NOT SEE ALL OF THIS TAKING PLACE BUT I HEARD ABOUT IT
THE NEXT DAY. ON THE NEWS THEY SAID THAT IT WAS A RED CAR AND THAT IS ONE WAY
THAT I KNEW THAT ALEX AND TONY HAD SHOT AT THE 707 MEMBERS. AFTER THAT I WENT (
HOME.

I HAVE SEEN THE "AK" ON A COUPLE OF TIMES. NO ONE IN PARTICULAR KEPT THE GUN. I
WAS JUST MOVED AROUND EVERYWHERE. THE GUN IS BLACK IN COLOR AND HAS A WOOD
STOCK.  THERE IS A KNIFE ON THE END OF THE GUN. I HAVE NOT SEEN THE GUN FOR A
LONG TIME. I DO NOT KNOW WHERE THEY PICKED THE GUN UP OR WHERE THEY DROPPED IT
OFF AT.

THIS IS ALL TAHT I CAN TELL YOU ABOUT TAHT NIGHT. I FORGOT TO MENTION THAT I DI
SEE CHINA, INDIA AND REGINA AT "CANOYS" HOUSE. I DO NOT KNOW HOW THEY GOT THERE
THOUGH.

FOR DETAILS SEE WRITTEN STATEMENT OF JAMES PALLADINA ATTACHED TO THIS REPORT..

AFTER COMPLETING THE STATEMENT PALLADINA WAS RELEASED TO THE CUSTODY OF HIS
PARENTS.


INVESTIGATION TO CONTINUE.................................................


Supplement entered by ⌐  39034
Report reviewed by-EG                    Employee number-025810
Date cleared- 01/22/96


-----------------------------------------------------------------------------

No-0037

Offense- CAPITAL MURDER  (MULTIPLE HOMICIDES).
                    Street location information
Number-   15431 Name-CAMPDEN HILL            Type-        Suffix-
Apt no-   Name-GLENRIDGE              Type-LN      Suffix-
Date of offense-01/01/96            Date of supplement-02/13/96
Compl(s) Last-RODRIQUEZ       First-DAVID     Middle-
                    Recovered stolen vehicles information
Recovery location-                          District-   Beat-   00
Stored-                        by-
Officer1-ROBERT D. BALDWIN     Emp#-093017 Shift-1 Div/Station-ID/FIREARMS

                    SUPPLEMENT NARRATIVE

FIREARMS CASE # 9-96

THE FOLLOWING ITEMS WERE RECEIVED IN THE FIREARMS LABORATORY, POLICE
IDENTIFICATION DIVISION:

(2) FIRED LEAD BULLETS (EB 1-2)
    RECEIVED BY M.L. LYONS, LOCKED EVIDENCE BOX, HOMICIDE CSU OFFICE   01-02-96