# Exhibit 65



# CHARLES BACARISSE
### HARRIS COUNTY DISTRICT CLERK

Direct Dial Line:
713-755-7812

## *Certificate of Disposition*

**DATE:** 08/30/2001                    **NUMBER OF PAGES IN REPORT:**

**NAME:** ALMA VOLANTE

**DATE OF BIRTH:**

**SOCIAL SECURITY NUMBER:**

**TO WHOM IT MAY CONCERN:** A criminal records search using the above individual's name only was conducted from 1976 to PRESENT. This letter is issued under seal, certifying that the information contained in this letter is a true and correct restatement of the summary, electronic data of the records filed and/or recorded in the District Clerk's Office, as it appears on this date. The records show the following:

| | OFFENSE | | DATE | COURT |
|---|---|---|---|---|
| 1 | CAUSE NO: 636787 | CLASS: MISDEMEANOR | 12/15/81 | 006 |
| 2 | CAUSE NO: | CLASS: | | |

| | RESULTS OF EACH OFFENSE LISTED ABOVE ARE EXPLAINED BY NUMBER |
|---|---|
| 1 | ON 02/05/82 DEFENDANT WAS FOUND GUILTY OF MISDEMEANOR THEFT $20 - $200. PUNISHMENT WAS ASSESSED AT 3 DAYS HARRIS COUNTY JAIL WITH 2 DAYS CREDIT AND A FINE OF $250.00. |
| 2 | . |

Sincerely,

**CHARLES BACARISSE, DISTRICT CLERK**
**HARRIS COUNTY, TEXAS**

BY: _____

LAW ENFORCEMENT AGENCY
OFFENSE REPORT NUMBER:

301 FANNIN  •  P.O. BOX 4651  •  HOUSTON, TEXAS 77210-4651  •  (713) 755-5711

# Exhibit 66

General

NO. 324845

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE _178_ DISTRICT |
| VS. | § | COURT OF |
| _Alma Gutierrez Volante_ | § | HARRIS COUNTY, TEXAS |
| Defendant | | |

### STIPULATION OF EVIDENCE

I, the Defendant in the above entitled and numbered cause, in open court, agree to stipulate the evidence in this case and I waive the appearance, confrontation and cross-examination of witnesses. I consent to the oral stipulation of evidence and to the introduction of affidavits, written statements of witnesses and other documentary evidence. I waive my right against self-incrimination and confess the following facts: That I, Alma Gutierrez Volante, on or about Nov. 8, 1980 unlawfully appropriated property, namely, four blouses, one stuffed animal, two boy's suits, two bed sheets, four baby blankets, two pillow cases and three man, owned by Joske's of Houston, the complainant, of the value of over two hundred dollars and under ten thousand dollars, with the intent to deprive Joske's of Houston of the property and without the effective consent of Joske's of Houston, a person having greater right of possession of the property.

_Alma G. Volante_
Defendant

Sworn to and subscribed before me on  APR 2 1981  .

Clerk, ___ District Court
Harris County, Texas

Approved:
_Mary Hennessey_
Attorney for Defendant

Approved:
___
Presiding Judge

FILED 78TH DIST CT

HCDA Form #1401-S  8-74

# Exhibit 67

CAUSE NUMBER 324845

THE STATE OF TEXAS

VS.

ALMA GUTIERREZ VOLANTE

IN THE 178th DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

# MOTION TO ADJUDICATE GUILT

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, THE STATE OF TEXAS, by and through the undersigned Assistant District Attorney and shows the Court that heretofore on the 2nd day of April , 19 81 , the Defendant herein entered a plea of GUILTY to the offense of THEFT , the Court after hearing the evidence introduced thereon and finding that it substantiates the Defendant's guilt, deferred entering an adjudication of guilt and placed the Defendant under the terms and conditions of probation for a period of 2 years in accordance with Section 3(d) of Article 42.12 of the Texas Code of Criminal Procedure.

    Further, the State would show that the Court ordered the Defendant herein to abide by certain conditions of probation and among the conditions of probation ordered by the Court were the following conditions of probation:

(a) Commit no offense against the laws of this or any other state or of the United States;

    The State would further show the said Defendant did then and there violate terms and conditions of probation by: On or about December 8, 1981, in Harris County, Texas, Alma Gutierrez Volante, hereafter styled the Defendant did then and there unlawfully, appropriate property,namely, three blouses, owned by Cheryl Heflin, a person having a greater right to the possession of the property than the Defendant, hereafter styled the Complainant, of the value of over twenty dollars and under two hundred dollars, with the intent to deprive the Complainant of the property, and without the effective consent of the Complainant. County Criminal Court #006 - Cause #636787.

CLERKS OLIVE

a.5

PAGE TWO – MOTION TO ADJUDICATE GUILT

THE STATE OF TEXAS VS. __ALMA GUTIERREZ VOLANTE__          CAUSE NO. __324845__

WHEREFORE, THE STATE PRAYS that Alias Capias issue and upon arrest that a hearing be given

the Defendant and that on final hearing an adjudication of guilt be entered.

_____
ASSISTANT DISTRICT ATTORNEY
HARRIS COUNTY, TEXAS

MOTION GRANTED AS PRAYED FOR and the Clerk is hereby ORDERED to issue Alias Capias

for arrest of the Defendant and that a copy of this Motion be served on the Defendant.

SIGNED THIS THE __21__ DAY OF __January__ A.D., 19 __82__

_____
HONORABLE _____ , JUDGE
PRESIDING, __178th__ DISTRICT COURT
Harris County, Texas

ATTEST:                                   ACTION DIRECTED BY THE COURT
                                          A.   File Motion to Revoke _____
RAY HARDY                                 B.   No Action Desired _____
District Clerk                            C.   Hold Pending _____
Harris County, Texas

By: _____            _____
                                          ADULT PROBATION OFFICER
                                          DATE SUBMITTED __1-22-82__

                    F I L E D
                    HARDY
                    ct Clerk

                    JAN 21 1982
                    4:30

                    By _____
                            Deputy

                    CLERKS COPY

# Exhibit 68

CITY: _____     CITY: _____

$ _____ FINE PAYABLE AT THE RATE OF $ _____

PER MONTH TO THE HARRIS COUNTY SHERIFF'S DEPARTMENT BEGINNING ON .

_____.

COURT COSTS IN THE TOTAL AMOUNT OF $ __26.00__ PAYABLE ON OR
BEFORE: ___WAIVED BY THE COURT__.

PAY A SUPERVISION FEE TO HARRIS COUNTY, TEXAS, AT THE RATE OF $ __15.00__
PER MONTH BEGINNING: 5-15-81

REIMBURSE HARRIS COUNTY, TEXAS, FOR COMPENSATION PAID TO COURT APPOINTED
COUNSEL, TO-WIT: $ _____ AT THE RATE OF $ _____ PER MONTH
BEGINNING: _____

PARTICIPATE IN THE FOLLOWING COMMUNITY-BASED PROGRAM, TO-WIT:

_____

CLERK OF THE COURT FURNISHED THE PROBATIONER WITH A COPY OF THE TERMS
AND CONDITIONS OF PROBATION.
CB

_____
HON. DAN E. WALTON, JUDGE

On this, the 5th day of February A.D. 1982, the Court amended the conditions
of probation as follows:
Probationer is to pay $15.00 per month supervisory fee, beginning 5-15-81.
   The Probationer is to participate in therapy with Mary Ann Ford, M.D. as
described by Dr. Ford until successfully discharged by Dr. Ford. The probationer
is in violation of the probation if she does not participate in the therapy.
Periodic progress reports will be submitted to the probation officer by
Dr. Ford.
Copy of amended terms and conditions of probation furnished the probationer
by the Clerk of the Court.
CB
DS

RECORDS ... MEMORANDUM
This instr... ... quality
and not satisfactory for phot...graphic
recordation and/or alterations were
present at the time of filming

# Exhibit 69

## Bay Area Institute for Counseling & Psychotherapy

18626 Brookford Dr.

Houston, Texas 77058

Mary Ann Ford, M.D.

(713) 480-3585

18626 Martinique
Houston, Texas 77058

January 27, 1982

Dr. F.W. Luedde, S.P.

(713) 488-8198
422-9272

### PSYCHIATRIC REPORT: ALMA VOLANTE

**HISTORY:**

Alma Volante is a 31 year old female who first came to see me on January 14, 1982. She was extremely upset and tearful during the session, making it difficult to elicit a detailed history with specific dates. However, it seems Alma has been under an inordinate amount of stress for quite a long time. Specifically, she described rather severe marital problems occurring for several years, made worse after her son was born and her husband insisted upon her returning to work when the baby was quite young. She has felt very lonely for several years, wishing to see her family in the Phillipines, but being unable to do so because of finances and/or the baby. This situation became critical when her brother was killed in an automobile accident and she was unable to go home to be with her family and attend his funeral.

