# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY MEDINA, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | **H-09-CV-3223** |
| | § | |
| WILLIAM STEPHENS, | § | **THIS IS A CAPITAL CASE.** |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

### Petitioner's Notice of Intent to File State Exhaustion Pleadings

Robert L. McGlasson
Texas Bar No. 13634050
Attorney at Law
1024 Clairemont Ave.
Decatur, Georgia 30030
TEL: 404-314-7664
FAX: 404-879-0005
Email: rlmcglasson@comcast.net

James William Marcus
Texas Bar No. 00787963
Capital Punishment Clinic
University of Texas School of Law
727 E. Dean Keeton Street
Austin, Texas 78705
TEL: 512-232-1475
FAX: 512-232-9171
Email: jmarcus@law.utexas.edu

Counsel for Petitioner Anthony Medina

On August 24, 2015, this Court ordered Petitioner to return to state court to exhaust state remedies with respect to one or more claims contained in the pending amended petition for writ of habeas corpus. (Docket #103, hereinafter "Order"). The Order stayed the federal habeas proceedings in the case and held it in abeyance pending the completion of state exhaustion proceedings. Subsequently Petitioner has asked the Court for clarification of the Order with respect to one specific issue. (Docket # 104). That request is currently pending before the Court.

Undersigned counsel have conferred with counsel for Respondent and informed him that Petitioner intends to file an exhaustion petition in the state courts of Texas on or before October 24, 2015. Counsel for Respondent has indicated he is not opposed to this plan of action.

This Notice is being filed in order to keep the Court apprised of the ongoing efforts to exhaust state remedies.

Respectfully submitted,

/s/ Robert L. McGlasson

Robert L. McGlasson
Texas Bar No. 13634050
Attorney at Law
1024 Clairemont Ave.
Decatur, Georgia 30030
TEL: 404-314-7664
FAX: 404-879-0005
Email: rlmcglasson@comcast.net

James William Marcus
Texas Bar No. 00787963
Capital Punishment Clinic
University of Texas School of Law
727 E. Dean Keeton Street
Austin, Texas 78705
TEL: 512-232-1475
FAX: 512-232-9171
Email: jmarcus@law.utexas.edu

Counsel for Petitioner Anthony Medina

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing has been served by CM/ECF upon counsel for Respondent:

Mr. Thomas M. Jones, Esq.
Office of the Texas Attorney General
300 W. 15th Street, 8th Floor
Austin, Texas 78701
Telephone: (512) 936-1400
Email: thomas.jones@oag.state.tx.us

This 15th day of September, 2015.

/s/ Robert L. McGlasson