IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY MEDINA, | § | |
|     Petitioner, | § | |
| | § | Civil Action No. 4:09-cv-03223 |
| v. | § | *DEATH PENALTY CASE* |
| | § | |
| LORIE DAVIS, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
|     Respondent. | § | |

**RESPONDENT DAVIS'S APPEARANCE OF COUNSEL**

This is a federal habeas corpus proceeding initiated by Petitioner Anthony Medina, a death-sentenced Texas inmate, pursuant to 28 U.S.C. § 2254. The undersigned attorney hereby enters this appearance of counsel on behalf of Respondent Lorie Davis and respectfully requests that all future pleadings, orders, and other correspondence be served on him at the address below.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY MATEER
First Assistant Attorney General

LISA TANNER
Acting Deputy Attorney General
   for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

GEORGE A. D'HEMECOURT
Assistant Attorney General

| | |
|---|---|
| * Attorney-in-charge | /s/ Stephen M. Hoffman<br>*STEPHEN M. HOFFMAN<br>Assistant Attorney General<br>Texas Bar No. 24048978<br>Southern District Bar No. 602073<br>P. O. Box 12548, Capitol Station<br>Austin, Texas 78711<br>Tel: (512) 936-1400<br>Fax: (512) 320-8132<br>Email: Stephen.Hoffman@oag.texas.gov<br><br>ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF SERVICE

I do hereby certify that on the 27th day of August, 2019, I electronically filed the foregoing pleading with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" to the following attorneys:

James William Marcus
Capital Punishment Clinic
University of Texas School of Law
727 E. Dean Keeton Street
Austin, TX 78705
Email: jmarcus@law.utexas.edu

Jeremy Don Schepers
Federal Public Defender
525 S Griffin St
Ste 629
Dallas, TX 75202
Email: jeremy_schepers@fd.org

Jessica Alice Graf
Federal Public Defender
525 S Griffin
Ste 629
Houston, TX 75202
Email: jessica_graf@fd.org

                                 /s/ Stephen M. Hoffman
                                 STEPHEN M. HOFFMAN
                                 Assistant Attorney General