Alma stated she had never been in trouble with the law before the first shoplifting incident, nor has any member of her family. She said she has never stolen anything before, and was almost incoherent in describing her grief and puzzlement over why she had done such a thing. Both incidents were preceded by a "terrible fight" (verbal) with her husband the night before, which was the result of intense marital tension several weeks/months preceeding.

**DIAGNOSIS:**

Adjustment Disorder with Mixed Disturbance of Emotions and Conduct.
This diagnosis is defined by a maladaptive reaction to identifiable psycho-social stressors. Alma's maladaptive reaction was shoplifting; other (more common) reactions include suicide attempts, child abuse, drug abuse, etc. Alma's psychosocial stressors are multiple: 1) severe marital problems; 2) death of a family member; 3) loneliness and isolation.

**RECOMMENDATIONS:**

1. Intensive individual psychiatric treatment. Treatment to be aimed toward teaching stress management and coping skills that are adaptive, modifying her environment when and where possible, and relief of intrapsychic tension and conflict.
2. Marital therapy. This to be an essential part of her therapy program.

**PROGNOSIS:**

I believe the outlook for Alma in therapy is good over a period of time. She is bright, verbal, sensitive and willing to work in therapy. She has a stable career background and marriage, which is certainly an asset to her psychological profile. Having no previous long history of "incidents", criminal or other sociopathic behaviors, her prognosis would not be nearly so good. However, in view of her background, family history and psychological evaluation, I believe she will do well in therapy. Having Alma serve a sentence is most likely to intensify her psychological trauma and isolation, ultimately delaying and prolonging her therapy.

# Exhibit 70

THE STATE OF TEXAS )

vs. No. __324845__

ALMA GUTIERREZ VOLANTE )

IN THE __178TH__ DISTRICT COURT
OF HARRIS COUNTY, TEXAS

AUGUST _____Term, A. D., 19_82_.

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes,_____ALMA GUTIERREZ VOLANTE_____Defendant in the above entitled and numbered cause, and prays the Court to set aside the Judgment of Conviction herein, and dismiss this cause for the following good and sufficient reasons, to-wit:

Defendant would show the Court that he is the same person who was convicted in this Court on the __2ND__ day of_____APRIL_____, A. D., 19_81_, for the offense of _____THEFT_____a felony, that his punishment was assessed at__2_____years confinement in the State Penitentiary, which was by the Court: .

Suspended pending his good behavior.

Deferred and he was placed on probation pending the terms thereof.

Defendant further swears that_1 year and years̶ have elapsed since conviction herein, and that
                                                    6 months
he has not again been convicted of a felony in this or any other State.

Defendant further swears that_1 year and years̶ have elapsed since conviction herein, and he
                                                    6 months
has in no way violated the terms of his probation.

And that by reason thereof he is entitled to a new trial and dismissal of this cause.

_Alma J. Valante_
                                                                        Defendant.

Sworn to and subscribed before me the undersigned authority on this the__22ND_____day of

OCTOBER_____, A. D., 19_82_.

RAY HARDY
District Clerk, Harris County, Texas

By_____Deputy

# Exhibit 71

*93*

CAUSE NO. 726088

| THE STATE OF TEXAS | § | IN THE 228TH DISTRICT COURT |
| VS. | § | OF |
| ANTHONY SHAWN MEDINA | § | HARRIS COUNTY, T E X A S |

### JUROR QUESTIONNAIRE

The information which you give in response to this questionnaire will be used only by the lawyers to select a qualified jury in this case. The attorneys are under orders to maintain the confidentiality of any information they learn in the course of reviewing these questionnaires.

### INSTRUCTIONS

Please answer each question below as completely and as accurately as possible. These written answers will save a great deal of time for all involved. You are expected to sign your questionnaire. Your answers will have the effect of a statement given to this Court under oath. What is needed is your very best, honest effort to answer these questions.

The sole purpose of the questionnaire is to encourage your full expression and candor so that both the prosecutor and the defense attorneys will have a meaningful opportunity to select a fair and impartial jury to try the issues of the case. If this objective of selecting a fair and impartial jury is not achieved, the balance of the proceedings become meaningless. Your full cooperation is of vital importance.

You are instructed not to discuss these questions or your answers with anyone until questioned by Judge Robertson.

PLEASE PRINT          JUROR NO. _93_

1.   FULL NAME: _ALMA   GUTIERREZ   VOLANTE_

2.   HAVE YOU EVER BEEN KNOWN BY ANY OTHER NAMES?    NO ___   YES _✓_
     OTHER NAMES _ALMA  TINASAS  GUTIERREZ_
     HOME ADDRESS: _822  RUSTIC  HARBOR  CT. HO. TX  77062_
     TELEPHONE #  (HOME)_(713) 480-5614_ (WORK) _(713) 328-3259_
     SOCIAL SECURITY NO._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_ TX DRIVER'S LICENSE NO. _10 50 1361_
     VOTER REGISTRATION # _____

3.   EMPLOYMENT, TITLE AND MAIN JOB DUTIES _COLUMBIA  CLTAR  LAKE  REGN_
     _MED CTR._
     _R.N , WORES IN  PACU, RECOVERING  SURGIAL PTS._
     LENGTH OF EMPLOYMENT: _15/GRS_
     WHAT OTHER TYPES OF WORK HAVE YOU DONE? _CLINICAL  LAB._

     _____

     SPOUSE'S EMPLOYMENT, TITLE AND MAIN JOB DUTIES: _ENTERPRISE INC._
     _ENGINEERING ( CHEMICAL) WORES IN A PLANT_

     HAVE YOU SERVED IN THE ARMED FORCES? YES ___   NO _✓_
     DATES OF SERVICE: _____ BRANCH _____ COMBAT DUTY: YES___ NO___

0996

4.   PLEASE LIST THE REQUESTED INFORMATION REGARDING YOUR CHILDREN:

CHILD #1   AGE/SEX   EMPLOYMENT _____   PRIOR ARRESTS
CHILD #1   _15_ _M_   _____   _____
CHILD #2   _13_ _F_   _____   _____
CHILD #3   ___ ___   _____   _____

5.   LIST YOUR HOBBIES, ACTIVITIES, CLUBS, PROFESSIONAL ORGANIZATIONS, ETC.
     _READING , LISTENING TO MUSIC , DANCING , GOING_
     _TO AEROBICS , JOGGING , POST-ANESTH. ORG._

6.   WHAT IS THE HIGHEST GRADE YOU COMPLETED IN SCHOOL? _BSN_

     IF YOU ATTENDED SCHOOL AFTER HIGH SCHOOL, PLEASE DESCRIBE
     THE TYPE OF SCHOOL AND YOUR MAJOR COURSE OF STUDY, INCLUDING
     TRADE AND TECHNICAL SCHOOL AND COLLEGE COURSES: _LIBERAL ARTS TOWARD_
     _MSG , DIPLOMA IN NRG , BSN_
     _____

7.   DO YOU BELIEVE THAT THE CRIMINAL LAWS OF THE UNITED          JUROR NO. _93_
     STATES AND THE STATE OF TEXAS RELATING TO CRIMINAL
     DEFENDANTS ARE TOO LENIENT?  YES __ NO _✓_ NO OPINION __

     IF YES, EXPLAIN: _____

8.   DO YOU BELIEVE THAT THE LAWS OF THE UNITED STATES
     AND THE STATE OF TEXAS RELATING TO CRIMINAL DEFENDANTS
     ARE TOO HARSH?  YES __ NO _✓_ NO OPINION __

     IF YES, EXPLAIN: _____

9.   LIST ANY DIFFICULTY WITH VISION, HEARING, OR ANY OTHER DISABILITY THAT
     WOULD MAKE JURY DUTY A HARDSHIP FOR YOU? _NONE_

10.  HAVE YOU, A FAMILY MEMBER, OR A CLOSE FRIEND EVER BEEN
     INVOLVED IN A CRIMINAL CASE AS AN ACCUSED, VICTIM OR
     WITNESS?  YES __ NO _✓_

     IF YES, PLEASE DESCRIBE FULLY, INCLUDING THE WAY IT MADE
     YOU FEEL ABOUT THE JUSTICE SYSTEM: _____

     _____

11.  HAVE YOU, A FAMILY MEMBER, OR A CLOSE FRIEND EVER BEEN
     ARRESTED FOR OR CHARGED WITH AN OFFENSE ABOVE THE LEVEL
     OF A TRAFFIC VIOLATION?  YES __ NO _✓_
     IF YES, PLEASE DESCRIBE FULLY: _____

HAVE YOU EVER HAD AN UNPLEASANT EXPERIENCE INVOLVING LAW ENFORCEMENT? YES__ NO ✓ EXPLAIN: _____

HAVE YOU EVER BONDED ANYONE OUT OF JAIL? YES __ NO ✓

12. ARE YOU PRESENTLY UNDER INDICTMENT OR LEGAL ACCUSATION FOR ANY MISDEMEANOR OR FELONY?   YES __ NO ✓

HAVE YOU EVER BEEN ON ANY TYPE OF COURT ORDERED PROBATION? ____

IF YES EXPLAIN: _____

13. CHURCH AFFILIATION, OFFICES HELD AND ACTIVITIES: _Roman Catholic_
_____

DO YOU HAVE ANY RELIGIOUS OR MORAL FEELINGS THAT WOULD PREVENT YOU FROM SITTING IN JUDGEMENT OF ANOTHER?  YES __ NO ✓

14. PRIOR JURY SERVICE:   CIVIL (___)   CRIMINAL (___)
BOTH (___)   COURT MARTIAL (___)   NONE (___)

IF CRIMINAL:

|  | CASE #1 | CASE #2 | CASE #3 |
|---|---|---|---|
| TYPE OF CASE(S): | _____ | _____ | _____ |
| HOW LONG AGO? | _____ | _____ | _____ |
| REACH VERDICT? | YES( ) NO( ) | YES( ) NO( ) | YES( ) NO( ) |
| SET PUNISHMENT? | YES( ) NO( ) | YES( ) NO( ) | YES( ) NO( ) |
| WERE YOU THE FOREMAN? | YES( ) NO( ) | YES( ) NO( ) | YES( ) NO( ) |

WAS THERE ANYTHING IN YOUR PRIOR JURY EXPERIENCE THAT EITHER UPSET OR AGITATED YOU?  YES __ NO __  PLEASE EXPLAIN:

_____
_____

15. HAVE YOU OR YOUR SPOUSE EVER BEEN A GRAND JUROR? YES __ NO ✓

16. HAVE YOU EVER BEEN UNDER THE CARE OF A PSYCHIATRIST/PSYCHOLOGIST, OR HAVE YOU OR A FAMILY MEMBER WORKED WITH MENTAL HEALTH PATIENTS? YES__ NO ✓ EXPLAIN _____

17. WITH WHAT POLITICAL PARTY DO YOU FEEL YOU ARE ASSOCIATED? _Democrat_

18. HOW DO YOU CONSIDER YOURSELF REGARDING CRIMINAL PUNISHMENT: LIBERAL ✓ CONSERVATIVE___ MODERATE __

19. WHAT POLITICAL GROUPS, FOUNDATIONS, AND ACTION COMMITTEES DO YOU BELONG TO OR SUPPORT? _None_

0996

0993



20. IF YOU DO VOLUNTEER WORK, PLEASE INDICATE THE ORGANIZATION AND YOUR INVOLVEMENT. _NONE_

21. HAVE YOU EVER HAD ANY INVOLVEMENT WITH THE AMERICAN CIVIL LIBERTIES UNION, AMNESTY INTERNATIONAL, OR ANY SIMILAR TYPE GROUP? YES ___ NO ✓ IF YES, DESCRIBE: _____

22. HAVE YOU PARTICIPATED IN ANY NEIGHBORHOOD CRIME PREVENTION GROUP? YES ___ NO ✓ HOW? _____

23. LIST ANY LAW ENFORCEMENT GROUP OF WHICH YOU ARE ASSOCIATED: _NONE_

24. DO YOU KNOW ANYONE WHO HAS BEEN TO PRISON? YES ✓ NO ___ IF YES, EXPLAIN: _____

25. WHAT DO YOU THINK ABOUT THE TEXAS PRISON SYSTEM? _They have room for the offenders_

26. DO YOU FEEL THAT THE TEXAS DEPARTMENT OF CORRECTIONS SERVES THE PUBLIC IN REHABILITATING INMATES? YES ___ NO ___

27. HAVE YOU OR ANY FAMILY MEMBER BEEN ASSOCIATED OR WORKED WITH ANY PROGRAM DEDICATED TO REHABILITATING PERSONS CONVICTED OF CRIME? YES ___ NO ___ IF YES, EXPLAIN: _____

28. DO YOU BELIEVE THAT CERTAIN KINDS OF PEOPLE ARE MORE LIKELY TO COMMIT CRIMES THAN OTHERS? YES ✓ NO ___ IF YES, EXPLAIN: _____

29. CHECK THE ONE STATEMENT WHICH BEST SUMMARIZES YOUR FEELINGS ABOUT CAPITAL PUNISHMENT (THE DEATH PENALTY).

A. I AM OPPOSED CAPITAL PUNISHMENT UNDER ANY CIRCUMSTANCES.

B. I AM OPPOSED TO CAPITAL PUNISHMENT EXCEPT IN A FEW CASES WHERE IT MAY BE APPROPRIATE.

C. I AM NEITHER OPPOSED TO NOR IN FAVOR OF CAPITAL PUNISHMENT.

D. I AM IN FAVOR OF CAPITAL PUNISHMENT EXCEPT IN A FEW CASES WHERE IT MAY NOT BE APPROPRIATE.

E. I AM STRONGLY IN FAVOR OF CAPITAL PUNISHMENT AS AN APPROPRIATE PENALTY.

F. I WOULD ALWAYS WANT THAT PERSON TO RECEIVE THE DEATH PENALTY, REGARDLESS OF THE FACTS. THERE COULD BE NO EVIDENCE INTRODUCED THAT WOULD CAUSE ME TO VOTE FOR ANY OTHER PUNISHMENT.

30.  ASSUME YOU ARE ON A JURY TO DETERMINE THE PUNISHMENT FOR
     A DEFENDANT WHO HAS ALREADY BEEN CONVICTED OF CAPITAL MURDER.
     IF THE LAW GIVES YOU A CHOICE OF DEATH, LIFE IMPRISONMENT, OR SOME OTHER
     PENALTY:  (CHECK ONLY ONE)

     _____ 1.   MY OPPOSITION TO THE DEATH PENALTY IS SUCH THAT I WOULD ANSWER
                  ANY QUESTIONS BY THE JUDGE IN SUCH A WAY AS TO ASSURE A LIFE
                  SENTENCE WILL BE IMPOSED IRRESPECTIVE OF THE EVIDENCE.

     _____ 2.   ALTHOUGH I AM GENERALLY OPPOSED TO THE DEATH PENALTY I COULD
                  VOTE TO ASSESS IT IN A PROPER CASE.

     ✓       3.   MY DECISION ON WHETHER TO ASSESS THE DEATH PENALTY
                  WOULD DEPEND UPON THE LAW, AND THE FACTS AND CIRCUMSTANCES OF
                  THE PARTICULAR CASE.

     _____ 4.   I WOULD USUALLY VOTE FOR THE DEATH PENALTY IN A
                  CASE WHERE THE LAW ALLOWS ME TO.

     _____ 5.   I WOULD ALWAYS VOTE TO ASSESS THE DEATH PENALTY IN EVERY
                  CASE THAT THE LAW ALLOWS ME TO.

31.  WHAT DO YOU BELIEVE IS THE ONE MOST IMPORTANT OBJECTIVE OF PUNISHMENT
     FOR CRIMINAL OFFENSES?   PLEASE SELECT ONLY ONE AND EXPLAIN.

A)  REHABILITATION
B)  DETERRENCE OF OTHER PERSONS
C)  PREVENTION OF REPEATED BEHAVIOR BY PERSON CONVICTED
D)  RETRIBUTION
E)  OTHER
    _Given the chance to rehabilitate hopefully to_
    _prevent same offense or acts if given this_
    _chance_

32.  DO YOU USUALLY HOLD PEOPLE ACCOUNTABLE FOR THEIR ACTIONS? YES ✓ NO __

33.  IN YOUR OWN WORDS, WHAT ARE YOUR FEELINGS ABOUT THE DEATH PENALTY?
     _It is just, the appropriate decision_
     _to make in align with all the evidence_
     _& facts & in accordance to law._

34.  WOULD YOU DESCRIBE YOURSELF AS DECISIVE? YES __ NO ✓

35.  DO YOU LOOK FOR THE GOOD IN PEOPLE NO MATTER WHAT? YES ✓ NO __

36.  LOOKING AT THEIR PAST, DO YOU THINK ITS POSSIBLE TO TELL WHETHER A PERSON
     WILL PROBABLY COMMIT ACTS OF VIOLENCE IN THE FUTURE? YES ✓ NO __
     WHY/WHY NOT? _If he did it once, more likely_
     _he will do it again._

37.  COULD THERE BE FACTS ABOUT A PERSON'S CHARACTER OR BACKGROUND THAT WOULD MAKE
     YOU BELIEVE THEY WERE LESS BLAMEWORTHY FOR A CRIME? YES ✓ NO __

     IF YES, WHAT TYPES OF THINGS WOULD REDUCE THEIR BLAMEWORTHINESS IN YOUR EYES?
     _No friend of what conveys the great_
     _with their character & personality_

1000

38.   IS THERE ANYTHING ABOUT YOUR JOB, FAMILY, OR HEALTH
      THAT WOULD AFFECT YOUR SERVICE AS A JUROR?

      YES ✓ NO __ IF YES, EXPLAIN: *Shortage of staff*

39.   ARE YOU QUALIFIED TO VOTE (NEED NOT BE REGISTERED) IN TEXAS? YES ✓ NO___

40.   DO YOU HAVE ANY PHYSICAL/MENTAL INFIRMITIES THAT WOULD INTERFERE WITH YOUR
      SERVICE AS A JUROR? NO ✓ YES___ IF YES EXPLAIN_____

41.   DO YOU HAVE ANY PROBLEM UNDERSTANDING THE ENGLISH LANGUAGE? YES___ NO ✓

42.   PLEASE LIST BELOW ANYTHING YOU BELIEVE THE COURT OR
      ATTORNEYS SHOULD KNOW WITH REFERENCE TO YOUR ABILITY TO SERVE AS A JUROR
      IN THIS CASE.

      _____
      _____
      _____

43.   DO YOU WANT TO BE A JUROR IN THIS CASE? YES ✓ NO __

      IF YES, WHY? *I'll do my civic duty if
      I need to*

      IF NO, WHY NOT? _____

      _____

44.   DO YOU HAVE ANY COMMENTS WHATSOEVER REGARDING ANY PART OF THIS PROCESS?

      ___NO  YES___

      IF YES _____
      _____
      _____
      _____
      _____

I HEREBY CERTIFY THAT THE RESPONSES AND INFORMATION PROVIDED HEREIN
ARE CORRECT TO THE BEST OF MY ABILITY.

                        *Alma B. Valente*
                        JUROR SIGNATURE

*1001*

# Exhibit 72

118860

# BAIL BOND

CASE NO. __324845__

THE STATE OF TEXAS

COURT DATE SET: __11-10-80__ 24hr   CHARGE __THEFT__

360594

COUNTY OF HARRIS   Know All Men By These Presents:

That we, __ALMA GUTIERREZ VOLANTE__ _____, as principal, and the

undersigned, __Allegheny Mutual Casualty Ins. Co. ***Van Vannerson*** __

as sureties, are held and firmly bound unto the **STATE OF TEXAS**, in the penal sum of
ONE THOUSAND DOLLARS _____ ($ __1000.00__ ) Dollars and, in addition thereto, we are bound for
the payment of all fees and expenses that may be incurred by any peace officer in re-arresting the said principal in
the event any of the hereinafter stated conditions of this bond are violated, for the payment of which sum or sums
well and truly to be made, we do bind ourselves. and each of us, our heirs, executors and administrators, jointly and
severally.

THE CONDITION OF THIS BOND is that the defendant has been charged with a (felony) (misdemeanor) offense
and to secure his release from custody is entering into this obligation binding him to appear before
__CRIMINAL DISTRICT COURT#178th__ _____ Court of Harris County, Texas.

NOW THEREFORE, IF THE SAID PRINCIPAL SHALL WELL AND TRULY MAKE HIS PERSONAL AP-
PEARANCE BEFORE SAID COURT INSTANTER AS well as before any other court to which the same may be
transferred and for any and all subsequent proceedings that may be had relative to said charge in the course of
criminal actions based on said charge, and there remain from day to day and term to term of said courts, until
discharged by due course of law, then and there to answer said accusation against him, this obligation shall become
void, otherwise to remain in full force and effect

SIGNED AND DATED __NOVEMBER -8-__ 19 __80__

**FILED**
**RAY HARDY**
District Clerk

**HAVE PRINCIPAL SIGN**
**BEFORE RELEASING**

Taken and approved this   **NOV 0 9 1980**

__8__ day of __NOVEMBER__ 19 __80__   _Alma    Volante_ Principal

JACK HEARD   Sheriff Harris County, Texas   By _Smith_   __15947   Winden Dr.__
(Mailing Address)

__HARRIS__ County, Texas.   __Webster Tx   77598__
(City and State)

By _____ Deputy

Allegheny Mutual Casualty Ins. Co. _____ Surety
Agent: Van Vannerson
(Mailing Address)

607 Houston Avenue _____
(City and State)   (Phone)

Houston, Texas 77007   228-0275

Power #: XB-8005

_____ Surety

__15947 Winden Dr.__
(Mailing Address)

__Webster Texas 77598__   __732-1511__
(City and State)   (Phone)

## OATH OF SURETIES

**THE STATE OF TEXAS**

County of _____ __Harris__   We, each of us, __Allegheny Mutual Casualty Ins. Co.__

__Van Vannerson__ _____   do swear that we are worth in our own right, at least the sum

of _____ __Twice the Amount of Bond__ _____ DOLLARS, after deducting from our prop-
erty all that which is exempt by the Constitution and Laws of the State from forced sale, and after the payment of
all our debts, of every description, whether individual or security debts, and after satisfying all encumbrances upon
our property which are known to us; and that we reside in the County of _____ __Harris__ _____ and have property
in the State liable to execution worth:

the said _____ sum of _____ __Per License__ _____ DOLLARS,

the said _____ sum of _____ __Per License__ _____ DOLLARS,

TRANSACTION NO. __235024701__    __Allegheny Mutual Casualty Ins. Co.__

Lic. # __73090__ _____   Agent: Van Vannerson

Jail Location: __CITY__   Co-Surety: _____

SUBSCRIBED AND SWORN to before me this _____ day of _____ A.D. 19 __80__

_Evangelina Herrera_

**NOTARY PUBLIC HARRIS COUNTY**

EVANGELINA HERRERA

Original - Dist. Clerk
Blue copy - Dist. Clerk
Pink copy - Sheriff
Yellow copy - Justice court
Green copy - Bondsman or Defendant

| It is unlawful to print this form without written consent of home office. |
|---|

**POWER OF ATTORNEY**
**ALLEGHENY MUTUAL CASUALTY COMPANY**   Power No. **XB- 8005**

Bond Department
24 Commerce Street, Newark, New Jersey 07102

THIS POWER OF ATTORNEY NULL AND
VOID UNLESS USED BEFORE 6/30/81

KNOW ALL MEN BY THESE PRESENTS, that ALLEGHENY MUTUAL CASUALTY COMPANY, a corporation duly organized and existing under the laws of the State of Pennsylvania has constituted and appointed, and does hereby constitute and appoint,

its true and lawful attorney-in-fact, with full power and authority to sign the company's name and affix its corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution, of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of said company as its home office in their own proper person; and the said company hereby ratifies and confirms all and whatsoever its said attorney-in-fact may lawfully do and perform in the premises by virtue of these presents.
THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM
OF          THREE THOUSAND DOLLARS ($3,000.)          AND MAY BE EXECUTED FOR RECOGNIZANCE ON BAILBONDS ONLY.

Amount of Bond _____ 1000.00 _____

Defendant (Name) __ALMA   GUTIERREZ VOLANTE__

Defendant Address _____

City and State _____

Court __DC#178th__ ／ ___ Br. _324845_

Offense ____THEFT____

Date of Execution ／ _____ 11-8-80 _____

Attorney-In-Fact _____
                        Signature

IN WITNESS WHEREOF, ALLEGHENY MUTUAL CAS-
UALTY COMPANY, by virtue of authority conferred by its Board
of Directors, has caused these presents to be sealed with its corporate
seal, signed by its President and attested by its Secretary, this 1st day
of April, 1968.

_J. Floyd Smith_
President

_Thomas _____
Secretary

1. A separate Power of Attorney must be attached to each bond executed.
2. Powers of Attorney must not be returned to attorney-in-fact, but
   should remain a permanent part of court records.

LQY8
LP93
LC09
LV09
LC02
LV02

15529

# BAIL BOND

Know All Men By These Presents:

CASE NO. 324845

CHARGE __MRP__

SPN __GO 360594__

COURT SETTING:

DATE __2-5-82__

TIME __8:00 a.m.__

That we, _____ALMA G. VOLANTE_____ (nn) GUITERREZ _____, as principal, and the

undersigned _____Allegheny Mutual Casualty Co. *** Van Vannerson ***_____ FLORENCIO VOLANTE

as sureties, are held and firmly bound unto the STATE OF TEXAS, in the penal sum of

__TOW HUNDRED DOLLARS__ ($ __200.00__ ) Dollars and, in addition thereto, we are bound for the payment of all fees and expenses that may be incurred by any peace officer in re-arresting the said principal in the event any of the hereinafter stated conditions of this bond are violated for the payment of which sum or sums well and truly to be made, we do bind ourselves, and each of us, our heirs, executors and administrators, jointly and severally.

**THE CONDITION OF THIS BOND IS THAT THE DEFENDANT HAS BEEN CHARGED WITH A** _Felony_

(Felony-Misdemeanor)

offense and to secure his release from custody is entering into this obligation binding him to appear before

____District Court # 178____ Court of Harris County, Texas.

NOW THEREFORE, IF THE SAID PRINCIPAL SHALL WELL AND TRULY MAKE HIS PERSONAL APPEARANCE BEFORE SAID COURT INSTANTER AS well as before any other court to which the same may be transferred and for any and all subsequent proceedings that may be had relative to said charge in the course of criminal actions based upon said charge and there remain from day to day and term to term of said courts, until discharged by due course of law, then and there to answer said accusation against him, this obligation shall become void, otherwise to remain in full force and effect.

SIGNED AND DATED __Janaury__ 28th 19 82

Taken and approved this 28th day of __January__, 19 __82__

JACK HEARD, Sheriff Harris County, Texas.

By _____ Deputy

Allegheny Mutual Casualty Co.

Agent _____ Surety

Van Vannerson
607 Houston Ave.

(Mailing Address)

Houston, Texas 77007       713 228-0275

(City and State)        (Phone)

Lic. # __73090__    Empl. John

POWER# __XA 107669__

TRANSACTION NO. __53D00310__

OATH OF SURETIES
THE STATE OF TEXAS
COUNTY OF HA...

_____ *** ...

least the sum of ___
after deducting fro...
the payment of all
our property which ...
and have property l...

THE SAID __Va...__

THE SAID ___

_____
Van Vannerson (Signature)

FILED SURETY
RAY HARDY, DIST. CLERK
HARRIS COUNTY TEXAS

1982 JAN 28
by ____
DEPUTY

f __Alm  D: Volnta__ Principal

__15947  Windom  Dr.__
(Mailing Address)

__Webster   TX__
(City and State)

RACE ___ SEX ___ DOB ___ HT. ___ WT. ___

HAIR ___ EYES ___ DL # ___ STATE ___

Jail Location ___ COUNTY

X _____ Co-Surety

__15947  WINDOM  DRIVE__
(Mailing Address)

__WEBSTER   TX 77598  480?040__
(City and State)        (Phone)

legehny Mutual Casualty CO.

_____ do swear that we are worth in our own right, at

_____ DOLLARS,

...the Constitution and Laws of the State from forced sale, and after
...vidual or security debts, and after satisfying all encumbrances upon
...unty of __Harris__

_____ 4 OF _____ DOLLARS

X ___ SUM OF _____ DOLLARS

X _____ CO-SURETY
(Signature)

SUBSCRIBED AND SWORN to before me this ___
day of __January__ A.D. 19 __82__

_____
NOTARY PUBLIC HARRIS COUNTY

Karen Vannerson        8/18/85
(Expiration Date of Notary)

Original-Dist. Clerk      Blue copy-Bondsman
Pink copy-Sheriff        Green copy-Defendant





# Exhibit 73

PublicData.Com [ Texas Driver Detail ]                                          Page 1 of

# PUBLICDATA.com

➡️**Texas Driver Detail**

| | | |
|---|---|---|
| **Name**<br>VOLANTE, ALMA GUTIERREZ | | **License number**<br>010201301 |
| **Address**<br>1430 NEPTUNE LANE | **DOB**<br>Oct 26 1949 | **Class** |
| **City/Zip**<br>HOUSTON 77062 | **Gender**<br>Female | **Race**<br>White |
| **Height**<br>501 | **Weight**<br>100 | **Eye color**<br>Brown | **Hair**<br>Black |
| **Last transaction date**<br>Nov 8 2000 | **Last transaction**<br>Adjustment | |
| *Above information as provided by state – below is our annotations* | | |
| **Address (click to find others)**<br>1430 Neptune Ln | **City/State/Zip (click to find others)**<br>Houston , TX 77062-4502 | |

ALMA GUTIERREZ VOLANTE          SPN:          DATE PREPARED: ___-8-80___ BY: ___jh___ PA NO. 039
15947 Windom Drive          DOB: MF/10-26-49          AGENCY: _____ 0          O/R NO.: ___14614180___
Webster, Texas                        NCIC CODE: ___230 04 10___ ARREST DATE: ___11-8-80___

**FELONY CHARGE:**                        **RELATED CASES:**
THEFT                                    Vol. _64_ Pg. _24_

CAUSE NO.: ___324845___
HARRIS COUNTY DISTRICT COURT NO.: ___178th___          BAIL $ ___1,000.00___
                                          3     JUSTICE COURT NO.: ___8___

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas presents in the District Court of Harris County, Texas, that in Harris County, Texas,

ALMA GUTIERREZ VOLANTE

hereafter styled the Defendant, heretofore on or about_____ NOVEMBER 8, 1980 _____, did
then and there unlawfully

appropriate property, namely, four blouses, one stuffed animal, two boy's
suits, two bed sheets, four baby blankets, two pillow cases and three bras, owned
by JOSKE'S OF HOUSTON, hereafter styled the Complainant, of the value of
over two hundred dollars and under ten thousand dollars, with the intent
to deprive the Complainant of the property, and without the effective
consent of the Complainant.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

*Gloria J. Coleman*

178 DISTRICT COURT

FOREMAN OF THE GRAND JURY

*C. Walker*



CAUSE NO. 726088

THE STATE OF TEXAS              §        IN THE 228TH DISTRICT COURT

VS.                            §        OF

ANTHONY SHAWN MEDINA           §        HARRIS COUNTY, T E X A S

### JUROR QUESTIONNAIRE

The information which you give in response to this questionnaire will be used only by the lawyers to select a qualified jury in this case. The attorneys are under orders to maintain the confidentiality of any information they learn in the course of reviewing these questionnaires.

### INSTRUCTIONS

Please answer each question below as completely and as accurately as possible. These written answers will save a great deal of time for all involved. You are expected to sign your questionnaire. Your answers will have the effect of a statement given to this Court under oath. What is needed is your very best, honest effort to answer these questions.

The sole purpose of the questionnaire is to encourage your full expression and candor so that both the prosecutor and the defense attorneys will have a meaningful opportunity to select a fair and impartial jury to try the issues of the case. If this objective of selecting a fair and impartial jury is not achieved, the balance of the proceedings become meaningless. Your full cooperation is of vital importance.

<u>You are instructed not to discuss these questions or your answers with anyone until questioned by Judge Robertson.</u>

PLEASE PRINT          JUROR NO. _93_

1.    FULL NAME: _ALMA   GUTIERREZ   VOLANTE_

2.    HAVE YOU EVER BEEN KNOWN BY ANY OTHER NAMES?    NO ___    YES ✓
      OTHER NAMES _ALMA TINAJAS GUTIERREZ_
      HOME ADDRESS: _825 RUSTIC HARBOR CT. HO. TX 77062_
      TELEPHONE # (HOME)_(713) 480-5629_ (WORK) _(713) 328-3359_
      SOCIAL SECURITY NO. _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_ TX DRIVER'S LICENSE NO. _10502621_
      VOTER REGISTRATION # _____

3.    EMPLOYMENT, TITLE AND MAIN JOB DUTIES _COLUMBIA CLEAR LAKE MED CTR_
      _R.N., WORKS IN PACU, RECOVERING SURGICAL PTS_
      LENGTH OF EMPLOYMENT: _15/yrs_

      WHAT OTHER TYPES OF WORK HAVE YOU DONE? _CLINICAL LAB_

      SPOUSE'S EMPLOYMENT, TITLE AND MAIN JOB DUTIES _ENTERPRISE INC_
      _ENGINEERING (CHEMICAL) works in 8 years_

      HAVE YOU SERVED IN THE ARMED FORCES? YES ___ NO ✓
      DATES OF SERVICE _____ BRANCH _____ REBELLION _____

0996

# Exhibit 74



# Texas Department of Health

Charles E. Bell, M.D.
Executive Deputy Commissioner

*http://www.tdh.state.tx.us*

1100 West 49th Street
Austin, Texas 78756-3199
512/ 458-7111

October 11, 2001

Naomi Terr
Texas Defender Service (TDS)
412 Main Street [Suite 1150]
Houston, Tx. 77002

Ms. Terr:

   As per your request during our phone conversation yesterday afternoon, this correspondence is to state, for your records, the fact that we do not collect ethnicity data on our electronic Marriage records and therefore, I can not provide you information about interracial marriages in Texas.

   If I can provide you any other information or be of any further assistance, please do not hesitate to contact me.

Sincerely,

*John F. Marostica*

John F. Marostica
Statistician
Statistical Services
Bureau of Vital Statistics



TEXAS DEPARTMENT
OF HEALTH

JOHN F. MAROSTICA
STATISTICIAN
STATISTICAL SERVICES
BUREAU OF VITAL STATISTICS

1100 West 49th Street
Austin, TX 78756-3191

(512) 458-7111 EXT. 2585
FAX (512) 458-7233

John.Marostica@tdh.state.tx.us

# Exhibit 75

# HGAC

**HOUSTON-GALVESTON AREA COUNCIL**
PO Box 22777 • 3555 Timmons Ln. • Houston, Texas 77227-2777

## FACSIMILE TRANSMITTAL SHEET

| TO:  | FROM: |
|------|-------|
| **Naomi** | **Trinh Nguyen** |

| COMPANY: | DATE: |
|----------|-------|
|  | **11/05/01** |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
|-------------|-------------------------------------|
| **713-222-0260** | **2** |

| PHONE NUMBER: | SENDER'S EMAIL ADDRESS: |
|---------------|-------------------------|
| **713-222-7788** | tmnguyen@hgac.cog.tx.us |

| RE: | SENDER'S PHONE AND FAX NUMBER: |
|-----|--------------------------------|
| **Data Request** | **713-993-4562** |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY

NOTES/COMMENTS:

Naomi,

Attached is the 1980 Census population by age, race/Spanish origin, and sex for Harris County.  Unfortunately, we do not have 1986 - 1989 population estimates available.

Please let me know if you have any questions or need further assistance.  Have a nice day.

Trinh

Please let me know if have any questions or need further assistance.  Thank you, and have a nice day.

Trinh

## Please recycle

... ...ge by Race, Spanish Origin, and Sex for Counties:   1980—Con.

[For meaning of symbols see introduction. For definitions of terms see appendixes A and B]

| Counties | Race | | | | | | Spanish origin[1] | |
|---|---|---|---|---|---|---|---|---|
| | Total | | White | | Black | | | |
| | Male | Female | Male | Female | Male | Female | Male | Female |
| **HARRIS** | | | | | | | | |
| Total persons | 1 201 756 | 1 207 791 | 851 621 | 850 090 | 225 994 | 247 701 | 192 461 | 175 616 |
| Under 5 years | 103 498 | 98 665 | 66 276 | 62 730 | 22 606 | 22 149 | 24 038 | 23 040 |
| Under 1 year | 22 847 | 22 100 | 14 635 | 14 012 | 4 921 | 4 914 | 5 337 | 5 771 |
| 1 year | 20 531 | 19 490 | 13 095 | 13 322 | 4 586 | 4 448 | 4 768 | 4 473 |
| 2 years | 19 985 | 19 297 | 12 843 | 12 334 | 4 311 | 4 292 | 4 727 | 4 372 |
| 3 years | 20 091 | 18 943 | 12 795 | 12 055 | 4 417 | 4 161 | 4 600 | 4 459 |
| 4 years | 20 354 | 18 835 | 12 908 | 12 007 | 4 371 | 4 234 | 4 606 | 4 465 |
| 5 to 9 years | 101 998 | 98 000 | 65 340 | 62 332 | 23 507 | 23 071 | 21 501 | 20 452 |
| 5 years | 19 271 | 18 651 | 12 366 | 11 682 | 4 286 | 4 554 | 4 438 | 4 203 |
| 6 years | 19 649 | 18 856 | 12 368 | 11 905 | 4 572 | 4 581 | 4 422 | 4 245 |
| 7 years | 20 218 | 19 531 | 12 843 | 12 297 | 4 773 | 4 726 | 4 314 | 4 018 |
| 8 years | 20 905 | 19 735 | 13 211 | 12 496 | 4 787 | 4 830 | 4 111 | 3 879 |
| 9 years | 22 215 | 21 727 | 14 552 | 13 752 | 5 087 | 4 984 | 4 216 | 4 007 |
| 10 to 14 years | 99 140 | 96 208 | 65 049 | 62 482 | 22 938 | 22 913 | 17 947 | 17 559 |
| 10 years | 21 251 | 20 636 | 14 144 | 13 476 | 4 717 | 4 794 | 3 940 | 3 878 |
| 11 years | 19 689 | 19 150 | 13 277 | 12 576 | 4 326 | 4 604 | 3 672 | 3 534 |
| 12 years | 19 194 | 18 782 | 12 600 | 12 179 | 4 366 | 4 457 | 3 533 | 3 425 |
| 13 years | 19 113 | 18 840 | 12 364 | 12 164 | 4 647 | 4 534 | 3 355 | 3 470 |
| 14 years | 19 693 | 18 800 | 12 664 | 12 087 | 4 882 | 4 724 | 3 448 | 3 252 |
| 15 to 19 years | 106 928 | 104 048 | 70 217 | 69 008 | 24 364 | 25 291 | 17 761 | 17 761 |
| 15 years | 20 848 | 20 332 | 13 583 | 13 188 | 5 045 | 5 036 | 3 635 | 3 415 |
| 16 years | 21 363 | 21 004 | 14 172 | 13 878 | 4 951 | 5 077 | 3 704 | 3 519 |
| 17 years | 22 158 | 21 257 | 14 645 | 14 255 | 5 043 | 4 908 | 3 977 | 3 467 |
| 18 years | 21 088 | 20 364 | 13 903 | 13 409 | 4 608 | 4 887 | 4 339 | 3 726 |
| 19 years | 21 281 | 21 796 | 13 914 | 14 077 | 4 717 | 5 383 | 4 593 | 3 834 |
| 20 to 24 years | 129 157 | 129 704 | 88 925 | 86 835 | 24 177 | 27 890 | 24 974 | 20 936 |
| 20 years | 22 437 | 22 834 | 14 851 | 14 978 | 4 606 | 5 457 | 4 788 | 4 064 |
| 21 years | 23 144 | 23 716 | 15 566 | 15 894 | 4 546 | 5 372 | 4 777 | 3 984 |
| 22 to 24 years | 139 566 | 137 807 | 99 823 | 93 444 | 23 611 | 26 370 | 23 188 | 19 064 |
| 25 to 29 years | 116 031 | 111 102 | 85 473 | 80 520 | 18 083 | 20 479 | 17 573 | 14 971 |
| 30 to 34 years | 86 974 | 82 338 | 55 239 | 60 396 | 13 230 | 14 881 | 11 956 | 10 383 |
| 35 to 39 years | 65 000 | 63 637 | 48 831 | 46 660 | 10 389 | -2 215 | 8 598 | 7 552 |
| 40 to 44 years | 57 677 | 57 656 | 43 899 | 42 896 | 9 494 | 10 952 | 6 787 | 6 293 |
| 50 to 54 years | 55 916 | 56 905 | 43 775 | 43 449 | 8 860 | 10 307 | 5 647 | 5 407 |
| 55 to 59 years | 48 197 | 49 965 | 36 184 | 39 107 | 7 571 | 8 571 | 4 175 | 4 100 |
| 60 to 64 years | 33 592 | 36 747 | 26 618 | 28 432 | 5 570 | 6 569 | 2 522 | 2 657 |
| 65 to 69 years | 24 286 | 30 681 | 18 609 | 23 615 | 4 682 | 5 853 | 1 765 | 2 174 |
| 70 to 74 years | 16 119 | 23 564 | 12 184 | 18 445 | 3 248 | 4 321 | 1 435 | 1 435 |
| 75 to 79 years | 9 925 | 17 166 | 7 427 | 13 131 | 2 094 | 3 102 | 803 | 1 013 |
| 80 to 84 years | 4 667 | 10 233 | 3 544 | 8 447 | 917 | 1 543 | 372 | 506 |
| 85 years and over | 3 005 | 7 423 | 2 198 | 6 031 | 653 | 1 224 | 259 | 341 |
| 18 years and over | 832 751 | 852 330 | 612 556 | 621 724 | 141 904 | 164 347 | 118 639 | 104 164 |
| 62 years and over | 76 357 | 109 669 | 58 536 | 86 210 | 14 635 | 19 704 | 5 732 | 6 929 |
| 65 years and over | 58 002 | 89 079 | 43 962 | 70 069 | 11 594 | 16 043 | 4 407 | 5 499 |
| Median | 27.1 | 27.8 | 28.4 | 29.2 | 24.1 | 25.4 | 22.7 | 22.2 |
| **HARRISON** | | | | | | | | |
| Total persons | 25 056 | 27 209 | 17 101 | 18 170 | 7 610 | 8 837 | 478 | 224 |
| Under 5 years | 2 071 | 2 116 | 1 299 | 1 331 | 752 | 765 | 48 | 42 |
| Under 1 year | 412 | 485 | 262 | 289 | 145 | 194 | 12 | 7 |
| 1 year | 427 | 397 | 256 | 246 | 166 | 143 | 10 | 5 |
| 2 years | 417 | 406 | 267 | 257 | 140 | 144 | 5 | 11 |
| 3 years | 376 | 422 | 246 | 246 | 767 | 128 | 3 | 11 |
| 4 years | 444 | 436 | 268 | 275 | 173 | 130 | 5 | 8 |
| 5 to 9 years | 2 242 | 2 113 | 1 412 | 1 304 | 807 | 796 | 33 | 38 |
| 5 years | 408 | 409 | 257 | 253 | 148 | 153 | 5 | 8 |
| 6 years | 415 | 431 | 274 | 272 | 139 | 156 | 3 | 6 |
| 7 years | 456 | 398 | 273 | 237 | 177 | 158 | 9 | 6 |
| 8 years | 463 | 413 | 289 | 259 | 169 | 152 | 7 | 10 |
| 9 years | 501 | 462 | 319 | 283 | 174 | 177 | 9 | 8 |
| 10 to 14 years | 2 275 | 2 145 | 1 451 | 1 336 | 807 | 786 | 39 | 35 |
| 10 years | 451 | 455 | 327 | 286 | 157 | 166 | 10 | 4 |
| 11 years | 439 | 427 | 273 | 269 | 164 | 152 | 8 | 9 |
| 12 years | 439 | 431 | 286 | 263 | 150 | 162 | 5 | 10 |
| 13 years | 448 | 405 | 275 | 248 | 170 | 153 | 6 | 5 |
| 14 years | 455 | 427 | 290 | 270 | 166 | 153 | 10 | 5 |
| 15 to 19 years | 2 427 | 2 459 | 1 526 | 1 506 | 848 | 931 | 65 | 37 |
| 15 years | 455 | 526 | 290 | 323 | 159 | 198 | 5 | 7 |
| 16 years | 491 | 493 | 303 | 313 | 184 | 175 | 10 | 7 |
| 17 years | 516 | 458 | 326 | 277 | 184 | 177 | 10 | 8 |
| 18 years | 487 | 481 | 313 | 288 | 153 | 190 | 8 | 3 |
| 19 years | 478 | 501 | 294 | 305 | 168 | 190 | 16 | 14 |
| 20 to 24 years | 2 158 | 2 172 | 1 416 | 1 409 | 666 | 734 | 85 | 34 |
| 20 years | 454 | 494 | 300 | 306 | 132 | 181 | 28 | 5 |
| 21 years | 412 | 456 | 250 | 287 | 149 | 149 | 11 | 5 |
| 25 to 29 years | 1 854 | 1 907 | 1 316 | 1 281 | 493 | 541 | 37 | 28 |
| 30 to 34 years | 1 702 | 1 787 | 1 281 | 1 306 | 388 | 460 | 37 | 27 |
| 35 to 39 years | 1 413 | 1 507 | 1 101 | 1 119 | 287 | 372 | 22 | 18 |
| 40 to 44 years | 1 212 | 1 335 | 949 | 990 | 261 | 333 | 23 | 15 |
| 45 to 49 years | 1 253 | 1 337 | 974 | 960 | 269 | 369 | 17 | 9 |
| 50 to 54 years | 1 238 | 1 340 | 957 | 957 | 273 | 371 | 7 | 11 |
| 55 to 59 years | 1 195 | 1 357 | 984 | 923 | 208 | 432 | 7 | 11 |
| 60 to 64 years | 1 045 | 1 351 | 712 | 916 | 331 | 430 | 10 | 4 |
| 65 to 69 years | 1 030 | 1 281 | 673 | 609 | 354 | 470 | 4 | 6 |
| 70 to 74 years | 798 | 1 115 | 519 | 714 | 279 | 399 | 4 | 5 |
| 75 to 79 years | 595 | 894 | 348 | 573 | 274 | 339 | 3 | 1 |
| 80 to 84 years | 291 | 496 | 169 | 346 | 122 | 146 | 1 | 1 |
| 85 years and over | 205 | 468 | 124 | 309 | 92 | 157 | - | 1 |
| 18 years and over | 17 005 | 19 358 | 12 200 | 13 786 | 4 717 | 5 560 | 329 | 189 |
| 62 years and over | 3 523 | 5 034 | 2 203 | 3 268 | 1 314 | 1 749 | 16 | 31 |
| 65 years and over | 2 964 | 4 374 | 1 803 | 2 751 | 1 314 | 1 508 | 14 | 19 |
| Median | 29.6 | 31.8 | 30.5 | 33.7 | 24.3 | 26.7 | 23.1 | 20.7 |

[1]Persons of Spanish origin may be of any race.

GENERAL POPULATION CHARACTERISTICS

# Exhibit 76

(no URL reload available)

---

**1990 US Census Data**
Database: **C90STF3A**
Summary Level: state--County

---

# Harris County: FIPS.STATE=48, FIPS.COUNTY90=201

**PERSONS**
*Universe: Persons*
Total..............................................................2818199
**RACE BY SEX BY AGE**
*Universe: White males*
Under 1 year......................................................12798
1 and 2 years.....................................................30834
3 and 4 years.....................................................29148
5 years...........................................................14496
6 years...........................................................13656
7 to 9 years......................................................41174
10 and 11 years...................................................26336
12 and 13 years...................................................24023
14 years..........................................................12365
15 years..........................................................11742
16 years..........................................................11772
17 years..........................................................12184
18 years..........................................................12874
19 years..........................................................12096
20 years..........................................................11622
21 years..........................................................12032
22 to 24 years....................................................40199
25 to 29 years....................................................89401
30 to 34 years...................................................101339
35 to 39 years....................................................86994
40 to 44 years....................................................74740
45 to 49 years....................................................59181
50 to 54 years....................................................42739
55 to 59 years....................................................35870
60 and 61 years...................................................13832
62 to 64 years....................................................18291
65 to 69 years....................................................25115
70 to 74 years....................................................15877
75 to 79 years....................................................10081
80 to 84 years.....................................................5188
85 years and over..................................................2750
**RACE BY SEX BY AGE**
*Universe: White females*
Under 1 year......................................................12384
1 and 2 years.....................................................28729
3 and 4 years.....................................................27904
5 years...........................................................13545
6 years...........................................................13915
7 to 9 years......................................................39366
10 and 11 years...................................................25288
12 and 13 years...................................................22986
14 years..........................................................10849
15 years..........................................................10988
16 years..........................................................10958

```
17 years...........................................................11351
18 years...........................................................11499
19 years...........................................................11458
20 years...........................................................11289
21 years...........................................................11330
22 to 24 years.....................................................41186
25 to 29 years.....................................................87637
30 to 34 years.....................................................95085
35 to 39 years.....................................................83930
40 to 44 years.....................................................72697
45 to 49 years.....................................................56268
50 to 54 years.....................................................43382
55 to 59 years.....................................................36172
60 and 61 years....................................................13932
62 to 64 years.....................................................20801
65 to 69 years.....................................................30430
70 to 74 years.....................................................21770
75 to 79 years.....................................................17077
80 to 84 years.....................................................11735
85 years and over...................................................9651
```

RACE BY SEX BY AGE
*Universe: Black males*

```
Under 1 year........................................................4718
1 and 2 years......................................................11174
3 and 4 years......................................................10201
5 years.............................................................4778
6 years.............................................................4848
7 to 9 years.......................................................14715
10 and 11 years....................................................10122
12 and 13 years.....................................................9193
14 years............................................................4445
15 years............................................................4776
16 years............................................................4458
17 years............................................................4769
18 years............................................................4438
19 years............................................................4617
20 years............................................................4107
21 years............................................................4040
22 to 24 years.....................................................12787
25 to 29 years.....................................................23995
30 to 34 years.....................................................25794
35 to 39 years.....................................................20918
40 to 44 years.....................................................16435
45 to 49 years.....................................................11879
50 to 54 years......................................................9612
55 to 59 years......................................................7908
60 and 61 years.....................................................2671
62 to 64 years......................................................4031
65 to 69 years......................................................5303
70 to 74 years......................................................3978
75 to 79 years......................................................2330
80 to 84 years......................................................1132
85 years and over...................................................1087
```

RACE BY SEX BY AGE
*Universe: Black females*

```
Under 1 year........................................................3974
1 and 2 years......................................................11113
3 and 4 years.......................................................9516
5 years.............................................................5058
6 years.............................................................4774
```

```
7 to 9 years.........................................14164
10 and 11 years......................................9612
12 and 13 years......................................9205
14 years.............................................4164
15 years.............................................4299
16 years.............................................4673
17 years.............................................4481
18 years.............................................4942
19 years.............................................4772
20 years.............................................4681
21 years.............................................4747
22 to 24 years......................................14756
25 to 29 years......................................28884
30 to 34 years......................................28477
35 to 39 years......................................25163
40 to 44 years......................................18948
45 to 49 years......................................13623
50 to 54 years......................................11613
55 to 59 years.......................................9704
60 and 61 years......................................3750
62 to 64 years.......................................5119
65 to 69 years.......................................7103
70 to 74 years.......................................5380
75 to 79 years.......................................3914
80 to 84 years.......................................2565
85 years and over....................................1971
```

RACE BY SEX BY AGE
*Universe: American Indian, Eskimo, or Aleut males*

```
Under 1 year...........................................64
1 and 2 years.........................................148
3 and 4 years.........................................110
5 years................................................45
6 years................................................38
7 to 9 years..........................................218
10 and 11 years........................................94
12 and 13 years.......................................129
14 years...............................................44
15 years...............................................39
16 years...............................................43
17 years...............................................33
18 years...............................................70
19 years...............................................57
20 years...............................................82
21 years...............................................76
22 to 24 years........................................221
25 to 29 years........................................527
30 to 34 years........................................507
35 to 39 years........................................410
40 to 44 years........................................335
45 to 49 years........................................300
50 to 54 years........................................208
55 to 59 years........................................132
60 and 61 years........................................57
62 to 64 years........................................102
65 to 69 years.........................................55
70 to 74 years..........................................8
75 to 79 years.........................................31
80 to 84 years..........................................6
85 years and over.......................................4
```

RACE BY SEX BY AGE

*Universe: American Indian, Eskimo, or Aleut females*

```
Under 1 year...........................................................4
1 and 2 years.........................................................66
3 and 4 years........................................................105
5 years...............................................................11
6 years...............................................................54
7 to 9 years.........................................................193
10 and 11 years......................................................113
12 and 13 years.......................................................75
14 years..............................................................53
15 years..............................................................40
16 years..............................................................96
17 years..............................................................66
18 years..............................................................74
19 years..............................................................40
20 years..............................................................53
21 years..............................................................26
22 to 24 years.......................................................157
25 to 29 years.......................................................385
30 to 34 years.......................................................577
35 to 39 years.......................................................483
40 to 44 years.......................................................439
45 to 49 years.......................................................233
50 to 54 years.......................................................274
55 to 59 years.......................................................145
60 and 61 years......................................................127
62 to 64 years........................................................38
65 to 69 years.......................................................111
70 to 74 years........................................................71
75 to 79 years........................................................65
80 to 84 years........................................................32
85 years and over.....................................................19
```

**RACE BY SEX BY AGE**

*Universe: Asian or Pacific Islander males*

```
Under 1 year.........................................................693
1 and 2 years.......................................................1830
3 and 4 years.......................................................1587
5 years..............................................................860
6 years..............................................................930
7 to 9 years........................................................2830
10 and 11 years.....................................................1985
12 and 13 years.....................................................1952
14 years............................................................1152
15 years.............................................................930
16 years............................................................1104
17 years.............................................................850
18 years.............................................................977
19 years.............................................................861
20 years.............................................................974
21 years.............................................................816
22 to 24 years.......................................................2531
25 to 29 years......................................................5378
30 to 34 years......................................................5718
35 to 39 years......................................................5842
40 to 44 years......................................................5375
45 to 49 years......................................................3998
50 to 54 years......................................................2215
55 to 59 years......................................................1297
60 and 61 years......................................................370
62 to 64 years.......................................................457
```

```
65 to 69 years.................................................842
70 to 74 years.................................................449
75 to 79 years.................................................273
80 to 84 years.................................................125
85 years and over..............................................77
```

RACE BY SEX BY AGE
*Universe: Asian or Pacific Islander females*

```
Under 1 year..................................................628
1 and 2 years................................................1815
3 and 4 years................................................1828
5 years......................................................931
6 years.....................................................1023
7 to 9 years................................................2639
10 and 11 years.............................................1875
12 and 13 years.............................................1672
14 years.....................................................900
15 years.....................................................856
16 years....................................................1018
17 years.....................................................896
18 years.....................................................854
19 years.....................................................786
20 years.....................................................702
21 years.....................................................726
22 to 24 years..............................................2415
25 to 29 years..............................................4760
30 to 34 years..............................................5944
35 to 39 years..............................................6205
40 to 44 years..............................................5587
45 to 49 years..............................................3367
50 to 54 years..............................................1772
55 to 59 years..............................................1145
60 and 61 years..............................................483
62 to 64 years...............................................546
65 to 69 years...............................................924
70 to 74 years...............................................721
75 to 79 years...............................................556
80 to 84 years...............................................122
85 years and over.............................................76
```

RACE BY SEX BY AGE
*Universe: Other race males*

```
Under 1 year................................................3438
1 and 2 years...............................................8544
3 and 4 years...............................................7809
5 years.....................................................4080
6 years.....................................................3725
7 to 9 years...............................................11494
10 and 11 years.............................................6680
12 and 13 years.............................................6166
14 years....................................................3359
15 years....................................................3343
16 years....................................................2983
17 years....................................................3547
18 years....................................................3360
19 years....................................................3585
20 years....................................................3714
21 years....................................................3495
22 to 24 years.............................................12198
25 to 29 years.............................................22456
30 to 34 years.............................................18783
35 to 39 years.............................................13721
```

```
40 to 44 years...................................................9189
45 to 49 years...................................................6325
50 to 54 years...................................................4222
55 to 59 years...................................................2975
60 and 61 years...................................................855
62 to 64 years...................................................1523
65 to 69 years...................................................1408
70 to 74 years....................................................775
75 to 79 years....................................................528
80 to 84 years....................................................282
85 years and over.................................................181
```

**RACE BY SEX BY AGE**
*Universe: Other race females*
```
Under 1 year....................................................3583
1 and 2 years...................................................7902
3 and 4 years...................................................7666
5 years.........................................................3537
6 years.........................................................3728
7 to 9 years...................................................11098
10 and 11 years.................................................6008
12 and 13 years.................................................6224
14 years........................................................3080
15 years........................................................3109
16 years........................................................3272
17 years........................................................3031
18 years........................................................3054
19 years........................................................2994
20 years........................................................3262
21 years........................................................3151
22 to 24 years..................................................9731
25 to 29 years.................................................17914
30 to 34 years.................................................16085
35 to 39 years.................................................12177
40 to 44 years..................................................8513
45 to 49 years..................................................5876
50 to 54 years..................................................4046
55 to 59 years..................................................3355
60 and 61 years.................................................1089
62 to 64 years..................................................1462
65 to 69 years..................................................1870
70 to 74 years..................................................1089
75 to 79 years...................................................702
80 to 84 years...................................................357
85 years and over................................................278
```

**SEX BY AGE**
*Universe: Males of Hispanic origin*
```
Under 1 year....................................................6640
1 and 2 years..................................................16081
3 and 4 years..................................................14641
5 years.........................................................7383
6 years.........................................................6985
7 to 9 years...................................................21237
10 and 11 years................................................12764
12 and 13 years................................................11589
14 years........................................................6376
15 years........................................................6049
16 years........................................................5510
17 years........................................................6438
18 years........................................................6247
19 years........................................................6412
```

```
20 years..........................................................6436
21 years..........................................................6362
22 to 24 years...................................................21870
25 to 29 years...................................................40428
30 to 34 years...................................................35890
35 to 39 years...................................................26542
40 to 44 years...................................................18402
45 to 49 years...................................................13188
50 to 54 years....................................................8563
55 to 59 years....................................................6089
60 and 61 years...................................................2250
62 to 64 years....................................................3034
65 to 69 years....................................................3151
70 to 74 years....................................................1861
75 to 79 years....................................................1145
80 to 84 years.....................................................585
85 years and over..................................................370
```

**SEX BY AGE**
*Universe: Females of Hispanic origin*

```
Under 1 year......................................................6368
1 and 2 years....................................................15238
3 and 4 years....................................................14217
5 years...........................................................6809
6 years...........................................................7264
7 to 9 years.....................................................20485
10 and 11 years..................................................12033
12 and 13 years..................................................11080
14 years..........................................................5389
15 years..........................................................5483
16 years..........................................................5454
17 years..........................................................5164
18 years..........................................................5388
19 years..........................................................5253
20 years..........................................................5588
21 years..........................................................5749
22 to 24 years...................................................17740
25 to 29 years...................................................33471
30 to 34 years...................................................31187
35 to 39 years...................................................23894
40 to 44 years...................................................17376
45 to 49 years...................................................11820
50 to 54 years....................................................8592
55 to 59 years....................................................7123
60 and 61 years...................................................2449
62 to 64 years....................................................3275
65 to 69 years....................................................4375
70 to 74 years....................................................2400
75 to 79 years....................................................1716
80 to 84 years....................................................1084
85 years and over..................................................666
```